



**Dennis M. Nally**
06/04/2004 11:48 AM

To: PwC US Staff
cc:
Subject: July 1, 2004—New Partner Admissions

**Today is our Firm's "new partner announcement day," and I wanted to share this list with you.**

PRICEWATERHOUSECOOPERS    PARTNER DIALOGUE • Announcement / Topic

Topic: List of New July 1, 2004 Internal Partner Admissions
Category: Our People          Sub-Category: Partner Admissions
From: Dennis Nally

**Body:**
I am very pleased to announce the admission of 103 new partners to our US Firm.

Each of our new partners possesses the skills, intelligence, and breadth of experience to help move our Firm forward and achieve our strategic goals. Please join me in extending congratulations to each of our new partners. I know you will support them as they embrace their new responsibilities.

**List of PwC candidates:**

| Name | LOS | Work Office | Product/Service - Industry |
|---|---|---|---|
| Sandra Aresti | Assurance | Washington, DC | Consumer and Industrial Products and Services |
| Steven F. Arluna | Tax | Pittsburgh | State and Local Taxes |
| Lillian M. Borsa* | Assurance | Florham Park | Systems and Process Assurance - Consumer and Industrial Products and Services |
| Christopher J. Brabham | Assurance | Boston | Technology Info/Comm and Entertainment |
| Charles M. Braddock | Assurance | Memphis | Private Company Services |
| Michael L. Brandmeyer | Assurance | Tokyo (Minneapolis) | Technology Info/Comm and Entertainment |
| James F. Brewer | Tax | Los Angeles | Private Company Services |
| Catherine Bromilow | Assurance | Florham Park | Risk & Quality |
| James E. Bucrek* | Advisory | Chicago | Dispute Analysis & Investigations |
| Kevin R. Burney | Assurance | Boston | Systems and Process Assurance - Technology Info/Comm and Entertainment |
| Maria J. Castanon | Assurance | Dallas | Consumer and Industrial Products and Services |
| Philip W. Caster, II | Assurance | St. Louis | Consumer and Industrial Products and Services |
| Gregg T. Cheshier | Assurance | Atlanta | Technology Info/Comm and Entertainment |
| Paul K. Chrencik | Advisory | Washington, DC | Healthcare Consulting Practice |
| Thomas F. Clarke | Tax | Los Angeles | Sales and Business Development |
| Leonard L. Combs | Assurance | Philadelphia | Consumer and Industrial Products and Services |
| Stephen P. Connelly | Assurance | Washington, DC | Financial Services |
| Andrew R. Cristinzio | Assurance | Washington, DC | Transaction Services |
| Scott W. Davis | Assurance | Stamford | Technology Info/Comm and Entertainment |
| Ana M. Denena | Assurance | Houston | Consumer and Industrial Products and Services |
| Patrick G. Durbin | Assurance | Florham Park | Consumer and Industrial Products and Services - Risk & Quality Tour |
| David M. Eberhardt | Assurance | Minneapolis | Consumer and Industrial Products and Services |
| Kenneth D. Esch | Tax | Chicago | Private Company Services |
| Michael J. Feder* | Tax | Washington, DC | Global Tax Structuring - International Tax Services |
| Peter A. Ferraro | Assurance | Sydney (New York) | Transaction Services |
| Daniel J. Finneran | Assurance | Chicago | Consumer and Industrial Products and Services |

| Name | Function | Location | Service |
|---|---|---|---|
| Frank J. Frabizzio | Assurance | Philadelphia | Private Company Services |
| Suzanne M. Fradette | Assurance | Orange County | Private Company Services |
| Theresa M. Gee* | Tax | Detroit | Human Resource Solutions - Global Human Resource Solutions |
| Edward A. Gold* | Advisory | Washington, DC | Dispute Analysis & Investigations |
| Mark R. F. Gosling* | Assurance | San Jose | Internal Audit Services - Technology Info/Comm and Entertainment |
| Timothy Grady | Assurance | Boston | Financial Services |
| Amy K. Graves | Assurance | Chicago | Consumer and Industrial Products and Services |
| Joseph A. Guistino | Advisory | New York | Dispute Analysis & Investigations |
| David M. Hall | Tax | New York | Global Tax Structuring - Mergers & Acquisitions |
| Margaret M. Hardek | Assurance | Chicago | Internal Audit Services - Consumer and Industrial Products and Services |
| Edward J. Heitin | Assurance | New York | Financial Services |
| Jeffrey B. Hendrey | Assurance | Philadelphia | Consumer and Industrial Products and Services |
| Scott F. Hesse | Tax | Detroit | Global Tax Structuring - International Tax Services |
| M. Todd Hoffman* | IFS | Houston | Global Deployment |
| Bradley K. Hopton | Tax | New York | Industry Services Group |
| Heather L. Horn | Assurance | Orange County | Consumer and Industrial Products and Services |
| David V. Johnson | Assurance | Los Angeles | Technology Info/Comm and Entertainment |
| Marios Karayannis* | Tax | San Jose | Global Tax Structuring - Transfer Pricing |
| Kelly A. Keller | Assurance | Seattle | Technology Info/Comm and Entertainment |
| Kevin J. Kelly | Assurance | Birmingham | Consumer and Industrial Products and Services |
| Samuel D. Kennedy | Assurance | Atlanta | Financial Services |
| Ronald A. Kinghorn* | Assurance | Boston | Systems and Process Assurance - Technology Info/Comm and Entertainment |
| Jeffrey J. Kohler | Tax | St. Louis | Financial Services |
| Robert O. Kraft | Assurance | Rochester | Technology Info/Comm and Entertainment |
| Nick Kresic | Assurance | Detroit | Private Company Services |
| Wei Ku | Assurance | New York | Consumer and Industrial Products and Services |
| Michael W. Lammons | Assurance | Atlanta | Financial Services |
| Jeffrey P. Lavine | Advisory | Washington, DC | Dispute Analysis & Investigations |
| JeAnna P. Lickey | Tax | Dallas | Global Tax Structuring - International Tax Services |
| Robert B. Long | Assurance | Charlotte | Transaction Services |
| Raymond D. Lukas | Assurance | Philadelphia | Internal Audit Services - Consumer and Industrial Products and Services |
| Brian M. Lukasik | Tax | Detroit | Private Company Services |
| Laura E. Martinez | Assurance | San Francisco | Financial Services |
| David H. McMillen | Tax | New York | Industry Services Group |
| Lorilynn L. McSweeney | Assurance | Atlanta | Financial Services |
| Peter P. Michalowski* | Tax | New York | State and Local Taxes |
| Miles D. Mooney | Assurance | St. Louis | Private Company Services |
| Ian T. Nelson | Assurance | Chicago | Financial Services |
| Nabi Niang | Assurance | New York | Financial Services |
| Jonathan P. Orkin | Assurance | Florham Park | Financial Services - Risk & Quality Tour |
| Shawn Panson | Assurance | Florham Park | Technology Info/Comm and Entertainment |
| Diane H. Place | Tax | Philadelphia | Industry Services Group |
| James H. Prettyman | Tax | Washington, DC | Global Tax Structuring - Mergers & Acquisitions |
| Cynthia Price-Arden | Assurance | New York | Financial Services |
| James H. Quinnild* | Advisory | Minneapolis | Technology and Data Services - Consumer and Industrial Products and Services |
| Paul M. Ramos | Assurance | Cleveland | Financial Services |
| Annamaria Rapakko* | Tax | San Jose | Global Tax Structuring - International Tax Services |
| Peter D. Raymond* | Advisory | Washington, DC | Dispute Analysis & Investigations |
| Sean P. Riley | Assurance | Boston | Consumer and Industrial Products and Services |
| James Ruan* | Advisory | New York | Technology and Data Services - Consumer and Industrial Products and Services |

| Name | Practice | Location | Area |
|---|---|---|---|
| Pankaj Sahay* | Advisory | Los Angeles | Finance, Operations, Risk and Compliance - Consumer and Industrial Products and Services |
| Brittney B. Saks | Tax | Chicago | Human Resource Solutions - Personal Financial Services |
| Kurt G. Sands | Assurance | Houston | Consumer and Industrial Products and Services |
| Peter J. Schlicksup | Assurance | Tysons Corner | Private Company Services |
| Kirsten R. Schofield | Assurance | Florham Park | Private Company Services - Risk & Quality Tour |
| J. Fentress Seagroves, Jr.* | Assurance | Atlanta | Transaction Services |
| Kenneth S. Shives | Tax | Charlotte | Financial Services |
| Nigel W. Smith* | Assurance | New York | Transaction Services |
| C. Steven Smith | Tax | Charlotte | Industry Services Group |
| Jeffrey D. Sorensen | Assurance | Stamford | Technology Info/Comm and Entertainment |
| Annette P. Spicker | Assurance | Columbus | Financial Services |
| Benjamin K. Stanga | Tax | Atlanta | Industry Services Group |
| W. Stephen Sullins | Assurance | London (Detroit) | Consumer and Industrial Products and Services |
| James D. Summa | Advisory | New York | Finance, Operations, Risk and Compliance - Financial Services |
| Pierre-Alain Sur | Assurance | Little Rock | Technology Info/Comm and Entertainment |
| Carole A. Symonds | Tax | Boston | Private Company Services |
| Edward V. Tobia, Jr. | Assurance | Philadelphia | Systems and Process Assurance - Consumer and Industrial Products and Services |
| Timothy J. Trifilo | Tax | Washington, DC | Financial Services |
| William A. Udelhofen | Assurance | Minneapolis | Private Company Services |
| Dominic A. Walker | Assurance | Atlanta | Consumer and Industrial Products and Services |
| Reginald J. Walker | Assurance | Minneapolis | Systems and Process Assurance - Consumer and Industrial Products and Services |
| Charles W. Walter | Tax | Stamford | Industry Services Group |
| Timothy R. Weld | Assurance | New York | Consumer and Industrial Products and Services |
| Michele M. Weldon | Assurance | Boston | Financial Services |
| Craig S. Wendt | Assurance | Florham Park | Consumer and Industrial Products and Services - Risk & Quality Tour |
| Christopher Whitley | Assurance | New York | Transaction Services |
| Daniel J. Zwam* | Assurance | San Jose | Technology Info/Comm and Entertainment |

*Indicates Principal Status