# PriceWaterhouseCoopers

To: File
From: Westbrook Murphy
Date: April 13, 2003
Re: RAS Staff Meeting

On Monday April 7, 2003, ABAS Banking Practice Managing Partner Tim Ryan met for about four hours in Washington, D.C., with the professional staff of the Regulatory Advisory Services practice. All four RAS partners (Bob Bench [Managing Partner], Bill Lewis, David Albright, and John Campbell) and most of the RAS staff were present. Tony Ricko and I participated by telephone. An agenda is attached.

For the first hour or more various RAS staff members described their professional activities over the last 6 to 9 months. Hal Schuler spoke about his engagement in assisting the Ohio Department of Insurance to redesign the Department's insurance company examination policies and procedures better to identify each company's risk and appraise the company's ability to manage that risk.

Tim Ryan interjected to say: "I've seen the slides. You sent them to me. They look great. You're right on target." Tim added that Hal's project was providing PwC with two benefits: (1) improving the examination process for insurance companies; and (2) making money for PwC (which discussion indicated was a rate of $450 per hour).

During a discussion of standards for measuring performance, John Campbell stated that those of us with too many chargeable hours were not "walking the halls" as they should to build the practice. Tim Ryan added that evaluations of the RAS staff would employ "responsible metrics." He said that no one will be punished for non-billable hours dedicated to building the practice. He referred specifically to the hours that Pilar Cruz had devoted to improving PwC's methodology for internal control attestations.

Turning specifically to possible partnership promotions, Tim said that Banking would have more partners named this year than any other ABAS financial services practice.

He stated: "We are committed to making RAS partners." He continued: "From a purely selfish standpoint, we want those of you who can be partners for 20 years or more to become partners so you can continue to grow the practice." He listed in the following order three factors important to becoming a partner at PwC:

- Keep us out of trouble,
- Give us a face in the market place, and
- Bring in revenue.

He added that skill sets are needed. It's not going to be just people who bill $3 million or manage a major client relationship.

At the meeting's end, I thanked Tim for his efforts in improving the practice, as demonstrated by his participation in this meeting.

1