PRIVILEDGED AND CONFIDENTIAL ATTORNEY/ CLIENT COMMUNICATION

To: David Rose
From: Westbrook Murphy
Date: January 28, 2002
Re: PwC promotion policy

On Thursday, Jan. 24, 2002, Tim Ryan met for 3+ hours with the Regulatory Advisory Services Professional staff. The invitations are attached, as is a copy of the memo I sent Tim in advance of this meeting.

Tim is a young partner who was named in August, 2001, to head the banking practice within PwC's audit and business advisory services (ABAS) line of service. Banking is part of a more comprehensive financial services practice within ABAS. Tim was accompanied by Darlene Shea and Joan Grady, from Human Resources. Everyone from RAS attended except Bob Bench (attending a funeral), Hal Schuler (client engagement in CA), Jerry Minehan, Alan Schott, and John Donovan.

Darlene distributed copies of two forms used in PwC's promotion decisions: (a) "Global Internal Partner Admissions: Candidate Proposal FY 2001; and (b) "Prospectus on Directorship Candidate for July 1, 2001." Discussion pertinent to these forms included:

**Partnership**

The form is completed, and "soundings" on the candidate from existing partners are solicited and received, electronically. This form is used around the world by PwC, and is not tailored for the U.S.

Darlene described the process for "nominating," investigating, and approving candidates for admission to the PwC partnership. Her description largely matched that given in Orlando last November by Paul Sullivan—a member of PwC's Managing Committee—with one notable exception. In November Mr. Sullivan told us: "The form does not include the candidate's age." As you can see, the form Darlene distributed to us asks for the candidate's date of birth (as well as gender).

Darlene told us that the compensation for PwC partners depended on a combination of three factors:

- A minimum compensation that is guaranteed, so long as PwC earns enough to cover the minimum;
- The performance of the individual partner and of his/her business unit (in our case, Financial Services nationwide); and
- Shares that are tied to the individual partner's capital contribution.

A newly promoted partner is classified "3L" for compensation purposes, and could expect annual compensation of $200,000. In the PwC fiscal year ending June 30, 2001,

individual partner earnings were down 20%. When the books were closed, many partners' earnings failed to cover the draws they received during the year, requiring them to write checks to PwC for the difference.

Although not discussed at this meeting, I believe that mandatory retirement age of the partnership agreement makes it virtually impossible for any employee age 55 or older to become a partner. The reasons include:

- The PwC partner retirement plan requires a person to have been a partner for 5 years to be eligible for retirement; and
- The retirement contributions expected of a new partner are likely to consume most of the earnings of a partner who has only 5 years to make those contributions.

Tim Ryan told us that he has just completed asking the 50 ABAS banking practice partners for their views on who, among the ABAS senior professional employees (managers, senior managers, and directors), should be proposed for partnership, and in what year. He intends from this list to:

- Identify who may be a partnership candidates in the next few years;
- Identify an existing partner to be the potential candidate's sponsor; and
- "Manage the manager's expectations," i.e., give individual feedback to the potential candidates about their partnership prospects, and about what actions or assignments the potential candidate might undertake to improve his/her chances.

**Directors**

During the entire meeting, Tim emphasized the importance of the business advisory service (BAS) units within the banking practice. The banking practice contains 16 BAS units (including RAS), and it these units (rather than the traditional audit work) that are fueling revenue growth. He (and Darlene) clearly recognize that these BAS units require staffing that differs from those of the auditors. One difference is the need for skilled or experienced senior professional employees who—for whatever reason—do not become partners.

The most senior rank for these "permanent" employees is "director." Financial services and its subset of banking employ, and will continue to employ, directors. (This messages contradicts Mr. Sullivan's statements last November.

Candidates for promotion to director within ABAS are proposed by their respective lines of business, and approved or disapproved by ABAS head John O'Connor. Last year, financial services human resources received recommendations to promote 8 managers or senior managers to director; forwarded 5 of those to John O'Connor; and he approved 4 of the 5. (Apparently Mike Powers was the only one he failed to approve.)