**Westbrook Murphy**
10/03/2003 09:21 AM
(202) 414-4301
Washington, DC
US

To: RAS
cc:
Subject: Partner admission process

For those of you who missed the optional session during the Banking Conference, attached is a memo on "Insights into the Partnership Admission Process."

For those of you who attended, please let me know if you wish to suggest any changes or additions.


Admissions process.dc

# PRICEWATERHOUSECOOPERS

## Insights into the Partner Admission Process

The Banking Conference in Bal Harbor, FL, began on Sunday, September 20, 2003, with an optional session for managers, senior managers, and directors on "Insights into the Partnership Admission Process." Banking leader Tim Ryan hosted the session, assisted by:

- Jeanne Jones, HR leader for the banking practice (located in Dallas, TX),
- Darlene Shea, HR leader for the Financial Services ("FS") practice,
- Lee Dixon and Mike Seelig, banking partners who serve on the FS business unit review committee,
- Kevin Riordon, a banking partner, and
- Bob Moritz, FS leader.

About 50 to 60 staff and partners attended the session.

### Selecting Banking Practice Partnership Candidates

Within the banking practice, the partnership selection process begins by Tim Ryan two or three times each year soliciting from the approximately 60 banking partners their views of who should be considered for admission to partnership. While Tim not say so, these solicitations apparently occur in the fall and again in the spring. Jeanne Jones manages this process, and maintains the e-mail responses from the banking partners. According to Tim: "The list of candidates constantly changes."

According to Tim, in creating this list the focus is on who has the best chance of admission to partnership. While results from the annual review process are considered, a consistent "1" rating does not necessarily mean that the person is eligible for partnership. Neither is number of years' experience a determining factor. The banking practice is looking for geographic diversity and for persons who are resilient enough to develop new opportunities if their current line of business should disappear.

At this point, an audience member asked about PwC's policy on "up or out," i.e., either be promoted to partner or be asked to leave the firm. Darlene Shea responded that this policy change several years ago. Tim said that PwC had no written policy. He added that practice resource needs meant that PwC had to keep highly qualified specialized professionals who were willing to stay in a non-partner role.

### Partnership Proposals

As a result of the process just described, each year in June or July the banking practice leadership selects 5 to 8 candidates to recommend for partnership admission effective the following July 1. They inform the prospective candidate, who then assists a sponsoring partner in completing a partnership proposal form.

**PRICEWATERHOUSECOOPERS**

One of two Power Point slides Tim Ryan used asked: "Once I have been identified as a current year candidate, is there an application form I have to complete?" Tim said that a candidate does not simply apply. Darlene Shea explained:

> The proposal form is filled out on your behalf. You should pick someone who knows your work to complete this form.

Tim added that a candidate's sponsoring partner "will help you fill out the form," and should be able to explain the case for partnership first to the approximately 60 banking partners, and then to the Board admissions committee. He noted: "One of the most important things is having a sponsoring partner who is going to pound the table for you."

Tim repeatedly emphasized that those interested in partnership should be adding to their resumes over at least a four-year period. Outstanding performance on assigned work is not sufficient: it merely meets firm expectations. Someone interested in partnership should contribute to the firm through internal projects, public speaking or writing, or other activities in addition to his or her "day job." He or she should be looking for a partner-sponsor who will accommodate these activities to the aspirant's work schedule and promote his or her exposure within the firm. Tim cited his own experience with Maryann Murphy as his mentor and sponsor. An aspiring partnership candidate who was not being offered these opportunities in by his or her own office might consider applying for a tour of duty in another country, in the national office, or in a regulatory agency.

**The FS Business Unit Review Committee**

Completed partner proposal forms are sent to Darlene Shea, who manages the process for FS. Darlene circulates the each of the names she receives for "soundings" from: (a) U.S. FS partners, and (b) any other partner identified on the proposal form as having worked with the candidate. Each partner solicited for a "sounding" has a chance to comment on the candidates' qualifications. Mike Seelig noted that each responding partner completes either a "limited" or "extensive" form, depending on the depth of the partner's knowledge about the candidate. This past year, PwC's national Risk & Quality office also was asked to comment on each candidate.

The candidates' files—including the proposal form and the soundings—then are given to an FS business unit review committee ("BUR"). The soundings otherwise are confidential and not available—for example—to the practice leader or the candidate's sponsor.

The BUR is composed of FS partners who serve on a rotating basis. Members are assigned candidates who come from an FS practice different from their own; e.g., a BUR member from the banking practice may review candidates from the insurance practice.

According to Lee Dixon, a BUR committee member reviews each file. He or she will discuss the candidate with: (a) any partner who submitted a negative sounding and (b) any partner named in the proposal form who failed to respond with a sounding.

# PricewaterhouseCoopers

Lee expressed the view that "partners are the executives of our firm" who should, for example, be able to meet with a client's audit committee. The BUR is looking for sustained demonstration of the candidate's strengths. The BUR is interested in whether the candidate will add something new to the partnership, or instead will just be incremental to something the partnership already has.

Several questions were asked about how—if soundings were confidential—a partnership candidate or his or her sponsor might respond to a negative sounding that might be unjustified. Tim Ryan advised candidates to discuss possible negatives with their sponsor, so that the partnership proposal form might anticipate them. Kevin Riordon added that once the admissions process starts, it's largely out of the candidate's control.

The BUR meets for two 14-hour days during September or October. During these meetings the leader of each of FS' four constituent practices (banking, insurance, capital markets, and investment advisory) appears before the BUR to defend his practice's recommended candidates. The BUR then develops two rankings: one based on each candidate's inherent talents and qualifications, and the other based on each candidate's business case. Finally, the BUR assigns each candidate one of the following recommendations:

- Send the candidate forward for further consideration;
- Delay consideration of the candidate for a year; or
- Do not admit the candidate to partnership.

This past year 24 FS partnership candidates went through this process.

**Moritz' Role as FS Leader**

According to Bob Moritz, PwC's senior leadership each year reviews the anticipated need for partners considering factors such as the firm's business prospects, anticipated partner retirements, and projected partner income. Bob then is told how many partnership candidates he may recommend for partner admission.

The candidates that Bob Moritz puts forward eventually are consider by a partnership admission committee. (No one mentioned whether admission committee consideration was preceded by another intermediate review by ABAS.) The admissions committee solicits another round of soundings from the entire partnership, and a member of the committee interviews each candidate.

Bob Moritz then hears back that as to which of the FS candidates have been placed in each of the following categories:

- Those whom the committee will recommend for partnership admission;
- Those whom the committee will defer for another year; and

# PRICEWATERHOUSECOOPERS

- A group from which Bob may select a specified number (he used the example of 3 candidates out of 5). In choosing which of this group to recommend for partnership and which to defer, Bob balances factors such as each candidate's intrinsic merit against FS business needs.

According to Bob, the persons selected for partnership define the PwC brand: they differentiate PwC in the market place from its competitors.

Bob also noted that he was scheduled to be interviewed in about two weeks by staff of PwC's new regulator, the Public Company Accounting Oversight Board. The PCAOB staff is interested in "tone" issues in the admissions process. They are asking how PwC manages its admissions process to provide proper incentives within the firm.

Westbrook Murphy
September 24, 2003