

 **Bob Bench**
12/03/2001 04:38 PM

To: Westbrook Murphy/US/ABAS/PwC@Americas-US
cc:
Subject: Re: PwC partners and directors

Thanks for your notes. While I wasn't present at the Sunday meeting, I've heard that the discussions were lengthy with plenty of clarifications, (mis)interpretations, corrections, etc. It sounded to me like a rather confusing exercise.

Westbrook Murphy

 **Westbrook Murphy**
11/29/2001 02:37 PM                                                

13 Recipient(s) -> Click to expand/collapse

To:    Bob Bench/US/ABAS/PwC@Americas-US
cc:    Kenneth E. Albertazzi/US/ABAS/PwC@Americas-US
       David Albright/US/ABAS/PwC@Americas-US
       Eileen Curran/US/ABAS/PwC@Americas-US
       John Donovan/US/ABAS/PwC@Americas-US
       Jeff Lavine/US/ABAS/PwC@Americas-US
       Bill Lewis/US/ABAS/PwC@Americas-US
       Gerald Minehan/US/ABAS/PwC@Americas-US
       Ric Pace/US/ABAS/PwC@Americas-US
       Michael Powers/US/ABAS/PwC@Americas-US
       Anthony Ricko/US/ABAS/PwC@Americas-US
       Paul A. Schott/US/ABAS/PwC@Americas-US
       Gary Welsh/US/ABAS/PwC@Americas-US
Subject:  PwC partners and directors

When the partners met separately during the recent Banking Conference, considerable discussion apparently was generated by what PwC Managing Board member Paul Sullivan had said to a seperate meeting of managers two days earlier about the partnership admission process and the position of director.

Since you were not at the managers' and directors' meeting, attached is a copy of my notes on his presentaion. If any of you who were there wish to suggest changes or additions, please let me know.



Partnes and directors.dc

To:   File

From: Westbrook Murphy

Date: November 15, 2001

Subject:   PwC partnership admission process

On Nov. 11, 2001, Paul Sullivan, a member of PwC's Board of Managing Partners and of the Board's committee on admissions to partnership, spoke to a group of about 100 managers, senior managers, and directors attending a conference held in Orlando, FL, for members of the banking practice of PwC's Audit and Business Advisory Services ("ABAS"). He was addressing the process for admissions to PwC partnership.

Mr. Sullivan said the following:

- When he was admitted to partnership in 1971, he did not even know that he had been proposed for admission.

- The Management Board possesses the ultimate responsibility and decision for admitting and individual to partnership. "The Board's responsibility is to see that line of business managers have a consistent practice that treats everyone fairly."

- The process for admissions involves the following:

  - Each of PwC's line of business units has a business review committee that determines who to recommend for admission. (For me, that line of business apparently would be either Banking or Financial Services.) Those committees met in October, 2001, to make recommendations for admissions to partnership effective July 1, 2002.

  - The ABAS practice has a Candidate Assessment Committee ("ACAC"). Two ACAC members interview each candidate proposed by each line of business. The ACAC ranks the candidates and makes its recommendations to the ABAS leadership team.

  - The ABAS "leadership team" determines which candidates to recommend to the Managing Board. This "leadership team" is composed of

    * The line of business heads,
    * The co-chairs of the ACAC, and
    * A Human Resources representative.

  - The names of the candidates advanced by the leadership team are posted in an electronic database, and comments are solicited from every PwC partner regarding the candidate's performance during the last three years. Partners having

1

substantial contact with a candidate during the last three years are required to comment. Last year, 85% of the partners completed at least one candidate comment form. The typical candidate received between 25 and 30 partner "soundings."

- Two members of the Managing Board review the paper work for each candidate. The Board then determines whom to admit to partnership. (These decisions are announced each year in May.) Last year (Spring, 2001), 26% of the candidates were put on hold because of PwC's economic and business prospects.

- A candidate is evaluated on: (a) the business case for his or her admission, and (b) the "quality" of the candidate. (The distinctions that Mr. Sullivan tried to make about which of the various committees emphasized which of these two criteria was confusing and difficult to follow.) "Quality is very, very important." Factors considered in connection with quality included:

  - Leadership ability, and

  - Skills in the following areas:

    * Business,
    * Delivery,
    * Analytical ability, and
    * Personal interactions with clients and PwC staff.

- The form used to evaluate partnership candidates includes information about:

  - The candidate's sales efforts, and
  - "Upward feedback" evaluations from PwC staff supervised by the candidate.

  The form does not include the candidate's age.

- The average candidate for partnership has 12.5 years experience with PwC. PwC follows and "up or out policy"—those not selected for partnership are asked to seek employment elsewhere. PwC's two constituent firms had differing policies regarding a "permanent" director position—i.e., continuing the employment of a senior or experienced employee who did not become a partner. When the firms merged effective July 1, 1998, management decided to discontinue the position of director. (I then pointed out to Mr. Sullivan how surprising this news was, since I had been hired as a director in 1989, and no one had communicated that my position had been abolished. I neglected to mention that I then was sitting next to Kenneth Albertazzi and Anthony Ricko, each of whom had been hired as a director within the last two years.) PwC firms in other countries—e.g., the UK—continue to have a director position.

- An employee aged 50 or older could be considered for partnership—but Mr. Sullivan could not state how many (if any) candidates aged 50 or older had been admitted to partnership during the three years since the merger that created PwC. An employee aged 60 or older could not be considered for partnership absent extraordinary circumstances—the same circumstances that rarely occur to permit a partner to continue beyond the mandatory retirement age of 60 found in the partnership agreement. The mandatory retirement age—and its consequent effect on partnership admissions policy—was necessary to assure the turnover that would bring new blood and fresh ideas into the partnership.