

**Tim Ryan**
06/27/2003 02:36 PM

To: Am Banking Group ABAS Designated Partners, Am Banking Group ABAS Partners Other, Am Banking Group ABAS Managers, Am Banking Group ABAS Managers Other, Am Banking Group ABAS Senior Associates A-J, Am Banking Group ABAS Senior Associates K-Z, Am Banking Group ABAS Associates, Am Banking Group ABAS CP

cc:
Subject: Bob Bench

I'd like to take this opportunity to wish **Bob Bench** all the best in his retirement and thank him for his outstanding contributions to PwC. After a distinguished 22-year career with the Office of the Comptroller of the Currency in the U.S. Treasury Department, Bob joined the firm as a partner in 1987 to create and manage our Washington, D.C., Regulatory Advisory Services practice. At PwC, Bob quickly became a trusted adviser both for us and for our clients.

Among his contributions to the firm, Bob (together with Tom Macy) largely was responsible for landing a multi-year engagement with the Peoples Bank of China -- an engagement that launched our now 6,000 person practice in China. Bob played a key role in many industry organizations, including the Basle Committee on Banking Supervision, the Institute of International Finance, and the Group for International Study and Evaluation. Bank regulators and leading financial institutions around the world have benefited from his counsel. Closer to home, Bob created in RAS the finest regulatory practice in the United States--indeed, in the world.

We will miss the energy and perspective that Bob brought to our practice and our firm. Please join me in thanking Bob and wishing him and Claire the happiest of futures to share with their family and friends.