**Bill Lewis**
09/07/2004 06:01 PM
202-414-4339
Washington, DC
US

To: John Verderese/US/ABAS/PwC@Americas-US, Maren
    Boot/US/ABAS/PwC@Americas-US
cc: Westbrook Murphy/US/ABAS/PwC@Americas-US, David
    Albright/US/ABAS/PwC@Americas-US
Subject: Murphy proposal

John & Maren:

Attached is my submission of Westbrook Murphy's application for consideration in the MD selection
process.  If you have any questions/comments feel free to call me on my cell at 703-304-0537.

Bill



MD Proposal Murphy Final.doc



# MANAGING DIRECTOR PROPOSAL
## Section 1 – Self Input Section

The preliminary business case for your candidacy as a Managing Director(s) has been approved by your Business Unit or Functional Area Leadership. This proposal has been released for you to complete and submit.

### CANDIDATE PROFILE:

**Candidate Name: C. Westbrook Murphy**

**Proposed Date of Promotion: Oct. 1, 2004**

**Date of Hire/Promotion to Sr. Manager or Director:**

**Senior Manager - June, 1989**

**Director - July 1, 1991**

**Office: Washington, D.C.**

**Region: New York, Metro**

**Market/Service: Banking**

**Specialization: Governance, Bank Supervision and Regulation, Sarbanes Oxley**

## GENERAL INFORMATION

### Education

|  | Undergraduate | Graduate | Other Degree |
|---|---|---|---|
| **College** | Duke University | Yale University | |
| **Major** | History | Law | |
| **Degree** | B.A. | LLb. | |

### Credentials

| Type (e.g. Active CPA, Attorney) | Date Achieved | State Issued/License Number |
|---|---|---|
| Attorney | January, 1966 | D.C. No 42671 |

### PwC Work History

| Role | Location | Begin Date | End Date |
|---|---|---|---|
| Senior Manager, Regulatory Advisory Services | Washington, DC | June, 1989 | June 30, 1991 |
| Director, Regulatory Advisory Services | Washington, DC | July 1, 1991 | Present |

# MANAGING DIRECTOR PROPOSAL
## Section 1 – Self Input Section

**Candidate Name:  C. Westbrook Murphy**

### GENERAL INFORMATION (con't):

**Other Prior Work Experience** (including dates & levels):

| Enterprise/Business (PwC Company Form) | Position/Location | Begin Date | End Date |
|---|---|---|---|
| U.S. Department of Justice | Trial Attorney | July, 1965 | September, 1967 |
| Office of the Comptroller of the Currency | • Director of Litigation<br>• Deputy Chief Counsel<br>• Deputy Comptroller for Law and General Counsel<br>• Deputy Comptroller for Administration | September, 1967 | December, 1977 |
| Private law practice | Partner or sole practitioner | January, 1978 | May, 1989 |

### PwC Statistical History:
Indicate the following statistics (if possible and where applicable).  Please include the impact this promotion will have on the staffing/leverage model for your business unit.

| Leverage Model Impact |
|---|
| The promotion will further enhance the existing ability of FORCe and the RAS business unit to leverage Westbrook with both senior and junior staff—as most recently demonstrated in the recent Compliance assignments at:<br>• PNC (leveraging Westbrook with Director, Manager, and Associate) and<br>• USB (leveraging Westbrook with Senior Manager, Senior Associate, and Associate) .<br><br>Further, on the technical subject matter assignments, Westbrook is very leverageable for research and technical writing.  The business model of SME with engagement management responsibility is consistent with historical leverage practices in FS FORCe. |

### Client Service Metrics

| Client Service | FY 04 (to date) | FY 03 | FY 02 |
|---|---|---|---|

# MANAGING DIRECTOR PROPOSAL
## Section 1 – Self Input Section

| Performance Ratings | 3 | 2 | 3 |
|---|---|---|---|
| Utilization | 50% | 10% | 26% |
| Billing Revenue* | 0 | - 0 - | - 0 - |
| DO* | NA | NA | NA |
| Performing Revenue* | N/A | N/A | N/A |
| Overall GM %/Realization* | N/A | N/A | N/A |

\* During the last three years I have served primarily as a subject matter expert, rather than (as in prior years) as an engagement manager.

# MANAGING DIRECTOR PROPOSAL
## Section 1 – Self Input Section

**Candidate Name: C. Westbrook Murphy**

### SUMMARY OF CANDIDATE'S DEMONSTRATED VALUE

**Business Development:**
Provide details regarding your participation in successful marketing efforts for the last three fiscal years (this section may not be applicable to all roles).

| Client/Target Name | FY04 Sales | FY03 Sales | FY02 Sales |
|---|---|---|---|
| Wells Fargo | $100M | | |
| | | | |
| | | | |

* Unlike prior years, during which (as documented elsewhere) I secured significant business for the firm as either initial or follow-on engagements, my marketing contributions during the last three years have been less direct: contributing to the firm's overall visibility and being included as a subject matter expert in a number of proposals. Even when those proposals were successful, I was not always asked actually to work on the engagement.

**Value Delivered (applicable to IFS Managing Director Roles):**
Provide details of successful project initiatives and impact on client (i.e., both internal and external clients, if appropriate) service delivery/financial impact to the Firm.

| Project/Initiative | FY04 | FY03 | FY02 |
|---|---|---|---|
| Sarbanes Oxley/FDICIA | See sponsor's discussion below | See sponsor's discussion below | See sponsor's discussion below |
| SEC Scope of Services | See sponsor's discussion below | See sponsor's discussion below | See sponsor's discussion below |
| PwC Congresional Liaison – Auditor Sanctions Response | | See sponsor's discussion below | |
| | | | |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Proposed Managing Director Role (Practice/Functional Director or SME): | Subject Matter Expert |
|---|---|

**Client Service Managing Directors:** please state below the specific role the proposed managing director will play including key metrics under the balanced scorecard.  Include expected future growth (e.g., revenue, profitability), and the impact this promotion will have on the staffing/leverage model for your business unit.

Westbrook is being proposed for the role of a Governance, Legal, and Compliance Subject Matter Expert within FS FORCe.  Westbrook was recommended in 1999 by the then managing director of the bank regulatory practice for promotion to managing director.  At that time, the managing director position was eliminated by ABAS.  Since, Westbrook has been referred to as managing director in marketing materials, proposals and his own biographies.  Accordingly, Westbrook has been advised that he is eligible to apply with a business case as a candidate for Managing Director at this time.

The proposal of Westbrook for this role recognizes both his sustained significant contribution to the growth and success both of Banking Practice and of our Regulatory Advisory Practice business unit, and the leading role he plays as a subject matter expert in:

- Governance,
- Compliance,
- Internal controls,
- Financial services regulation, and
- Regulation of the accounting profession.

### History at PwC

Westbrook in 1989 became RAS third professional staff member, and has played an important role in its growth into a leading and highly-regarded regulatory consulting practice.  His contributions include:

- Leading major engagements with Norwest (now Wells Fargo) Mortgage and American Express, each of which resulted in significant follow-on work;
- Managing responses by a number of financial institutions to urgent regulatory demands, including:
  - Toronto Dominion Securities,
  - Banco Mercantil,
  - First Florida Banks,
  - First Federal Savings and Loan of Puerto Rico, and
  - State Farm Insurance
- Assisting at major client engagements—such as Asahi Bank, GMAC Mortgage, and Barclays—leading to follow-on work with billings >$1MM;

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

- Bringing in clients, such as the Indian trust fund plaintiffs and the Rural Health Care Corporation, which each led to millions of dollars in billings for other PwC advisory practices;
- Providing innovative advice on regulatory structure and related issues to major clients, such as:
  - Royal Bank of Scotland,
  - JP Morgan Chase,
  - State Street Bank and General Electric (proposed joint venture), and
  - Chevron
- Providing thought leadership both within PwC and more broadly, including through authoring the following publications:
  - The first edition of PwC's highly respected "A Foreign Banker's Guide to the United States,"
  - "An Executive's Guide to FIREA,"
  - "An Executive's Guide to the FDIC Improvement Act" (which the FDIC itself sent out in response to requests for information about this new law),
  - The first edition of PwC's regulatory compliance handbooks (with editing of later editions), and
  - "An Executive's Guide to Financial Modernization"
- Training the RAS staff and others within the firm;
- Perhaps most importantly, assisting PwC to avoid regulatory difficulties (and potential sanctions) in matters arising from client engagements, including those with Centrust FSB, Shawmut National Corporation, BCCI, and Great Smokey National Bank Corporation; and
- Working during 2003 with PwC's regulatory/ Congressional liaison staff in formulating the accounting profession's response to regulatory and legislative efforts to increase the exposure of bank auditors to regulatory sanctions.

**Thought leader on Sarbanes-Oxley**

During the last two years, I and Banking leader Tim Ryan asked Westbrook to devote portions of his year for special assistance in the implementation of the Sarbanes-Oxley Act ("Sarbanes"). If fiscal 2003, Westbrook was a member of the FS Sarbanes task force, with a large part of his year specifically devoted to assisting the firm (at a macro level) and the firm's FS leadership (at a micro level) with the implementation of Sarbanes Oxley requirements across a series of firm and client subject areas. In FY 2004, while he was not seconded to a formally structured effort, he devoted a significant amount of time to matters critical to the firm, emanating from the Sarbanes legislation.

Sarbanes brought significant changes to both PwC and its clients, and Westbrook's substantial analyses of implications associated with these new requirements has been instrumental in ensuring that engagement teams and firm leaders in understanding and responding to these changes. Besides a thorough understanding of the workings of government, Westbrook brought to this effort his self-study of the issues leading to the enactment of Sarbanes, including watching many of the Congressional hearings and reading some of the important literature, such as the "Powers" report on Enron. Westbrook's efforts displayed extraordinary analytical and communication abilities.

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name: C. Westbrook Murphy**

The following are just a few of the topics on which Westbrook provided meaningful advice, usually with days (or even hours) of new regulatory issuances:

- A detailed analysis (incorporating comments from other PwC professional staff, PwC independence, PwC risk management, and OGC partners) of how the SEC's new restrictions on non-audit services would affect regulatory advisory engagements. A portion of this memo 10 months later became the basis for a proposed PwC submission to the SEC asking the SEC to revisit the questionable position its staff had taken on the scope of the limitation "expert services;"
- Memos on CEO and CFO certifications under Sarbanes §302, including the meaning of "disclosure controls and procedures;"
- Audit partner rotation;
- Proxy disclosure of audit fees, including consideration of what constitutes an "audit;"
- Corporate governance, including director independence and new audit committee responsibilities; and
- New disclosure requirements for securities issuers

A complete list of Westbrook's advisory activities during Sarbanes' first eight months is attached.

Both we and our clients benefited from Westbrook's explanations of this changing world. (See, e.g., the attached story about Westbrook's Sarbanes presentation to the annual convention of the Peurto Rican Banker's Association.) He was the only Director to participate in a September, 2002, meeting of banking partners largely devoted to understanding and preparing for Sarbanes. Additionally, Westbrook produced for firm-wide use by PwC's L&E a computer-based training introductory course on Sarbanes.

**Thought Leader on Governance and Internal Controls**

More recently, Westbrook's efforts have focused extensively on the implementation in the banking industry of the internal control attestation requirements of Section 404 of Sarbanes Oxley, and the unique interaction between 404 and similar internal control requirements imposed on banks 12 years ago by the Federal Deposit Insurance Corporation Improvement Act (FDICIA Section 112). For example:

- His writings in the last 8 months on this subject include two articles for PwC's "Banking Issues", a paper presented at the Spring Meeting of the American Bar Association's Banking Law Committee, and seven memos distributed within the banking practice. (We have shared his papers on the interaction between Sarbanes 404 and FDICIA 112 with regulatory officials at the FDIC and the Fed (the last responding to a specific request from Fed Governor Beis)).
- Within PwC Wes has responded to a steady stream of questions from engagement teams and their clients, including phone calls on 404 issues with MBNA and JP Morgan Chase;
- Wes has participated in policy formulation with me, Lee Dixon, Tim Ryan, and Jim Lee;
- Last September, Wes prepared the slides Jim Lee used to brief the annual Banking Practice conference on the expectations for year-end 2003 bank internal control attestations.

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name: C. Westbrook Murphy**

- In June he taught a course on risk and controls at the American Banker's Association's Graduate School of Banking.

Westbrook now is working on a practice guide for PwC financial service engagement teams who are required as part of their annual internal control attestation to consider the effectiveness of the client's compliance function. See PCAOB Auditing Standard No. 2, Pars. 15 & 140. He is drawing not only on his familiarity with financial institution compliance programs, but also on his significant experience with using agreed upon procedures to attest to a client's compliance with important regulatory statutes and regulations, such as those governing Bank Secrecy Act reporting and transactions between a bank and its affiliates. These experiences and expertise will be particularly useful not only in the required audit attestations to internal controls, but also in promoting BD/IM Compliance function certifications

From a technical perspective, Westbrook will be leading our efforts on the following important initiatives:

- Working with the FDIC and the other banking agencies in modifying the existing regulation implementing FDICIA to accommodate the changes resulting from Sarbox, particularly those dealing with internal control attestations;
- Continuing the role he has performed since 1992 of being the "go to guy" in the Banking Practice on questions about FDICIA—a role of particular importance since the next year is likely to bring the most significant changes since FDICIA was implemented 12 years ago;
- Developing the practice aid discussed above for engagement teams to evaluate a client's compliance function as part of the internal control attestation;
- Developing agreed-upon procedures for use in meeting a requirement the Federal Reserve recently imposed on about a dozen of the world's major banks to obtain an independent accountant's attestation to the bank's compliance with certain anti-money laundering laws when distributing large amounts of U.S. currency; and
- Cross-selling with IM and BD Compliance personnel the services of annual compliance function certifications.

**External Recognition**

Westbrook continues to be well known and well regarded among his peers outside the firm. For the last two years he has moderated a panel of the bank regulatory agency general counsels for the Banking Law Committee of the Federal Bar Association (see attachment), and now chairs that Committee. (Committee members include the general counsels of the bank regulatory agencies, the SEC and the Treasury; of the New York Clearing House, the Financial Services Roundtable, and other major trade associations; and leading members of the DC banking bar. In past years, Westbrook's contacts with members of this group have led to engagements with fees of several million dollars, as noted above. His July 2004 letter to the *American Banker* about the enforcement powers of the Office of the Comptroller of the Currency drew thanks from the OCC, including from Comptroller Hawke himself (a long-time professional colleague and past chair of the same FBA Committee).

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

Finally, Westbrook continues his voluntary service as General Counsel for the Harry S. Truman Scholarship Foundation.  In this role, his clients are Foundation President Madeleine Albright and Foundation Trustees that include two U.S. Senators, two U.S. Representatives, a governor, a mayor, and sitting state and federal judges; and he is in regular contact with university presidents, graduate school deans, and high ranking military officers.

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name: C. Westbrook Murphy**

**Please provide a brief assessment as to the candidate's capabilities as they relate to the following 'Balance Scored Measurements':**

| Balanced Scorecard Measurement | Comments |
|---|---|
| **People:** motivates, lead and manage staff, contributes to L&E, recruiting, coaching, retention, support work life balance, upward feedback results | Westbrook has deep subject matter knowledge, high standards of professionalism, and has the ability to work with and motivate others. I personally have received feedback from many in the banking practice as to the depth and importance of contributions that Westbrook has made to the implementation efforts of their clients and engagement teams surrounding FDICIA and Sarbanes. This feedback is consistent with the feedback comments Westbrook has attached. As documented above, he is a strong contributor to L&E and to firm and external media. |
| **Clients & Quality:** business vision, technical proficiency, delivery skills, industry knowledge, solution development, identifies issues draw sound conclusions | Westbrook has an extraordinarily thorough knowledge of:<br>• U.S. bank regulatory agencies, and how they operate<br>• U.S. banking law<br>• History and structure of the U.S. banking system.<br><br>Wes has developed additional expertise in issues affecting our auditing practice, including:<br>• Internal control attestations under both FDICIA 112 and Sarbox 404,<br>• Corporate governance,<br>• Auditor independence, and<br>• Agreed-upon procedure engagements.<br><br>He is a prominent thought leader on these issues, whose advice is sought and relied on throughout the banking practice. Westbrook is a creative thinker, who is not afraid of dealing with complex problems and developing pragmatic solutions. Those solutions always are in the client's best interest. When responding to questions, he often spots issues that others have overlooked.. |
| **Profitable Growth:** selling skills, manage investment and costs, increase profitability | Wes has made a significant contribution to PwC's risk management through thought leadership, knowledge sharing, and active management of specific situations with regulatory risk. The latter include:<br>• Centrust,<br>• BCCI, and<br>• Shawmut |
| **Teaming:** leverage firm capabilities, contribute to thought leadership, contribute to product development, interact with colleagues across region, business unit and LoS. | Westbrook takes full advantage of firm resources. For example:<br>• At the TD Securities engagement several years ago he found, employed, and supervised PwC experts in accounting policy, credit, systems, and business recovery.<br>• At Barclays he used a PwC systems and data analysis |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| | |
|---|---|
| | expert to analyze hundred of thousands of tranasctions;<br>• At Norwest Mortgage and American Express he used the firm's statistical capability to look for paterns of discriminatory lending; and<br>• At PNC he incorporated the work of our experts in AML/BSA, fair lending, and affiliate transactions. |

**Attached are several items which Westbrook asked to include with the proposal to support some of the commentary contained above.**

The following signatures are required in sequential order as listed below.

William J. Lewis _____          Sept. 7, 2004
Partner Sponsor Signature                                                     Date


_____          _____
Site Leader (as appropriate)                                         Date


_____          _____
Business Unit Office/Regional/National Functional Leader      Date


_____          _____
National Practice Leader                                              Date

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Date | Addressee | SI[1] | Topic |
|---|---|---|---|
| **Memos to FS or Other PwC Leadership** | | | |
| August | | | |
| 8 | Bench, Lewis, Cruz | X | Draft outline (22 pages) of statute |
| 9 | RAS | X | " |
| 9 | Lewis, Bench, Ryan | X | Expert services |
| 12 | Bench | X | Non-audit services |
| 13 | Schulken | X | Non-audit services |
| 12 | Lewis, Bench, Ryan | X | Non-audit services |
| 13 | RAS, Shulken, Sapin | X | Outline (24 pages) of statute |
| 14 | Ryan | | Internal control attestations under FDICIA and Sarbox |
| 23 | RAS | X | " |
| 23 | Nally | X | Audit and non-audit services |
| 23 | Silvgni | | Committee report; outline of statute |
| 23 | Byrne, DC ABAS parrners | X | Effective date for non-audit services restrictions |
| 23 | RAS | X | Revised outline of statute |
| 23 | Schulken | X | Internal control attestations under FDICIA and Sarbox |
| 29 | Moritz | | Non-audit services |
| 29 | Masterson, Laudermilch | | Internal control attestations under FDICIA and Sarbox |
| 30 | Newman-Limata | X | " |
| September | | | |
| 2 | Lewis, Moritz, Ryan, Bench | X | Accountants' role in internal control reporting |
| 3 | Ryan | | E&Y comment letter on §302 certifications |
| 5 | Laudermilch | | Senate Committee Report |
| 5 | Laudermilch | | Management statements and certifications under §§302 and 906. |
| 6 | Ryan | | Meaning of "disclosure controls and procedures" |
| 6 | Laudermilch, Kinman, Masterson, Gerson, et al. | | Input on FAQs for Garrison to issue |
| 6 | Mallett | | Disclosure controls and procedures |
| 6 | Roland | | " |
| 6 | Lewis, Bench, Ryan | X | What's ann audit? |
| 7 | Laudermilch, Kinman, Masterson, Gerson, et al. | | More input on FAQs for Garrison to issue |
| 7 | " | | " |
| 9 | Welsh | | Info for foreign bankers on internal control reports |

---

[1] Activity was self initiated, i.e., not specifically requested by someone else.

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Date | Addressee | SI[1] | Topic |
|---|---|---|---|
| 9 | Bench, Moritz, Ryan | X | PwC implementation of §404 |
| 10 | Laudermilch | | More input on FAQs for Garrison to issue |
| 10 | Laudermilch | | Relation of §404 to COSO |
| 11 | Schumadine | | " |
| 12 | Shirahata, Bench, Lewis, Moritz, Ryan, Welsh | | Applying §§302 and 906 to foreign registrants |
| 12 | Laudermilch | X | " |
| 12 | " | | " |
| 12 | Ryan, Bench Lewis | X | FAQs for Garrison to issue |
| 19 | Lewis, Ryan, Albright, Bench | X | Assisting clients with DPC certifications |
| 19 | Clay | X | STB Sarbox memos |
| 19 | Bench, Lewis | X | Audit fee increases |
| 19 | Evangalista | | Sarbox and investment companies |
| 19 | Friend | | §302 certifications |
| 23 | Thoma | | Sarbox and investment companies |
| 25 | Ryan | | Disclosure controls and procedures |
| 25 | Clay, Laudermilch, Kinman, Masterson | X | PCAOBoard registration; relations with audit committees; §302 certifications.  Note: Masterson made these materials available for distribution to PwC partners |
| 26 | Ryan, Albright, Ryan, Bench, Lewis, Welsh, Gontero | | Fed rule applying Sarbox to bank registrants |
| 30 | Gontero | | Disclosure controls and procedures |
| 30 | Shouvlin | | Audit partner rotation |
| 30 | Baird | X | Audit partner rotation |
| October | | | |
| 1 | Moritz | X | Audit partner rotation |
| 1 | Crockett | | " |
| 2 | Ryan, Albright, Bench, Lewis, Moritz | X | PwC webcast on internal controls |
| 2 | Welsh | | §302 certifications |
| 2 | Silvagni | X | Application of Sarbox to foreign companies |
| 2 | Silvagni | X | Insider loans |
| 2 | Bench, Lewis | X | SEC proposal schedule and PwC comment letters |
| 3 | Busey | X | Comparison of Sarbox and FDICIA reporting requirements |
| 16 | Ryan, Moritz, Lewis, Bench | X | SEC open meeting proposing rules for §§303, 404, 406, & 407 |
| 17 | Moritz, Ryan | X | SEC press release and future schedule |
| 17 | Gerson | | Potential effective date for §404 reporting |
| 22 | Moritz, Ryan, RAS, Roland, Brockwell | X | Summary and analysis of SEC proposal for §§404 |
| 28 | Ryan | X | Issues for Sarbanes group |
| 28 | Sullivan | X | Audit and non-audit services; role of accountants |
| 30 | Ponte | X | Tax services for audit clients |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Date | Addressee | SI[1] | Topic |
|------|-----------|-------|-------|
| 30 | Ryan, Moritz, Bench, Albright, Lewis | X | SEC proposals for §§306, 401, & 409 |
| 31 | Castro | | Comparison of §§302 and 404 requirements |
| 31 | O'Connell | | §§302 and 404 |
| 31 | Ryan, Moritz | X | PCAOBoard difficulties |
| November | | | |
| 1 | Davenport | | Compliance with §§302 and 404 |
| 4 | Moritz, Ryan, RAS | X | PCAOBoard fiasco |
| 7 | King, Lewis | X | PwC comment letter on audit committee financial expert proposal |
| 7 | Lewis | X | SEC comment letters |
| 8 | Harrington | X | " |
| 8 | Ryan, Bench, Lewis | X | Audit and non-audit fees |
| 11 | Moritz, Albright, Bench, Lewis, Ryan | X | Expanding the concept of an "audit" |
| 12 | Lewis | X | Suggestions for PwC §404 comment letter |
| 13 | King, Lewis, Ryan, Harrington, Bench, Newman-Limata, Cruz, Ryan, Welsh | X | " |
| 14 | Ryan | | " |
| 18 | King, Lewis, Ryan, Harrington, Bench, Newman-Limata, Cruz, Ryan, Welsh | X | " |
| 20 | Kinman, | | " and relation to §302 certifications |
| 20 | Moritz, Ryan, RAS, Brockwell, Perez | X | SEC auditor independence proposals. Note: Lewis suggested posting memo on PwC's S-O action center |
| 20 | Harrington | X | " |
| 22 | Edelson | X | " |
| December | | | |
| 2 | Ryan, Moyer, Bench | | Management's reports of fraud to the audit committee and auditor |
| 13 | Moritz, Atkins, et al. | X | SEC Commisioner's Atkins speech on auditors |
| 19 | Laudermilch | | §404 attestations |
| 20 | Bench, Lewis, Moritz, Ryan | | PwC's §§404, 406, & 407 comment letters to SEC |
| Jan. 23 | Lewis | X | Use of internal audit in attestations |
| 24 | Wallace | X | Record retention |
| 28 | Clay | | Posting PwC Audit description of FDICIA attestations to Sarbox Action Center |
| 29 | Laudermilch | | Comparing FDICIA and Sarbox attestation requirements |
| 29 | Bench, Albright, Lewis | X | Effect on RAS of non-audit services restrictions |
| 30 | Lewis, Bench. Ryan, Moritz | X | Presentation for bank regulators |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Date | Addressee | SI' | Topic |
|---|---|---|---|
| 31 | Moritz, Bench, Lewis Ryan | | " |
| February | | | |
| 3 | Nicely, Baird, Lewis, et al. | | Effect on RAS of non-audit services restrictions |
| 3 | Pace | X | " |
| 3 | Kilgust, Lewis, Bench, Albright | X | Frequency of audit committee communications |
| 3 | Lewis, Albright, Bench, Campbell | | Effect on RAS of non-audit services restrictions |
| 5 | RAS | X | " |
| 10 | Ryan, Lewis, Cruz, Davenport, Gonet | X | Rotation of controls testing |
| 11 | Baird, Nicely, Bench, Lewis, Albright | X | Grandfathering of non-audit seervices |
| 12 | Nicely, RAS, Ryan, Lewis, Brockwell, Moritz | X | " |
| 13 | Ryan, Moritz, Lewis, Bench, Albright, Campbell, Brickwell | X | New SEC independence rules |
| 14 | Bench, Campbell, Lewis, Albright | X | New requirements for Sarbox 404 attestations |
| 19 | Sullivan et al. | | New requirements for Sarbox 404 attestations |
| 21 | Baird, Nicely, Ryan, Wallace, Albright, Ryan, Campbell, Moritz | X | New requirements for Sarbox 404 attestations |
| 27 | Heathcote, Ilako, Nixon, Tattersall, Yamate, Ludwick, et al. | X | Sarbox effect on PwC regulatory engagements |
| March | | | |
| 3 | Albright, Pace, Lewis, Bench | X | Effect of Sarbox on fair lending analysis services |
| 3 | Pace, Cruz, Bench, Lewis, Albright | | " |
| 3 | Wallace, Albright, Pace, et al. | | " |
| 11 | Edelson | X | Non-audit services |
| 13 | Lewis, Albright, Bench, Moritz | X | Audit committee approval procedures |
| 13 | Edelson | | Non-audit services |
| 14 | Friend | | Non-audit services |
| 14 | Ryan | | New requirements for Sarbox 404 attestations. Note: Ryan sent article to Federal Reserve Board |
| 14 | Nicely, Moritz, Ryan, | | Audit committee pre-approvals |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name: C. Westbrook Murphy**

| Date | Addressee | SI | Topic |
|------|-----------|-----|-------|
| | Albright, Bench, Lewis | | |
| 18 | Rayellen Smith | | Sarbox training course |
| 18 | Ryan, Moritz, Dixon, Brockwell | X | Amer. Bankers Ass'n decision tree |
| 18 | Brockwell | | Audit committee preapprovals |
| 20 | Johnson, Smith | | Sarbox training course |
| 24 | " | | " |
| 25 | " | | ASB exposure draft on attestations |
| 25 | " | | Corporate governance |
| 27 | Schulken | | Attestation reports |
| 27 | Peterson | | " |
| 28 | Schulken | | ASB exposure draft on attestations |
| 28 | Hartig | X | Audit reports |
| 31 | Peterson, Schulken, Cruz | | Engagement letters |
| 31 | Johnson, Smith | | Sarbox training course |
| 31 | " | | AT 501 exposure draft |
| April | | | |
| 11 | Pace | | Non-audit services |
| 15 | Lewis | | Independencerequirements |
| 16 | Ryan, Albright, Pace, Bench, Robertson' Lewis | | Non-audit services—model validation |
| 16 | Johnson | | Sarbox training course--corrections |
| **Advice to Engagement Teams** | | | |
| August | | | |
| 14 | Schuler | | Comparison of OFRS corporate governance proposals to Sarbox requirements |
| 15 | Orders, Ryan | | Insider loans |
| 15 | Scheele | | Audit committees |
| 27 | M. Murphy | | Non-audit services: killing presentation prepared by PwC San Jose and circulated there and in Minneapolis |
| September | | | |
| 3 | Lee | | SEC §302 certification rules |
| 13 | Nelson | | Internal controls reporting |
| ? | Robertson | X | Non-audit service restrictions |
| 26 | Albertazzi | | Corporate governance |
| October | | | |
| 1 | Pollack | | Applicability of Sarbox to Barclays and to CSFB |
| 2 | Gilbert | | Internal control reports at SW Bancorp |
| 3 | Davenport | | Applicability of Sarbox to insurance cos. |
| 4 | M. Murphy | | Disclosure controls and procedures |
| 5 | Davenport | | Sarbox-inspired corporate governance best practices for Guardian Life |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Date | Addressee | SI' | Topic |
|---|---|---|---|
| 5 | Gilbert | | Internal control reports at SW Bancorp |
| 6 | M. Murphy, Lewis | | Sarbox disclosure for Freddie Mac |
| 8 | " | | Sample engagement letter for controls review at SW Bancorp |
| 8 | Moll | | Client's record retention under FDICIA and Sarbox |
| 8 | Davenport | | Internal control reports and certifications |
| 8 | Horst | | Sample code of ethics |
| 17 | Roland | | Internal control reports under FDICIA and Sarbox |
| 22 | Oliver | | Audit committee financial expert at Sallie Mae |
| 29 | Gilbert | | Audit committees |
| 30 | Young | | Internal control reports |
| November | | | |
| 13 | Baze, Ryan | | Applicability of Sarox to Bank of Guam |
| 26 | Knecht | | Sample proposal for internal controls assistance |
| 17 | Ricko | | Audit committee charters |
| 19 | Bench | | Independence restriction on expert witness for Royal Bank of Scotland |
| January | | | |
| 23 | Perez | | Use of internal audit in attestations |
| 24 | Banking partners & managers | X | Record retention |
| 29 | Adamson | | Control enhancement workbench |
| 29 | Neu, Lewis | | Audit committee independence |
| 31 | Adamson | | Sarbox Action Center link |
| Feb. 12 | Banking partners & managers | X | Attestation resource planning |
| 17 | " | | New requirements for Sarbox 404 attestations |
| 20 | McBride | | " –posting to NoE |
| 20 | Albright | | Audit committees |
| 21 | Mouio | | Changing attestation standards |
| March | | | |
| 3 | Sill | | Whistleblower procedures |
| 5 | Weinblatt | | New requirements for Sarbox 404 attestations |
| 6 | Huang, Welsh | | Quarterly disclosure requirements |
| 7 | Ludwick | X | Corporate governance |
| 11 | Banking partners & managers | X | Revisions to AT 501: sneak preview |
| 18 | " | X | Banking agencies issuance on internal audit and on auditor independence |
| 18 | Winter, Lewis | | Audit committee oversight of internal audit |
| 20 | Duncan | | Applicability of Sarbox to First Trust Bank |
| 21 | Enticott, Ryan, Lewis, Cruz | | Engagement letters |
| 28 | Endicott | | " |
| April | | | |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Date | Addressee | SI | Topic |
|------|-----------|----|-------|
| 4 | Nelson | | Audit committee whistleblower procedures |
| 15 | Hagg | | Disclosure committee |
| 17 | " | | " |
| 22 | Roland | | Disclosure controls and procedures |
| 29 | " | | " |
| | | | |
| **Communications with Non-PwC** | | | |
| Sept. 4, 5, 7 & 27 | Bob Francis, State Street | | Disclosure controls and procedures certifications |
| Sept. 10 | Tony Marra, Asst. G.C., Fannie Mae | | Non-audit services |
| 25 | Susan Bies, FRB | | WFH speech |
| Oct. 1 | Devereaux, Latham & Watkins | X | Audit partner rotation |
| Oct. 2 | Paul Atkins, SEC | X | Corporate governance |
| 23 | Betty Murphy, SEC | | Sarbox internal control reports and PR Bankers presentation |
| 28 | Bill Finn, | | Internal control reports |
| Nov. 5 | Bill Finn | | " |
| Dec. 3 | Bill Finn | | Audit committee white paper; FDICIA and Sarbox §404 requiremenyts |
| Dec. 4 | Bill Finn | | Internal controls attestations |
| Dec. 5 | Bill Finn | X | PwC webcast |
| | | | |
| **Presentations** | | | |
| Sept. 23 | Banking conference | | Corporate governance |
| Sept. 24 | " | | Sarbox overview |
| Sept. 24 | Fletcher | | Sarbox overview for MasterCard |
| Sept. 25 | Gontero | | Disclosure controls and procedures |
| Oct. 9 | Freddie Mac | | Internal controls |
| Oct. 25 | P.R. Bankers Ass'n | | Sarbox overview |
| Oct. 25 | PwC office, PR | X | " |
| Nov. 1 | Bank Atlantic | | Internal control reports |
| Nov. 13 | Banking Practice | | Corporate governance |
| | | | |
| Nov. 15 | Amer. Bar Ass'n | | §§302, 404, and 906 |
| Dec. 12 | PwC | | Local (DC) training on §404 attestations |
| Dec. 13 | PwC | | " |
| Dec. 17 | PwC | | " |
| Jan. 27 | PwC | | " |
| Feb. 12 | Banking Practice | | Attestations, corporate governance, enforcement actions |
| 19 | Dixon, Ryan, Lewis, Cruz | | New requirements for Sarbox 404 attestations |
| 20 | " , Crosson | | " |
| 21 | Crosson, Dixon, Cruz, | | " |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Date | Addressee | SI[1] | Topic |
|---|---|---|---|
|  | Lewis |  |  |
| 24 | Dixon |  | " –significant deficiency |
| 24 | Crosson |  | New requirements for Sarbox 404 attestations |
| 26, | Ryan, Lewis, Dixon, Crosson |  | " |
| 26 | Lewis, Dixon, Ryan |  | " |
| 26 | Crosson, Lewis, Ryan, Dixon |  | " |
| 27 | Ryan, Lewis, Dixon, Crosson |  | " |
| Mar. 10 | Ryan, Lewis, Dixon |  | " |
| Mar. 12 | Banking Practice |  | 404 attestation requirements |
| Apr. 5 | Amer. Bar Ass'n |  | Independence; 404 attestation requirements |
| Apr. 7 | PwC |  | Sarbox orientation—independence |
| Apr. 8 | PwC |  | Sarbox orientation—corporate governance |
| Apr. 10 | PwC |  | Sarbox orientation—introduction, enhanced SEC disclosures, new audit procedures |
| Apr. 11 | PwC |  | Sarbox orientation—questions |
| **Assist Others with Presentations** |  |  |  |
| August 30 | Gontero |  | Reasons for increased audit fees |
| Sept. 4 | Gontero |  | More reasons for increased audit fees |
| 9 | Washington, DC ABAS partners | X | Client presentation on §§302 and 404. |
| 9 | Gontero |  | Audit plan changes |
| 9 | Kinman, Clay, Laudermilch |  | PCAOBoard registration; relations with audit committees; §302 certifications. |
| 11 | Kinman | X | Defining an "audit" |
| 13 | Kinman, Laudermilch |  | Internal control reports and attestations |
| 16 | Kinman, Laudermilch, Masterson |  | " |
| 16 | Ryan, Moritz, Lewis, Albright, Bench | X | Overview of Sarbox effects on PwC and its clients |
| 17 | Ryan, Bench, Lewis | X | Audit committees, Sarbox and FDICIA, §§302, 404, and 906 |
| 19 | Gonet |  | Banking conference presentation |
| 21 | Hartig |  | " |
| 23 | Gonet |  | " |
| Oct. 9 | Lewis, Connelly |  | Fannie Mae presentation |
| 15 | Gontero | X | Staten Island Bancorp presentation |
| 17 | Baxter |  | Colorado Bar Ass'n presentation |
| Nov. 14 | Ryan |  | Indy Mac presentation |
| Nov. 25 | Ryan, Moyer |  | Sarbox overview |
| Dec. 19 | Humphrey |  | Attestation readiness |
| Jan. 22 | Moritz |  | Corporate governance for presentation to World Economic Forum in Davos |
| Jan. 23 | Nally via Moritz |  | Bullets points for Nally to use in Davos |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

| Date | Addressee | SI | Topic |
|---|---|---|---|
| Jan. 27 | DC Sarbox team | X | Non-standard internal control reports |
| Jan. 29 | Evangelista | | Corporate governance |
| Jan. 29 | Cruz | | Attestation presentation for NY Metro |
| Mar. 13 | Muoio | | Applicability of Sarbox to foreign companies |
| Mar. 14 | " | X | " |

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

## Comments from 2004 Upward Feedback

**STOP COMMENTS**
**START COMMENTS**
**CONTINUE COMMENTS**
- Westbrook is always a straight shooter. I appreciate his feedback when things go well and things go poorly.
- Westbrook did a fantastic job of managing the audit work we performed. The input and guidance that he provided to me was priceless. Through working with Westbrook, I have become a better professional. Westbrook did an excellent job of building relations with the client and understanding how to negotiate through the politics associated with the client. His management style is very effective and his personality is inspirational.
- Westbrook embodies the professional values that PwC purports to emulate. He has a depth of knowledge and experience that he willingly shares with his peers and subordinates on engagements. He strives to give the client 110% of value and encourages his team to do the same by positive example and willingness to listen to all relevant ideas and analysis. I benefited from his leadership and look forward to working on future engagements with him.

**ADDITIONAL COMMENTS**
- Westbrook was a real pleasure to work with, both as a professional colleague and as a human being. He's bright, engaging and interested in substantive dialogue on both professional and personal matters. Westbrook has a nice way of managing and building a sense of team. I really enjoyed working with Westbrook.
- Mr. Murphy is a true professional and a joy to work with. He represents all of the firm's values. He should be given opportunities to lead and manage engagements.

## Comments from 2004 Peer Feedback

**STOP COMMENTS**
- Westbrook is a seasoned professional lawyer, executive and consultant. His knowledge and expertise in his chosen specialties is deep and unparalleled in the industry; and also broad in nature. He employs an honest, common sense approach to all his endeavors, and sees them to conclusion. Westbrook is a valuable model for both PwC staff and clients.

**START COMMENTS**
**CONTINUE COMMENTS**
- Westbrook is a tremendous resource to the firm on bank audit issues and regulatory requirements.
- Westbrook is highly intelligent and extremely knowledgeable about banking matters. He brings a depth of experience and open mind to any problem solving with which he is involved. Although Westbrook takes personal responsibility for his actions, he is a team member and insures that credit for accomplishments is fairly shared. Any negative feedback is individually delivered in a fair and even tempered manner.

**ADDITIONAL COMMENTS**
- Westbrook takes the time to and contributes more to Firm thought leadership, risk management, and just plain old clear thinking than just about anybody I know. Westbrook bends over backwards to promote good communication and good fellowship on projects -- one of the strongest team players I know.
- Westbrook is a creative thinker, who is not afraid of dealing with complex problems and developing pragmatic solutions.
- I occasionally solicited opinion from Westbrook regarding SarBox, PCAOB, and other critical professional guidance as he is a recognized SME on such matters. On all occasions, I have found him to be very approachable and forthcoming with information. He eagerly shared his wealth of insights and provided related materials which educated and prepared me to handle the subject matter with both clients and staff. I consider Westbrook a trusted advisor on such content.

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:  C. Westbrook Murphy**

## 114 / Negocios

EL NUEVO DIA / sábado, 26 de octubre de 2002

# Estricta la ley de reforma corporativa

**Por Carmen T. Casellas**
End.ccasellas@elnuevodia.com



La Asociación de Bancos auspicia una conferencia sobre transparencia corporativa, en el Bankers Club.

**MAYOR TRANSPARENCIA** y celeridad en los informes financieros, el establecimiento de comités de auditoría independientes de la gerencia y más fiscalización sobre la manera en que se gobiernan las corporaciones públicas.

Estos son ejemplos de los muchos cambios impuestos sobre las empresas que tradican sus acciones en la bolsa de valores, impuestos por la Ley Federal Sarbanes-Oxley (la llamada reforma corporativa). Tales cambios se discutieron ayer en la conferencia sobre "Transparencia y Gobernancia Corporativa" auspiciada por la Asociación de Bancos de Puerto Rico.

En el evento, celebrado en el Bankers Club de Hato Rey, participaron reguladores y analistas de acciones de Estados Unidos.

Se discutió además las funciones expandidas de la Comisión federal de Valores y Bolsas (SEC, en inglés) y su junta de supervisión de contabilidad de empresas publicas. Esta junta, cuya creación próximamente eliminará la autoregulación de las empresas de contabilidad, velará por los conflictos entre los varios productos o servicios que proveen las firmas contables.

La ley Sarbanes-Oxley también conlleva cambios en los bancos públicos, cuyas juntas de directores ahora tendrán que tener una mayoría de miembros independientes. Pero debido a que ya los bancos son reguladores estrictamente — sean entidades publicas o privadas — estas entidades ya cumplen muchos de los requisitos ahora impuestos sobre todas las compañías públicas.

De hecho, muchos de

sus reportes financieros, tales como la contabilidad en calidad de gasto de opciones de acciones, algo que ya muchos bancos hacían, o las finanzas de entidades especiales o de transacciones fuera de los libros.

Como toda compañía pública, los bancos deben además acelerar sus reportes financieros y darle rápido acceso a éstos a los accionistas vía Internet. Pero como dijera en videoconferencia

Elizabeth Murphy, principal oficial de reglamentación del SEC, además se debe aumentar la exactitud y la profundidad de los reportes. Esa mezcla de exactitud y celeridad es uno de los puntos que aún se están definiendo. "Aún no se sabe el impacto completo de (la Ley) Sarbanes-Oxley", concluyó Thomas Schulz, asesor legal del FDIC.

# Carnival compra Princess Cruises

**MIAMI** (Bloomberg) - Carnival Corp. acordó comprar P&O Princess Cruises Ltd. por $7,300 millones en acciones y deuda asumida, extendiendo su liderazgo como el mayor operador de líneas de crucero. Con la compra se puso fin a una batalla tripartita que duró casi un año por la compañía británica.

Al adquirir P&O Princess, Carnival, con sede en Miami, superará a la rival Royal Caribbean Cruises

# MANAGING DIRECTOR PROPOSAL
## Section 2 – Partner Sponsor Section

**Candidate Name:** C. Westbrook Murphy

The Federal Bar Association's
Financial Institutions & the Economy Section
Banking Law Committee
Presents its Annual Program on

## "Financial Institution Regulatory Agencies:

## A Discussion With the General Counsels"

### *Thursday, December 5, 2002*

What are the challenges facing the general counsels of the financial regulatory agencies? Hear the general counsels answer this question during our annual "Discussion with the General Counsels" program. The general counsels will address current and prospective legal and regulatory issues, legislation and litigation affecting the agencies and the institutions they regulate.

Make your reservations **early** for this extremely popular and informative program! **Space is limited** so reservations will be accepted on a first-come, first-served basis.

### Featured Speakers

**Carolyn Buck**

Chief Counsel, Office of Thrift Supervision

**Robert M. Fenner**

General Counsel, National
Credit Union Administration

**Scott G. Alvarez**

Deputy General Counsel,
Federal Reserve Board

**William F. Kroener, III**

General Counsel,
Federal Deposit Insurance Corporation

**Julie L. Williams**

Chief Counsel, Comptroller of the Currency

**C. Westbrook Murphy**

PricewaterhouseCoopers,
Moderator

**Place:** National Press Club, Washington DC, 14th & F Streets, NW, 13th Floor

**Time:** 6:00-10:00 p.m.

**Cost:** $50.00 FBA Members/Gov't Attorneys      $55.00 Non-Members