# PRICEWATERHOUSE(COPERS 🏠

## Memo

| | |
|---|---|
| To: | File |
| From: | Westbrook Murphy |
| Date: | August 13, 2002 |
| Subject: | RAS Staff Meeting |

On Friday, August 9, 2002, Tim Ryan (head of the ABAS Banking practice) and three of the four RAS partners (Bob Bench (RAS Managing Partner), Bill Lewis, and John Campbell) convened a 5 hour meeting of the professional staff of Regulatory Advisory Services, a component of the ABAS Banking practice. Lisa Engelhart, the personnel assistant for ABAS banking, also attended.

### Transitions and the PwC Partnership

Bob Bench announced that effective June 30, 2003 (the end of the PwC FY during which he turns 60) he will retire as a partner and as RAS Managing Partner. Bob founded the RAS practice in 1987, and has headed it ever since. Bill Lewis will replace Bob as RAS Managing Partner. PwC has invited Bob to remain without being called a partner, but he has not yet decided whether to do so.

The RAS partners discussed this and other transitions at some length. One of these transitions involved the changing metrics being used to measure the performance of PwC partners and professional staff. Bench summarized the evolvement of these metrics since the 1998 merger between Price Waterhouse and Coopers & Lybrand to form PricewaterhouseCoopers as follows:

> "We went from one firm that was a partnership to another firm with a corporate style of governance." "It isn't a practice anymore; it isn't a partnership anymore; it's a business."

John Campbell echoed this sentiment:

> "Since the merger there has been no sense of partnership."

### Business Opportunities

Regarding opportunities for new RAS business, Bench said that: "We need to build relationships with law firms."

Bill Lewis emphasized that one way to build these relationships was through attendance at continuing education courses. He asked rhetorically: "With regard to CE, are we 'hanging out on the right street corners,' that is, attending CE where we can meet potential clients?"

# PRICEWATERHOUSE(COPERS 🖾

**Compensation**

The partners and Lisa Engelhart also discussed how raises and bonuses were determined for the RAS professional staff. They passed out the attached—

- Performance appraisal form, and
- Description of the PwC annual review process.

In determining bonuses for FY 02 and compensation for the coming year (FY 03), the appraisal review committee ("ARC") focused principally on the on the following factors:

- Documented appraisals for each engagement,
- Number of billable hours,
- Managerial/billing responsibility,
- Business brought to the firm,
- The results of "upward feedback" evaluations.

The ARC used these factors to:

- Rank each RAS staff member among his or her peers; i.e, to rank senior managers with the group of RAS senior managers, managers within group of RAS managers, etc., and
- Based on the rankings, assign an overall rating of "1" (best), "2," "3," or "4" to each member of the peer group.[1]

---

[1] No one fully explained the definition of the numbers used for these overall ratings. In appraisals for specific engagements, the rating numbers have the following meaning:
  1. Consistent full demonstration of capabilities at one's level, accomplished independently (with little or no supervision). Individual is able to guide/educate others through specific activity. Throughout the assignment, regularly produces extraordinary contributions to the client, people and Firm.
  2. Distinguished performance displaying significant demonstration of capabilities at one's level which results in added value to clients, people and Firm. Some, but not all, capabilities may be fully demonstrated, with guidance from team leader.
  3. Positive contribution to clients, people and Firm that is accomplished by partial, continued demonstration of capabilities for one's level. Team manager monitors/guides activities regularly.
  4. Improvement required in demonstration of capabilities for one's level in order to make positive contribution. Close supervision is required.

# PRICEWATERHOUSECOOPERS 🅐

The ARC then used these numerical ratings to allocate the pool of funds designated for RAS raises and bonuses. For the last two fiscal years these pools equaled the following percentages of total RAS professional salaries:

| Fiscal Year | Pool for Raises | Pool for Bonuses |
|-------------|-----------------|------------------|
| 2001        | 3.6%            | 6.0%             |
| 2002        | 5.0%            | 4.5%             |

A professional staff member rated "3" received a cost-of-living salary increase, and no bonus. One rated "2" received a modest salary increase and a modest bonus. One rated "1" received a more significant raise and bonus. According to the material distributed at the meeting, 50% of directors/senior managers should have been rated "1," 45% rated "2," and 5% rated "3."