


Memorandum

| | |
|---|---|
| To | Client Service Senior Managing Directors, Managing Directors and Directors |
| From/Location | Dick Kearns |
| Date | May 13, 1994 |
| Re | Directorship Program Guidelines |

The Directorship Program was established approximately four years ago to recognize those individuals who contribute specialized or other unique skills to our client service capabilities. This program is viewed as the cornerstone of a human resources strategy that is responsive to the need for multiple career paths in professional services firms like ours. The program has been very successful to date, growing from an initial group of 20 client service directors 4 years ago to approximately 180 at July 1, 1994.

To help you better understand the program, attached is a memorandum which provides background information and comments on position descriptions, performance expectations, compensation, benefits arrangements and the nomination process. Copies have also been distributed to all US Firm partners and newly promoted directors.

After reviewing the material, please call Vince Berry in National Human Resources if you have any comments or suggestions for strengthening the program.

RPK/rlg
dirprogui

00377

# The Directorship Program
# Background and Guidelines

## Background

The Directorship Program was formally created a few years ago by the firm's Management Committee. The driving force behind the Committee's decision to create this program was the critical business need to endorse a defined career path for a select group of highly experienced client service professionals. To date, the program has been very successful in attracting this caliber of individual. As of July 1, 1994 we will have approximately 180 participants (compared to 121 at July 1, 1993). Of this total 33% are in MCS, 31% in Tax, 19% in ABS, 12% in Corporate Finance and the remainder in DA&CR and other industry specialties. Approximately 76% carry the title Director, 22% Managing Director and 2% Senior Managing Director.

## Guidelines

The basic tenants of the Program can be summarized in five categories as follows:

- Position descriptions
- Compensation philosophy
- Performance expectations
- Perquisites
- Nomination process

## Position Descriptions

The Directorship program encompasses three levels of responsibility: Director, Managing Director and Senior Managing Director. It is expected that most individuals entering the Directorship program will do so at the Director level. The Managing Director level is restricted to individuals with extensive specialized experience who will be expected to function, in most instances, with responsibilities comparable to a partner. The Senior Managing Director designation is limited to individuals who are acknowledged as leading a practice, highly credentialed in their area of expertise and viewed as a very senior professional in terms of experience.

Advancement to the next responsibility level will be based on an assessment of performance as well as on a demonstration of ability to assume those responsibilities associated with the next highest promotion level. There is no specific timeframe associated with advancement to the next level.

00073

Capsule position descriptions for the three responsibility levels incorporated into the Directorship Program follow:

**Director** - a lead professional with recognized technical expertise and acknowledged credentials in a specific market area who has demonstrated practice development and project management skills. This position is equivalent to a vice president level in a client organization and may be viewed, in some respects, as a partner equivalent.

**Managing Director** - a highly experienced professional who functions in most respects, as a partner, has the appropriate experience credentials of a partner and possesses established skills in marketing, practice building, technology and staff development. The individual occupying this role will also fulfill major obligations in revenue generation and make a significant contribution to the business plan and economic success of a particular practice segment.

**Senior Managing Director** - a highly credentialed professional who has achieved national recognition in an area of specialization, who may serve as a national leader and role model for that specialized unit and who undertakes practice development and practice management and economic responsibilities equivalent to those of a very experienced managing partner of a significant unit. In view of the highly specialized skill set needed to function at this level, together with the national "name" recognition required, promotions into this category are expected to be limited to only a few of our most "seasoned" professionals.

## Compensation

Currently compensation is dependent upon specialized expertise and experience level. Subsequent adjustments vary and are based on performance assessment as well as existing market conditions in the field of expertise.

It is the intent of the program that total compensation for all Directors will eventually reflect a combination of two elements, one fixed (base salary) and one variable (bonus). The variable portion of the compensation package will be determined by the successful achievement of specific and measurable objectives as set out in the annual personal plan. The relative balance between base and bonus will vary based on 1) the level of risk sharing and incentives required given the duties and responsibilities of the specific position and 2) the applicable external market compensation/bonus practices. Accordingly, no detailed guidelines are provided for base salary thresholds or expected bonus amounts for any director level position. Instead, performance measurement systems for determining bonus awards will be established by the practice unit leader after consultation with the Regional or Service Vice Chairman and National Human Resources.

## Performance Expectations

The Directorship Program is not intended to offer "tenured" roles. Progress in the program will be determined by an assessment of performance and overall contribution to the success and achievement of the strategic initiatives established annually by the practice unit leader.

00073

To establish a framework in which to operate, each Director will develop a personal plan which reflects specific and measurable practice development, professional and personal performance goals for the year. The plan should also include, where practicable, a defined revenue target.

Performance assessment and goal attainment will be evaluated in accordance with existing firm evaluation practices. To ensure the highest level of individual contribution, performance assessment and goal attainment should be documented and discussed semi-annually.

### Perquisites

A review of possible perquisites appropriate for participants in this program including enhanced benefits is currently underway. In the meantime, the existing perquisites provided are a) partner offices for all senior managing directors and managing directors and, where possible and appropriate, also for directors b) membership in a luncheon club when merited by business necessity and local market conditions c) participation in the Partners Automobile Leasing Plan and d) inclusion in local partner meetings and, where appropriate, certain national partner meetings.

### Nomination Process

A prospectus (a detailed listing of the candidates qualifications) for each director candidate is prepared by a nominating partner. Included in the prospectus are comments on each candidates practice building and business development efforts, outside business activities, major contributions to practice economics, specialized expertise and staff development and leadership skills. The completed prospectus is then reviewed and approved by the appropriate Regional and/or Services Vice Chairman before submission to the National Office where it is reviewed and approved by the Vice Chairman of Human Resources and ultimately by the Firm's Management Committee. In most instances this process occurs annually with all promotions effective July 1st. Promotions at other times throughout the year would be extremely rare.

If you have any questions on the Directorship Program, please contact your practice unit leader, your local or regional Human Resources representative or Vince Berry in National Human Resources.