IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. WESTBROOK MURPHY

                Plaintiff,

v.                                                                      Civil Action No.1:05CV01054/RJL

PRICEWATERHOUSECOOPERS, LLP

                Defendant.

### PROOF OF SERVICE

Attached hereto is the return receipt card from the United States Postal Service reflecting service of the summons and complaint by certified mail on the defendant herein, as provided in F.R.Civ.P. 4(i), was effected on May 26, 2005.

                Richard A. Salzman, 422497
                HELLER, HURON, CHERTKOF
                LERNER, SIMON & SALZMAN
                1730 M Street, NW
                Suite 412
                Washington, DC 20036
                (202) 293-8090

                Attorneys for Plaintiff