**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fernando Murias
PriceWaterhouseCoopers, LLP
1751 Pinnacle Drive
Suite 800
McLean, VA
22102 - 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
C. BOBIS    05/26/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**RECEIVED** JUN 0 1 2005

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7001 2510 0005 0681 7748

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509