UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP, )<br>)<br>Defendant. )<br>_____) | Case No. 1:05CV01054 (RJL) |

**DEFENDANT'S MOTION ON CONSENT FOR
EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**

Defendant PricewaterhouseCoopers ("PwC"), by and through its attorneys, Winston & Strawn LLP, hereby moves for an extension of time, to and including July 15, 2005, to file its Answer to the Complaint in the above-captioned action.

On June 9, 2005, plaintiff's counsel, Richard A. Salzman, Esq., provided PwC's counsel with a copy of the Complaint via electronic mail, advising that it had been served on PwC on June 1, 2005. Following an exchange of electronic mail between counsel, Mr. Salzman consented on June 13, 2005 to PwC's counsel's request for an extension to July 15, 2005 to file PwC's Answer.

The reason for the requested extension is to allow sufficient time for PwC's counsel to review and prepare a response to the Complaint. There have been no previous extensions requested.

WHEREFORE, PwC respectfully requests that the Court grant this application for an extension of time, to and including July 15, 2005, to file its Answer.

Dated: June 14, 2005

        Respectfully submitted,

        WINSTON & STRAWN LLP


        /s/ Thomas M. Buchanan
        Thomas M. Buchanan, Esq. # 337907
        WINSTON & STRAWN LLP
        1700 K Street, N.W.
        Washington, D.C. 20006-3817
        (202) 282-5000
        Facsimile (202) 282-5100

        Eric M. Nelson, Esq.
        Stephen L. Sheinfeld, Esq.
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, New York 10166
        (212) 294-6700
        Facsimile (212) 294-4700

        Counsel for the Defendant
        PricewaterhouseCoopers LLP