UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. WESTBROOK MURPHY,                          )
                                             )
             Plaintiff,                )
                                             )
    v.                                      )          Case No. 1:05CV01054 (RJL)
                                             )
                                             )
PRICEWATERHOUSECOOPERS,  LLP,                )
                                             )
             Defendant.               )
_____)

## ORDER

Upon consideration of the motion of defendant PricewaterhouseCoopers LLP ("PwC") to extend PwC's time, to and including July 15, 2005, to file its Answer to the Complaint, and plaintiff's counsel having consented to such extension, it is hereby

**ORDERED**, that the motion of PwC to extend its time to file an Answer to the Complaint is granted; and it is

**FURTHER ORDERED**, that PwC's time to file its Answer to the Complaint is extended to and including July 15, 2005.

Dated:  June __, 2005

_____
Richard J. Leon
United States District Judge