UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01054 (RJL) |
| ) | |
| ) | |
| ) | |
| PRICEWATERHOUSECOOPERS, LLP ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO STAY PROCEEDINGS

Defendant moves to stay all proceedings in the above-captioned action pending resolution of defendant's motion for summary judgment, filed February 4, 2005, in the pending action in this Court entitled *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 02-0982 (RJL/DAR), as set forth more fully in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Stay Proceedings, the Declaration of Eric M. Nelson, Esq., and the exhibits annexed thereto.

Respectfully submitted,

WINSTON & STRAWN LLP

/s/ Thomas M. Buchanan
Thomas M. Buchanan, Esq. # 337907
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005
(202) 282-5000
Facsimile (202) 282-5100