UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. WESTBROOK MURPHY | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:05CV01054 (RJL) |
| | ) ) ) ) | |
| PRICEWATERHOUSECOOPERS, LLP | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

UPON CONSIDERATION of defendant's Motion to Stay Proceedings, dated July 15, 2005, the papers submitted in support of and in opposition to the motion, and the entire record herein, it is hereby

ORDERED, that defendant's Motion to Stay Proceedings is granted; and it is further

ORDERED, that all proceedings in this action are hereby stayed pending resolution of defendant's motion for summary judgment, filed February 4, 2005, in *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 02-0982 (RJL/DAR), and further Order of this Court; and it is further

ORDERED, that the Clerk of this Court forward copies of this Order to all counsel of record.

ENTERED this _____ day of _____, 2005.

_____
Richard J. Leon, United States District Judge

Copies to:

Thomas M. Buchanan, Esq. # 337907
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005

Counsel for Defendant

Richard A. Salzman, Esq. #422497
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, N.W., Suite 412
Washington, D.C. 20036

Counsel for Plaintiff