UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. WESTBROOK MURPHY                )
                                   )
           Plaintiff,              )
                                   )
    v.                             )   Case No. 1:05CV01054 (RJL)
                                   )
                                   )
                                   )
PRICEWATERHOUSECOOPERS, LLP        )
                                   )
           Defendant.              )
_____)

**DECLARATION OF ERIC M. NELSON, ESQ., IN SUPPORT OF
DEFENDANT'S MOTION TO STAY PROCEEDINGS**

I, ERIC M. NELSON, declare as follows:

1. I am a member of Winston & Strawn LLP, attorneys for defendant herein, and have been admitted *pro hac vice* in an action pending in this Court, entitled *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 02-0982 (RJL/DAR). This declaration is in support of defendant's motion to stay proceedings in this action.

2. For the convenience of the Court, annexed are true and correct copies of certain papers cited in the accompanying Defendant's Memorandum of Points and Authorities in Support of Motion to Stay Proceedings, dated July 15, 2005, as follows:

| | |
|---|---|
| Exhibit A | Plaintiff's Complaint in this action (*C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 1:05CV01054 (RJL), filed May 26, 2005 |

| | |
|---|---|
| Exhibit B | Plaintiff's Complaint in the action entitled *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 02-0982 (RJL/DAR), filed May 20, 2002 (the "Pending Action") |
| Exhibit C | Memorandum Order and Opinion of Hon. Richard J. Leon, dated September 27, 2004, in the Pending Action (Docket No. 104) |
| Exhibit D | Order of Hon. Deborah A. Robinson, dated November 22, 2004, staying all discovery in the Pending Action (Docket No. 115) |
| Exhibit E | Excerpts from Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment in the Pending Action, dated February 4, 2005 (Docket No. 119) |
| Exhibit F | Excerpts from Reply Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment in the Pending Action, dated April 15, 2005 (Docket No. 125) |

3.  I have conferred with plaintiff's counsel, Richard A. Salzman, Esq., in a good faith effort to resolve the issues addressed in defendant's Motion to Stay Proceedings, and have been unable to reach agreement.

4.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2005

/s/ Eric M. Nelson
Eric M. Nelson

2