UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, LLP, et al., <br><br> Defendants. | Civil Action No. 02-0982 <br> RJL/DAR |

### ORDER

Counsel for the parties appeared before the undersigned United States Magistrate Judge on November 4, 2004 for a discovery status and scheduling conference.[1] The parties filed their Second Supplemental Joint Report of the Parties (Docket No. 11) in accordance with the undersigned's order;[2] at the hearing, the undersigned heard the further proffers and arguments of counsel, and reviewed the November 2, 2004 letter from counsel for Plaintiffs to counsel for Defendant PwC, which Plaintiffs offered without objection.[3] Plaintiffs, through their counsel, requested (1) leave to take eight additional depositions, and (2) the production by Defendants of 27 categories of documents. See Second Supplemental Joint Report of the Parties at 5-7; see also n. 3, supra.[4] Plaintiffs agreed that the depositions of the Plaintiffs should be reopened, and suggested that those depositions could be completed by the end of November, 2004.

Defendant PwC concurred in the suggestion that depositions of the Plaintiffs be concluded by the end of November. Defendant PwC maintained that Plaintiffs were not entitled to further discovery because the only claims remaining are those claims as to which discovery was taken pursuant to the

---

[1] See September 21, 2004 Order (Docket No. 103); see also October 14, 2004 Minute Order granting the parties' Joint Motion to Postpone Status Conference and Extend Deadlines (Docket No. 107).

[2] See n. 1, supra.

[3] In the three-page letter, Plaintiffs' counsel identified eight individuals Plaintiffs wish to depose, and enumerated ten categories of documents they wish Defendants to produce.

[4] Plaintiffs stated that they seek "updated information" with respect to the documents which Defendants have already produced.

C. Westbrook Murphy v. PricewaterhouseCoopers, LLP                                    3

**FURTHER ORDERED** that Defendant PwC shall file its motion for summary judgment no later than January 17, 2005.


November 22, 2004                                      /s/
                                                    ─────────────────────
                                                    DEBORAH A. ROBINSON
                                                    United States Magistrate Judge