UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP )<br>)<br>Defendant. )<br>_____) | Case No. 1:05CV01054 (RJL) |

## JOINT MOTION TO EXTEND DEADLINES

The plaintiff and the defendant, by their undersigned counsel, jointly move to extend to August 19, 2005 their time to confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, and to extend to September 13, 2005 their time to submit their Joint Meet and Confer Statement and a proposed scheduling order in accordance with Local Civil Rule 16.3(d).

Defendant's Answer to the Complaint, together with defendant's motion to stay all proceedings in this action, were filed on July 15, 2005. In accordance with this Court's Case Management Order dated June 8, 2005, the parties were to meet and confer, pursuant to Fed.R.Civ.P. 26(f) and LCvR 16.3, not later than August 15, 2005, and to submit their Joint Meet and Confer Statement and a proposed scheduling order not later than 14 days thereafter.

The reason for this joint request to extend these deadlines to August 19, 2005 and September 13, 2005, respectively, is that the schedules of counsel for each of the parties do not allow for sufficient time to comply with them. This is the first request for an extension of these deadlines, and there are no other previously scheduled deadlines.

Dated: August 9, 2005

| | |
|---|---|
| /s/ Richard A. Salzman | /s/ Thomas M. Buchanan |
| Richard A. Salzman, Esq. #422497 | Thomas M. Buchanan, Esq. #337907 |
| HELLER, HURON, CHERTKOF, | WINSTON & STRAWN LLP |
| LERNER, SIMON & SALZMAN | 1400 L Street, N.W. |
| 1730 M Street, N.W., Suite 412 | Washington, D.C. 20005 |
| Washington, D.C. 20036 | (202) 282-5000 |
| (202) 293-8090 | |
| Counsel for Plaintiff | Counsel for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br><br>        Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>        Defendant. | Case No. 1:05CV01054 (RJL) |

**ORDER**

Upon consideration of the parties' Joint Motion to Extend Deadlines, dated August 9, 2005, and the entire record herein, it is hereby

**ORDERED**, that the Joint Motion to Extend Deadlines is granted; and it is further

**ORDERED**, that the parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 not later than August 19, 2005; and it is further

**ORDERED**, that counsel shall submit their Joint Meet and Confer Statement and a proposed scheduling order in accordance with Local Civil Rule 16.3(d) not later than September 13, 2005.

Dated: August __, 2005

 

_____
Richard J. Leon
United States District Judge