UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 05-1054 (RJL) |
| PRICEWATERHOUSECOOPERS, LLP, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on defendant's Motion to Stay Proceedings [#8]. After due consideration of the parties' submissions, the relevant law, and the entire record herein, it is, this 27th day of August, 2005, hereby

**ORDERED** that defendant's motion [#8] is **DENIED** as moot; and it is further

**ORDERED** that the parties in the above-captioned case shall appear in courtroom #7, on September 29th, 2005 at 3:00 pm, with the parties in *C. Westbrook Murphy, et al. v. PricewaterhouseCoopers, LLP, et al.*, Civ. No. 02-982 (RJL/DAR) for a joint status hearing.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

