UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:05CV01054 (RJL) |

**DECLARATION IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE OF ERIC M. NELSON, ESQ.**

I, ERIC M. NELSON, declare as follows:

1. I am a member of Winston & Strawn LLP, attorneys for defendant herein. I submit this declaration in support of Winston & Strawn LLP's Motion for Admission *Pro Hac Vice* of Eric M. Nelson, Esq.

2. I practice in Winston & Strawn's New York City offices, located at 200 Park Avenue, New York, New York 10166 (Telephone: (212) 294-6700).

3. I am admitted to practice in the State of New York. I have never been disciplined in any bar and no disciplinary proceedings against me are pending. I have never been denied admission *pro hac vice* in any jurisdiction.

4. I will be associated in this matter with Thomas M. Buchanan, Esq., a member of Winston & Strawn LLP's Washington, D.C. office, who is a member in good standing of the

Washington, D.C. bar and is admitted to practice in the United States District Court for the District of Columbia.

5. I was previously admitted *pro hac vice* by this Court for purposes of representing defendant PricewaterhouseCoopers LLP in a related action pending in this Court, entitled *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 02-0982 (RJL/DAR) (the "related action"), and have actively participated in the defense of that action since its commencement.

6. Defendant PricewaterhouseCoopers LLP has requested that I be involved as defense counsel in this matter. There is good cause for my admission *pro hac vice* in that I have particular familiarity with the facts and legal issues presented in this action, which are substantially the same as those presented in the pending related action.

7. I do not practice law from an office located within the District of Columbia, am not admitted to the bar of the District of Columbia, and have no pending application for admission to that bar. Apart from the related action, I have not previously sought admission *pro hac vice* in any other actions or proceedings in this Court.

8. If admitted to practice before this Court *pro hac vice* in this action, I will abide by the disciplinary rules of this Court.

9. Counsel for plaintiff, Richard A. Salzman, Esq. of Heller, Huron, Chertkof, Lerner, Simon & Salzman, has advised me that he consents to this motion for my admission *pro hac vice* in this action.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2005

/s/ Eric M. Nelson
Eric M. Nelson