UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP )<br>)<br>Defendant. )<br>_____) | Case No. 1:05CV01054 (RJL) |

## ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Eric M. Nelson, Esq., to represent defendant PricewaterhouseCoopers LLP in the above-referenced action, and plaintiff's consent to said motion, it is hereby

ORDERED, that Mr. Nelson be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as additional counsel of record for defendant PricewaterhouseCoopers LLP in the above-referenced action; and it is further

ORDERED, that the Clerk of this Court forward copies of this Order to all counsel of record.

ENTERED this _____ day of _____, 2005.

_____
Richard J. Leon, United States District Judge