UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 05-1054   (RJL) |
| v. | ) ) |
| PRICEWATERHOUSECOOPERS, LLP, et al. | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Tammany M. Kramer of the law firm, Heller, Huron, Chertkof, Lerner, Simon & Salzman hereby submits this notice of entry of appearance on behalf of plaintiff C. Westbrook Murphy.

　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　Douglas B. Huron  (89326)
　　　　　　　　　　　　　　　　　　Richard A. Salzman  (422497)
　　　　　　　　　　　　　　　　　　Tammany M. Kramer  (483146)
　　　　　　　　　　　　　　　　　　HELLER, HURON, CHERTKOF,
　　　　　　　　　　　　　　　　　　LERNER, SIMON & SALZMAN
　　　　　　　　　　　　　　　　　　1730 M St., N.W., Suite 412
　　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　　(202) 293-8090
　　　　　　　　　　　　　　　　　　Fax: (202) 293-7110

　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on September 28, 2005 by first-class mail, postage prepaid upon:

      Eric M. Nelson
      Winston & Strawn LLP
      200 Park Avenue
      New York, New York 10166

                                    _____
                                    Tammany M. Kramer