UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| C. WESTBROOK MURPHY      Plaintiff,  v.  PRICEWATERHOUSECOOPERS, LLP, et al.      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-1054 (RJL) |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Douglas B. Huron of the law firm, Heller, Huron, Chertkof, Lerner, Simon & Salzman hereby submits this notice of entry of appearance on behalf of plaintiff C. Westbrook Murphy.

_/s/_____
Douglas B. Huron  (89326)
Richard A. Salzman  (422497)
Tammany M. Kramer  (483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M St., N.W., Suite 412
Washington, D.C.  20036
(202) 293-8090
Fax: (202) 293-7110

Counsel for Plaintiff

2

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing was served on September 28, 2005 by first-class mail, postage prepaid upon:

  Eric M. Nelson
  Winston & Strawn LLP
  200 Park Avenue
  New York, New York 10166


            _____
              Tammany M. Kramer