UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>  )<br>PRICEWATERHOUSECOOPERS, LLP  )<br>  )<br>  Defendant.  )<br>  ) | Case No. 1:05CV01054 (RJL) |

**DECLARATION IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN L. SHEINFELD, ESQ.**

I, STEPHEN L. SHEINFELD, declare as follows:

1. I am a member of Winston & Strawn LLP, attorneys for defendant herein. I submit this declaration in support of Winston & Strawn LLP's Motion for Admission *Pro Hac Vice* of Stephen L. Sheinfeld, Esq.

2. I practice in Winston & Strawn LLP's New York City offices, located at 200 Park Avenue, New York, New York 10166 (Telephone: (212) 294-6700).

3. I am admitted to practice in the State of New York and the District of Columbia. I have never been disciplined in any bar and no disciplinary proceedings against me are pending. I have never been denied admission *pro hac vice* in any jurisdiction.

4. I will be associated in this matter with Thomas M. Buchanan, Esq., a member of Winston & Strawn LLP's Washington, D.C. office, who is a member in good standing of the

District of Columbia bar and is admitted to practice in the United States District Court for the District of Columbia.

5. I was previously admitted *pro hac vice* by this Court for purposes of representing defendant PricewaterhouseCoopers LLP and others in a related action pending in this Court, entitled *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 02-0982 (RJL/DAR) (the "related action"), and have actively participated in the defense of that action since its commencement.

6. Defendant PricewaterhouseCoopers LLP has requested that I be involved as defense counsel in this matter. There is good cause for my admission *pro hac vice* in that I have particular familiarity with the facts and legal issues presented in this action, which are substantially the same as those presented in the pending related action.

7. I do not practice law from an office located within the District of Columbia. Apart from the related action, I have not previously sought admission *pro hac vice* in any other actions or proceedings in this Court.

8. If admitted to practice before this Court *pro hac vice* in this action, I will abide by the disciplinary rules of this Court.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2005

/s/ Stephen L. Sheinfeld
Stephen L. Sheinfeld

2