UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. WESTBROOK MURPHY            )
                               )
        Plaintiff,             )
                               )
    v.                         )    Case No. 1:05CV01054 (RJL)
                               )
                               )
PRICEWATERHOUSECOOPERS, LLP    )
                               )
        Defendant.             )
                               )

### ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Stephen L. Sheinfeld, Esq., to represent defendant PricewaterhouseCoopers LLP in the above-referenced action, it is hereby

ORDERED, that Mr. Sheinfeld be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as additional counsel of record for defendant PricewaterhouseCoopers LLP in the above-referenced action; and it is further

ORDERED, that the Clerk of this Court forward copies of this Order to all counsel of record.

ENTERED this _____ day of _____, 2005.

_____
Richard J. Leon, United States District Judge