UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| C. WESTBROOK MURPHY<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS, LLP<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-1054   (RJL/DAR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT REQUEST FOR**
**RESCHEDULED STATUS CONFERENCE**

The parties in this case join in requesting a postponement of the status conference originally scheduled for 11:30 a.m. on Monday, November 21, 2005. Counsel for the parties would like additional time to continue discussing discovery matters before addressing these issues with the Court.

Therefore, the parties propose that the status conference be rescheduled for one of the following dates:  Tuesday, Dec. 6, 2005; Thursday, Dec. 8, 2005; or Friday, Dec. 9, 2005.

Respectfully submitted,

/s/
Richard A. Salzman (#422497)
Douglas B. Huron (#89326)
Tammany M. Kramer  (#483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Phone:  (202) 293-8090
Fax:  (202) 293-7110

*Counsel for Plaintiff*

/s/
Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
(212) 294-6700

*Counsel for Defendant*