UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1054   (RJL/DAR) |
| v. ) | |
| PRICEWATERHOUSECOOPERS, LLP ) | |
| Defendant. ) | |

**ORDER GRANTING THE PARTIES' JOINT MOTION**
**FOR RESCHEDULED STATUS CONFERENCE**

For the reasons set forth in the parties' Motion, the status conference in this case originally scheduled for 11:30 a.m. on November 21, 2005 is rescheduled for December \_\_\_\_, 2005 at _____. It is so ORDERED.

_____
U.S. DISTRICT JUDGE

Copies to:

Richard A. Salzman
Douglas B. Huron
Tammany M. Kramer
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC 20036

*Counsel for Plaintiff*

Eric M. Nelson
Stephen Sheinfeld
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendant*