UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.* ) | | |
|         Plaintiffs, ) | Civil Action No. 02- 982 (RJL/DAR) | |
| ) | | |
|       v. ) | | |
| PricewaterhouseCoopers, LLP, *et al.* ) | | |
|         Defendants. ) | | |
| ) | | |
| C. Westbrook Murphy, ) | | |
|         Plaintiff, ) | | |
| ) | | |
|       v. ) | Civil Action No. 05-1054 (RJL) | |
| PricewaterhouseCoopers, L.L.C. ) | | |
|         Defendant. ) | | |
| ) | | |
| Harold Schuler, ) | | |
|         Plaintiff, ) | | |
| ) | | |
|       v. ) | Civil Action No. 05-2355 (RJL) | |
| PricewaterhouseCoopers, L.L.C. ) | | |
|         Defendant. ) | | |

**<u>ORDER</u>**

UPON CONSIDERATION of the Order entered December 10, 2002 in Civil Action No. 02-982, referring scheduling and nondispositive motions to a United States Magistrate Judge for resolution; the assignment pursuant to that Order of those matters to Magistrate Judge Robinson; the relation of Civil Action No. 02-982 to the above-captioned cases; and the Scheduling Order entered today in Civil Action No. 02-982 and in each of the above-captioned cases; it is hereby

ORDERED that all nondispositive discovery issues and disputes are referred to United States Magistrate Judge Robinson for resolution.

SO ORDERED this _____ day of December, 2005

 

                                                               _____
                                                               Richard J. Leon
                                                               United States District Judge

Copies to:

Douglas B. Huron
Richard A. Salzman
Tammany M. Kramer
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington DC 20036
*Counsel for Plaintiff Murphy*


David Rose
Rose & Rose, P.C.
1320 19th St., NW
Suite 601
Washington, DC 20036
*Counsel for Plaintiff Schuler*


Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld  (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
(212) 294-6700
*Counsel for Defendant*