UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.* | ) | |
|     Plaintiffs, | ) | Civil Action No. 02- 982 (RJL/DAR) |
| | ) | |
|     v. | ) | |
| PricewaterhouseCoopers, LLP, *et al.* | ) | |
|     Defendants. | ) | |
| C. Westbrook Murphy, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 05-1054 (RJL) |
| PricewaterhouseCoopers, L.L.C. | ) | |
|     Defendant. | ) | |
| Harold Schuler, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 05-2355 (RJL) |
| PricewaterhouseCoopers, L.L.C. | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING

    Pursuant to the December 7, 2005 status conference for the abovelisted cases, the parties hereby file the attached Proposed Order referring nondispositive discovery issues to Magistrate Judge Robinson.

| | |
|---|---|
|     /s/ |     /s/ |
| Richard A. Salzman (#422497) | Eric M. Nelson (*pro hac vice*) |
| Douglas B. Huron (#89326) | Stephen L. Sheinfeld (*pro hac vice*) |
| Tammany M. Kramer  (#483146) | WINSTON & STRAWN LLP |
| HELLER, HURON, CHERTKOF, | 200 Park Avenue |
| LERNER, SIMON & SALZMAN PLLC | New York, NY 10166 |
| 1730 M Street, NW, Suite 412 | (212) 294-6700 |

Washington, DC 20036
(202) 293-8090
Fax: (202) 293-7110

*Counsel for Plaintiff Murphy*

Fax: (212) 294-4700

*Counsel for Defendant*


_____/s/_____
David L. Rose  (#376379)
Terri N. Marcus  (#483175)
Rose & Rose, P.C.
1320 19th St., NW, Suite 601
Washington, DC 20036
(202) 331-8555
Fax: (202) 331-0996

*Counsel for Plaintiff Schuler*