UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.* | ) | |
|     Plaintiffs, | ) | Civil Action No. 02- 982 (RJL/DAR) |
| | ) | |
| v. | ) | |
| PricewaterhouseCoopers, LLP, *et al.* | ) | |
|     Defendants. | ) | |
| | ) | |
| C. Westbrook Murphy, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1054 (RJL) |
| PricewaterhouseCoopers, L.L.C. | ) | |
|     Defendant. | ) | |
| | ) | |
| Harold Schuler, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2355 (RJL) |
| PricewaterhouseCoopers, L.L.C. | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING

Pursuant to the December 7, 2005 status conference for the abovelisted cases, the parties hereby file the attached Proposed Scheduling Order.


    /s/  
Richard A. Salzman (#422497)  
Douglas B. Huron (#89326)  
Tammany M. Kramer  (#483146)  
HELLER, HURON, CHERTKOF,  
LERNER, SIMON & SALZMAN PLLC  
1730 M Street, NW, Suite 412  
Washington, DC 20036  

    /s/  
Eric M. Nelson  (*pro hac vice*)  
Stephen L. Sheinfeld (*pro hac vice*)  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166  
(212) 294-6700  
Fax:  (212) 294-4700

(202) 293-8090
Fax:  (202) 293-7110                                              *Counsel for Defendant*

*Counsel for Plaintiff Murphy*


_____/s/_____
David L. Rose  (#376379)
Terri N. Marcus  (#483175)
Rose & Rose, P.C.
1320 19th St., NW, Suite 601
Washington, DC 20036
(202) 331-8555
Fax:  (202) 331-0996

*Counsel for Plaintiff Schuler*