UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.* | ) | |
|     Plaintiffs, | ) | Civil Action No. 02- 982 (RJL/DAR) |
| v. | ) | |
| PricewaterhouseCoopers, LLP, *et al.* | ) | |
|     Defendants. | ) | |
| | ) | |
| C. Westbrook Murphy, | ) | |
|     Plaintiff, | ) | Civil Action No. 05-1054 |
| v. | ) | (RJL/DAR) |
| PricewaterhouseCoopers, LLP | ) | |
|     Defendant. | ) | |
| | ) | |
| Harold Schuler, | ) | |
|     Plaintiff, | ) | Civil Action No. 05-2355 |
| v. | ) | (RJL/DAR) |
| PricewaterhouseCoopers, LLP | ) | |
|     Defendant. | ) | |

### JOINT PROPOSED SCHEDULING ORDER

UPON CONSIDERATION of the Parties Joint Statement Pursuant to Local Rule 16.3(d) and the Supplemental Joint Statement Pursuant to Local Rule 16.3(d), both filed in Civil Action No. 05-1054, and of the statements of counsel for the parties in each of the above-captioned cases at conferences with the Court on October 18 and December 8, 2005, it is hereby

ORDERED that all factual discovery taken and to be taken in each of these cases shall be deemed applicable to each of the other cases, as if taken therein; and its is further

ORDERED that all discovery and protective orders entered and to be entered in each of these cases shall be deemed applicable to each of the other cases, as if entered therein; and it is further

ORDERED that factual discovery shall commence as of December 8, 2005, without bifurcation between liability and damages, and shall be completed within 210 days thereafter; and it is further

ORDERED that dispositive motions shall be filed no later than 30 days after the close of factual discovery, with oppositions due 30 days thereafter, and replies due 30 days thereafter; and it is further

ORDERED that the parties shall no later than July 20, 2006, file with the Court a supplemental joint status report; and it is further

ORDERED that the parties shall appear for a Status Conference with the Court at 3:00 p.m. on July 27, 2006.

SO ORDERED this _____ day of December, 2005

_____
Richard J. Leon
United States District Judge

Copies to:

Douglas B. Huron
Richard A. Salzman
Tammany M. Kramer
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
*Counsel for Plaintiff Murphy*

David Rose
Terri N. Marcus
Rose & Rose, P.C.

2

1320 19th St., NW
Suite 601
Washington, DC 20036
*Counsel for Plaintiff Schuler*


Thomas M. Buchanan
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant*

Eric M. Nelson
Stephen L. Sheinfeld
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
*Counsel for Defendant*