# Tab 4

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -x
                                :
In the Matter of:               :
                                :
C. WESTBROOK MURPHY             :
     and                        :
HAROLD SCHULER,                 :
                                :
          Plaintiffs,           :
                                :
     vs.                        :   Civil Action No. 02-0982
                                :
PRICE WATERHOUSECOOPER, L.L.P., :
et al.,                         :
                                :
          Defendants.           :
                                :   Washington, D.C.
- - - - - - - - - - - - - - - -x   February 11, 2003


             TRANSCRIPT OF SCHEDULING CONFERENCE
        BEFORE THE HONORABLE DEBORAH A. ROBINSON
              UNITED STATES MAGISTRATE JUDGE




APPEARANCES:

For the Plaintiff:       DAVID ROSE, ESQ.

For the Defendants:      ERIC NELSON, ESQ.
                         STEPHEN SHEINFELD, ESQ.
```

Proceedings recorded by the Court, transcript produced by Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307, Washington, D.C. 20005, 202-347-5395
M6867V/bf

1    THE MAGISTRATE JUDGE: Very well. Thank you,
2    Mr. Nelson.
3    I will order the following. I will order that
4    counsel meet and confer in person regarding initial
5    disclosures and discovery. The Court is not prepared to
6    entirely stay either initial disclosures or discovery,
7    largely for the reasons offered by counsel for Plaintiffs.
8    It is not disputed by counsel for the Defendants that the
9    motion which is pending would not be entirely dispositive of
10   the case if granted, and because we do not know the length
11   of time that the motion will remain pending and because a
12   lengthy course of discovery is contemplated in any event,
13   the Court finds that it would be inefficient to simply stay
14   all discovery while a motion which would not be entirely
15   dispositive is pending. Accordingly, my expectation is that
16   the parties will be able to agree upon the scope of what we
17   will call phased or managed initial disclosures and
18   discovery with respect to those issues.
19   Because it is my expectation that you will be able
20   to agree, I do not want to indicate what my ruling would be
21   if I were required to determine whether this phased or
22   managed procedure for initial disclosures and the
23   commencement of discovery would preclude discovery of any
24   so-called "policy" of the Defendants. As I understand it,
25   counsel for the Defendants has just indicated that there is

1  no objection to producing the policy, so it may be that the
2  Court need not reach it.  It appears that your arguments --
3  that counsel's arguments concerning the policy do not go to
4  the question of whether it would be produced in discovery,
5  discussed during depositions, as much as it does whether the
6  policy is applicable or was applicable to the two individual
7  Plaintiffs.  And of course, we need not reach that question
8  now.
9        I see no reason why the parties cannot agree to
10 the scope of -- call them initial initial disclosures and an
11 initial round of discovery.  I will direct that by the end
12 of next week, that is, by Friday, February 21st, the parties
13 file a supplemental joint report and a proposed order.  My
14 expectation is that there will be a single proposed order
15 which will accompany the supplemental joint report.  If you
16 are simply, despite your best efforts, unable to agree upon
17 the terms of a single order, then I will direct that each
18 side file a proposed order governing the scope of initial
19 initial disclosures and the first round of discovery.  And
20 the Court will then promptly enter an order.
21       Is there anything further in this matter this
22 morning?  Mr. Nelson?
23       MR. NELSON:  Just a point of clarification, Your
24 Honor.
25       THE MAGISTRATE JUDGE:  Yes.