# Tab 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. WESTBROOK MURPHY, et al.,

    Plaintiffs,

v.

PRICEWATERHOUSECOOPERS, LLP, et al.,

    Defendants.

Civil Action No. 02-0982
RJL/DAR

**FILED**

AUG 2 1 2003

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

UPON CONSIDERATION of Plaintiffs' motion to compel discovery (Docket No. 50), the cross-motion of Defendant PricewaterhouseCoopers LLP ("PwC") for a protective order (Docket No. 54) and the entire record herein, it is hereby

**ORDERED**, for the reasons offered by Defendant PwC, that Plaintiffs' motion to compel discovery is hereby **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED**, for the same reasons, that Defendant PwC's cross-motion for a protective order is hereby **GRANTED**, and that

(1) damages discovery in this action be, and the same hereby is, deferred pending disposition of PwC's motion for summary judgment to be filed at the conclusion of the initial phase of discovery; and

Murphy, et al. v. PwC, et al. 2

(2) the Stipulation and Protective Order filed April 24, 2003 be, and the same hereby is, amended to provide (i) that PwC may designate as "For Attorneys of Record Only" any Discovery Materials disclosing compensation or other private or personal information concerning its partners, principals or professional employees, by so marking the Discovery Materials; (ii) that disclosure of any Discovery Materials designated "For Attorneys of Record Only" shall be limited to (a) counsel of record in the action and such counsel's employees, (b) such *bona fide* outside consultants and experts as counsel may, in good faith, retain to provide assistance in the conduct of the action, and (c) the Court; and (iii) that Discovery Materials so designated shall be filed under seal in accordance with LCvR 5.1(j).

It is, this 21st day of August, 2003,

**SO ORDERED.**

_____
DEBORAH A. ROBINSON
United States Magistrate Judge