UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action Nos. 05-1054 (RJL/DAR) |
| v. ) | 02-982 (RJL/DAR) |
| ) | |
| PRICEWATERHOUSECOOPERS, LLP, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO COMPEL DISCOVERY RESPONSES

For the reasons set forth in the accompanying memorandum, the Court should issue an order compeling defendant PwC to provide full and complete responses to the following of Plaintiff's discovery requests within ten (10) calendar days from entry of this Order.

For Case No. 02-982 ("Case 1"), defendant should respond in full to *Interrogatories 1-14* and should produce all responsive records for *Document Requests 1-22 and 29-31*.

For Case No. 05-1054 ("Case 2"), defendant should respond in full to *Interrogatories 1-21* and should produce all responsive records for *Document Requests 2-11, 15-20, 24-34 and 46-56*.

    /s/   Richard A. Salzman         .
Richard A. Salzman  422497
Douglas B. Huron  89326
Tammany M. Kramer  483146
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW   Suite 412
Washington, DC  20036
(202) 293-8090
fax:  (202) 293-7110

Attorneys for plaintiff Murphy