# Tab 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. WESTERBROOK MURPHY, and )
HAROLD SCHULER, )
 )
      Plaintiff )
 )   Case No. 1:02CV00982 (RJL) (DAR)
v. )
 )   **FILED**
PRICEWATERHOUSECOOPERS, LLP, et al., )
 )   FEB 28 2003
      Defendants. )
 )   NANCY MAYER-WHITTINGTON, CLERK
_____)   U S DISTRICT COURT

## SCHEDULING ORDER

UPON CONSIDERATION of the First Supplemental Joint Report of the Parties on Planning Conference dated February 25, 2003 ("First Supplemental Joint Report"), and the entire record herein, it is hereby

ORDERED that, as set forth in the First Supplemental Joint Report, discovery shall be managed in phases, and the initial phase of discovery shall proceed during the pendency of defendants' motion to dismiss and be limited to discovery relating to plaintiffs' promotion claims against defendant PricewaterhouseCoopers LLP ("PwC") under the Age Discrimination in Employment Act, 29 U.S.C. §621, et seq. ("ADEA"); and it is further

ORDERED that, on or before March 11, 2003, each of the parties shall make initial disclosures pursuant to Rule 26(a)(1), Fed. R. Civ. P., limited to plaintiffs' promotion claims against PwC under the ADEA; and it is further

ORDERED that, on or before March 11, 2003, PwC shall produce to plaintiffs the PwC Partners and Principals Agreement; and it is further

NY:757797.1

ORDERED that, on or before April 7, 2003, PwC shall produce or disclose to plaintiffs (i) all personnel files and other records relating to the employment of each of the plaintiffs, (ii) the total number of persons admitted to the partnership after July 1, 1998, and information and data showing date of hire, date of birth and date of admission to partnership as to all persons admitted after said date at age 40 or above, (iii) written policies and/or procedures of PwC relating to partner admission, and (iv) minutes of meetings of the PwC Admissions Committee or the Board, if any, concerning the consideration of plaintiffs for admission as partners; and it is further

ORDERED that, on or before April 7, 2003, the plaintiffs shall produce to PwC all documents in the possession, custody or control of either or both of the plaintiffs concerning their promotion claims under the ADEA; and it is further

ORDERED that, on mutually convenient dates following the production of the aforesaid documents on April 7, 2003, *but no later than May 7, 2003*, the parties shall proceed with the depositions of each of the plaintiffs, Robert Bench and Timothy Ryan; and it is further

ORDERED that the parties shall confer in good faith with respect to any further discovery that either plaintiffs or defendants believe to be appropriate in the initial phase of discovery; and it is further

ORDERED that, within twenty (20) days after entry of the Court's decision on defendants' pending motion to dismiss, the parties shall confer, pursuant to Rule 26(f), Fed. R. Civ. P., and LCvR 16.3, to develop a proposed discovery plan for any remaining phases of discovery and to discuss the other matters specified in LCvR 16.3(c); and it is further

ORDERED that the parties shall file a second supplemental joint report, pursuant to LCvR 16.3(d), within fourteen (14) days after said planning conference.

NY:757797.1

ORDERED that the Clerk of this Court forward copies of this Order to all counsel of record.

ENTERED this 25th day of February, 2003.

_____
Deborah A. Robinson, United States Magistrate Judge

Copies to:

Thomas M. Buchanan, Esq. #3317907
WINSTON & STRAWN
1400 L Street, N.W.
Washington, D.C. 20005

Stephen L. Sheinfeld, Esq.
Eric M. Nelson, Esq.
WINSTON & STRAWN
200 Park Avenue
New York, New York 10166
Counsel for the Defendants

David L. Rose, Esq. #376379
Linda Y. Sroufe, Esq. #399290
ROSE & ROSE, P.C.
1320 19th Street, NW., Suite 601
Washington, D.C. 20036
Counsel for Plaintiffs

NY:757797.1