Case 1:05-cv-01054-RJL    Document 25-10    Filed 03/14/2006    Page 1 of 2

Tab 9

# Tab 9

|  |  |
|---|---|
| From: | Tammany Kramer |
| To: | enelson@winston.com |
| Date: | 1/31/2006 6:29:11 PM |
| Subject: | Murphy v. PricewaterhouseCoopers — todays's meeting re: discovery |

Eric,

We appreciate that you and Mark came down to our office today to discuss issues relating to plaintiff Wes Murphy's discovery requests. We understand that by Friday we will get formal responses from you, laying out defendant's objections, to all of our discovery requests.

We've agreed that with respect to Case 02-982 ("Case 1") Interrogatories 2-3, 5-12 and Document Requests 19 & 22, and Case 05-1054 ("Case 2") Interrogatories 7-15 and Document Requests 30, 33, 35-42, the requests can be narrowed to whatever was in place in July 2000, July 2001, July 2004, and the present.

With respect to Case 2 Document Request 27 and Case 1 Document Request 29, we narrow the requests by eliminating the words "or retaliation."

With respect to Case 2 Document Request 43, we have agreed to narrow the request to employee handbooks and discrimination policies in effect in July 2000, July 2001, July 2004, and the present.

With respect to Case 2 Document Request 45, we provisionally narrow our request to all documents, including emails from/to Dennis Nally, Bob Bench, Tim Ryan, Robert Moritz, Bill Lewis, and anyone on the Board of Partners and Principals that mention or pertain to plaintiff's claims of age discrimination. This request does not include communications with attorneys, but it does encompass communications with non-attorneys that have merely been "cc'd" to attorneys (i.e. "funnelling").

We hope that these compromises help facilitate PwC's responses to our discovery requests. Thanks again for coming down to DC.

Tammany


========================================
Tammany M. Kramer
Heller, Huron, Chertkof, Lerner, Simon & Salzman, P.L.L.C.
1730 M St., NW -- Suite 412
Washington, DC 20036

(202) 293-8090 x.18
fax: (202) 293-7110
www.hellerhuron.com
========================================


CC:             mkonkel@winston.com;  ras