UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP<br><br>Defendant. | Case Nos. 1:02CV00982 (RJL/DAR)<br>1:05CV01054 (RJL/DAR) |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiff Murphy's Motion to Compel Discovery Responses, filed March 15, 2006, the papers submitted in support of and in opposition to the motion, and the entire record herein, it is hereby

ORDERED, that Plaintiff Murphy's Motion to Compel Discovery Responses is denied; and it is further

ORDERED, that the Clerk of this Court forward copies of this Order to all counsel of record.

ENTERED this _____ day of _____, 2006.

_____
Deborah A. Robinson, United States Magistrate Judge