TAB E

1

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF COLUMBIA
 2    ─────────────────────────────────────────

 3    C. WESTBROOK MURPHY and        x
      HAROLD SCHULER,                :
 4                                   :
                    Plaintiffs,      :
 5         vs.                       : Case No.
                                     : 1:02CV00982(RJC)(DAR)
 6    PRICEWATERHOUSECOOPERS, LLP,   :
      et al.,                        :
 7                                   :
                    Defendants.      x
 8    ─────────────────────────────────────────
```

9              Washington, D.C.

10             Wednesday, April 30, 2003

11

12   DEPOSITION OF:

13            TIMOTHY F. RYAN,

14   a witness, was called for examination by counsel

15   for the plaintiffs, pursuant to Notice and

16   agreement of the parties as to time and date,

17   beginning at approximately 10:09 o'clock, a.m.,

18   in the law offices of Winston & Strawn, Esquires,

19   1400 L Street, Northwest, Washington, D.C. 20005,

20   before Catherine S. Boyd, a Court Reporter and

21   Notary Public in and for the District of

22   Columbia, when were present on behalf of the



**CAROL J. THOMAS STENOTYPE
REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

1       Q.   Okay. And so it was shortly after
2  that -- I'm sorry. Go ahead.
3       A.   I don't recall when I became a CPA;
4  whatever the statutory, whatever the earliest I
5  could have after I passed.
6       Q.   Is there a statutory --
7       A.   They give you three years experience.
8       Q.   Two or three?
9       A.   I can't -- I don't know.
10      Q.   But it was two or three, is that --
11      A.   Yes.
12      Q.   Okay. Okay. And that was while you
13 were working I assume?
14      A.   Yes.
15      Q.   Okay. What's the, what kind of, what
16 practice did you, were you employed in your, what
17 practice did you start in when you were at PWC?
18      A.   At the time, audit; that's all they had.
19      Q.   Okay. And how long were you in audit?
20      A.   I have been in audit my entire career.
21      Q.   Okay. There's initials ABAS. What do
22 they mean?

1   A.   Audit and business advisory, and that's
2   the practice that I'm in.
3   Q.   Okay.
4   A.   That's synonymous with audit the way I
5   use it.
6   Q.   Okay.  Okay.  The S is services, ABAS?
7   A.   Yes.
8   Q.   Did you, did your work at PW focus on
9   any industry or industries?
10  A.   Early on in my career, probably by the
11  second year, I had started to focus on financial
12  institutions.
13  Q.   And financial institutions, I guess they
14  include banks?
15  A.   Banks, mortgage banks, thrifts,
16  industrial banks, monoline consumer finance
17  companies, credit unions.
18  Q.   Does it include life insurance companies
19  or insurance companies?
20  A.   No, it doesn't.
21  Q.   Okay.
22  A.   Unless they own a bank, which is --

1   assumed my current responsibilities approximately
2   in June of 2001 roughly.
3           I might be off by a month either way.
4       Q.  Okay.
5       A.  I don't function -- I still do a
6   significant amount of mortgage work.
7       Q.  In the, in the practice that you
8   supervise now, how many partners -- if I say
9   partner, I'm going to include principal in this
10  unless you hear something to the contrary, so how
11  many partners do you have working in the banking,
12  I guess it's the banking practice, right?
13      A.  Yes; approximately 45.
14      Q.  Now the banking practice is a part of a
15  larger practice, is it not?
16      A.  Yes, it is.
17      Q.  Okay.  And what's the name of the larger
18  practice?
19          Was it called financial institutions at
20  one time, FISP or something like that?
21      A.  At one time; it's currently called the
22  financial services practice.

1   Q.   And who's the head of that practice?
2   A.   Bob Moritz.
3   Q.   Okay. And is the financial services
4   practice part of ABAS, is that correct?
5   A.   Yes, it is.
6   Q.   Who is the head of ABAS?
7   A.   Greg Garrison.
8   Q.   And where is he located? Where is his
9   office located?
10  A.   I truthfully don't know. It's probably
11  in New York or Los Angeles, but I --
12  Q.   Okay. Moritz is located in New York I
13  believe?
14  A.   Yes.
15  Q.   Do you know whether Mr. Garrison is a
16  member of the board?
17  A.   I don't believe he is.
18  Q.   Is there anybody that is sort of over
19  him?
20       You mentioned something about, something
21  like a chain of command?
22  A.   Yes.

```
 1                AFTERNOON SESSION
 2                      (2:07 p.m.)
 3        EXAMINATION BY COUNSEL FOR PLAINTIFFS
 4        (Resumed)
 5        BY MR. ROSE:
 6        Q.   Okay.  I'm trying to direct your
 7   attention to the last answer that you gave, which
 8   was fairly, quite thorough, and I thank you for
 9   that.
10            Now the financial services business unit
11   is the unit that has banking and four other
12   units, is that correct?
13        A.   Yes.
14        Q.   And what are the other units?
15        A.   Capital markets.
16        Q.   Okay.
17        A.   Insurance, investment management, and
18   real estate.
19        Q.   And that's the unit that Mr. Moritz is
20   the leader of?
21        A.   Yes.
22            MR. NELSON:  You mean FSBU, not  --
```

BY MR. ROSE:

Q. Are they still all candidates as far as you know?

A. No, they are not still candidates.

Q. How many are still candidates?

A. I believe at this point, four are still candidates.

Q. And what's left in the process is the admissions committee, is that --

A. I don't know. I don't know.

Q. Okay. Fine. Do you know the age of the five candidates that were being considered, not precisely, but roughly?

A. I don't. It's not a factor that I considered, that the other partners consider.

Q. Was any of them over the age of 50?

A. I don't know. I don't consider it.

Q. Of the five, what are the organizational units within -- I'm sorry. Let's go back.

What are the organizational units within banking?

Are there some?

1      A.    Yes, there is.

2      Q.    Okay. What are they?

3      A.    Mortgage banking.

4      Q.    Okay. Okay. I think -- okay. Is this
5 the list we had before?

6      A.    I don't think so. I don't think we've
7 covered this.

8      Q.    Okay. So it's mortgage banking?

9      A.    Regulatory advisory -- RAS, regulatory
10 advisory services; those are the only two formal
11 units within banking.

12      The rest is the general banking
13 practice.

14      Q.    So you think you would classify it as
15 three units or two?

16      A.    I would classify it as two units, and
17 then the rest.

18      Q.    Okay. And of the five people, which
19 came from mortgage banking?

20      How many came from mortgage banking?

21      A.    One from mortgage banking.

22      Q.    How many from regulatory advisory

1   to come down and thank them for their efforts.
2   It was to come down and thank them for
3   how hard several of them had been working.
4   It was to come down and tell them that
5   we recognized that business advisory, which is a
6   small piece of our firm, which is an audit firm,
7   is a very important part of what we do, and that
8   we recognize that the career model in our firm is
9   skewed to its audit, but we're working on it.
10   It was intended to be a morale-boosting
11   session.
12   It lasted four hours. This memo was one
13   page, and just reading it, there's a lot of
14   things in here that while, while not inaccurate,
15   certainly are not contextually correct.
16   Q.   Okay.
17   A.   And what I would say is that in the
18   context of the sentences you asked me, it's
19   important to point out that we went around the
20   room on a number for two hours asking each of
21   the, many, asking many of the people in the group
22   to speak to their accomplishments so they could

1   Q.   What, what did you and do you mean by
2   responsible metrics?
3   A.   There is, there is a frustration and a
4   perception -- not a frustration.
5       There's a perception in the regulatory
6   group among many of the people in the group that
7   they are managed by the numbers, and that a lot
8   of the intangibles that can't be quantitatively
9   measured are not considered.
10      As I have stated in a number of meetings
11  with the group, that one of the reasons for my
12  frequent interaction with the group,
13  accessibility and availability, is to understand
14  the intangibles.
15      We recognize, I said to the group as I
16  said at the meeting, we recognize that RAS is not
17  the traditional business model of an audit, and
18  that because of the way we as a professional
19  services firm try to measure our performance, a
20  lot of their performance cannot be measured
21  because they may help out with a phone call, they
22  may help out in some way that isn't traditionally

1  measured because they're a business advisory
2  unit.
3      And what I said to them is I said it is
4  their job to help us see through the metrics, and
5  it's our job as partners and my job as the leader
6  to listen and to work and not take the easy route
7  out and listen to the metrics, and they had my
8  commitment that I would do that.
9      I gave an example at the meeting. I
10 specifically pointed out that one of the staff
11 had been working on a non-billable project at my
12 request for a big chunk of the year, and that in
13 no way, shape or form, although billable hours
14 are a metric, would that individual be adversely
15 rated because of what that individual was doing
16 was very valuable and just didn't fit the typical
17 metrics.
18     I also pointed out in the same side,
19 though, that it's not a free ride and don't think
20 that we're not going to look at the metrics, and
21 if the metrics aren't good and there's no good
22 story behind the fact why the metrics were bad,