TAB F

# A Guide to the FDIC Improvement Act



PLAINTIFF'S EXHIBIT 58 6/25/03

Price Waterhouse

01010

The Regulatory Advisory Services Practice of Price Waterhouse in Washington, D.C. prepared this guide. Its staff is experienced in advising banks and thrifts about compliance, credit, capital, and other areas of regulatory concern. They, together with your local Price Waterhouse financial services industry professionals, are prepared to help financial institutions in working with FDICIA.

Additional copies of this guide are available for $15 each. For more information or assistance, please contact a Price Waterhouse office convenient to you (see back inside cover) or contact:

Robert R. Bench
John W. Campbell
Paul F. Kurgan
C. Westbrook Murphy
Richard H. Neiman
Paul G. Nelson
Harold D. Schuler

Telephone:   (202) 833-7932
Telecopier:  (202) 296-0830

PRICE WATERHOUSE
March 1992