**TAB G**

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - - - X
 5   C. WESTBROOK MURPHY,            :
 6        and                        :
 7   HAROLD SCHULER,                  :
 8             Plaintiffs,            :   C.A. No.
 9   v.                               :   1:02CV00982
10   PRICEWATERHOUSECOOPERS, LLP,     :
11   et al.,                          :
12             Defendants.            :   Volume 2
13   - - - - - - - - - - - - - - - X
14                   May 1, 2003
15                   10:39 a.m.
16
17             Continuation of the deposition of C.
18   WESTBROOK MURPHY held at the offices of
19   Winston & Strawn, 1400 L Street, N.W.,
20   Washington D.C., pursuant to adjournment,
21   before Jana Mulhollan, a Registered
22   Professional Reporter and Notary Public in
23   and for the District of Columbia.
24
25
```

```
1    to him.
2         Q.  You personally handed it to him?
3         A.  Yes, sir.
4         Q.  I believe you testified that
5    Mr. Bench's reaction was to express
6    disappointment.  Is that right?
7         A.  That is correct.
8         Q.  And you didn't recall anything else
9    that he said.  Is that right?
10        A.  I believe that's right, yes.
11        Q.  And you still don't recall anything
12   else?
13        A.  That's right.
14        Q.  Did you discuss on any subsequent
15   occasion -- discuss with Mr. Bench your
16   charge of discrimination?
17        A.  No.
18        Q.  Do you believe that Mr. Bench
19   discriminated against you by not
20   recommending you as a candidate for
21   promotion to partner?
22        A.  No.
23        Q.  Do you understand that Mr. Bench's
24   recommendation was necessary for you to be
25   considered as a candidate for promotion to
```

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

ORIGINAL

---------------------------------- )

C. WESTBROOK MURPHY             )

    and                         )

HAROLD SCHULER,                 )

        Plaintiffs,         )

        v.                  )   Case No.

PRICEWATERHOUSECOOPERS, LLP,    )   1:02CV00982

et al.,                         )

        Defendants.         )

---------------------------------- )   VOLUME 4


Deposition of C. WESTBROOK MURPHY

Thursday, November 18, 2004

Washington, D.C.

10:36 a.m.


Pages:  684  through  883


Job No.:  22-46060


Reported by:  Bess A. Avery, RMR



LEGALINK
A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

```
 1                    C. WESTBROOK MURPHY
 2    Mr. --
 3         A    Well, he was recommended, yes, it was in
 4    '99, I believe.
 5         Q    In '99?
 6         A    So, yes he would have been older than 50.
 7         Q    55.
 8         A    I stand corrected.
 9         Q    And did you not testify earlier that
10    Mr. Bench asked Mr. Gary Welsh whether he would like
11    to be a candidate for partner?
12         A    I did, and he did not recommend Mr. Welsh.
13         Q    Well, wasn't that because Mr. Welsh said he
14    didn't wish to be a candidate for partner?
15         A    That would surely be one reason.
16         Q    And how old was Mr. Welsh when Mr. Bench
17    asked him whether he wanted to be sponsored?
18         A    He was 54.
19         Q    Does that refresh your recollection as to
20    whether Mr. Bench ever recommended or sponsored or
21    asked to sponsor an employee for partner who was in
22    that age bracket?
23         A    That's a different question than you asked
24    before.  The partners that he has pushed were Bill
25    Lewis, the people who became partners while he managed
```

1  C. WESTBROOK MURPHY
2  the office were Bill Lewis, John Campbell and David
3  Albright, none of whom at the time was older than 45.
4      Q    When you wrote this accomplishment report to
5  what did you attribute the decrease in the magnitude
6  of your assignments?
7      A    I don't remember that I attributed it to
8  anything at the time.
9      Q    Is it correct that you filed your complaint
10 with the D.C. Office of Human Rights and notified
11 Mr. Bench of your complaint about a week before you
12 submitted this accomplishment report?
13     A    That is correct.
14     Q    Before the filing of that complaint is it
15 correct that you had never before complained formally
16 or informally of discrimination at PwC?
17     A    Well, it is -- that's correct.
18     Q    Is it correct that the complaint you filed
19 with the D.C. Office of Human Rights in March 2001 did
20 not allege discrimination in assignments?
21     A    I don't remember whether it did or not.  It
22 speaks for itself.
23     Q    Well, it does speak for itself, but you
24 don't recall?
25     A    I don't recall.

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF COLUMBIA        ORIGINAL

    -------------------------------------x
    C. WESTBROOK MURPHY,                 :
                                         :
    and                                  :
                                         :
    HAROLD SCHULER,                      :  Case No.
                                         :  1:02CV00982
            Plaintiffs,                  :
                                         :
        v.                               :
                                         :
    PRICEWATERHOUSE COOPERS, LLP, ET AL, :
                                         :
            Defendants.                  :
                                         :
    -------------------------------------x


          Continued Deposition of C. WESTBROOK MURPHY
                        Washington, D.C.
                   Tuesday, November 30, 2004
                          10:15 a.m.









    Job No. 22-46677
    Page No. 884 -999, Volume 5
    Reported by:  Sandy Medford Nelson
```

LEGALINK
A WORDWAVE COMPANY
LegaLink Manhattan  tel (212) 557-7400  www.legalink.com
420 Lexington Avenue, Suite 2108    tel (800) 325-3376
New York, NY 10170                  fax (212) 692-9171

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

1    MR. ROSE: What is it you want to ask him
2  about it?
3    MR. NELSON: Well, I want to ask him about
4  a document he's produced.
5    MR. ROSE: He's answered your questions.
6  I'm just wondering what the relevance of something
7  he says he's not familiar with it is.
8    BY MR. NELSON:
9    Q    Do you understand that the promotion
10  process involves a sponsoring partner? Referring
11  to the last page.
12    A    This form has a date on it of July 1,
13  19 -- prospectus for directorship candidate for
14  July 1, 1998. That was the first day of the merger
15  between Pricewaterhouse and Coopers and Lybrand.
16  So this firm would have been used -- the form
17  probably would have been used, judging by the date,
18  during the spring of 1998.
19        During that time, the regulatory advisory
20  services, where I have been ever since I joined the
21  firm, was managed by Robert Bench, whose deposition
22  has been taken in this action. It was and clear to
23  me that all promotions would have to be approved by
24  him. Beyond that, I don't remember any great
25  familiarity with the procedure.

```
 1      Q    When you say approved by Mr. Bench, do you
 2 mean the process would have to be initiated by
 3 Mr. Bench?
 4      A    That was my understanding.
 5      Q    Okay.  So that for any promotions for
 6 professional employees and RAS, Mr. Bench would
 7 have to initiate the process and make a
 8 recommendation before anything could happen?
 9      A    That was my understanding.
10      Q    And would that -- are you familiar with
11 the term sponsoring partner in this context or not?
12      A    I am not.
13      Q    And Mr. Bench retired, did he not,
14 effective July 1, 2003?
15      A    I believe that's correct.
16      Q    And who replaced Mr. Bench?
17      A    William J. Lewis.
18      Q    And did Mr. Lewis play the same role in
19 connection with -- in RAS?
20      A    To a lesser degree.
21      Q    To a lesser degree than Mr. Bench?
22      A    Yes.
23      Q    And in what respects?
24      A    There are -- besides Mr. Lewis, there are
25 three other partners in RAS:  David Albright, John
```

1   Campbell, most recently Jeff Levine who started off
2   as a law clerk with me. And Mr. Lewis shares his
3   managerial responsibilities with the other partners
4   in the group to a greater extent than Mr. Bench
5   did, including recommendations for promotions.
6       In addition to that, the firm now has a
7   much more elaborate process for approving whatever
8   recommendations go forward from the RAS group than
9   it did before 1998.
10  Q   Before 1998 --
11  A   So, Mr. Lewis's discretion in promotions
12  is because of the processes involved after his
13  recommendation. His discretion or the weight of
14  his opinion is somewhat less than it would have
15  been when Mr. Bench was running RAS during the
16  1990's.
17  Q   Okay. In the testimony you just gave, you
18  referred to a change being made in July 1, 1998.
19  Did the changes that you're describing happen or
20  became effective when Mr. Bench retired and
21  Mr. Lewis replaced him?
22  A   Some did. Some became effective earlier
23  than that.
24  Q   All right. Well, as we've noted, this
25  form is blank. Is it correct that you were not a