# TAB H

```
                                                                    1

  1                  UNITED STATES DISTRICT COURT

  2                     DISTRICT OF COLUMBIA

  3   - - - - - - - - - - - - - - - - - - -x

  4   C. WESTBROOK MURPHY,                  :

  5        and                              :

  6   HAROLD SCHULER,                       :

  7            Plaintiffs,                  :

  8        vs.                              :  CASE NUMBER

  9   PRICEWATERHOUSECOOPERS, LLP, et al.,  :  1:02CV00982

 10            Defendants.                  :

 11   - - - - - - - - - - - - - - - - - - -x

 12                                  Washington, D.C.

 13                                  Wednesday, May 28, 2003

 14            Deposition of HAROLD DOUGLAS SCHULER, a

 15   witness herein, called for examination by counsel

 16   for Defendants in the above-entitled matter,

 17   pursuant to notice, the witness being duly sworn by

 18   KAREN YOUNG, a Notary Public in and for the District

 19   of Columbia, taken at the offices of Winston &

 20   Strawn, 1400 L Street, N.W., Washington, D.C., at

 21   10:30 a.m. on Wednesday, May 28, 2003, and the

 22   proceedings being taken down by Stenotype by KAREN

 23   YOUNG, and transcribed under her direction.

 24

 25
```

1   Waterhouse?
2   A.   Probably '91, somewhere in there.
3   Q.   And you have no recollection as to when he
4   left?
5   A.   No. Only in relation to when we moved
6   here, and I don't remember what -- to this building,
7   and I don't remember when that was.
8   Q.   Did Mr. Bench have anything to do with the
9   growth and success of the Regulatory Advisory
10  Services group?
11  A.   Yes, he did.
12  Q.   Is it fair to say that Mr. Bench had more
13  to do with the growth and success of the Regulatory
14  Advisory Services group than anyone else at PwC?
15  A.   Individually?
16  Q.   Yes, individually.
17  A.   Probably.
18  Q.   Referring now to paragraph 1E of your
19  complaint on page 3, would you identify the younger
20  employees who were admitted to partner on or about
21  July 1, 2000?
22  A.   David Albright.
23  Q.   Who else?
24  A.   Others not in our group, but I didn't
25  consider them relevant. David Albright is the

1  person I have in mind.

2  Q.   There's one person you have in mind?

3  A.   Correct.

4  Q.   All right.

5  A.   Correct.

6  Q.   What do you know about Mr. Albright's
7  qualifications and work performance?

8  A.   He worked in my office at the OCC as a
9  summer intern between his junior and senior years of
10 college. He became a national bank examiner at the
11 suggestion of Mr. Bench and of myself. He worked --
12 he became a national bank -- assistant national bank
13 examiner in Florida, was commissioned a national
14 bank examiner in Florida. He had never had a
15 practice leadership position, had never been to --
16 had been in the headquarters or in the regional
17 headquarters, was a field examiner. No policy
18 experience. Just bank examination experience.

19 Q.   What about his work performance at Price
20 Waterhouse and PricewaterhouseCoopers? Are you
21 familiar with it?

22 A.   Some of it.

23 Q.   Do you think that Mr. Albright is not
24 qualified to be a partner at PwC?

25 A.   I think certainly less qualified than I am

```
 1              UNITED STATES DISTRICT COURT

 2                  DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - - - - - x

 4   C. WESTBROOK MURPHY,              :

 5        and                          :

 6   HAROLD SCHULER,                   :

 7             Plaintiffs,             :

 8        vs.                          :  CASE NUMBER

 9   PRICEWATERHOUSECOOPERS, LLP, et al., :  1:02CV00982

10             Defendants.             :  Volume 2

11   - - - - - - - - - - - - - - - - - x

12                              Washington, D.C.

13                              Thursday, May 29, 2003

14        Continued Deposition of HAROLD DOUGLAS

15   SCHULER, a witness herein, called for examination by

16   counsel for Defendants in the above-entitled matter,

17   pursuant to notice, the witness being duly sworn by

18   KAREN YOUNG, a Notary Public in and for the District

19   of Columbia, taken at the offices of Winston &

20   Strawn, 1400 L Street, N.W., Washington, D.C., at

21   9:40 a.m. on Wednesday, May 29, 2003, and the

22   proceedings being taken down by Stenotype by KAREN

23   YOUNG, and transcribed under her direction.

24

25
```

1    A.    Correct, other than the fact that
2 Mr. Bench said he was going to --
3          MR. ROSE: I'm sorry. Could you please
4 finish your --
5          THE WITNESS: Other than Mr. Bench said
6 that he was going to submit my name for partner.
7          BY MR. NELSON:
8    Q.    And considered by whom? What are you
9 referring to here?
10   A.    By whatever the process requires, whoever
11 the bodies are, going from Mr. Bench to begin with,
12 ending in something which I believe is called an
13 admissions committee.
14   Q.    Referring to the second sentence of
15 paragraph 1, it's at the top of page 2 --
16   A.    "Further"?
17   Q.    Yes. Is David Albright the individual you
18 believe to be less qualified than you for admission
19 as partner on July 1, 2000?
20   A.    That's correct.
21   Q.    Were there any less qualified individuals
22 in your specialty admitted as partner on July 1,
23 2001?
24   A.    Not in my group, no.
25   Q.    What is the basis for your allegation that

1  you were discriminatorily denied a partnership on
2  July 1, 2001?
3      A.   I believe my performance warranted it and
4  I believe that would have been the response to the
5  second candidacy form.
6      Q.   But no one younger than you was admitted;
7  is that right?
8      A.   No one from my group was admitted.
9      MR. ROSE:  Counselor, I'd like to take a
10 break either now or sometime soon.
11     MR. NELSON:  You want to take a break now,
12 Mr. Rose?
13     MR. ROSE:  That would be fine.
14     MR. NELSON:  We'll take a break.
15          (Recessed at 10:45 a.m.)
16          (Reconvened at 10:59 a.m.)
17     BY MR. NELSON:
18     Q.   What do you mean in alleging that PwC
19 continued to deny you admission as a partner on July
20 1, 2001 I guess?
21     A.   Well, I wasn't made partner on July 2001.
22 My performance demonstrated that justification.  I
23 don't believe -- I still don't know -- I still don't
24 know what the consideration was for year 2000 --
25     Q.   Is it your understanding --