Barry Wintle
10/12/99 12:18 PM

To:   Tonya Finkman/ABS/Price Waterhouse
cc:
Subject: Re: ABAS US Admissions Process for FY00

**1 file attached**

FYI.

| | |
|---|---|
| To: | Robert Dubner@C&L us, Barry Wintle |
| cc: | Dennis Nally, Anthony J. Conti@C&L us, Don McGovern, Heidi Marcy |
| From: | John Carter/ABS/Price Waterhouse (CN=USDomino047/O=Price Waterhouse) |
| Date: | 10/09/99 01:31:57 PM CDT |
| Subject: | Re: ABAS US Admissions Process for FY00 |

Heidi Marcy

Bob:

As requested in a recent communication from Tonya Finkman, attached is the overview of the ABAS US Admissions process for FY00.

The ABAS US Admission Process for FY00 is comprised of two components: the Business Unit Review (BUR) and the ABAS Candidate Assessment Committee (ACAC).

### The BUR Process

Each Business Unit (CIP, E&M, FS, GRMS, MM, Services, R&Q, TICE and TS) identified potential partner candidates during the annual ABAS business unit manager evaluation process. In order to proceed with these candidates to the BUR process, each Business Unit prepared an overall business case outlining their future partner needs considering current partner headcount, anticipated withdrawals, retirements, direct admissions, current revenue and budgeted revenue. The business cases were reviewed by Dennis Nally, Jeb Bachman and John Carter and, based upon that review, the go ahead was granted to commence the BUR process. Global proposals (including the candidate's proposed role and responsibilities) have been completed and entered into the Partner Affairs (PA) Global Admissions Database and the US ABAS Sounding process is currently underway. The BUR Sounding process encompasses all US ABAS partners and it includes targeted cross-LOS partners as well as targeted partners resident outside of the US, as appropriate.

BUR committees have been selected (they are comprised of "line" partners; no one in a significant leadership role has been selected to participate) and are expected to perform the following:

- personnel file review,
- soundings review and follow up, as appropriate,
- candidate ranking and
- conclude on each candidate as to admit, defer admission or do not admit.

At the conclusion of the process, the Business Unit leaders will review the recommendations of the BUR

CONFIDENTIAL

PwC05931

EXHIBIT
REPLY 3

committee and will nominate their selected candidates to the ACAC (this nomination will include an updated overall business case from each business unit). The most qualified candidates, who based on the BUR process should be admitted on July 1, 2000, will move forward to the ACAC process.

**The ACAC Process**

Don McGovern and Tony Conti have been selected to co-chair the FY00 ACAC process. The selection of ACAC participants is currently underway. The participants will be reflective of all Business Units within ABAS, cross-regions, tenure and diversity within the partnership. A communication to the ACAC in which the participants' roles and responsibilities are outlined has been drafted. The ACAC will have full access to the results of the BUR sounding process rather than conduct an additional sounding. Participants will be assigned candidates for review so that the participants will be able to assess each candidate against the Global Core Criteria and the ABAS overall business case. Participants will be expected to perform the following:

- In-depth candidate interviews (two on one),
- personnel file review,
- proposal and soundings review and follow up as appropriate,
- discussion with ABAS and Business Unit leadership and partners as necessary to gain details about the candidates' nomination and/ or clarification on any issues and
- conclude on each candidate as to admit, defer or do not admit.

Under the direction of McGovern and Conti, the ACAC will hold formal meetings to review all of the nominated candidates. **The meeting dates are TBD.** Once the ACAC completes and documents its assessment of the candidates, McGovern and Conti will submit a summary of their results to Nally and Carter. At which time the ABAS ALT will review the ACAC findings and agree upon a final list of nominated candidates to be submitted to Bob Dubner, the CAD chair.

We will forward you a copy of our ACAC communication when finalized. A copy of the draft ACAC field review / interview checklist is attached for your informational purposes.



ACAC FIELD REVIEW EVAL.

Let Heidi Marcy or me know if you require any further information at this time.

Regards,

John

CONFIDENTIAL

PwC05932