# Appendix E: PwC Partner Income System, continued

| | |
|---|---|
| Introduction | The PwC Partner Income System is based on three components of income: the partner's level of responsibility within the firm (responsibility income), the firm's performance (equity share income) and the partner's annual performance in a truly exemplary year or in a year when the partner demonstrates behavior inconsistent with the Firm's values (performance income).

This three-component system seeks to ensure that profits are distributed equitably, recognizes and rewards teamwork, discourages "silo" behavior, and stimulates individual and team-based accountability and responsibility and encourages the partners to strive for profitable growth. |
| Key Objectives / Principles of the System's Design | • We want a system that makes us feel like partners<br>• We want a system which motivates us to drive the strategy<br>• We want a system which is easy to explain and is understood<br>• We want a system which supports partner development<br>• We want to drive sustained high performance not mediocrity<br>• We want a system with managed dilution (i.e. income growth)<br>• We want a system which operates within the principles of the existing global partner income system framework |

CONFIDENTIAL – FOR DISTRIBUTION TO AND USE BY PwC PARTNERS/PRINCIPALS ONLY
Final, updated Spring 04


EXHIBIT REPLY 4

Partner Planning, Evaluation & Reward Handbook

# Appendix E: PwC Partner Income System, continued

| | |
|---|---|
| **Responsibility Income Objectives** | The responsibility component reflects what the partner does and the degree of complexity inherent in those responsibilities. |
| **Responsibility Framework** | LoS responsibility frameworks provide a consistent approach and criteria for defining partner responsibilities across the LoS. The responsibility frameworks consist of three categories (1, 2 and 3) and each of the three categories contains five levels (L, ML, M, MH and H). The three categories represent an increasing level of responsibility within the Firm, with category 1 representing the highest level. The majority of partners (approximately 50%) will be assigned to Category 3 while approximately 30% and 20% will be assigned to Category 2 and Category 1, respectively.

The frameworks are built around the balance scorecard criteria of People, Quality, Profitable Growth and Partnership & Teamwork. They reflect the value we attach to development, retention and recruitment of staff and partners, quality client service delivery, financial results, business development and teamwork.

Each LoS framework provides examples of partners' responsibilities at different levels and descriptions of their roles related to the balanced scorecard criteria of people, quality, profitable growth and partnership & teamwork. |
| **Responsibility Income** | Based on an assessment of the partner's responsibility against the framework, each partner is assigned to one of the fifteen responsibility levels.

Each level of responsibility is represented by a fixed income amount. This is referred to as responsibility income and provides a relatively stable basis for a portion of the partner's total income. The percentage of responsibility income to total income will vary based on the partner's assigned responsibility category. For example, a category 1 partner will have a lower percentage of responsibility income to total income than a category 3 partner because as a partner's level of responsibility grows so too should their level of income at risk. |

The following grid details the responsibility income at each of the 15 responsibility levels.



| | Low | M-Low | Medium | M-High | High |
|---|---|---|---|---|---|
| **Category 1** | $365,000 | $395,000 | $445,000 | $495,000 | $530,000 |
| **Category 2** | $265,000 | $290,000 | $320,000 | $350,000 | $370,000 |
| **Category 3** | $130,000 | $155,000 | $195,000 | $230,000 | $270,000 |

CONFIDENTIAL
Final, updated Spring 04

Partner Planning, Evaluation & Reward Handbook

## Appendix E: PwC Partner Income System, continued

| | |
|---|---|
| **Equity Income Objectives** | The equity component represents a partner's return on how well PwC is performing. Equity links all partners to the performance of PwC, reinforces a common sense of purpose and is designed to foster a sense of partnership. |
| **Equity (Share) Income Ranges** | Equity income will be represented by a range of equity units (shares) at each responsibility level. A partner will be assigned a number of shares, within the range, based on their assigned responsibility level. Individual share growth within the responsibility level will be a LoS decision based on the sustained performance of the partner or a partner's increased responsibility within the responsibility level. Partners should not expect to receive share awards on a periodic basis but rather due to substantive changes in responsibility.<br><br>At the end of each fiscal year, share value will be determined based on actual Firm income for the year less responsibility income and performance income divided by outstanding shares. |

The following grid details the range of equity shares at each of the 15 responsibility levels (using a share value of $1,000 per share).



CONFIDENTIAL – FOR DISTRIBUTION TO AND USE BY PwC PARTNERS/PRINCIPALS ONLY
Final, updated Spring 04