**FY03 Evaluation and Remuneration Process**
# FY04 Planning Process

Attachment C             PRP Fact Sheet

### Evaluation Ratings for Criteria

| | |
|---|---|
| Clients | Exceeded Expectations |
| People | Met Expectations |
| Firm | Met Expectations |
| Partnership & Teamwork | Exceeded Expectations |

### Overall Performance Assessment

3 – Met Expectations

### Performance Income Multiple

1.00

### Actual Performance Income

Target: $ 32,000  *  Multiple  1.00  =  $32,000

Adjustments:  $(5,000)    CPE compliance

Actual Performance Income          $ 27,000

### FY04 Responsibility Level

Band / Point

### FY04 Distributable Income

Responsibility Income
Performance Income
Equity Income
Equity Units

Total FY04 Distributable Income

### Discussion Points

(To be completed by LoS. Points should be sufficient to allow PRP to have a meaningful conversation with the partner to thoroughly explain their final performance assessment, PI multiple and responsibility level and equity units for FY04.)

10


EXHIBIT REPLY 5