UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| C. WESTBROOK MURPHY, | ) ) ) ) |  |
| Plaintiff | ) ) | Civil Action Nos. 05-1054 (RJL/DAR) |
| v. | ) ) | 02-982 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) |  |
| Defendant. | ) ) |  |

**MOTION TO RESCHEDULE DISCOVERY HEARING**

Because of a death in counsel's family, plaintiff Murphy moves to reschedule the discovery hearing now set for April 18, 2006.

1. The father-in-law of plaintiff's lead counsel, Richard Salzman, died on Saturday, April 15, in Massachusetts, and Mr. Salzman and his family have flown to Boston to attend the funeral.

2. Mr. Salzman was principally responsible for the preparation of plaintiff's Motion to Compel, as well as the Reply in support of the Motion, and was prepared to argue for plaintiff at the hearing on the Motion.

3. Plaintiff therefore requests that the hearing be rescheduled for any date that is convenient for the Court on April 24-27 or May 1-5, 2006.

4. Counsel for defendant consents to this motion.

                ___/s/_____
                Richard A. Salzman   (422497)
                Douglas B. Huron   (89326)
                Tammany M. Kramer  (483146)

HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M St., NW Suite 412
Washington, DC 20036
(202) 293-8090
Fax: (202) 293-7110