UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action Nos. 05-1054 (RJL/DAR) |
| v. ) | 02-982 (RJL/DAR) |
| ) | |
| PRICEWATERHOUSECOOPERS, ) | |
| LLP, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The hearing on plaintiff's Motion to Compel, which was previously scheduled for April 18, 2006 at 9:30 a.m., is rescheduled to _____, 2006 at \_\_\_:\_\_\_\_\_.

SO ORDERED.

_____  _____
Date                UNITED STATES MAGISTRATE JUDGE