UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| C. WESTBROOK MURPHY, | ) |
| Plaintiff | ) |
| v. | ) Civil Action Nos. 05-1054 (RJL/DAR) |
|  | ) 02-982 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP | ) |
| Defendant. | ) |

**NOTICE OF NEW AUTHORITY**

Plaintiff Westbrook Murphy directs the Court's attention to Judge Kay's decision of April 17, 2006 on a motion to compel in Barnett v. PA Consulting Group, Inc., No. 04-1245 (D.D.C.) (copy attached). In Barnett, as here, the defendant argued that discovery should be limited to a narrow practice area (in Barnett, it was the Transportation Practice; here, PwC contends that discovery should be confined to Regulatory Advisory Services, or RAS). Judge Kay addressed defendant's argument at pages 4-8 of the decision, and rejected it, citing many of the cases on which plaintiff Murphy relies.

In Barnett, defendant argued that a man named Patrick Kelly was the sole decision-maker. Here, PwC makes the same claim as to Bob Bench. But plaintiff Murphy here, like plaintiff Barnett, casts considerable doubt on that claim. In any event, "even if Kelly was the sole decision-maker, discovery outside the Transportation Practice would not necessarily be irrelevant." Decision at 7. The same is true here, where plaintiff Murphy seeks discovery in the Financial Services practice, of which RAS is one component.

2

In <u>Barnett</u>, the claim was based on age and sex and included an assertion that women and older staff members were denied an opportunity to become partners. Judge Kay ruled that defendant's "treatment of other women and older employees who were similarly on the cusp of partnership is relevant to Plaintiff's claim of age and gender discrimination." Decision at 8. Again, the same is true here, certainly as to those employees "on the cusp of partnership" in Financial Services.

In sum, the decision on plaintiff's motion to compel in <u>Barnett</u> provides strong support for plaintiff Murphy's motion.

        /s/
Richard A. Salzman 422497
Douglas B. Huron  89326
Tammany M. Kramer  483146
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC  20036
(202) 293-8090

Attorneys for plaintiff