UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| C. WESTBROOK MURPHY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1054 (RJL) |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) | |
| Defendant. | ) ) | |

### CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Defendant PricewaterhouseCoopers, LLP ("PwC") hereby submits its Consent Motion for an Extension of Time to Respond to Plaintiff's Discovery Requests pursuant to the Memorandum Order filed May 22, 2006. In support of this Motion, PwC states as follows:

1. On March 14, 2006, Plaintiff filed a Motion to Compel Discovery Responses. PwC opposed this motion on April 7, 2006. Plaintiff filed a reply on April 14, 2006. On April 18, 2006, the parties appeared for a hearing on the motion. The Court, sua sponte, converted the motion hearing into a status hearing and ordered the parties to meet and confer. The parties met and conferred for several hours on May 1, 2006, and substantially limited the number of disputed discovery requests for resolution on the motion. On May 16, 2006, the parties appeared before the Court and argued the motion to compel.

2. On May 22, 2006, the Court issued a Memorandum Order granting in part and denying in part Plaintiff's motion. To the extent granted, the Court ordered PwC to respond to Plaintiff's discovery requests in accordance with the Court's Order by June 2, 2006.

3.	PwC has carefully reviewed this Court's May 22, 2006 Order and, based on that review, believes that there is a good faith basis for a motion for reconsideration regarding certain aspects of that Order.  Thus, PwC will be filing a motion for reconsideration later this week.

4.	PwC has notified Plaintiff of its intent to file a motion seeking reconsideration of certain discovery requests.  With regard to the discovery requests that will be the subject of the forthcoming motion, Plaintiff has consented to an extension of the deadline for responding to any request that survives the motion for reconsideration until ten days after the Court issues an Order on the motion.

5.	With regard to the discovery requests for which PwC will not be seeking reconsideration, PwC has been working diligently to locate and prepare responsive documents to be produced.  Despite these efforts, PwC will not be able to produce all of these documents by June 2, 2006.  PwC has conferred with Plaintiff and Plaintiff has consented to an extension of the deadline to produce documents responsive to the requests that will not be the subject of the forthcoming motion for reconsideration until June 22, 2006.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the deadline for PwC to comply with the discovery requests that will be subject of the forthcoming motion for reconsideration until ten days after the Court issues an Order on that motion and extending the deadline to comply with the discovery requests that will not be the subject of a motion for reconsideration until June 22, 2006.

Respectfully submitted,


_____/s/_____
Eric M. Nelson, Esq. (admitted *pro hac vice*)
Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
(212) 294-6700
Facsimile (212) 294-4700

Thomas M. Buchanan, Esq. #337907
Julie A. Klusas Gasper, Esq. #D00244
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20036
(202) 282-5000
Facsimile (202) 282-5100

Counsel for Defendant
PricewaterhouseCoopers LLP

**DC:470019.1**