UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, </br></br> Plaintiff, </br></br> v. </br></br> PRICEWATERHOUSECOOPERS, LLP, </br></br> Defendant. | Civil Action No. 05-1054 (RJL) |

### ORDER

Upon consideration of the Consent Motion for an Extension of Time to Respond to Plaintiff's Discovery Requests, it is this _____ day of _____, 2006,

**ORDERED** that the Consent Motion for an Extension of Time to Respond to Plaintiff's Discovery Requests is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until ten days after the Court issues an Order on the forthcoming motion for reconsideration to respond to the discovery requests that survive the motion; and it is

**FURTHER ORDERED** that Defendant shall respond to Plaintiff's discovery requests that are not the subject of the forthcoming motion for reconsideration in accordance with the Court's May 22, 2006 Order by no later than June 22, 2006.

_____        _____
Date                                                             Deborah A. Robinson
                                                                       United States Magistrate Judge

DC:470018.1