UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP, )<br>)<br>Defendant. )<br>) | Civil Action Nos. 02-982 (RJL/DAR)<br>05-1054 (RJL/DAR) |

**DEFENDANT'S MOTION FOR RECONSIDERATION
OF THE COURT'S MAY 22, 2006 MEMORANDUM ORDER**

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Defendant PricewaterhouseCoopers, LLP ("PwC") hereby moves the Court (Robinson, M.J.) to reconsider certain rulings in its Memorandum Order entered May 22, 2006 (Docket No. 143). In support of this Motion, PwC respectfully refers the Court to the attached Memorandum in Support.

Respectfully submitted,

_____/s/_____
Thomas M. Buchanan, Esq. #337907
Julie A. Klusas Gasper, Esq. #D00244
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20036
(202) 282-5000
Facsimile (202) 282-5100

                                    Eric M. Nelson, Esq. (admitted *pro hac vice*)
                                    Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
                                    WINSTON & STRAWN LLP
                                    200 Park Avenue
                                    New York, New York  10166
                                    (212) 294-6700
                                    Facsimile (212) 294-4700

                                    Counsel for Defendant
                                    PricewaterhouseCoopers LLP

Dated: June 2, 2006


**DC:470292.1**