## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                    )
C. WESTBROOK MURPHY,                )
                                    )
          Plaintiff,                )
                                    )
                                    )     Civil Action Nos. 02-982 (RJL/DAR)
          v.                        )                      05-1054 (RJL/DAR)
                                    )
                                    )
PRICEWATERHOUSECOOPERS, LLP,        )
                                    )
                                    )
          Defendant.                )
_____)

## ORDER

Upon consideration of Defendants' Motion for Reconsideration of the Court's May 22, 2006 Memorandum Order, the Opposition and the Reply thereto, and the entire record herein, it is by the Court hereby

**ORDERED** that Defendant's Motion for Reconsideration of the Court's May 22, 2006 Memorandum Order is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall not be required to respond to the following discovery requests in Civil Action No. 02-982 (Case 1): Interrogatory 13, and Document Requests 4, 5, 9, 10 and 13.  In addition, Defendant shall not be required to respond to Document Request 24 in Civil Action No. 05-1054 (Case 2).


_____          _____
Dated                                     Deborah A. Robinson
                                          United States Magistrate Judge

DC:470294.1