**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| C. WESTBROOK MURPHY, ) | |
| Plaintiff, ) | |
| ) | Civil Action Nos. 02-982 (RJL/DAR) |
| v. ) | 05-1054 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP, ) | |
| Defendant. ) | |

**CORRECTION TO MOTION FOR RECONSIDERATION
OF THE COURT'S MAY 22, 2006 MEMORANDUM ORDER**

On June 2, 2006 Defendant PricewaterhouseCoopers, LLP ("PwC") moved the Court (Robinson, M.J.) to reconsider certain rulings in its Memorandum Order entered May 22, 2006 (Case 1, Docket No. 146; Case 2, Docket No. 38). In its Memorandum in Support (at 14) and its Proposed Order, PwC inadvertently omitted reference to Case 1 Document Requests 23-27 (relating to certain internal communications sent by Plaintiff Murphy on various dates prior to the commencement of Case 1) among the discovery requests it identified as being subject to its asserted objection under the November 22, 2004 Order. A corrected Proposed Order is attached.

        Respectfully submitted,

        _____/s/_____
        Thomas M. Buchanan, Esq. #337907
        Julie A. Klusas Gasper, Esq. #D00244
        WINSTON & STRAWN LLP
        1700 K Street, N.W.
        Washington, D.C. 20036
        (202) 282-5000
        Facsimile (202) 282-5100

        Eric M. Nelson, Esq. (admitted *pro hac vice*)
        Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, New York 10166
        (212) 294-6700
        Facsimile (212) 294-4700

        Counsel for Defendant
        PricewaterhouseCoopers LLP

Dated: June 9, 2006

**DC:471301.1**