UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| C. WESTBROOK MURPHY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action Nos. 02-982 (RJL/DAR) <br> 05-1054 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendants' Motion for Reconsideration of the Court's May 22, 2006 Memorandum Order, the Opposition and the Reply thereto, and the entire record herein, it is by the Court hereby

**ORDERED** that Defendant's Motion for Reconsideration of the Court's May 22, 2006 Memorandum Order is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall not be required to respond to the following discovery requests in Civil Action No. 02-982 (Case 1): Interrogatory 13, and Document Requests 4, 5, 9, 10, 13, and 23-27. In addition, Defendant shall not be required to respond to Document Request 24 in Civil Action No. 05-1054 (Case 2).

_____          _____
Dated                                                              Deborah A. Robinson
                                                                           United States Magistrate Judge

**DC:471303.1**