Prospectus on Directorship Candidate for July 1, 1999

Candidate Name: C. Westbrook Murphy

Level of responsibility (select one): ____ Director
                                       _x_ Managing Director
                                       ____ Senior Managing Director

1. Candidate background

   Office:        388

   Service line:  ABAS

   Market:        Financial Services

   Education:

   |         | Undergraduate    | Graduate                |
   |---------|------------------|-------------------------|
   | College | Duke University  | Yale University Law School |
   | Major   | History          | Law                     |
   | Degree  | B.A.             | LLB                     |

2. Summary of prior business experience.

   - Trial attorney: U.S. Department of Justice, 1965-1967
   - Director of Litigation, Chief Counsel, Deputy Chief Counsel, Deputy Comptroller: U.S. Office of the Comptroller of the Currency, 1967-1977
   - Private law practice, 1978-1989

3. Summary of PricewaterhouseCoopers experience.

   Director, Regulatory Advisory Services, since June 1989. In addition to client matters outlined below, serves a widely recognized resource within PwC on regulatory matters, and has written or edited many practice aids. Has been performing 14 months in the role of Managing Director since the resignation of M.D. Paul Kurgan.

4. PricewaterhouseCoopers statistical history:

   a. Indicate the following statistics for the last three fiscal years (if possible and where applicable): chargeable hours, revenue managed, sales revenue and number of engagements managed.

PwC01090


EXHIBIT 1

Prospectus on Directorship Candidate for July 1, 1999

Candidate Name: C. Westbrook Murphy

Level of responsibility (select one): ____ Director
                                      _x_ Managing Director
                                      ____ Senior Managing Director

1. Candidate background

   Office:        388

   Service line:  ABAS

   Market:        Financial Services

   Education:

|  | Undergraduate | Graduate |
|---|---|---|
| College | Duke University | Yale University Law School |
| Major | History | Law |
| Degree | B.A. | LLB |

2. Summary of prior business experience.

   - Trial attorney: U.S. Department of Justice, 1965-1967
   - Director of Litigation, Chief Counsel, Deputy Chief Counsel, Deputy Comptroller: U.S. Office of the Comptroller of the Currency, 1967-1977
   - Private law practice, 1978-1989

3. Summary of PricewaterhouseCoopers experience.

   Director, Regulatory Advisory Services, since June 1989. In addition to client matters outlined below, serves a widely recognized resource within PwC on regulatory matters, and has written or edited many practice aids. Has been performing 14 months in the role of Managing Director since the resignation of M.D. Paul Kurgan.

4. PricewaterhouseCoopers statistical history:

   a. Indicate the following statistics for the last three fiscal years (if possible and where applicable): chargeable hours, revenue managed, sales revenue and number of engagements managed.

PwC0109&lt;

Prospectus on Directorship Candidate for July 1, 1999

Candidate Name:   C. Westbrook Murphy

Level of responsibility (select one): _____ Director
                                               __x__ Managing Director
                                               _____ Senior Managing Director

1. **Candidate background**

   Office:              388

   Service line:     ABAS

   Market:          Financial Services

   Education:

   |         | Undergraduate  | Graduate                   |
   |---------|----------------|----------------------------|
   | College | Duke University | Yale University Law School |
   | Major   | History        | Law                        |
   | Degree  | B.A.           | LLB                        |

2. **Summary of prior business experience.**

   - Trial attorney: U.S. Department of Justice, 1965-1967
   - Director of Litigation, Chief Counsel, Deputy Chief Counsel, Deputy Comptroller: U.S. Office of the Comptroller of the Currency, 1967-1977
   - Private law practice, 1978-1989

3. **Summary of PricewaterhouseCoopers experience.**

   Director, Regulatory Advisory Services, since June 1989. In addition to client matters outlined below, serves a widely recognized resource within PwC on regulatory matters, and has written or edited many practice aids. Has been performing 14 months in the role of Managing Director since the resignation of M.D. Paul Kurgan.

4. **PricewaterhouseCoopers statistical history:**

   a. Indicate the following statistics for the last three fiscal years (if possible and where applicable): chargeable hours, revenue managed, sales revenue and number of engagements managed.

PwC03359