UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Nos. 05-1054 (RJL/DAR) |
| | )             02-982 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE RE PROSPECTUS**

At page 7 of its reply in support of reconsideration, defendant PwC says that plaintiff, in his opposition to reconsideration, "disingenuously assert[ed]" that PwC had produced only the first page of a five-page prospectus (i.e., Document Request No. 5 in Case 1 – the prospectus attached to an April 9, 1999 e-mail from Robert Bench recommending plaintiff Murphy's promotion to Managing Director). PwC says that this is a "flat-out misrepresentation to this Court," and implies that it had fully complied with its obligation to produce the prospectus in question.

These are serious charges, and plaintiff seeks leave to submit a short, three-page

2

response, which is attached.  This response is limited solely to the issue of PwC's production of the prospectus.

                    /s/
_____
Richard A. Salzman  422497
Douglas B. Huron  89326
Tammany M. Kramer  483146
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC  20036
(202) 293-8090

Attorneys for plaintiff

2