UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Nos. 05-1054 (RJL/DAR) |
| | )                    02-982 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP | ) |
| Defendant. | ) |

**ORDER**

Plaintiff is granted leave to file the Response Re Prospectus previously lodged with the Clerk. The Response shall be deemed filed on the date lodged.

Date: _____      _____
                                                                     UNITED STATES MAGISTRATE JUDGE