Prospectus on Directorship Candidate for July 1, 1999

Candidate Name: C. Westbrook Murphy

Level of responsibility (select one): _____ Director
                                            __x__ Managing Director
                                            _____ Senior Managing Director

1. **Candidate background**

   Office:          388

   Service line:      ABAS

   Market:         Financial Services

   Education:

|  | Undergraduate | Graduate |
| --- | --- | --- |
| College | Duke University | Yale University Law School |
| Major | History | Law |
| Degree | B.A. | LLB |

2. **Summary of prior business experience.**

   - Trial attorney: U.S. Department of Justice, 1965-1967
   - Director of Litigation, Chief Counsel, Deputy Chief Counsel, Deputy Comptroller: U.S. Office of the Comptroller of the Currency, 1967-1977
   - Private law practice, 1978-1989

3. **Summary of PricewaterhouseCoopers experience.**

   Director, Regulatory Advisory Services, since June 1989. In addition to client matters outlined below, serves a widely recognized resource within PwC on regulatory matters, and has written or edited many practice aids. Has been performing 14 months in the role of Managing Director since the resignation of M.D. Paul Kurgan.

4. **PricewaterhouseCoopers statistical history:**

   a. Indicate the following statistics for the last three fiscal years (if possible and where applicable): chargeable hours, revenue managed, sales revenue and number of engagements managed.


EXHIBIT 1

PwC01090

**Prospectus on Directorship Candidate for July 1, 1999**
(continued)

**REDACTED**

Candidate name: C. Westbrook Murphy

| Year (ending 3/31) | Chargeable Hours | Revenue Managed | Sales Revenue | No. of Managed Engagements |
|---|---|---|---|---|
| 1996 | 1050 | $990,000 | $650,000 | 6 |
| 1997 | 1050 | $1,787,000 | $500,000* | 2 |
| 1998 | 966 | $994,000 | $2 million | 3 |
| 1999 | 1110 | $1,675,000 | $3 million | 2 |

* Plus key assistance in selling ⎯⎯⎯ on follow-up work valued at $8 million dollars.

b. Indicate classification/weight/performance or MCS grid profile for the last three fiscal years.

| Year | Class | Weight | Performance |
|---|---|---|---|
| 1996 | 23 | 1 | 1 |
| 1997 | 23 | 1 | 2 |
| 1998 | 23 | 1 | ~~1~~ 2 |
| 1999 | 23 | 1 | ~~1~~ TBA |

5. Specific client service accomplishments.

1999:

- Management of a complex, $940,000 engagement with one of PwC's target companies—

- Management of a small, $75,000 engagement in a manner that led to additional $1mm + engagements with one of PwC's target companies—
- Creation of a compliance management plan for one to the firm's major financial services audit clients—
- Preparation and presentation of risk matrices to inaugurate a four-month PwC engagement at a high-profile financial services firm—.

1998:

- Management of the fair lending examination of a major credit card company—

- Management of an outsourced internal audit of compliance by a nationwide credit card bank—
- Management of the response by a foreign bank PW audit client to a critical regulatory report, including the design and execution of a special Bank Secrecy Act audit—
- Innovative advice on the regulatory aspects of a proposed joint venture between

Prospectus on Directorship Candidate for July 1, 1999
(continued)

Candidate name: <u>C. Westbrook Murphy</u>

REDACTED

1997:

- Performance of lending role in our engagement at _____ ., including:
  - Preparation and client acceptance of a compliance program,
  - Preparation and delivery (7 times) of a 6-hour training program for all U.S. employees,
  - Writing the first special audit procedures ever presented to the Federal Reserve under SR 96-27, and
  - Drafting the memo for management on significant risks found in operational and financial controls—a memo that led to multimillion-dollar follow-on engagements.
- Assistance a major audit client— _____ —in chartering a credit card bank.

1996:

- Management of the diverse PW team (30 people and 1,670 hours) preparing a seriously deficient U.S. securities subsidiary of a major international bank audit client— _____ —for an imminent regulatory examination.
- Management of the PW team (10 people and 2,930 hours) examining the IT and other operations of a major credit card company— _____ The success of this work led to additional engagements.

6. **Specific practice building and business development activities.**

- Work leading to significant follow-on engagements with , _____ and _____
- Active in the Banking Law Committees of the American Bar Association and the Federal Bar Association—leading to:
  - Introduction to FAS to a high visibility engagement with $1 million in fees to date and another $2 million expected,
  - Introduction to MCS of a $6mm engagement with the .
- Author or editor of practice-building publications:
  - An Executive's Guide to FIREA
  - FDICIA Implementation Guide
  - Compliance Handbooks
- Internal resource on:
  - Regulatory expectations for accountants, including FDICIA's audit and attestation requirements (ABAS)
  - Bank structure (ABAS and TLS)
  - Compliance and regulatory expectations (ABAS and IAS).

7. **Outside business activities in a major role.**

General Counsel, Harry S. Truman Scholarship Foundation.

2

PwC01092

Prospectus on Directorship Candidate for July 1, 1999
(continued)

Candidate name: C. Westbrook Murphy

**REDACTED**

8. **Major contributions to practice economics.**

Promotes the use of junior staff. Creates and distributes practice materials within RAS. Author or editor of handbooks and guides used by audit practitioners. Catalytic to fees $7mm+ during past 3 years.

9. **Innovative problem-solving citations.**

- Prepared the first ever special audit procedures under Federal Reserve SR 96-27.
- Advised the newly combined _____ on the structuring of its retail banking operations.
- Created a compliance plan for _____ -owned bank that intends to use 30,000 independent insurance agents to solicit deposits and make loans, and that contracted out to its parent and others all back office functions.
- Prepared PW comments on FDIC's proposed regulation to implement the audit and attestation requirements of FDICIA §112.
- Suggested innovative ways for a joint venture of _____ to structure insurance sales to comply with the restrictions of various banking laws.

10. **Special honors, recognitions and accomplishments.**

- Member of the bars of:
  - United State Supreme Court
  - United States Courts of Appeals for the Second, Fourth, Fifth, Ninth, Eleventh, and District of Columbia Circuits
  - District of Columbia.

- Recipient of the Secretary's Award for a major contribution to the effective and efficient operations of the U.S. Treasury Department.
- Member of the Founders Society, Duke University.

11. **Specialized expertise.**

Extraordinarily thorough knowledge of:
- U.S. bank regulatory agencies, and how they operate
- U.S. banking law
- Regulatory expectations for accountants—including those found in FDICIA §112
- History and structure of the U.S. banking system

12. **Staff development and leadership.**

Leads legal staff in RAS, comprised of Directors, Senior Managers, Managers and Interns. Extremely effective in teaching of junior staff about both technical and professional matters. Played a large role in developing two new recruits into effective senior senior managers, and

PwC01093

Prospectus on Directorship Candidate for July 1, 1999
(continued)

**REDACTED**

Candidate name: C. Westbrook Murphy

now is working with a crop of new recruits. Also leader in overall RAS operations. Interacts with client leadership at executive vice president levels.

13. Specific short-term and long-term contributions expected from the candidate -- i.e., what is the business case for making this person a director or recommending advancement to the next appropriate level of the Director Program?

- Continue as a nationally recognized resource on compliance and regulatory matters.
- Maintain contacts in the legal community that lead to PwC engagements.
- Manage complex RAS engagements and overall growth in RAS.
- RAS annual direct fees net $12mm; indirect $12mm. Direct fees from growing Americas theatre; indirect generally generated on books of oversees firms. RAS leverages-leads multi-practice teams. RAS operates at EVP-Chairman levels. RAS operates through client service Directors and Sr. Managers. Overall RAS operations requires another managing Director to serve practice and clients.

_____    _____
Sponsoring partner                  Date


_____    _____
Service Line Senior Partner or Market Chairman    Date

4

PwC01094