**Prospectus on Directorship Candidate for July 1, 1999**

Candidate Name:   C. Westbrook Murphy

Level of responsibility (select one):  ____ Director
                                        _x_ Managing Director
                                        ____ Senior Managing Director

1. **Candidate background**

   Office:        388

   Service line:  ABAS

   Market:        Financial Services

   Education:

   |  | Undergraduate | Graduate |
   |---|---|---|
   | **College** | Duke University | Yale University Law School |
   | **Major** | History | Law |
   | **Degree** | B.A. | LLB |

2. **Summary of prior business experience.**

   - Trial attorney: U.S. Department of Justice, 1965-1967
   - Director of Litigation, Chief Counsel, Deputy Chief Counsel, Deputy Comptroller: U.S. Office of the Comptroller of the Currency, 1967-1977
   - Private law practice, 1978-1989

3. **Summary of PricewaterhouseCoopers experience.**

   Director, Regulatory Advisory Services, since June 1989. In addition to client matters outlined below, serves a widely recognized resource within PwC on regulatory matters, and has written or edited many practice aids. Has been performing 14 months in the role of <u>Managing Director</u> since the resignation of M.D. Paul Kurgan.

4. **PricewaterhouseCoopers statistical history:**

   a. Indicate the following statistics for the last three fiscal years (if possible and where applicable): chargeable hours, revenue managed, sales revenue and number of engagements managed.

PLAINTIFF'S EXHIBIT

EXHIBIT 4

00050

**Prospectus on Directorship Candidate for July 1, 1999**
(continued)

**Candidate name:** C. Westbrook Murphy

| Year (ending 3/31) | Chargeable Hours | Revenue Managed | Sales Revenue | No. of Managed Engagements |
|---|---|---|---|---|
| 1996 | 1050 | $990,000 | $650,000 | 6 |
| 1997 | 1050 | $1,787,000 | $500,000* | 2 |
| 1998 | 966 | $994,000 | $2 million | 3 |
| 1999 | 1110 | $1,675,000 | $3 million | 2 |

* Plus key assistance in selling Asahi Bank on follow-up work valued at $8 million dollars.

b. Indicate classification/weight/performance or MCS grid profile for the last three fiscal years.

| Year | Class | Weight | Performance |
|---|---|---|---|
| 1996 | 23 | 1 | 1 |
| 1997 | 23 | 1 | 2 |
| 1998 | 23 | 1 | 1 |
| 1999 | 23 | 1 | 1 |

5. **Specific client service accomplishments.**

1999:

- Management of a complex, $940,000 engagement with one of PwC's target companies—Wells Fargo.
- Management of a small, $75,000 engagement in a manner that led to additional $1mm + engagements with one of PwC's target companies—Wells Fargo.
- Creation of a compliance management plan for one to the firm's major financial services audit clients—State Farm Insurance.
- Preparation and presentation of risk matrices to inaugurate a four-month PwC engagement at a high-profile financial services firm—GMAC Mortgage.

1998:

- Management of the fair lending examination of a major credit card company—American Express.
- Management of an outsourced internal audit of compliance by a nationwide credit card bank—Sears National Bank.
- Management of the response by a foreign bank PW audit client to a critical regulatory report, including the design and execution of a special Bank Secrecy Act audit—Banco Mercantil.
- Innovative advice on the regulatory aspects of a proposed joint venture between State Street Trust and GE Financial Services.

00051

**Candidate name:** C. Westbrook Murphy

1997:

- Performance of lending role in our engagement at <u>Asahi Bank, Ltd.</u>, including:
  - Preparation and client acceptance of a compliance program,
  - Preparation and delivery (7 times) of a 6-hour training program for all U.S. employees,
  - Writing the first special audit procedures ever presented to the Federal Reserve under SR 96-27, and
  - Drafting the memo for management on significant risks found in operational and financial controls—a memo that led to multimillion-dollar follow-on engagements.
- Assistance a major audit client—Chevron—in chartering a credit card bank.

1996:

- Management of the diverse PW team (30 people and 1,670 hours) preparing a seriously deficient U.S. securities subsidiary of a major international bank audit client—<u>Toronto Dominion</u>—for an imminent regulatory examination.
- Management of the PW team (10 people and 2,930 hours) examining the IT and other operations of a major credit card company—<u>American Express</u>. The success of this work led to additional engagements.

6. **Specific practice building and business development activities.**

- Work leading to significant follow-on engagements with <u>American Express</u>, <u>Asahi Bank</u>, and <u>Norwest Mortgage</u>.
- Active in the Banking Law Committees of the American Bar Association and the Federal Bar Association—leading to:
  - Introduction to FAS to a high visibility engagement with $1 million in fees to date and another $2 million expected,
  - Introduction to MCS of a $6mm engagement with the <u>Rural Health Care Corporation</u>.
- Author or editor of practice-building publications:
  - An Executive's Guide to FIREA
  - FDICIA Implementation Guide
  - Compliance Handbooks
- Internal resource on:
  - Regulatory expectations for accountants, including FDICIA's audit and attestation requirements (ABAS)
  - Bank structure (ABAS and TLS)
  - Compliance and regulatory expectations (ABAS and IAS).

7. **Outside business activities in a major role.**

General Counsel, Harry S. Truman Scholarship Foundation.

00052

**Prospectus on Directorship Candidate for July 1, 1999**
(continued)

**Candidate name:** C. Westbrook Murphy

8. **Major contributions to practice economics.**

Promotes the use of junior staff. Creates and distributes practice materials within RAS. Author or editor of handbooks and guides used by audit practitioners. Catalytic to fees $7mm+ during past 3 years.

9. **Innovative problem-solving citations.**

- Prepared the first ever special audit procedures under Federal Reserve SR 96-27.
- Advised the newly combined Chase/ Chemical on the structuring of its retail banking operations.
- Created a compliance plan for State Farm Insurance Company-owned bank that intends to use 30,000 independent insurance agents to solicit deposits and make loans, and that contracted out to its parent and others all back office functions.
- Prepared PW comments on FDIC's proposed regulation to implement the audit and attestation requirements of FDICIA §112.
- Suggested innovative ways for a joint venture of GE Finance and State Street Trust to structure insurance sales to comply with the restrictions of various banking laws.

10. **Special honors, recognitions and accomplishments.**

- Member of the bars of:
  - United State Supreme Court
  - United States Courts of Appeals for the Second, Fourth, Fifth, Ninth, Eleventh, and District of Columbia Circuits
  - District of Columbia.

- Recipient of the Secretary's Award for a major contribution to the effective and efficient operations of the U.S. Treasury Department .
- Member of the Founders Society, Duke University.

11. **Specialized expertise.**

Extraordinarily thorough knowledge of:
- U.S. bank regulatory agencies, and how they operate
- U.S. banking law
- Regulatory expectations for accountants—including those found in FDICIA §112
- History and structure of the U.S. banking system

12. **Staff development and leadership.**

Leads legal staff in RAS, comprised of Directors, Senior Managers, Managers and Interns. Extremely effective in teaching of junior staff about both technical and professional matters. Played a large role in developing two new recruits into effective senior senior managers, and

3

00053

**Prospectus on Directorship Candidate for July 1, 1999**
(continued)

**Candidate name:** C. Westbrook Murphy

now is working with a crop of new recruits. Also leader in overall RAS operations. <u>Interacts with client leadership at executive vice president levels.</u>

**13. Specific short-term and long-term contributions expected from the candidate -- i.e., what is the business case for making this person a director or recommending advancement to the next appropriate level of the Director Program?**

- Continue as a nationally recognized resource on compliance and regulatory matters.
- Maintain contacts in the legal community that lead to PwC engagements.
- Manage complex RAS engagements and overall growth in RAS.
- RAS annual direct fees not $12mm; indirect $12mm. Direct fees from growing Americas theatre; indirect generally generated on books of oversees firms. RAS leverages-leads multi-practice teams. RAS operates at EVP-Chairman levels. RAS operates through client service Directors and Sr. Managers. Overall RAS operations requires another managing Director to serve practice and clients.

_____                                   _____
Sponsoring partner                                                                                         Date


_____                                   _____
Service Line Senior Partner or Market Chairman                               Date

4

00054