UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>　　　　Plaintiff<br><br>　　　v.<br><br>PRICEWATERHOUSECOOPERS, LLP, *et al.*<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-1054 (RJL/DAR)

| | |
|---|---|
| C. WESTBROOK MURPHY, *et ano.*<br>　　　　Plaintiff<br><br>　　　v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 02-982 (RJL/DAR)

## JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY

### Introduction

The parties have conferred regarding the factual discovery deadline in this case, and both

parties move the court to extend the deadline for the completion of fact discovery. The current

deadline for completing fact/liability discovery is July 7, 2006, and the parties move for a new

deadline of November 6, 2006.

### Discussion

By Minute Orders entered January 9, 2006, this Court (Leon, J) approved a Proposed

Scheduling Order jointly submitted by counsel for each of the parties in Civil Action Nos. 02-

982 ("Case 1"), 05-1054 ("Case 2"), and 05-2355. The Scheduling Order provided, *inter alia*,

for the completion of all factual discovery within 210 days of December 8, 2005, i.e., by July 6,

2006. The parties now require, and jointly request, an extension of that deadline to November 6, 2006.

Prior to entry of the Scheduling Orders, the Court held a status conference on October 18, 2005 following the filing on September 12, 2005 of the Parties Joint Statement Pursuant to Local Rule 16.3(d) in Case 2, and the Court held another status conference on December 8, 2005 following the filing on December 6, 2005 of the Parties Supplemental Joint Statement Pursuant to Local Rule 16.3(d). The Supplement Joint Statement set forth the parties' agreement to a 210-day period for the conduct of fact discovery on both liability and damages. Following the December 8, 2005 status conference, the parties filed the joint Proposed Scheduling Order that was approved by the Court on January 9, 2006 in each of the three related cases.

Plaintiff Murphy commenced discovery pursuant to the Scheduling Orders on December 8, 2005, with the service of interrogatories and document requests. Defendant provided discovery in response to the requests, while asserting objections to certain requests. Plaintiff Murphy thereafter moved to compel responses to certain of the disputed requests. Pursuant to the direction of Magistrate Judge Robinson, the parties then met and conferred extensively, and reached agreements substantially reducing the scope and number of disputed requests ultimately submitted for resolution on the motion to compel. By Memorandum Order filed May 22, 2006, the Court (Robinson, M.J.) granted in part and denied in part the motion. Defendant then provided additional discovery pursuant to the Memorandum Order, and moved for reconsideration of certain rulings in the Memorandum Order. Defendant's reply to Plaintiff Murphy's opposition to reconsideration was filed on June 21, 2006.

Regardless of the outcome of the pending motion for reconsideration, the parties require additional time to complete factual discovery, including depositions on the documents produced

and to be produced. The parties have therefore agreed, subject to the Court's approval, that the factual discovery completion date be extended to November 6, 2006, and that the deadline for filing dispositive motions would then be 30 days after that date, as provided in the existing Scheduling Order. The parties are cooperating in an effort to streamline the discovery process, and do not at this time anticipate a particular need for the Status Conference set for July 27, 2006 in the existing Scheduling Order. Accordingly, unless the Court wishes to hold a Status Conference on that date, the parties suggest that it be adjourned to a date in November, after the completion of factual discovery. The parties also propose deferring the filing of a supplemental joint status report until November 20, 2006.

Counsel for Plaintiff Schuler, David Rose of Rose & Rose, P.C., has discussed this and is in explicit agreement with counsel for the other parties regarding an extension of time until November 6, 2006 to complete discovery, as well as the possible deferral of the July 20, 2006 supplemental joint report and the July 27, 2006 status conference. He is presently out of town and for that reason was not available to sign onto the final version of the joint motion being filed.

## CONCLUSION

For the reasons set forth above, the parties request that the Court extend the fact discovery deadline to November 6, 2006, reschedule the filing deadline for the supplemental joint status report to November 20, 2006, and reschedule the July 27, 2006 status conference for some time in November after the close of fact discovery.

| /s/ | /s/ |
|---|---|
| Richard A. Salzman (#422497) | Eric M. Nelson (*pro hac vice*) |
| Douglas B. Huron (#89326) | Stephen L. Sheinfeld (*pro hac vice)* |
| Tammany M. Kramer (#483146) | WINSTON & STRAWN, LLP |
| HELLER, HURON, CHERTKOF, | 200 Park Avenue |

3

LERNER, SIMON & SALZMAN, PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
(202) 293-8090
Fax: (202) 293-7110
*Counsel for Plaintiff Murphy*

_____
David Rose  (#376379)
Terri Marcus   (#483175)
ROSE & ROSE, PC
1320 19th St. NW, Suite 601
Washington, DC 20036
(202) 331-8555
Fax: (202) 331-0996
*Counsel for Plaintiff Schuler*

New York, NY 10166
(212) 294-6700
Fax:  (212) 294-4700

Thomas M. Buchanan (#337907)
Julie A. Klusas Gasper  (#D00244)
WINSTON & STRAWN, LLP
1700 K St. NW
Washington, DC 20036
(202) 282-5000
Fax: (202) 282-5100
*Counsel for Defendant*