UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>　　　Plaintiff<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS, LLP, *et al.*<br>　　　Defendants. | Civil Action No. 05-1054 (RJL/DAR) |
| C. WESTBROOK MURPHY, *et ano.*<br>　　　Plaintiff<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>　　　Defendant. | Civil Action No. 02-982 (RJL/DAR) |

### ORDER

For the reasons set forth in the parties' Joint Motion for an Extension of Time to Complete Discovery, that motion is hereby GRANTED. The new deadline for fact discovery in these cases is November 6, 2006. The parties shall file a joint supplemental status report no later than November 20, 2006, and the July 27, 2006 status conference is rescheduled for November _____, 2006.

　　SO ORDERED this _____ day of _____ 2006.


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Richard J. Leon
　　　　　　　　　　　　　　　　United States District Judge


Copies to:

Douglas B. Huron
Richard A. Salzman
Tammany M. Kramer
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN PLLC
1730 M Street, N.W.
Suite 412
Washington DC 20036
*Counsel for Plaintiff Murphy*


David Rose
Terri N. Marcus
Rose & Rose, P.C.
1320 19th St., N.W.
Suite 601
Washington, DC 20036
*Counsel for Plaintiff Schuler*


Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld  (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
*Counsel for Defendant*

Thomas M. Buchanan
Julie A. Klusas Gasper
WINSTON & STRAWN LLP
1700 K St., N.W.
Washington, DC 20036
*Counsel for Defendant*