UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>    Plaintiff<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS, LLP, *et al.*<br>    Defendants. | Civil Action No. 05-1054 (RJL/DAR) |
| C. WESTBROOK MURPHY, *et al*.<br>    Plaintiffs<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>    Defendant. | Civil Action No. 02-982 (RJL/DAR) |
| HAROLD D. SCHULER,<br>    Plaintiff<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>    Defendant. | Civil Action No. 05-2355 (RJL/DAR) |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO COMPLETE DISCOVERY**

The parties have conferred regarding the factual discovery deadline in this case, and both parties move the Court to extend the deadline by 30 days for the completion of fact discovery. The current deadline for completing fact/liability discovery is October 6, 2006, and all parties move the Court to extend the deadline to November 6, 2006. The parties do not wish to reschedule the status conference currently set for 3:30 on October 12, 2006.

**Background**

These actions challenge Defendant PwC's refusal to consider Plaintiffs for promotion to

partner because of their age. Per the agreement between the parties and as ordered by the court, discovery taken in either action is deemed applicable to the other action. On December 8, 2005, the parties met with Judge Leon for a status conference, and Judge Leon extended discovery in these two cases to run from December 8, 2005 until July 7, 2006. On that same day, Plaintiff served discovery requests on defense counsel.

The parties were able to reach agreement on a number of discovery issues; however, much of the discovery period has been consumed by discovery disputes. Plaintiff filed a Motion to Compel discovery on March 14, on May 22, 2006, Magistrate Judge Robinson granted Plaintiff's motion in part and ordered defendant to respond to a significant number of requests. [Case 1, Docket No. 143.] PwC's motion for reconsideration, filed on June 2, 2006, was denied on August 16, 2006, and PwC was ordered to produce the remaining outstanding discovery on September 12, 2006.

**Discussion**

A number of factors make an extension desirable for all parties. An additional 30 days will allow sufficient time to review the forthcoming discovery materials, in preparation for taking depositions efficiently and effectively. In addition, a number of scheduling issues make an extension desirable for all parties. Many of the depositions will require travel on the part of some or all parties. Moreover, counsel are experiencing the press of other litigation, including preparation for and attendance at hearings and pretrial conference as well as dispositive motions. And the upcoming religious holidays will also affect the deposition schedule in these cases and the availability of parties and counsel.

**CONCLUSION**

For the reasons set forth above, the parties request that the Court extend the fact discovery deadline to November 6, 2006.

| | |
|---|---|
| /s/ | /s/ |
| Richard A. Salzman (#422497) | Eric M. Nelson  (*pro hac vice*) |
| Douglas B. Huron (#89326) | Stephen L. Sheinfeld (*pro hac vice*) |
| Tammany M. Kramer  (#483146) | WINSTON & STRAWN, LLP |
| HELLER, HURON, CHERTKOF, | 200 Park Avenue |
| LERNER, SIMON & SALZMAN, PLLC | New York, NY 10166 |
| 1730 M Street, NW, Suite 412 | (212) 294-6700 |
| Washington, DC 20036 | Fax:  (212) 294-4700 |
| (202) 293-8090 | |
| Fax:  (202) 293-7110 | Thomas M. Buchanan (#337907) |
| *Counsel for Plaintiff Murphy* | Julie A. Klusas Gasper  (#D00244) |
| | WINSTON & STRAWN, LLP |
| | 1700 K St. NW |
| | Washington, DC 20036 |
| /s/ | (202) 282-5000 |
| David Rose  (#376379) | Fax: (202) 282-5100 |
| ROSE & ROSE, PC | *Counsel for Defendants* |
| 1320 19th St. NW, Suite 601 | |
| Washington, DC 20036 | |
| (202) 331-8555 | |
| Fax: (202) 331-0996 | |
| *Counsel for Plaintiff Schuler* | |