UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>PRICEWATERHOUSECOOPERS, LLP, *et al.* )<br>    Defendants. )<br> ) | Civil Action No. 05-1054 (RJL/DAR) |
| C. WESTBROOK MURPHY, *et al*. )<br>    Plaintiffs )<br> )<br>v. )<br> )<br>PRICEWATERHOUSECOOPERS, LLP, )<br>    Defendant. )<br> ) | Civil Action No. 02-982 (RJL/DAR) |
| HAROLD D. SCHULER, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>PRICEWATERHOUSECOOPERS, LLP, )<br>    Defendant. )<br> ) | Civil Action No. 05-2355 (RJL/DAR) |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO COMPLETE DISCOVERY**

The parties have conferred regarding the factual discovery deadline in this case, and all parties move the Court to extend the deadline by 21 days. The parties are cooperating in an effort to schedule a number of out of jurisdiction depositions, and need this brief extension of time to facilitate that task. The current deadline for completing fact/liability discovery is October 11, 2006, and all parties move the Court to extend the deadline to November 1, 2006.

On September 8, 2006 Magistrate Judge Robinson granted in part a motion to extend fact discovery, denying the parties' joint request to extend discovery to November 6, but enlarging

the period five days (from October 6 to October 11, 2006). There is currently a status conference with this Court scheduled for October 12, 2006, and the parties believe that Magistrate Judge Robinson may have felt constrained to work within that schedule. The additional time requested in this motion would greatly ease the process of scheduling the remaining depositions (many of which are out of town, and involve PwC partners).

**Background**

The parties have made significant progress in completing fact discovery, and worked hard to narrow a number of disputes regarding document production. However, the parties disagreed in good faith over certain requests, and Plaintiff Murphy filed a Motion to Compel discovery on March 14, 2006. On May 22, 2006, Magistrate Judge Robinson granted Plaintiff's motion in part, denied it in part, and ordered defendant to respond to a number of requests. [Case 1, Docket No. 143.] PwC's motion for reconsideration, filed on June 2, 2006, was denied on August 16, 2006, and PwC was ordered to produce the remaining outstanding discovery on September 12, 2006. [Case 1, Docket No. 152]

**Discussion**

Because many of the documents at issue in Magistrate Judge Robinson's August 16, 2006 Order are pertinent to the upcoming depositions, the plaintiffs deferred taking the depositions until after the September 12, 2006 production date. Plaintiff will then need at least a few days to review what will likely be a voluminous production. The parties have scheduled certain depositions beginning the week of September 18, 2006.

However, an additional three weeks would assist the parties in scheduling the remaining depositions. Several of those witnesses are PwC partners whose availability within the existing discovery schedule is limited, and many of the depositions will require travel to New York City.

Counsel for plaintiffs have scheduling conflicts due to other litigation, including preparation for and attendance at hearings and pretrial conference, dispositive motions, and a hearing in Detroit Michigan. Finally, the upcoming religious holidays will also affect the deposition schedule in these cases and the availability of parties and counsel.

For these reasons, the parties jointly request an extension until November 1, 2006 to complete fact discovery, with a dispositive motions deadline thirty days thereafter. Should the Court require further information with respect to this Joint Request, the parties will make themselves available for a teleconference with the Court (or in person if the Court prefers) on short notice.

## CONCLUSION

For the reasons set forth above, the parties request that the Court extend the fact discovery deadline to November 1, 2006, and the dispositive motions deadline to December 1, 2006.

| | |
|---|---|
| /s/ | /s/ |
| Richard A. Salzman (#422497) | Eric M. Nelson (*pro hac vice*) |
| Douglas B. Huron (#89326) | Stephen L. Sheinfeld (*pro hac vice*) |
| Tammany M. Kramer (#483146) | WINSTON & STRAWN, LLP |
| HELLER, HURON, CHERTKOF, | 200 Park Avenue |
| LERNER, SIMON & SALZMAN, PLLC | New York, NY 10166 |
| 1730 M Street, NW, Suite 412 | (212) 294-6700 |
| Washington, DC 20036 | Fax: (212) 294-4700 |
| (202) 293-8090 | |
| Fax: (202) 293-7110 | Thomas M. Buchanan (#337907) |
| *Counsel for Plaintiff Murphy* | Julie A. Klusas Gasper (#D00244) |
| | WINSTON & STRAWN, LLP |
| | 1700 K St. NW |
| | Washington, DC 20036 |
| /s/ | (202) 282-5000 |
| David Rose (#376379) | Fax: (202) 282-5100 |

ROSE & ROSE, PC  *Counsel for Defendants*
1320 19th St. NW, Suite 601
Washington, DC 20036
(202) 331-8555
Fax: (202) 331-0996
*Counsel for Plaintiff Schuler*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et al.* )  Plaintiffs, ) ) v. ) PricewaterhouseCoopers, LLP, *et al.* )  Defendants. ) | | Civil Action No. 02- 982 (RJL/DAR) |
| C. Westbrook Murphy, )  Plaintiff, ) ) v. ) PricewaterhouseCoopers, LLP )  Defendant. ) | | Civil Action No. 05-1054 (RJL) |

## **ORDER**

For the reasons set forth in the parties Joint Motion, fact discovery will remain open in these cases until November 1, 2006. Any dispositive motion will be filed by December 1, 2006.

SO ORDERED this _____ day of _____ 2006.

_____
Richard J. Leon
United States District Court

Copies to:

Douglas B. Huron
Richard A. Salzman
Tammany M. Kramer
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN PLLC
1730 M Street, N.W.
Suite 412

5

Washington DC 20036
*Counsel for Plaintiff Murphy*


David Rose
Rose & Rose, P.C.
1320 19th St., N.W.
Suite 601
Washington, DC 20036
*Counsel for Plaintiff Schuler*


Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld  (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
*Counsel for Defendant*

Thomas M. Buchanan
Julie A. Klusas Gasper
WINSTON & STRAWN LLP
1700 K St., N.W.
Washington, DC 20036
*Counsel for Defendant*

6