**Exhibits Filed Under Seal
With Clerk of the Court**