UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et al.* ) | | |
|     Plaintiffs, ) | Civil Action No. 02- 982 (RJL/DAR) | |
|     v. ) | | |
| PricewaterhouseCoopers, LLP, *et al.* ) | | |
|     Defendants. ) | | |
| C. Westbrook Murphy, ) | | |
|     Plaintiff, ) | | |
|     v. ) | Civil Action No. 05-1054 (RJL) | |
| PricewaterhouseCoopers, LLP ) | | |
|     Defendant. ) | | |

**PLAINTIFF MURPHY'S MOTION FOR EXPEDITED BRIEFING ON
HIS MOTION TO REMOVE ATTORNEYS' EYES ONLY RESTRICTION**

    Plaintiff Westbrook Murphy is filing today a Motion to Remove the Attorneys Eyes Only Provision from the governing protective order in this case. On September 26 and 28, 2006, Plaintiff has scheduled depositions of two PwC partners -- former coworkers of Plaintiff Murphy promoted ahead of him into the partnership -- whose entire personnel files have been stamped by defendant as "for attorneys' eyes only." This means that, unless the protective order is revised, Plaintiff Murphy cannot see the records, cannot assist in the preparation for these depositions, and cannot be present when the witnesses are shown these documents during the deposition.

    Defendant has previously produced a number of additional personnel files for partners and partner candidates within PwC's Financial Services practice, and similarly stamped all of that material as for "attorneys' eyes only." Today, defendant is obligated,

pursuant to this Court's August 16, 2006 Order, to produce files for additional comparators. Plaintiff anticipates that all of this material will be stamped for attorneys' eyes only. As is explained in the accompanying Motion to remove this restriction, Plaintiff Murphy has now retired from PwC's employment, and there is no basis for such a significant limitation on his ability to participate in the prosecution of his claims.

Plaintiff hereby requests that the Court order an expedited briefing schedule that would permit the Court to resolve the issue presented in Plaintiff's Motion no later than September 24, 2006. Plaintiff respectfully suggests that the Court order defendant to file any opposition within five (5) days of this motion, and order the plaintiff to file any response within two (2) days of defendant's opposition. This will permit the Court to resolve the Motion prior to the depositions of Messrs. Albright and Lavine.

_____
Douglas B. Huron  (89326)
Richard A. Salzman  (422497)
Tammany M. Kramer  (483146)
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC  20036
(202) 293-8090
fax:  (202) 293-7110

Counsel for plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et al.* ) | | |
| Plaintiffs, ) | Civil Action No. 02- 982 (RJL/DAR) | |
| ) | | |
| v. ) | | |
| PricewaterhouseCoopers, LLP, *et al.* ) | | |
| Defendants. ) | | |
| ) | | |
| C. Westbrook Murphy, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 05-1054 (RJL) | |
| PricewaterhouseCoopers, LLP ) | | |
| Defendant. ) | | |

## **ORDER**

For the reasons set forth in plaintiff's motion for expedited briefing, defendant shall file any response to Plaintiff's Motion to Remove the "For Attorneys of Record Only" Provision from the Governing Protective Order in these Cases by September 20, 2006, and Plaintiff shall file any Reply by September 22, 2006.

SO ORDERED this _____ day of _____ 2006.

_____
Deborah A. Robinson
United States Magistrate Judge

Copies to:

Douglas B. Huron
Richard A. Salzman
Tammany M. Kramer

HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN PLLC
1730 M Street, N.W.
Suite 412
Washington DC 20036
*Counsel for Plaintiff Murphy*


David Rose
Rose & Rose, P.C.
1320 19th St., N.W.
Suite 601
Washington, DC 20036
*Counsel for Plaintiff Schuler*


Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld  (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
*Counsel for Defendant*

Thomas M. Buchanan
Julie A. Klusas Gasper
WINSTON & STRAWN LLP
1700 K St., N.W.
Washington, DC 20036
*Counsel for Defendant*