UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et al.* ) | | |
|     Plaintiffs, ) | Civil Action No. 02- 982 (RJL/DAR) | |
| ) | | |
| v. ) | | |
| PricewaterhouseCoopers, LLP, *et al.* ) | | |
|     Defendants. ) | | |
| ) | | |
| C. Westbrook Murphy, ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 05-1054 (RJL/DAR) | |
| PricewaterhouseCoopers, LLP ) | | |
|     Defendant. ) | | |

## NOTICE OF FILING

Plaintiff Murphy hereby files this Notice of the electronic filing of the exhibits to his September 12, 2006 Motion to Remove the "For Attorneys of Record Only" Provision from the Governing Protective Order in These Cases (Civil Action No. 02-982, Docket # 155; Civil Action No. 05-1054, Docket #46).

Because defendant PricewaterhouseCoopers (PwC) had designated these documents as "For Attorneys of Record Only," plaintiff initially planned to file these documents under seal and so indicated in his motion. However, after the close of business on September 12, 2006, and after plaintiff had filed his motion electronically, counsel for defendant notified plaintiff that PwC withdrew its designation with respect to these documents and asked that plaintiff file the exhibit on the public record.

2

Therefore, attached to this notice are the documents constituting the exhibit to plaintiff's motion.

    __/s/_____
Douglas B. Huron  (89326)
Richard A. Salzman  (422497)
Tammany M. Kramer  (483146)
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC  20036
(202) 293-8090
fax:  (202) 293-7110

Counsel for plaintiff

2