ANDREAS ZEITER
DIREKTOR
SCHWEIZERISCHE BANKGESELLSCHAFT
ZÜRICH

New York, August 27, 1996

*Bauch*
*Welch*
*Javine*
*Weiss*

Mr. C. Westbrook Murphy
Director
Regulatory Advisory Services
Price Waterhouse LLP
1301 K Street, N.W. 800W
Washington, DC 20005-3333

Dear Mr. Murphy:

I would like to warmly thank you and your colleagues for the excellent hospitality extended to me during my visit to Washington.

Getting an insight into the complex world of bank regulation from top professionals of Price Waterhouse and discussing various subjects with you was not only extremely interesting but a great pleasure as well. Needless to say, the meetings which you had arranged with Executives of The Federal Reserve Bank and The Comptroller of the Currency were also most interesting and memorable.

I wish to thank you personally for the fantastic program that you put together and for sharing your time with me throughout the day. I also highly appreciate the publications and other documentary material given to me.

Once again, many thanks for your hospitality.

Yours,

*[signature]*

*[handwritten note:]* Rick you very much for your kind letter of August 16, 1996!

ANDREAS ZEITER
SENIOR VICE PRESIDENT
UNION BANK OF SWITZERLAND

*[signature]*

8021 ZURICH · BAHNHOFSTRASSE 45 · TEL ...

PLAINTIFF'S EXHIBIT 1

FOR ATTORNEYS OF RECORD ONLY                                    PwC04135

# SENIOR MANAGER/DIRECTOR PERQUISITE ("PERK") FORM

Name _Jeff Lavine_____
Assigned Office__388_____
Department_____100_____
Staff Number____10578_____

| Definition | Description | Amount |
|---|---|---|
| Luncheon Clubs, health Clubs, fitness centers, and athletic, golf, tennis, and swim clubs (subject to tax withholdings) | | |
| Other privileges desirable in the local environment (e.g. purchase of a micro-computer, car/cellular telephone, printer, fax machine, etc.) (Subject to tax withholdings) | Computer (DO NOT APPLY ENTIRE INVOICE, ONLY PORTION REQUESTED) | $352 |
| Parking Fees - reimbursement of all or a portion of monthly parking fees near the office location. (Not subject to tax withholdings) | 12 Mo. Parking Jul-Aug-Sep-Oct=$216 (receipts submitted) $216x3=$648 (annualized) | $648 |

Any use of the senior manager/director "perk" must be approved by your local HR Representative

## Signatures/Approvals

Please read the "Perk" guidelines before signing.

Senior Manager/Director ___[signature]___ 10/29/99
                         Name and Date
HR Representative Approval ___See attached___
                         Name and Date

HR Approval of amount:
    Amount requested _$1,000_____  Amount allowed_____

Please attach the appropriate receipts to this form and submit the original to:
Tampa NAC - PAYROLL
DO NOT SUBMIT THIS FORM WITH YOUR MONTHLY EXPENSE REPORT.

Forwarded to Payroll on 10/29/99

FOR ATTORNEYS OF RECORD ONLY                PwC04238

```
TURNER PARKING           TURNER PARKING           TURNER PARKING           TURNER PARKING
ONE FRANKLIN             ONE FRANKLIN             ONE FRANKLIN             ONE FRANKLIN
   SQUARE                   SQUARE                   SQUARE                   SQUARE

OUT 09/16/99 08:20       OUT 09/27/99 05:12        OUT 09/17/99 09:48       OUT 09/01/99 10:54
IBM                      IBM                       IBM                      IBM
           $6.00                    $6.00                     $6.00                    $6.00
TOTAL->    $6.00         TOTAL->    $6.00          TOTAL->    $6.00         TOTAL->    $6.00
CASH TEND  $6.00         CASH TEND  $6.00          CASH TEND  $6.00         CASH TEND  $6.00
CHANGE     $0.00         CHANGE     $0.00          CHANGE     $0.00         CHANGE     $0.00
CASH PAID  $6.00         CASH PAID  $6.00          CASH PAID  $6.00         CASH PAID  $6.00

    THANK YOU!               THANK YOU!                THANK YOU!               THANK YOU!

      12462  1                14673  1                  12804  1                 9623  1


TURNER PARKING           TURNER PARKING           TURNER PARKING           TURNER PARKING
ONE FRANKLIN             ONE FRANKLIN             ONE FRANKLIN             ONE FRANKLIN
   SQUARE                   SQUARE                   SQUARE                   SQUARE

OUT 10/08/99 09:21       OUT 10/26/99 10:33        OUT 10/29/99 09:34       OUT 10/25/99 09:00
IBM                      IBM                       IBM                      IBM
           $6.00                    $6.00                     $6.00                    $6.00
TOTAL->    $6.00         TOTAL->    $6.00          TOTAL->    $6.00         TOTAL->    $6.00
CASH TEND  $6.00         CASH TEND  $6.00          CASH TEND  $6.00         CASH TEND  $6.00
CHANGE     $0.00         CHANGE     $0.00          CHANGE     $0.00         CHANGE     $0.00
CASH PAID  $6.00         CASH PAID  $6.00          CASH PAID  $6.00         CASH PAID  $6.00

    THANK YOU!               THANK YOU!                THANK YOU!               THANK YOU!

      17501  1                21424  1                  22562  1                 21080  1


TURNER PARKING           TURNER PARKING           TURNER PARKING
ONE FRANKLIN             ONE FRANKLIN             ONE FRANKLIN
   SQUARE                   SQUARE                   SQUARE                       $6

OUT 10/21/99 09:07       OUT 10/14/99 09:13        OUT 10/04/99 09:10
IBM                      IBM                       IBM
           $6.00                    $6.00                     $6.00         TURNER PARKING
TOTAL->    $6.00         TOTAL->    $6.00          TOTAL->    $6.00
CASH TEND  $6.00         CASH TEND  $6.00          CASH TEND  $6.00
CHANGE     $0.00         CHANGE     $0.00          CHANGE     $0.00         DATE 10/20/99
CASH PAID  $6.00         CASH PAID  $6.00          CASH PAID  $6.00

    THANK YOU!               THANK YOU!                THANK YOU!           CASHIER SIGNATURE

      20380  1                18674  1                  16223  1
```

PARKING RECEIPT

National Parking Corporation
1133 20th Street, N.W.
Suite 25C
Washington, D.C. 20036

Jess Levine
10574
perquisite receipts
FY 1999

Envelope containing pkg. receipts.

FOR ATTORNEYS OF RECORD ONLY

PwC04248

*Bob's copy*
*Sent 11/24/97*

To: Bob Bench
cc: Judy K. Mifflin, Kim Ambush
From: David Albright (USDomino013)
Date: 11/20/97 04:36:13 PM
Subject: Vacation

Bob:

In response to your note, I am forwarding the request below which you OK'ed in May.

My plans are to take from 12/25 through 1/4. As such, I plan to work Monday 12/22-Wednesday 12/24 and not return to work until Monday 1/5/98.

Please let me know if this is still feasible. As always, I will ensure client and firm commitments are met through this period.

Thanks and regards,

DRA

---------- Forwarded by David Albright on 11/20/97 04:39 PM ----------

David Albright
05/04/97 12:08 PM
To: Bob Bench@Price Waterhouse-US
cc: Judy K. Mifflin@Price Waterhouse-US
Subject: Vacation

Bob:

I would like to request the following days of vacation for the remainder of the year:

1. Friday, May 23
2. Friday, June 20
3. Monday, June 30 through July 3 (Friday, July 4 is a firm holiday)
4. Monday, December 29 through Wednesday, December 31 (Thursday and Friday - January 1,2 are firm holidays)

As you know, Lisa's due date is September 29. As such, I intend on scheduling some vacation time around her delivery date. I will keep you informed of these needs.

As with other requests, I will ensure that client commitments are satisfactorily met during these periods.

I would appreciate your consideration of and response on this request.

Thanks and regards,

DRA

FOR ATTORNEYS OF RECORD ONLY          PwC03734

1251 Avenue of the Americas  
New York NY 10020

Telephone 212 489 8900

**Price Waterhouse** 

<u>TO ALL NEW STAFF MEMBERS:</u>

The position of Price Waterhouse as an Equal Employment Opportunity employer is known to each of our present staff members. It is important that all our new staff be fully informed of our policy in this regard:

"It is the policy of Price Waterhouse to protect the employment opportunities of individuals who are members of particular groups protected under applicable federal, state or local laws, and to base personnel decisions upon individual merit and capabilities. In pursuit of this policy staff members are engaged without regard to race, color, religion, national origin, sex, age, handicap or veteran status. This policy applies to training, promotions, terminations, working conditions and all other privileges and conditions of employment. To achieve a condition of equal opportunity in every phase of employment, the Firm supports a policy of affirmative action in the employment of members of minority groups, women, handicapped persons and Vietnam-era veterans."

I encourage you to discuss any questions you might have concerning our firm's Equal Employment Opportunity Program with the EEO Coordinator in your office.

Shaun F. O'Malley  
Chairman and Senior Partner

6/3/91

FOR ATTORNEYS OF RECORD ONLY                          PwC04291