| | |
|---|---|
| From: | Nelson, Eric |
| Sent: | Tuesday, September 12, 2006 3:44 PM |
| To: | 'Richard Salzman' |
| Cc: | Klusas Gasper, Julie; Sheinfeld, Stephen |
| Subject: | RE: FW: Scheduling depositions |

Rick, this will confirm that in our telephone conversation at 3 pm yesterday, I advised you that we had conferred with our client over the weekend and were authorized to agree to items "a", "b" and "c" of Mr. Murphy's proposal to relax the "attorneys' eyes' only" designations. As to the remaining item "d" (relating to compensation information), I suggested that we would favorably consider the proposal if you could provide an explanation for your need to share that information with Mr. Murphy. You have not yet provided that explanation.

-----Original Message-----
**From:** Richard Salzman [mailto:ras@hellerhuron.com]
**Sent:** Monday, September 11, 2006 9:25 AM
**To:** Nelson, Eric
**Subject:** RE: FW: Scheduling depositions

sounds good, how about 3 p.m. today?

>>> "Nelson, Eric" <ENelson@winston.com> 9/8/2006 6:14 PM >>>
Rick, by extending only to 10/11, the magistrate judge is apparently of the view that Judge Leon should determine the remaining schedule at the 10/12 status conference. This obviously poses problems for all of us at this point. We have asked our client for their position on the attorneys' eyes only issue we discussed. Can we plan to talk sometime on Monday about this and other issues and where we go from here? Have a good weekend.

-----Original Message-----
**From:** Richard Salzman [mailto:ras@hellerhuron.com]
**Sent:** Friday, September 08, 2006 3:30 PM
**To:** Nelson, Eric
**Cc:** Tammany Kramer
**Subject:** Re: FW: Scheduling depositions

Eric, in light of the judge's ruling on our joint motion to extend fact discovery, it appears we have less time than we had hoped to work out issues relating to the attorneys eyes only restriction. I've spoken with Mr. Murphy, and we are prepared to agree to the proposal you and I discussed the other day - that is, that for Messrs. Albright and Levine, the order would be revised to permit Mr. Murphy (who has now retired) to see a) sounding records, b) documents which discuss work on client matters, c) performance appraisals, and d) pay information. I would agree to redact from those documents any social security numbers, or medical information.

Can you let me know by cob Monday whether that is acceptable. We can obviously keep talking

past that time, but i think we will need to get our motion to revise the Order on file asap, in case we are not able to work out an agreement. Thanks.