February 17, 2006

**BY FEDERAL EXPRESS**

Tammany M. Kramer, Esq.
Heller, Huron Chertkof, Lerner, Simon & Salzman
1730 M Street, NW, Suite 412
Washington, D.C. 20036

   Re: **Responses to Plaintiff's Interrogatories and Document Requests in Murphy v. PwC (Civil Action Nos. 02-00982 and 05-01054)**

Dear Tammany:

  Enclosed herewith are documents, Bates-stamped PwC 03582 through PwC 05000 inclusive, in response to plaintiff's discovery requests.

  Pursuant to Magistrate Judge Robinson's August 21, 2003 Order in *Murphy et ano v. PricewaterhouseCoopers LLP*, Civil Action No. 02-00982 (RJL/DAR), the enclosed production is designated "For Attorneys of Record Only."

  We expect to produce additional documents next week.

            Sincerely,

            Mark A. Konkel