**From:** Nelson, Eric
**Sent:** Tuesday, September 12, 2006 8:25 PM
**To:** 'Tammany Kramer'; Douglas Huron; Richard Salzman; daver@roselawyers.com; Klusas Gasper, Julie; Konkel, Mark; Sheinfeld, Stephen
**Subject:** RE: exhibit from plaintiff's motion

Tammany, I think my e-mail is clear. Counsel for plaintiff Murphy should file the exhibit electronically. Rick has not discussed this matter with me, but I see that he is copied on these e-mails and he knows that I am available should he wish to confer. Thanks for the courtesy.--Eric


-----Original Message-----
From: Tammany Kramer [mailto:tmk@hellerhuron.com]
Sent: Tuesday, September 12, 2006 7:12 PM
To: Douglas Huron; Richard Salzman; daver@roselawyers.com; Nelson, Eric; Klusas Gasper, Julie; Konkel, Mark; Sheinfeld, Stephen
Subject: RE: exhibit from plaintiff's motion


Eric,

I e-mailed you those documents as a courtesy, rather than serving them by regular mail.

These documents are samples of what is discussed in the last section of our brief. Since you have been discussing this matter with Rick, and I have not been a party to those discussions, please continue to communicate with him directly regarding this issue to ensure that the lines of discussion remain clear.

Thanks,
Tammany


========================================
Tammany M. Kramer
Heller, Huron, Chertkof, Lerner, Simon & Salzman, P.L.L.C.
1730 M St., NW -- Suite 412
Washington, DC 20036

(202) 293-8090 x.18
fax: (202) 293-7110
www.hellerhuron.com
========================================
>>> "Nelson, Eric" <ENelson@winston.com> 09/12/06 6:39 PM >>>

Tammany --

1

Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

3