UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et al.*<br>　　　　Plaintiffs,<br><br>　　　　v.<br>PricewaterhouseCoopers, LLP, *et al.*<br>　　　　Defendants.<br><br>C. Westbrook Murphy,<br>　　　　Plaintiff,<br><br>　　　　v.<br>PricewaterhouseCoopers, LLP<br>　　　　Defendant. | Civil Action No. 02- 982 (RJL/DAR)<br><br><br><br><br><br><br><br>Civil Action No. 05-1054 (RJL) |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of plaintiff's motion to expedite briefing of motion to amend protective order (Docket No. 47), defendant's declaration in opposition thereto (Docket No. 49), and the entire record herein, it is hereby

**ORDERED** that plaintiff's motion to expedite briefing is hereby **DENIED**, and that defendant's opposition to plaintiff's motion to amend protective order (Docket No. 46) shall be filed no later than September 26, 2006

[Alternative] **ORDERED** that plaintiff's motion to amend protective order (Docket No. 46) is hereby **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**, this _____ day of _____ 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DEBORAH A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge