UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br>      Plaintiffs,<br><br>           v.<br><br>PricewaterhouseCoopers, LLP, *et ano.*,<br>      Defendants. | Civil Action No. 02-0982 (RJL/DAR) |
| C. Westbrook Murphy,<br>      Plaintiff,<br><br>           v.<br><br>PricewaterhouseCoopers, LLP<br>      Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

## MOTION FOR A PROTECTIVE ORDER
## BARRING THE DEPOSITION OF DENNIS M. NALLY

Defendant PricewaterhouseCoopers LLP hereby moves for a protective order, pursuant to Fed.R.Civ.P. 26(b)(2) & (c), with respect to the deposition of its Chairman and Senior Partner, Dennis M. Nally, as set forth more fully in the accompanying Memorandum of Points and Authorities in Support of Motion for a Protective Order Barring the Deposition of Dennis M. Nally, the Declaration of Eric M. Nelson, Esq., the exhibits annexed thereto, and the proposed Order filed herewith.

Respectfully submitted,

/s/ Eric M. Nelson
Eric M. Nelson, Esq. (admitted *pro hac vice*)
Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Facsimile (212) 294-4700

Thomas M. Buchanan, Esq. #337907
Julie A. Klusas Gasper, Esq. #D00244
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20036
(202) 282-5000
Facsimile: (202) 282-5100

Counsel for Defendant
PricewaterhouseCoopers LLP