UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br>  Plaintiffs,<br><br>v.<br>PricewaterhouseCoopers, LLP, *et ano.*,<br>  Defendants. | Civil Action No. 02-0982 (RJL/DAR) |
| C. Westbrook Murphy,<br>  Plaintiff,<br><br>v.<br>PricewaterhouseCoopers, LLP<br>  Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

## DECLARATION OF ERIC M. NELSON, ESQ.

I, ERIC M. NELSON, declare as follows:

1. I am a member of Winston & Strawn LLP, counsel for defendant PricewaterhouseCoopers LLP ("PwC") in these related cases, and have been admitted pro hac vice in each of the cases. I am fully familiar with the procedural history and discovery record in these cases, and with the exhibits annexed hereto. This declaration is submitted in support of PwC's Motion for a Protective Order Barring the Deposition of Dennis M. Nally.

2. Pursuant to LCvR 7(m), and as more fully set forth in the accompanying memorandum of points and authorities and in certain of the exhibits hereto, I have conferred with Richard Salzman, Esq., counsel for plaintiff, by telephone and e-mail, and, most recently in person at the deposition of plaintiff on November 15, 2006. Based on those discussions, I understand that plaintiff intends to oppose this motion.

3. Annexed hereto as Exhibit A is a true copy of excerpts from the transcripts of the deposition of plaintiff C. Westbrook Murphy ("plaintiff") taken on November 15, 2006.

4. Attached hereto as Exhibit B is a true copy of excerpts from the transcript of the Status Conference before the Hon. Richard J. Leon, held October 18, 2005.

5. Attached hereto as Exhibit C is a true copy of excerpts from the transcript of the Status Conference before the Hon. Richard J. Leon, held October 12, 2006.

6. Annexed hereto as Exhibit D is a true copy of excerpts from the transcripts of the deposition of plaintiff taken on various dates in 2003-2004.

7. Attached hereto as Exhibit E is a true copy of a letter from counsel for plaintiff to counsel for PwC, dated May 25, 2006.

8. Attached hereto as Exhibit F is a true copy of an e-mail from counsel for PwC to counsel for plaintiff, dated July 27, 2006.

9. Attached hereto as Exhibit G is a true copy of an e-mail from counsel for plaintiff to counsel for PwC, dated July 27, 2006.

10. Attached hereto as Exhibit H is a true copy of an e-mail from counsel for PwC to counsel for plaintiff, dated August 30, 2006.

11. Attached hereto as Exhibit I is a true copy of an e-mail from counsel for plaintiff to counsel for PwC, dated August 31, 2006.

12. Attached hereto as Exhibit J is a true copy of an e-mail from counsel for PwC to counsel for plaintiff, dated September 2, 2006.

13. Attached hereto as Exhibit K is a true copy of an e-mail from counsel for plaintiff to counsel for PwC, dated October 25, 2006.

14. Attached hereto as Exhibit L is a true copy of excerpts from the transcript of the Motion Hearing before the Hon. Richard J. Leon, held April 12, 2004.

15. Attached hereto as Exhibit M is a true copy of excerpts from the transcript of the Status Conference before the Hon. Richard J. Leon, held December 8, 2005.

16. Attached hereto as Exhibit N is a true copy of an e-mail (with attachment) from counsel for Murphy to counsel for PwC, dated September 18, 2006.

17. Attached hereto as Exhibit O is a true copy of an e-mail from Rick Richardson to plaintiff, dated March 9, 1998.

18. Attached hereto as Exhibit P is a true copy of an e-mail from Dennis Nally to plaintiff, dated August 24, 2002.

19. Attached hereto as Exhibit Q is a true copy of an e-mail from counsel for plaintiff to counsel for PwC, dated January 31, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2006

/s/ Eric M. Nelson
Eric M. Nelson