# Exhibit B

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
C. WESTBROOK MURPHY, ET AL.,      :    CV02-982 AND CV05-1054
                                  :    October 18, 2005
            Plaintiffs,           :
                                  :    4:00 p.m.
                                  :
v.                                :
                                  :
PRICEWATERHOUSECOOPERS, LLP,      :
ET AL.,                           :
            Defendants.           :
. . . . . . . . . . . . . . . . .
```

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        DAVID L. ROSE, ESQ.
                           TERRI N. MARCUS, ESQ.
                           Rose & Rose, PC
                           1320 19th Street, NW
                           Suite 601
                           Washington, D.C. 20036

                           RICHARD SALZMAN, ESQ.
                           Heller, Huron, Chertkof, Lerner,
                           Simon & Salzman
                           1730 M Street, NW
                           Suite 412
                           Washington, D.C. 20036

For the Defendant:         ERIC M. NELSON, ESQ.
                           STEPHEN L. SHEINFELD, ESQ.
                           Winston & Strawn, LLP
                           200 Park Avenue

                           New York, New York 10166

Court Reporter:        PATTY ARTRIP GELS, RMR

Official Court Reporter

Room 4800-C, U.S. Courthouse

Washington, D.C. 20001

(202) 962-0200

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2         COURTROOM DEPUTY:  This is Civil Case CV02-982, et al.
 3  versus PriceWaterhouseCoopers, LLP, et al.  Also on the calendar
 4  is C. Westbrook Murphy versus PriceWaterhouseCoopers LLP, Civil
 5                       Action 05-1054.
 6     Will counsel come forth and state your appearances for the
 7                        record, please?
 8         MR. ROSE:  Your Honor, my name is David Rose.  I am
 9  counsel for Plaintiff Schuler.
10         THE COURT:  All right.
11         MR. SALZMAN:  Good afternoon, your Honor.  I am Richard
12  Salzman and with at counsel table is Tammany Kramer on behalf of
13  C. Westbrook Murphy.
14         MR. NELSON:  Good afternoon, your Honor, Eric Nelson at
15  Winston & Strawn for Defendant PWC, PriceWaterhouseCoopers.
16         THE COURT:  All right.  Welcome back.  All right.
17  Counsel, I thought I would hear from you as to where we proceed
18  from here from each of your point of view.  Obviously the
19  Defendants made it clear that they would like to see these cases
20  consolidated and move forward to trial, but I wanted to hear
21  from both sides on the record.  I don't care what order you go,
22  Mr. Rose, Mr. Salzman, but take it away.
23         MR. SALZMAN:  Thank you, your Honor.  I think probably
24  it makes sense for me to address that first because we are the
25  Plaintiff in both of the cases.
```

1    THE COURT: Right.

2    MR. SALZMAN: We would oppose consolidation, your
3 Honor. It is our view that there is a great deal to be done in
4 the most recent case that we filed, obviously that that case has
5 just gotten off the ground.

6    We are prepared to start Discovery in that case and
7 then obviously the Defendant would have the right to file
8 Dispositive Motions. I think we have a long track in front of
9 us on that case, your Honor. And that case, of course, deals
10 with a non promotion in 2004.

11    Certainly some of the issues are similar, but it is a
12 separate and discrete non promotion from the claims in the first
13 case which involved non promotion in 2000 and 2001.

14    THE COURT: 2001.

15    MR. SALZMAN: Right. And, your Honor, in the first
16 case, the Court denied the opportunity to proceed with a
17 collective action and we understand the Court's ruling on that.
18 We think that we have cured the problems in the administrative
19 filing with respect to the 2004-case and certainly would like
20 the opportunity to explore a collective action in the later case
21 which I think is going to be a more complicated proceeding and
22 perhaps a longer fuse towards Dispositive Motions and trial.

23    So for all of those reasons, your Honor, we think it
24 would be appropriate to move forward with the first case towards
25 trial. It is our view that we are very close to ready, being

1  standard, the issue was raised by the Plaintiffs in opposition

2  and it was briefed by PWC in reply, but it was not affirmatively

3  asserted on that Motion.

4        As I mentioned, the parties cross moved -- the Court

5  did not reach it. The facts are not in dispute and it is an

6  issue that consistently has been resolved by courts on Summary

7  Judgment. There were a number of cases, Circuit Court decisions

8  from various Circuits cited in the -- on the initial Cross

9  Motions on the pattern and practice claim and in every single

10  case the question was resolved, the question partner employee

11  issue was resolved on Summary Judgment and at least one or two

12  Circuit Courts, you know, actually discussed the fact that

13  that's the way it should be resolved.

14        The fact of the matter is is that if the partner

15  retirement provision is lawful and we don't think this is even a

16  close question or a difficult question, neither of these

17  Plaintiffs have a claim. Neither of them do.

18        THE COURT: Okay.

19        MR. NELSON: So we think that frankly that that issue

20  and Plaintiffs have most recently said they need further

21  Discovery on the allegation that PWC Plaintiffs should be deemed

22  employees, then they previously moved on what presumably they

23  thought was a complete Discovery record, if they want more

24  Discovery on that issue, let's have this Discovery and let's

25  have this issue resolved as it has been in every other case in

1  which it has been raised.
2          THE COURT:  Okay.
3          MR. NELSON:  Thank you.  Mr. Salzman, what's your
4  take -- I mean obviously Mr. Rose's situation is a little
5  different.  He is not in the second case.
6          MR. SALZMAN:  Yes, your Honor.
7          THE COURT:  But as to your client's Discovery needs in
8  the second case, do you think if we started Discovery the
9  beginning of November, we could get it wrapped up within
10  6 months?
11         MR. SALZMAN:  Your Honor, I think that it is possible
12  to do that and likely that we could do that if we are dealing
13  only with an individual claim for Mr. Murphy.
14         The second case, however, does expressly reserve the
15  right to proceed under the ADA under a collective action and I
16  do think that one of the initial rounds of Discovery that we
17  would be involved in would be getting the names and addresses of
18  the other people who are similarly situated to Mr. Murphy within
19  PWC for a particular level within the management ranks of PWC
20  and at a particular age so that they may be considered under the
21  law to be similarly situated to Mr. Murphy and to assess whether
22  we have a collective action here.
23         THE COURT:  How long is that going to take?
24         MR. SALZMAN:  I think we will be ready to serve upon
25  them some Discovery requests getting that information, your