# Exhibit C

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


C. WESTBROOK MURPHY, ET AL.      :   CV02-982 (RJL)
                                 :   October 12, 2006
          Plaintiffs,            :
                                 :   3:30 p.m.
                                 :
     v.                          :
                                 :
PRICEWATERHOUSECOOPERS, LLP,     :
                                 :
          Defendant.             :
. . . . . . . . . . . . . . .    :
C. WESTBROOK MURPHY, ET AL.      :   CV05-1054 (RJL)
          Plaintiffs,            :
     v                           :
PRICEWATERHOUSECOOPERS, LLP,     :
                                 :
          Defendant.             :
. . . . . . . . . . . . . . .    :
HAROLD D. SCHULER,               :   CV05-2355 (RJL)
          Plaintiff,             :
     v                           :
PRICEWATERHOUSECOOPERS, LLP,     :
          Defendant.             :

. . . . . . . . . . . . . . .


            TRANSCRIPT OF STATUS HEARING
       BEFORE THE HONORABLE RICHARD J. LEON
            UNITED STATES DISTRICT JUDGE



APPEARANCES:


For the Plaintiff
C. Westbrook Murphy:        RICHARD A. SALZMAN, ESQ.
                            TAMMANY M. KRAMER, ESQ.
                            Heller Huron Chertkof Lerner Simon
                                & Salzman, PLLC
                            1730 M. Street, NW
```

```
                          Suite 412
                          Washington, D.C. 20036
                                and
                          DAVID ROSE, ESQ.
                          Rose& Rose, PC

                          1320 19th Street, NW

                          Suite 601

                          Washington, D.C. 20036




For the Defendant:        ERIC M. NELSON, ESQ.

                          JULIE A. KLUSAS GASPER, ESQ.

                          Winston & Strawn, LLP

                          200 Park Avenue

                          New York, New York 10166




Court Reporter:           PATTY ARTRIP GELS, RMR

                          Official Court Reporter

                          Room 4800-C, U.S. Courthouse

                          Washington, D.C. 20001

                          (202) 962-0200
```

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription

1        P R O C E E D I N G S

2        COURTROOM DEPUTY: This is the matter of C. Westbrook
3   Murphy, et al. versus PriceWaterhouseCoopers, LLP, Civil Action
4   02-982. Also C. Westbrook Murphy, et al. versus
5   PriceWaterhouseCoopers, LLP, Civil Action 05-1054. And Harold
6   D. Schuler versus PriceWaterhouseCoopers, LLP, Civil Action
7   05-2355.
8        Counsel come forward and state your appearances for the
9   record, please.
10       MR. SALZMAN: Good afternoon, your Honor, Richard Salzman
11  and Tammany Kramer on behalf of Mr. Murphy.
12       THE COURT: Welcome.
13       MR. ROSE: Your Honor, I am David Rose for Plaintiff
14  Schuler in 2 of the 3 cases.
15       THE COURT: Welcome.
16       MR. NELSON: Good afternoon, Judge, Eric Nelson of Winston
17  & Strawn. With me is my colleague Julie Klusas Gasper.
18       THE COURT: Welcome. Counsel, I just wanted to get an
19  update from you. I gather Discovery is still going on. I
20  wanted to hear from you all as to where you see this thing
21  headed at this point. Whoever wants to go first is welcome to
22  do so.
23       MR. SALZMAN: Thank you, your Honor. I will jump in and,
24  your Honor, just a couple of things that I think were still
25  somewhat open from the last time we appeared before you.

Page 4

1  We have decided that we intend to move forward with these
2  as individual cases, not pursuing collective action which I
3  think will streamline things we hope and move things along.
4  There had been I think an open question about whether it
5  made sense to consolidate the '02 and the '05 cases. We think
6  at this point that makes sense to consolidate them and try the
7  cases together. We are still engaged in fact Discovery, your
8  Honor. I believe essentially from our standpoint the documents
9  are all taken care of and we are about to embark on the
10 depositions.
11 I believe all of the depositions are scheduled, the first
12 beginning tomorrow; and, your Honor, because of I think an
13 unusual degree of difficulty in terms of scheduling just because
14 of the numbers of the parties and many of the deponents are PWC
15 partners that are harder to nail down for deposition dates than
16 maybe some other witnesses, we are probably going to be bleeding
17 over even the extended Discovery deadline date now. We do have
18 them all scheduled and everything is planned to be finished by
19 November 17.
20 We would ask the Court just to formally extend the fact
21 Discovery period.
22 THE COURT: Have Magistrate Judge Robinson enter an order
23 to that effect.
24 MR. SALZMAN: Okay.
25 THE COURT: I am sure she is familiar with the scheduling

Page 4

1  We have decided that we intend to move forward with these
2  as individual cases, not pursuing collective action which I
3  think will streamline things we hope and move things along.
4  There had been I think an open question about whether it
5  made sense to consolidate the '02 and the '05 cases.  We think
6  at this point that makes sense to consolidate them and try the
7  cases together.  We are still engaged in fact Discovery, your
8  Honor.  I believe essentially from our standpoint the documents
9  are all taken care of and we are about to embark on the
10 depositions.
11 I believe all of the depositions are scheduled, the first
12 beginning tomorrow; and, your Honor, because of I think an
13 unusual degree of difficulty in terms of scheduling just because
14 of the numbers of the parties and many of the deponents are PWC
15 partners that are harder to nail down for deposition dates than
16 maybe some other witnesses, we are probably going to be bleeding
17 over even the extended Discovery deadline date now.  We do have
18 them all scheduled and everything is planned to be finished by
19 November 17.
20 We would ask the Court just to formally extend the fact
21 Discovery period.
22 THE COURT:  Have Magistrate Judge Robinson enter an order
23 to that effect.
24 MR. SALZMAN:  Okay.
25 THE COURT:  I am sure she is familiar with the scheduling