# Exhibit E

# HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN
P.L.L.C.
ATTORNEYS AT LAW

1730 M STREET, N.W. • SUITE 412
WASHINGTON, DC 20036-4517

(202) 293-8090
FAX: (202) 293-7110
E-MAIL: info@hellerhuron.com

May 25, 2006

**VIA MAIL AND E-MAIL**

Eric Nelson
Winston & Strawn, LLP
200 Park Avenue
New York, NY 10166

Re: *Murphy v. PricewaterhouseCoopers*, Civil Action No. 05-1054
*Murphy, et al. v. PricewaterhouseCoopers, et al.*, Civil Action No. 02-982
*Schuler, et al. v. PricewaterhouseCoopers*, Civil Action No. 05-2355

Dear Eric:

I'm writing regarding depositions in the above-mentioned cases. We plan on deposing the following individuals:

1. Dennis Nally
2. Dave Albright
3. Jeff Lavine
4. Bill Lewis
5. John Carter, Partner Affairs Leader
6. Roger Hindman
7. Jeanne Jones
8. Bob Bench
9. Carol Nebe
10. Darlene Shea

This list is not meant to be exhaustive, and there may be some 30(b)(6) issues that would also be the subject of depositions. However, we believe these are likely more or less most of the key individual depositions needed to properly air the issues in the case and help move the discovery phase toward completion, in accordance with Judge Leon's wishes.

Naturally, the most efficient way to proceed is to take these depositions after the outstanding discovery production of documents and interrogatory responses ordered by Judge Robinson is completed.

We look forward to discussing this with you. Please call me at your earliest convenience.

Sincerely,

Richard A. Salzman

cc: David L. Rose