# Exhibit L

                                                                1

                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
C. WESTBROOK MURPHY,          :
                              :
        Plaintiff,            :
                              :
    vs.                       :   CV 02-982
                              :
PRICE WATERHOUSE COOPERS,     :
                              :
        Defendant.            :
                              :
- - - - - - - - - - - - - - - x

                                  Washington, D. C.
                                  April 12, 2004
                                  2:10 p.m.

              Transcript of Motion Hearing
         Before the Honorable Richard J. Leon
              United States District Judge

APPEARANCES:

For the Plaintiff:        DAVID ROSE, ESQ.
                          DAVID WACHTEL, ESQ.

For the Defendant:        ERIC NELSON, ESQ.
                          STEPHEN SHEINFELD, ESQ.

Court Reporter:           JACQUELINE L. WOOD
                          Miller Reporting Company
                          735 8th Street, S.E.
                          Washington, D.C. 20003
                          (202) 546-6666

                                                                2

1                P-R-O-C-E-E-D-I-N-G-S
2           THE CLERK:  C. Westbrook Murphy vs. Price
3   Waterhouse Coopers.  Would counsel please identify
4   themselves and who they represent for the record,
5   please.
6           MR. ROSE:  Your Honor, David Rose for the
7   plaintiff.  With me is David Wachtel who is also
8   appearing in this case.
9           MR. NELSON:  Good afternoon, Your Honor.
10  Eric Nelson of Winston and Strawn for the
11  defendant.  With me is my partner Stephen
12  Sheinfeld.
13          THE COURT:  Welcome, gentlemen.  We are
14  here for the oral argument and for the motion to
15  dismiss, motion for partial summary judgment in the
16  case.  Defendants have filed a motion to dismiss
17  and a motion for partial summary judgment which has
18  been opposed.  So why don't we begin by hearing
19  from the defendant, the moving party in this case.
20  We will give the plaintiffs a chance to oppose and
21  then we will give you a chance to respond.
22          MR. ROSE:  We were the first moving party,
23  Your Honor, but we can do it any way you want.  I
24  just want to make sure that you understood that.
25          MR. NELSON:  The record is clear, Your

86

```
 1   need to take.
 2           MR. ROSE:  On this issue there is no more
 3   discovery, Your Honor.  On the question of whether
 4   the defendants should remain, we argued that we
 5   should have discovery on that before the Court
 6   ruled on it and we still think that's correct.  On
 7   the main issue the discovery is finished.
 8           THE COURT:  You don't see a trial taking
 9   place under any scenario?
10           MR. ROSE:  Neither side has filed a
11   disputed issue of fact, not even one.  And the
12   plaintiffs' undisputed facts are undisputed.
13           They've been responded to.  Sometimes they
14   say disputed but they don't come up with any
15   disputed issues of fact.  So we think it's ripe for
16   the Court's decision.
17           The only thing we think it might be
18   appropriate to take more discovery on is the
19   relationship among partners.  We don't think that's
20   necessary because we think it's clear that under
21   this agreement the partners have very little
22   authority in that their role is similar to
23   shareholders rather than the partners in a real
24   partnership.
25           That is something that could be the
```

87

1  subject of further discovery. I'm not sure how
2  helpful it would be to tell you the truth. So we
3  think it's before you. We think you ought to rule
4  on it. And as Mr. Nelson indicated, there is no
5  dispositive motion. But this thing is appealable
6  either way if the Court rules on what's before the
7  Court now.
8          THE COURT: Thank you, gentlemen. I
9  appreciate your effort. We stand in recess.
10         [Whereupon, at 4:30 p.m., the hearing was
11 adjourned.]