
...


**Exhibit M**

**Exhibit M**

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


C. WESTBROOK MURPHY, et al.,    :   Docket No. CV02-982 (RJL)
                                :   December 8, 2005
            Plaintiffs,         :
                                :   3:15 p.m.
                                :
v.                              :
                                :
PRICEWATERHOUSECOOPERS, LLP,    :
et al.,                         :
                                :
            Defendants.         :
. . . . . . . . . . . . . . . . :


              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE RICHARD J. LEON
              UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiff           RICHARD A. SALZMAN, ESQ.
C. Westbrook Murphy:        TAMMANY MORGAN KRAMER, ESQ.
                            Heller, Huron, Chertkof, Lerner,
                              Simon & Salzman, PLLC
                            1730 M Street, N.W.
                            Suite 412
                            Washington, D.C.  20036



For the Plaintiff           DAVID L. ROSE, ESQ.

Harold Schuler:             TERRI MARCUS, ESQ.

                            Rose & Rose, P.C.

                            1320 19th Street, N.W.

                            Suite 601

                            Washington, D.C.  20036
```

APPEARANCES (continued):

| | |
|---|---|
| For the Defendant: | ERIC M. NELSON, ESQ. |
| | STEPHEN L. SHEINFELD, ESQ. |
| | Winston & Strawn, LLP |
| | 200 Park Avenue |
| | New York, New York  10166 |
| | |
| Court Reporter: | PATTY ARTRIP GELS, RMR |
| | Official Court Reporter |
| | Room 4800-C, U.S. Courthouse |
| | Washington, D.C. 20001 |
| | (202) 962-0200 |

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription

Page 3

1                    P R O C E E D I N G S
2          COURTROOM DEPUTY: This is the matter of C. Westbrook
3    Murphy, et al., versus PricewaterhouseCoopers, et al., civil
4    action 02-982, also civil action 05-1054.
5          Counsel, come forth and state your appearances for the
6    record, please.
7          MR. SALZMAN: Good afternoon, your Honor. Richard
8    Salzman and Tammany Kramer for Mr. Murphy.
9          THE COURT: Welcome.
10         MR. ROSE: Your Honor, David Rose and Terri Marcus for
11   Plaintiff Schuler.
12         THE COURT: All right. Welcome back.
13         MR. ROSE: And, your Honor, we have filed a second case
14   similar to the second case Murphy has filed. It is being filed
15   today, and we have advised opposing counsel --
16         THE COURT: Come to the podium.
17         MR. ROSE: I'm sorry. I didn't realize.
18         We filed for Plaintiff Schuler a second case that's
19   similar to the 05 case in Murphy, and we have talked about a
20   schedule with opposing counsel in that case as well, because it
21   would save everybody time and energy if the Discovery on the
22   Plaintiffs for depositions, for example, were taken in all the
23   cases.
24         THE COURT: All right.
25         MR. NELSON: Good afternoon, your Honor. Eric Nelson

Page 4

1  and my partner Stephen Sheinfeld for Defendant
2  PricewaterhouseCoopers.
3           THE COURT:  Welcome back.
4           MR. NELSON:  Just briefly, Mr. Rose, just a few minutes
5  ago, handed us a courtesy copy of a complaint, and I gather an
6  action --
7           THE COURT:  That's the way it goes.
8           MR. NELSON:  -- that's about to be filed.  And I am not
9  sure what conversations he is referring to, but I guess we will
10 hear some more about it.
11          THE COURT:  All right.  Well, obviously Court hasn't
12 seen whatever it is that's about to be or just has been -- I
13 don't know which category it falls in, just has been or about to
14 be filed.  Obviously, I will have to look at it when it comes in
15 and make a determination whether it's something that can be --
16 I'm assuming you are moving to consolidate it.  Is that what you
17 are going to do?
18          MR. ROSE:  The parties agreed to consolidate the --
19          COURTROOM DEPUTY:  Counsel, you have to come to the
20 podium.
21          THE COURT:  Yes.  Our reporter -- it helps her a lot.
22          MR. ROSE:  In the joint statement that the parties
23 filed in the second Murphy case, there is a schedule for -- that
24 basically says the Discovery will be for both then-existing
25 cases.  And that's what I was referring to.

1    THE COURT: No.

2    MR. NELSON: The reason that we urged the Plaintiff to
3 seek whatever additional Discovery they need on the question of
4 the partner/employee issue is that we think that that issue is
5 definitely dispositive of these claims and that it's an issue
6 that's invariably resolved by all the courts that have addressed
7 it on the merits on dispositive Motions.

8    So I thought the implication that your Honor was saying
9 is that we have to complete all Discovery and then schedule the
10 dispositive Motion as opposed to having, you know, an ultimate
11 deadline for filing Motions --

12    THE COURT: I might have misread your joint submission,
13 but as I read it, I read it to mean that the parties agree that
14 fact Discovery can be completed in 210 days.

15    MR. NELSON: That is correct, your Honor, to be
16 followed by 150 days of expert Discovery. But what we are also
17 saying and urging the Plaintiff to promptly seek whatever
18 additional Discovery they believe they need on that one issue,
19 namely, you know, the issue of whether a partner should be
20 deemed an employee. It is alleged in the complaints in both
21 actions.

22    That's just one dispositive issue. It is an issue on
23 which the parties previously cross-moved for Summary Judgment,
24 and your Honor didn't reach it at that time because the claim
25 then at issue was dismissed on other grounds.

Page 9

1       But it's an issue that we think should be resolved
2  sooner rather than later because it is dispositive.  And all I
3  am saying now, your Honor, is that we can agree on a deadline
4  for dispositive Motions, and that deadline presumably would be
5  sometime after the conclusion of all fact Discovery.  But if
6  it's understood that that's a deadline and if a Motion sometime
7  earlier than that is permissible, that's what we -- that's how
8  we would like to -- we would prefer to proceed that way, at
9  least to have the option if we believe that Discovery is
10 complete on an issue.
11      THE COURT:  Well, fact Discovery will be done by, say,
12 July, right?
13      MR. NELSON:  Well, I understand it's seven months for
14 fact Discovery.  And we were going to formally ask for
15 bifurcation with respect to this issue, but we didn't want to
16 get into any more disputes over delaying other Discovery.  But
17 nonetheless, that's why we urged promptness on this issue.
18      THE COURT:  Well, I will tell you what.  Why don't
19 you -- the practical reality is if you filed a Summary Judgment
20 Motion prior to July, I won't be looking at it.  I can tell you
21 that right now because in late February I am starting a
22 three-month trial that could become four months, easily.
23 Multi-Defendant drug case.  I won't be looking at any Motions
24 for Summary Judgment from any parties, even those that have been
25 filed already a month ago.