# Exhibit N

## Nelson, Eric

| | |
|---|---|
| From: | Tammany Kramer [tmk@hellerhuron.com] |
| Sent: | Monday, September 18, 2006 6:15 PM |
| To: | RoseLawyers.com; Nelson, Eric |
| Cc: | Richard Salzman |
| Subject: | Murphy document production |

 

Murphy-03989-040   Murphy docs 12
51 ppt re MDs....   pgs.mur.pdf

Eric,

Because we believe Mr. Murphy has complied with his obligations regarding document production, I'm not sure what you are referring to in your e-mail.

As Rick has previously indicated to you over the phone, we have already provided--per our discussions with you and your resultant instructions--all documents concerning Mr. Murphy's claims. We have in the last couple of days found one or two additional documents, attached here (including a Bates-stamped version of the April 2005 PowerPoint presentation by Mr. Hindman--which PwC presumably already has in its possession--that I forwarded to you on Friday). As we go through deposition prep, if any additional documents come to appear to be something we may rely on in support of Mr. Murphy's claims, we will forward them to you as soon as they come to our notice. However, we believe that you already have all the documents concerning Mr. Murphy's claims. As you know, Mr. Murphy's document production was extensive, and we erred on the side of being over-inclusive and comprehensive, in the spirit of continuing cooperation and to ensure that you had all of the materials.

We have here one or two boxes containing PwC publications that Mr. Murphy had a role in writing during his tenure with the firm. PwC already has copies of them, and these may or may not be something we would use in connection with his claims. Nonetheless, if you would like to send someone over here to review these materials, we are happy to accommodate that. Please let us know.

On a different note, we have arranged for a court reporter for the depositions this Thursday, 9/21 and Friday, 9/22.

Please let us know if you have any questions.

Tammany


==========================================
Tammany M. Kramer
Heller, Huron, Chertkof, Lerner, Simon & Salzman, P.L.L.C.
1730 M St., NW -- Suite 412
Washington, DC 20036

(202) 293-8090 x.18
fax: (202) 293-7110
www.hellerhuron.com

1

To:     File
From:   Westbrook Murphy
Date:   August 22, 2005
Re:     Managing Directors' Conference

On Aug. 17 -19, about 180 other PwC managing directors and I attended a program organized by PwC and Duke Corporate Education called "The Managing Director Experience." Their ages ranged from about 40 to over 50. I guessed the average age to be about 50.

The first session opened with a video presentation highlighting the value to PwC of four individual MDs:

-- Christine Hill, Assurance, Orlando;
-- Ed Mizerek, Advisory, Washington, DC;
-- Mike Schmidt, internal PwC IT, Tampa;
-- Tim Winks, Tax, Tysons Corner, VA.

PwC Senior Partner and CEO Dennis Nally spoke when this video concluded, and then took questions from the floor. I asked why the four MDs highlighted in the video were not PwC partners, additionally noting that the audience probably contained at least 100 MDs qualified to be partner. I reviewed the statistics suggesting that age might be a principal factor for PwC failing to admit them as partners, and asked how a firm that prided itself on judging employees solely on their professional performance rather than personal characteristics such a sex, race, ethnicity, or sexual preference could exhibit an age bias in making partnership decisions.

Dennis responded that:

-- PwC did not discriminate based on age in selecting employees for partnership, saying that partnership was available to anyone in the room who wished to be a partner. I interrupted to say that I wished to be a partner, but was disqualified because I was older than 60.



-- Some client audit committees and CEOs felt more comfortable if the PwC audit engagement partner possessed the gray hair that often signaled experience; and that for that reason, PwC was examining whether to change its mandatory retirement age of 60.

Dennis thanked me for asking a "tough question."

During the three days of this program, several MD participants told me that at approximately age 50 each had been expressly told that he or she was too old to be considered for partnership. These included:

-- David J. Brown, Tax, San Diego, CA;
-- Mark A. Lange, Assurance, Chicago, IL;
-- Sunita Suri, Tax, Minneapolis, MN.

Other MDs--including Mark Pflug, Tax, Grand Rapids, MI--told me that they at been informed that partnership would not make sense for them financially because, at their age, they could not fund and/or qualify for partnership retirement benefits before reaching the mandatory partner retirement age of 60.

PwC Director of Human Resources spoke at the last session of the meeting. He said that four members of PwC's Management Committee (which is different than the U.S. Board of Partners and Principals), including him and PwC vice chairman Gene Donnelly, reviewed carefully every recommendation for an individual to be appointed as a managing director.