# Exhibit O



Rick Richardson
03/09/98 10:27 AM

To: Westbrook murphy
cc: dennis nally, don McGovern, bob bench, Christopher g. lucas, tara crosson, fred laughlin, maryann murphy
Subject: $6MM Win

Westbrook—Great effort making the introduction and helping Gateway win a $6 mm engagement. It is terrific to see the close cooperation between Gateway and FSIP. Thanks! Now talk to your MCS buddies in Arlington and have them send a few our way!!!!!!!! Actually—- they have with their agreeing to transfer the Securitization group to FSIP ABS effective 7/1!

---------- Forwarded by Rick Richardson/ABS/Price Waterhouse on 03/09/98 08:22 AM ----------



Judy K. Mifflin
03/06/98 08:00 AM

Sent by: Bob Bench

To: Rick Richardson/ABS/Price Waterhouse@Price Waterhouse-US, Christopher G. Lucas@Price Waterhouse-US, Bill Lewis/ABS/Price Waterhouse@Price Waterhouse-US
cc:
Subject: $6MM Win

See RAS' intro to $6MM Gateway engagement below. This follows our $2MM+ intro to Washington DC-CFRD last year and the $3+MM MCS win at Asahi Bank.

Regards,

Bob



Westbrook Murphy

Westbrook Murphy
03/05/98 11:17 AM

Sent by: Westbrook Murphy

To: Bob Bench@Price Waterhouse-US, Jim Walls/ABS/Price Waterhouse@Price Waterhouse-US
cc:
Subject: Another Win - RHCC

Following up on my Feb. 23, 1998, note about the RHCC win, the gateway group now quantifies the win at $6 million over 3 years.

---------- Forwarded by Westbrook Murphy/ABS/Price Waterhouse on 03/05/98 11:20 AM ----------



Paul Lawrence
03/04/98 09:43 PM

To: Fred Laughlin
cc: John Korbel, Kevin Bacon, Don Caputo, Ann Hopkins, Westbrook Murphy, Kelly McGary, Mara Fellouris, Keith Taylor, Carolyn Campbell, Tom Nesbitt, Tom Grzesiak, Tod Appel, Dan Maceda, Darrell Cypress, Ismail Ismail, Dan Gallaugher, Donna Cook, Marsha Buchanan@17037411616@fax

Subject: Another Win - RHCC

This note is from both Paul Lawrence AND Ann Hopkins:

Here is a summary of the RHCC win with a list of the folks who helped make this possible. Please join me in congratulating them.

Rural Healthcare Corporation
A combined CI/IT team from the Gateway Group was awarded a 3 year, $6 million contract to setup and operate a customer care center for the Rural Healthcare Corporation (RHCC). The RHCC was established to help implement the Federal Communications Commission's May 1997 Universal Service Order. This order is designed to ensure public and nonprofit rural health care providers have access to the global telecommunications network at rates comparable to those paid for similar telecommunications services in urban areas.

This project is the result of close cooperation between the Washington DC office and the Gateway Group. The original request came from lawyers representing RHCC to the RAS Group in the DC office. They contacted Gateway, which developed a winning proposal, defeating the incumbent firm and KPMG. PW's integrated approach features setting-up and operating call center and a website to the services required by the FCC.

The key contributors to this win were:

Westbrook Murphy - made introductions and attended early meetings with the Board
Kelly McGary - did early web research
Mara Fellouris - attended early meeting with the Board
Kevin Bacon - helped handle the baton
Keith Taylor - helped identify IT staff
Carolyn Campbell - helped with proposal
Tom Nesbitt - helped with proposal and orals
Tom Grzesiak - managed proposal and orals
Todd Appel - helped with proposal and orals
Dan Maceda - helped with orals
Darrell Cypress - helped with proposal and orals
Ismail Ismail - helped with proposal
Dan Gallaugher - graphics for presentation
Marsha Buchanan (of Pitney Bowes) - dragged herself here in the middle of the night to bind the presentation
Donna Cook - did website research

Confidential        PwC01231