UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*, <br>     Plaintiffs, <br><br> v. <br><br> PricewaterhouseCoopers, LLP, *et ano.*, <br>     Defendants. | Civil Action No. 02-0982 (RJL/DAR) |
| C. Westbrook Murphy, <br>     Plaintiff, <br><br> v. <br><br> PricewaterhouseCoopers, LLP <br>     Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

## **ORDER**

UPON CONSIDERATION of Defendant's Motion for a Protective Order Barring the Deposition of Dennis M. Nally (the "Motion"), the papers submitted in support of and in opposition to the Motion, and the entire record herein, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that that the deposition of Dennis M. Nally is barred, without prejudice to plaintiff's requesting leave to take said deposition on the ground that it is warranted based on Mr. Nally's answers to written interrogatories and a showing that he has unique personal knowledge of material facts relevant to plaintiff's claims that have not and cannot be elicited from other partners and principals of the defendant.

ENTERED this _____ day of _____, 2006.

_____
Deborah A. Robinson, United States Magistrate Judge