UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,  )<br>　　Plaintiff　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>PRICEWATERHOUSECOOPERS, LLP, *et al.* )<br>　　Defendants.　　　　　　　)<br>　　　　　　　　　　　　　　　) | Civil Action No. 05-1054 (RJL/DAR) |
| C. WESTBROOK MURPHY, *et al* .　)<br>　　Plaintiffs　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>PRICEWATERHOUSECOOPERS, LLP,　)<br>　　Defendant.　　　　　　　　)<br>　　　　　　　　　　　　　　　) | Civil Action No. 02-982 (RJL/DAR) |

**ORDER**

After due consideration of the parties' briefs and after a hearing on Monday, Dec. 4, 2006 in this Court regarding the same, Defendants' Motion for a Protective Order Barring the Deposition of Dennis M. Nally is hereby DENIED.

Defendant is ordered to produce Mr. Nally for deposition at a mutually agreed upon time and place within 45 days of the date of this Order.

SO ORDERED this _____ day of _____ 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Deborah A. Robinson
　　　　　　　　　　　　　　　　　　　　　　United States District Court