

Samuel A. DiPiazza Jr.
09/12/2000 05:43 PM

To:     PwC US Staff
cc:
Subject:   Management Team Appointments

To the Staff of PwC US:

During the past several weeks, I have worked toward identifying the members of our US Management Team. My focus has been on defining a team that can operate in the post-Phoenix environment while allowing for the transition required until our deals are completed. I have remained committed to a team whose members possess the following characteristics:

1. Operate as a team, winning together and losing together.
2. Remain lean and focused, keeping the structure to a minimum.
3. Provide clarity to our partners and our people on our structure.
4. Keep our clients and our people at the center of all that we do.

I understand that we face enormous challenges in our Firm, both in improving our performance and in responding to a dynamic market. Organizational structure can either be an enabler or be an obstacle to the objectives of the Firm. If we allow our organization to burden our engagement teams as opposed to facilitating outstanding client service and people development, we will fail. I am committed to using this team to drive our strategy, to make you more effective in your service to clients, and to remain lean and responsive to your needs. We have a tremendous amount to do and I am confident this team will deliver for you.

I am very pleased to announce the following appointments to the newly formed US Management Committee, effective immediately:

| | |
|---|---|
| Managing Partner-US Firm | Dennis Nally |
| ABAS Americas Theater Leader | John O'Connor |
| TLS Americas Theater Leader | Rick Berry |
| Markets & Business Development | Tom Colligan |
| Operations | Gary Pell |
| CFO | Marsha Cohen |
| Human Capital | Co-Leaders: John Carter and Bob |
| Daugherty | |

During the pre-Phoenix transition period, the following LOS leaders will also be part of our Management Committee:

| | |
|---|---|
| MCS | Mike Collins |
| FAS | Carter Pate |
| Unifi | Iris Goldfein |



PLAINTIFF'S
EXHIBIT
1
P's Opp. Prot. Order

Murphy-03573

I am excited that **Dennis Nally** has agreed to serve in the role of Managing Partner – US Firm. As I have said before, Dennis is one of our most outstanding professionals. He has served our Firm in many ways. In addition to his role as the ABAS Americas Theater Leader, Dennis also serves as the Global Relationship Partner on NCR and Bristol Myers Squibb.

Dennis and I will operate as a two-person team overseeing the entire US Firm. While a large part of my focus will be on our clients, our markets, the sense of our partnership, the global Firm, and our governance structure, Dennis will be the point person on the overall day-to-day management of the US Firm including financial and operational performance. Dennis and I will operate in a seamless fashion and he will have the authority to speak for me in these matters. Those of you who know Dennis recognize that, given his strong personal history of client performance, he will continue to be involved in the external face of our Firm as well. Dennis will also serve as the lead on all Phoenix transactions from a US Firm perspective.

The ABAS and TLS Leadership roles are self-evident. **John O'Connor** and **Rick Berry** are seasoned professionals who possess the leadership qualities needed for these two crucial positions.

**John O'Connor** is an excellent senior engagement and leadership partner. He currently serves as the Boston Office Managing Partner, the Northeast Region ABAS Regional Managing Partner, and the Global Relationship Partner for Tyco and Raytheon.

**Rick Berry** has served our Firm for 26 years. His background includes middle market and MNC clients, as well as leading a regional TLS practice, a regional ABAS practice and being the OMP of Philadelphia. More recently, Rick has led the global Industries and SBD organizations for TLS.

The Markets and Business Development role is a more difficult one to understand. Our matrix gives us many advantages, but at times the intense focus of the Lines of Service have limited our ability to integrate geographies and industries to our best advantage. A new and more focused PwC, with two Lines of Service, creates the opportunity to identify new ways to integrate in the client face. **Tom Colligan** will have responsibility for integrating our go-to-market strategy, recognizing that our markets include both geographies and industries. He will have a major role in defining our client methodologies, our business and product development strategies, our innovation, and our commitment to Client Satisfaction. The Markets role is a truly matrixed responsibility. We must remain focused on our markets across all of our businesses. There are times when our structure becomes so "operational" that we lose sight of our critical purpose -- the service of our clients and our markets. Tom will bring us together around those markets.

As the Operations Leader, all infrastructure, shared services, real estate, and technology will operate through **Gary Pell**. Gary has served our partnership in many roles, including his current position as Managing Partner - US Transition. He was also the OMP of the Chicago Office, leader of our GRMS practice in ABAS and served our clients Delta Air, Moore Corporation Ltd., Keebler Corporation and Tootsie Roll Industries.

Murphy-03574

We are fortunate to have **Marsha Cohen** as our CFO. Marsha has made tremendous progress in this role in the last eight months and will continue to oversee all finance and treasury activities. From 1991 to 1995, Marsha was the US liaison partner resident in our London office with responsibility for serving the European operations of Fidelity Investments and Digital Equipment Corp., as well as providing US GAAP and SEC consulting services to many of our large UK and European clients whose securities were registered in the US.

**Bob Daugherty** and **John Carter,** Co-Leaders to our Human Capital team, are both outstanding human resource professionals. Please do not interpret their co-leadership as anything other than reflective of my desire to move as many of the "national" activities into the lines of service, closer to our clients and our people. In a new and more focused PwC, our people are best served if we work to integrate the Human Capital activities in the lines of service while not losing their commitments to the individual teams. This will be achieved with Bob and John in co-leader roles.

As mentioned above, the other Lines of Service will continue to be represented on the Management Team as full members during our transition. But it is critical that we get on with the management of the new PwC, therefore, the above cited team is our post-Phoenix line-up. Other changes in leadership will take place over the next few months.

Please join me in congratulating the team members of our new US Management Committee.

*[signature]*