UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et al.*<br>Plaintiffs,<br><br>v.<br><br>PricewaterhouseCoopers, LLP, *et al.*<br>Defendants. | Civil Action No. 02- 982 (RJL/DAR) |
| C. Westbrook Murphy,<br>Plaintiff,<br><br>v.<br><br>PricewaterhouseCoopers, LLP<br>Defendant. | Civil Action No. 05-1054 (RJL) |

**PLAINTIFF MURPHY'S ANSWERS TO DEFENDANT'S INTERROGATORIES**

Plaintiff Murphy hereby responds to defendant's interrogatories as follows:

**Interrogatory No. 1**

Identify all persons with whom you have communicated concerning any of your claims or allegations, state in detail the substance of each such communication, and identify any and all documents you provided to or received from any such persons concerning any of your claims or allegations.

**Response**

| Name | Location | Employer | Reference |
|---|---|---|---|
| Jeffery Lavine | McLean, VA | PwC | |
| William Lewis | McLean, VA | PwC | Bates 151-155; 163-184 |
| Harold Schuler | McLean, VA | PwC | |
| Gary Welsh | McLean, VA | PwC | |
| Anthony Ricko | Bosaton, MA | PwC | |
| Eileen Curran | McLean, VA | PwC | |
| David Sapin | McLean, VA | PwC | |
| Paul Atkins | Washington, D.C | United States Securities and | |

1



PLAINTIFF'S EXHIBIT 3

Ps Opp. Prot. Order

| Name | Location | Employer | Reference |
|---|---|---|---|
| Diana Murphy | Greensboro, NC | Guilford County Schools | |
| Keith Johnson | Danville, VA | Mission College | |
| Louis Blair | Rockbridge Baths, VA | Retired | |
| Tara Yglesias | Washington, DC | Harry S. Truman Scholarship Foundation | |
| John Campbell | New York, NY | PwC | |
| David Albright | McLean, VA | PwC | |
| Robert Bench | Boston, MA | Retired | |
| Allen Schott | McLean, VA | Self employed | |
| John Donovan | Brunswick, ME | PwC | |
| Kristen Evans | McLean, VA | PwC | |
| Michael VanHuysen | McLean, VA | PwC | |
| Edward Monahan | Boston, MA | PwC | |
| Pilar Rivera-Cruz | McLean, VA | PwC | |
| Joe Perez | Hato Re, PR | Retired | |
| Jan Schuler | Reston, VA | Unemployed | |
| Gretchen Schuler Cugno | Manchester, UK | Unemployed | |
| John Austin | Arlington, VA | Self employed | |
| Chris Simmons | | PwC | |
| Dennis Nally | New York, NY | PwC | |
| Gene Donnelly | Florham Park, NJ | PwC | Appendix C |
| Rick Stamm | Philadelphia, PA | PwC | Appendix C |
| Richard Kearns | Florham Park, NJ | PwC | Appendix C |
| Barbara Kipp | Boston, MA | PwC | Murphy Dep. Ex. 19, 23, 24 and Appendix C |
| Toni Riccardi | | PwC | |
| Robert Dougherty | Florham Park, NJ | PwC | Dep. Ex. 21 |
| Carlo di Florio | New York, NY | PwC | |
| Sandra Lesch | New York, NY | PwC | Appendix A |
| Elizabeth Fong | Charlotte, NC | Unknown | |
| Robert Enticott | Charlotte, NC | PwC | |
| John Shockey | Potomac, MD | Retired | |
| Robert Serino | Washington, DC | Watkins Consulting | |
| Dan Stipano | Washington, DC | Office of the Comptroller of the Currency | |
| Michael Patriarca | Orinda, CA | Self | |
| Paul Sullivan | Boston, MA | PwC | Appendix D |
| Robert Morris | Washington, DC | PwC | |

3

## Verification

I verify that the foregoing interrogatory answers are true and correct.

_____
C. Westbrook Murphy

Appendix A

On Aug. 17 -19, about 180 other PwC managing directors and I attended a program organized by PwC and Duke Corporate Education called "The Managing Director Experience." Their ages ranged from about 40 to over 50. I guess the average age to be about 50.

The first session opened with a video presentation highlighting the value to PwC of four individual MDs:

-- Christine Hill, Assurance, Orlando;
-- Ed Mizerek, Advisory, Washington, DC;
-- Mike Schmidt, internal PwC IT, Tampa;
-- Tim Winks, Tax, Tysons Corner, VA.

PwC Senior Partner and CEO Dennis Nally spoke when this video concluded, and then took questions from the floor. I asked why the four MDs highlighted in the video were not PwC partners, noting that the audience probably contained at least 100 MDs qualified to be partner. I reviewed the statistics suggesting that age might be a principal factor for PwC failing to admit them as partners, and asked how a firm that prided itself on judging employees solely on their professional performance rather than personal characteristics such a sex, race, ethnicity, or sexual preference could exhibit an age bias in making partnership decisions.

Dennis responded that:

-- PwC did not discriminate based on age in selecting employees for partnership, saying that partnership was available to anyone in the room who wished to be a partner. I interrupted to say that I wished to be a partner, but was disqualified because I was older than 60.

-- Some client audit committees and CEOs felt more comfortable if the PwC audit engagement partner possessed the gray hair that often signaled experience; and that for that reason, PwC was examining whether to change its mandatory retirement age of 60.

During the three days of this program, several MD participants told me that at approximately age 50 each had been expressly told that he or she was too old to be considered for partnership. These included:

-- David J. Brown, Tax, San Diego, CA:
-- Mark A. Lange, Assurance, Chicago, IL;
-- Sunita Suri, Tax, Minneapolis, MN.

Other MDs--including Mark Pflug, Tax, Grand Rapids, MI--told me that they at been informed that partnership would pot make sense for them financially because, at their age, they could not fund and/or qualify for partnership retirement benefits before reaching the mandatory partner retirement age of 60.

PwC Director of Human Resources spoke at the last session of the meeting. He said that four members of PwC's Management Committee (which is different than the U.S. Board of Partners and Principals), including him and PwC vice chairman Gene Donnelly, carefully reviewed every recommendation for an individual to be appointed as a managing director.