## Dev - US Board Central - Meeting Minutes

09/09/98 - 09/09/98 - Florida

**Meeting Minutes attached here:**


BOPMin998.doc

**Meeting Minutes imported here:**

FINAL 10/29/98 (BOPMin998)


MINUTES OF THE SEPTEMBER 9, 1998
BOARD OF PARTNERS AND PRINCIPALS' MEETING
MARRIOTT ORLANDO WORLD CENTER - FLORIDA


PRESENT:

James J. Schiro, Chair
Nicholas G. Moore, Senior Partner

Lawrence H. Anderson
W. Keith Booth
J. Frank Brown
Philip J. Clements
Michael S. Collins
Brian L. Cornell
Barry L. De Martini
Samuel A. DiPiazza
Robert B. Dubner
J. Christopher Everett
Iris D. Goldfein
Robert H. Herz
Stephen D. Higgins
Craig M. Jacobsen
Richard R. Kilgust
Fredric L. Laughlin
Ronald T. Maheu
Philip P. Mannino
Anthony F. Martin
Dennis M. Nally
Donald T. Nicolaisen
Eric C. Ruliffson
Christine G. Snyder
Garrett L. Stauffer
George G. Strong, Jr.
Francis J. Van Kirk
Peggy M. Vaughan
Brett D. Yacker



George J. Yost III

ABSENT:
Robert K. Waters

GUESTS:
Thomas J. Craren
Richard P. Kearns
James P. Kovacs
Kelly McKeon
William K. O'Brien
Vicky L. Palmer
Eric M. Parnes
Frank V. Scalia

James J. Schiro, Chair, convened the first meeting of the members of the PwC US Board of Partners and Principals, following the merger of PW and C&L on July 1, 1998. His opening remarks covered the need for the Board's views on its roles and responsibilities, which are both to the partners and the PwC firm-US. He also noted that there will continue to be many US-focused issues which the Board will need to turn its attention to, such as in the finance, partner affairs and risk management areas. Nicholas G. Moore, Senior Partner, concurred with Schiro's comments and said that the US firm will play a significant part in the success of PwC worldwide. He also said he is looking forward to working with the Board in ensuring PwC's success.

1. BOARD COMMITTEE STRUCTURE

Richard P. Kearns described the Global Oversight Board (GOB) Committee structure, noting the following Committees that have been established: Finance, Partner and Human Capital Matters, Risk Management, and Member Firms. He commented on the status of the "Terms of Reference" (or charters) for each of the GOB's Committees, which is scheduled for review at the GOB's September meeting.

He then provided an overview of the PwC US Board of Partners and Principals' roles and responsibilities, including the Committee structure to be put in place. At a minimum, the following Committees will be established in accordance with the terms of the Partners and Principals Agreement: Partner Affairs, Governance, and Accounting and Auditing Practice. He noted that the next steps to be accomplished by October 1998 are to align the US Committee structure with the GOB format and to propose Committee assignments. US representatives, who are also GOB members, should expect to be aligned with the same Committees on each Board.

A proposed calendar of Board of Partners and Principals' future meeting dates was distributed with the following dates noted: November 9, 1998 and in 1999: February 18-19, April or May - TBD, and late July or August - TBD.

2. PARTNER AFFAIRS

Status report on partner admissions, compensation harmonization and metrics projects

Richard P. Kearns, William K. O'Brien, and Frank V. Scalia were present for this item--a report on Partner Affairs initiatives--including partnership admissions, metrics and partnership compensation.

Admissions - O'Brien provided an overview of the recommended approach to partner admissions for FY '99, which is based on a framework of key principles developed to be consistent with PwC's global strategy. Discussion among Board members focused on the candidate proposal and approval processes across lines of service versus territory and what level of review and approval was appropriate

for the Admissions Committee. Kearns indicated that, following approval by the Global Oversight Board in September, the admissions process would be ready for US implementation by the end of October.

Metrics - O'Brien presented draft metrics recommendations that represent a suggested common framework for evaluating partners and rewarding them based on their legacy firm compensation system. He asked for Board members to send him any comments on any missing components of the metrics. He discussed the timeline for the project--it will be presented in mid-September to the Global Leadership Team and Global Oversight Board; the plan is to implement the metrics recommendations by the end of September 1998.

Compensation--An excerpt from a Sibson & Co. report was distributed to Board members for review and comment. Kearns noted that the goal is to have a new partner compensation system capable of being put in place by July 1, 1999. Sibson will review the metrics recommendations and suggest a link to the proposed compensation system.

3. GOVERNANCE OVERVIEW

George Strong and Ron Maheu provided an overview of the progress to date of the Governance Task Force, the process that the Task Force has used, and the seven principles guiding its efforts. They also described the governance implications of the PwC partnership agreement and discussed the governance requirements for the global PwC organization versus the US. They concluded their report by noting the requirements of the transition Board of Partners and Principals in the governance area will be to:

· Design and initiate procedures for the Territory Senior Partner election (2000)
· Design and initiate procedures for the Board of Partners and Principals' elections (2001)
· Design partner voting procedures (taking into account weights, parity and rights considerations)
· Harmonize withdrawing partner provisions
· Vote to close the transition period.

4. FINANCE MATTERS

James P. Kovacs presented the proposed ABN AMRO Bank NV revolving credit facilities in the amount of $535 million for review and approval by the Board of Partners and Principals. He described the purpose of the facility, the facility amount, the terms and financial covenants of the transaction. He also responded to questions from Board members.

Upon motion duly proposed and seconded, the Board of Partners and Principals unanimously approved the following resolutions:

RESOLVED, that the Firm replace its $200 million unsecured short-term borrowing facility with ABN AMRO Bank N.V. by entering into a $267.5 million unsecured five-year borrowing facility and a $267.5 million unsecured 364-day borrowing facility, both of which are to be arranged by ABN AMRO N.V., which will act as syndication agent and administrative agent bank, and that the Chief Financial Officer and Treasurer of the Firm and each of them are authorized to negotiate the terms of such facilities and to negotiate, execute and deliver such agreements and instruments as either of them deem to be necessary or desirable to establish and perform the Firm's obligations under and with respect to such facilities; and further

RESOLVED, that the Chief Financial Officer and the Treasurer of the Firm be and each hereby is authorized to execute all such documents and perform all such other acts as either of them may deem necessary or desirable in order to carry out the full intent and purposes of the foregoing resolution.

RESOLVED, that the foregoing resolutions shall be effective when approved by two-thirds of the voting members of the Board of Partners and Principals and shall be deemed to have been adopted as of September 9, 1998.

CONFIDENTIAL

5. OTHER MATTERS

Approval of Direct Admission Candidate

George J. Yost proposed that the Board review and approve the admission as a partner to PwC of R. Randall Dunmire (TLS). The discussion that followed among Board members focused on the process in transition for admitting direct admit candidates. Schiro noted his support for continuing the legacy firm processes in the interim because of PwC's business needs, but suggested the need to establish processes and deadlines to handle such candidates. He asked that DeMartini help to monitor the admissions of direct candidates.

The group then turned to the candidate under consideration, R. Randall Dunmire. Yost provided background on the proposed candidate, whose candidacy was handled through the legacy C&L admissions process. He is currently a KPMG state and local tax specialist, who will be reporting to Bruce Daigh in PwC. Upon motion duly proposed and seconded, the Board of Partners and Principals unanimously approved that he be admitted to PwC.

Comments by Board Members

Board members posed the following suggestions at the conclusion of the meeting: create a US Lotus Notes database similar to the one being proposed for the Global Oversight Board; and continue the focus on diversity issues as articulated at the plenary session at the US partners' meeting and at the Board meeting.

\*\*\*\*\*\*\*\*\*\*

There being no further business, the meeting was adjourned.


K. C. Gaffney

Edit History

CONFIDENTIAL

FINAL 10/29/98 (BOPMin998)

**MINUTES OF THE SEPTEMBER 9, 1998**
**BOARD OF PARTNERS AND PRINCIPALS' MEETING**
**MARRIOTT ORLANDO WORLD CENTER – FLORIDA**

**PRESENT:**

James J. Schiro, Chair
Nicholas G. Moore, Senior Partner

Lawrence H. Anderson
W. Keith Booth
J. Frank Brown
Philip J. Clements
Michael S. Collins
Brian L. Cornell
Barry L. De Martini
Samuel A. DiPiazza
Robert B. Dubner
J. Christopher Everett
Iris D. Goldfein
Robert H. Herz
Stephen D. Higgins
Craig M. Jacobsen
Richard R. Kilgust
Fredric L. Laughlin
Ronald T. Maheu
Philip P. Mannino
Anthony F. Martin
Dennis M. Nally
Donald T. Nicolaisen
Eric C. Ruliffson
Christine G. Snyder
Garrett L. Stauffer
George G. Strong, Jr.
Francis J. Van Kirk
Peggy M. Vaughan
Brett D. Yacker
George J. Yost III

**ABSENT:**
Robert K. Waters

CONFIDENTIAL

PWC18898

**GUESTS:**
Thomas J. Craren
Richard P. Kearns
James P. Kovacs
Kelly McKeon
William K. O'Brien
Vicky L. Palmer
Eric M. Parnes
Frank V. Scalia

James J. Schiro, Chair, convened the first meeting of the members of the PwC US Board of Partners and Principals, following the merger of PW and C&L on July 1, 1998. His opening remarks covered the need for the Board's views on its roles and responsibilities, which are both to the partners and the PwC firm-US. He also noted that there will continue to be many US-focused issues which the Board will need to turn its attention to, such as in the finance, partner affairs and risk management areas. Nicholas G. Moore, Senior Partner, concurred with Schiro's comments and said that the US firm will play a significant part in the success of PwC worldwide. He also said he is looking forward to working with the Board in ensuring PwC's success.

1. **BOARD COMMITTEE STRUCTURE**

Richard P. Kearns described the Global Oversight Board (GOB) Committee structure, noting the following Committees that have been established: Finance, Partner and Human Capital Matters, Risk Management, and Member Firms. He commented on the status of the "Terms of Reference" (or charters) for each of the GOB's Committees, which is scheduled for review at the GOB's September meeting.

He then provided an overview of the PwC US Board of Partners and Principals' roles and responsibilities, including the Committee structure to be put in place. At a minimum, the following Committees will be established in accordance with the terms of the Partners and Principals Agreement: Partner Affairs, Governance, and Accounting and Auditing Practice. He noted that the next steps to be accomplished by October 1998 are to align the US Committee structure with the GOB format and to propose Committee assignments. US representatives, who are also GOB members, should expect to be aligned with the same Committees on each Board.

A proposed calendar of Board of Partners and Principals' future meeting dates was distributed with the following dates noted: November 9, 1998 and in 1999: February 18-19, April or May – TBD, and late July or August – TBD.

CONFIDENTIAL

2. **PARTNER AFFAIRS**

   **Status report on partner admissions, compensation harmonization and metrics projects**

   Richard P. Kearns, William K. O'Brien, and Frank V. Scalia were present for this item--a report on Partner Affairs initiatives--including partnership admissions, metrics and partnership compensation.

   **Admissions**—O'Brien provided an overview of the recommended approach to partner admissions for FY '99, which is based on a framework of key principles developed to be consistent with PwC's global strategy. Discussion among Board members focused on the candidate proposal and approval processes across lines of service versus territory and what level of review and approval was appropriate for the Admissions Committee. Kearns indicated that, following approval by the Global Oversight Board in September, the admissions process would be ready for US implementation by the end of October.

   **Metrics**—O'Brien presented draft metrics recommendations that represent a suggested common framework for evaluating partners and rewarding them based on their legacy firm compensation system. He asked for Board members to send him any comments on any missing components of the metrics. He discussed the timeline for the project--it will be presented in mid-September to the Global Leadership Team and Global Oversight Board; the plan is to implement the metrics recommendations by the end of September 1998.

   **Compensation**--An excerpt from a Sibson & Co. report was distributed to Board members for review and comment. Kearns noted that the goal is to have a new partner compensation system capable of being put in place by July 1, 1999. Sibson will review the metrics recommendations and suggest a link to the proposed compensation system.

3. **GOVERNANCE OVERVIEW**

   George Strong and Ron Maheu provided an overview of the progress to date of the Governance Task Force, the process that the Task Force has used, and the seven principles guiding its efforts. They also described the governance implications of the PwC partnership agreement and discussed the governance requirements for the global PwC organization versus the US. They concluded their report by noting the requirements of the transition Board of Partners and Principals in the governance area will be to:

   - Design and initiate procedures for the Territory Senior Partner election (2000)
   - Design and initiate procedures for the Board of Partners and Principals' elections (2001)
   - Design partner voting procedures (taking into account weights, parity and rights considerations)

CONFIDENTIAL

PWC18900

- Harmonize withdrawing partner provisions
- Vote to close the transition period.

### 4. FINANCE MATTERS

James P. Kovacs presented the proposed ABN AMRO Bank NV revolving credit facilities in the amount of $535 million for review and approval by the Board of Partners and Principals. He described the purpose of the facility, the facility amount, the terms and financial covenants of the transaction. He also responded to questions from Board members.

Upon motion duly proposed and seconded, the Board of Partners and Principals unanimously approved the following resolutions:

**RESOLVED**, that the Firm replace its $200 million unsecured short-term borrowing facility with ABN AMRO Bank N.V. by entering into a $267.5 million unsecured five-year borrowing facility and a $267.5 million unsecured 364-day borrowing facility, both of which are to be arranged by ABN AMRO N.V., which will act as syndication agent and administrative agent bank, and that the Chief Financial Officer and Treasurer of the Firm and each of them are authorized to negotiate the terms of such facilities and to negotiate, execute and deliver such agreements and instruments as either of them deem to be necessary or desirable to establish and perform the Firm's obligations under and with respect to such facilities; and further

**RESOLVED**, that the Chief Financial Officer and the Treasurer of the Firm be and each hereby is authorized to execute all such documents and perform all such other acts as either of them may deem necessary or desirable in order to carry out the full intent and purposes of the foregoing resolution.

**RESOLVED**, that the foregoing resolutions shall be effective when approved by two-thirds of the voting members of the Board of Partners and Principals and shall be deemed to have been adopted as of September 9, 1998.

### 5. OTHER MATTERS

*Approval of Direct Admission Candidate*

George J. Yost proposed that the Board review and approve the admission as a partner to PwC of R. Randall Dunmire (TLS). The discussion that followed among Board members focused on the process in transition for admitting direct admit candidates. Schiro noted his support for continuing the legacy firm processes in the interim because of PwC's business needs, but suggested the need to establish processes and deadlines to handle such candidates. He asked that DeMartini help to monitor the admissions of direct candidates.

CONFIDENTIAL

PWC18901

The group then turned to the candidate under consideration, R. Randall Dunmire. Yost provided background on the proposed candidate, whose candidacy was handled through the legacy C&L admissions process. He is currently a KPMG state and local tax specialist, who will be reporting to Bruce Daigh in PwC. Upon motion duly proposed and seconded, the Board of Partners and Principals unanimously approved that he be admitted to PwC.

*Comments by Board Members*

Board members posed the following suggestions at the conclusion of the meeting: create a US Lotus Notes database similar to the one being proposed for the Global Oversight Board; and continue the focus on diversity issues as articulated at the plenary session at the US partners' meeting and at the Board meeting.

**********

There being no further business, the meeting was adjourned.

K. C. Gaffney