Page 1

\* CONFIDENTIAL TRANSCRIPT \*

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------x
C. WESTBROOK MURPHY, et al.,
                Plaintiffs,
                              Civil Action No.
     -against-                02-982 (RJL/DAR)

PRICEWATERHOUSECOOPERS, LLP, et al.,
                Defendants.
---------------------------------x
C. WESTBROOK MURPHY,
                Plaintiff,
                              Civil Action No.
     -against-                05-1054 (RJL/DAR)

PRICEWATERHOUSECOOPERS, LLP,
                Defendant.
---------------------------------x
HAROLD SCHULER,
                Plaintiff,
                              Civil Action No.
     -against-                05-2355 (RJL/DAR)

PRICEWATERHOUSECOOPERS,
                Defendant.
---------------------------------x
                     October 26, 2006
                     3:50 p.m.
```

Confidential Deposition of ELIZABETH CAROL NEBE, taken by the Plaintiff, pursuant to Notice, at the offices of Winston & Strawn LLP, 200 Park Avenue, New York, New York, before David Levy, CSR, a Notary Public of the State of New York.



PLAINTIFF'S EXHIBIT 5
Ps Opp. Prot Order

VERITEXT/SPHERION DEPOSITION SERVICES
(212) 490-3430

201ebc83-8696-4793-abf8-1c361c1fe86c

Page 110

1          Nebe - Confidential
2     A.   Either -- either side.
3     Q.   So you might opine about which side
4  had the more valid position with respect to the
5  disagreement?
6     A.   I wouldn't say opined.
7     Q.   What would you say?
8     A.   Offer thought.
9     Q.   Was the thought an opinion?
10         MR. NELSON:  I object to the
11  question.
12     A.   The thought is what my thought was,
13  based upon the circumstances.
14     Q.   What's your understanding of why
15  there is a mandatory retirement age for partners
16  at PwC?
17     A.   What is my understanding?  My
18  understanding is that there's a mandatory
19  retirement age at PwC per the partner and
20  principals agreement.
21     Q.   Right.  My question was why.  What's
22  your understanding of the reason why?
23     A.   Oh, of the reason why?  I couldn't
24  say.
25         MR. NELSON:  Next question?