Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - x
C. WESTBROOK MURPHY,              :
          Plaintiff,              :
                                  :
     v.                           : Civil Action No.
                                  : 05-1054 (RJL/DAR)
PRICEWATERHOUSECOOPERS, LLP, et al:
          Defendants.             :
- - - - - - - - - - - - - - - - - x
C. WESTBROOK MURPHY,              :
          Plaintiffs,             :
                                  :
     v.                           : Civil Action No.
                                  : 02-982 (RJL/DAR)
PRICEWATERHOUSECOOPERS, LLP,      :
          Defendant.              :
- - - - - - - - - - - - - - - - - x
HAROLD D. SCHULER,                :
          Plaintiff,              :
                                  :
     v.                           : Civil Action No.
                                  : 05-2355 (RJL/DAR)
PRICEWATERHOUSECOOPERS, LLP,      :
          Defendant.              :
- - - - - - - - - - - - - - - - - x
```

Washington, D.C.
Friday, October 13, 2006

Deposition of
JEFFREY LAVINE
a witness of lawful age, taken on behalf of the
Plaintiff in the above-entitled action, before Rita
Hemphill, Notary Public in and for the District of
Columbia, in the offices of Heller, Huron, Chertkof,
Lerner, Simon & Salzman, PLLC, 1730 M. Street, N.W.
Washington, D.C. 20036, commencing at 10:00 a.m.



PLAINTIFF'S EXHIBIT 6
P's Opp. Prot. Order

bb62c046-0eb5-417e-a6fd-346e2e8db1a1

Page 149

1   was -- the reason that I didn't go was because I was
2   knee deep in client work, and I didn't have time to
3   think about a whole lot else at the moment.
4       Q    Did you at any point go to a briefing like
5   that the next year, or --
6       A    No.
7       Q    -- at any following point?
8       A    No.  There were a series of conference calls
9   on things related to that, like, you know, retirement
10  plans, and income tax preparation, and health plans,
11  insurance plans, et cetera, that I either listened to
12  or read the Power Point slides to.
13          MR. SALZMAN:  Okay.  Why don't we take a
14  five-minute break?
15          THE REPORTER:  We're off the record.
16          (A brief recess was taken at 2:35 p.m.
17  Testimony resumed at 2:59 p.m.)
18          THE REPORTER:  We're back on the record.
19          MR. SALZMAN:  Okay. MR. NELSON:  Okay.
20          BY MR. SALZMAN:
21      Q    Mr. Lavine, I had asked you earlier if you had
22  received a copy of the partnership agreement shortly

Page 150

1   after you became partner, is that right?
2       A    Yes.
3       Q    All right.  Prior to that time, had you known
4   about a mandatory retirement provision for partners?
5       A    Yes.
6       Q    When did you first learn about that?
7       A    No idea.  Probably in hearing about
8   Westbrook's suit.
9       Q    Okay.
10          (Laughter.)
11          MR. NELSON:  Nowhere else?
12          THE WITNESS:  I think actually nowhere else.
13          BY MR. SALZMAN:
14      Q    And to your understanding, what's the business
15  justification for the mandatory retirement provision?
16      A    Having turnover within the partnership.
17      Q    Where did you get -- where did you learn that,
18  that that was the business justification?
19      A    Actually, nowhere within PwC, but I had a
20  client, Brown Brothers Harriman, which was a private
21  partnership, and I had discussions with the people at
22  Brown Brothers Harriman about issues they had around

1  retirement and --
2           BY MR. ROSE:
3      Q    Brown Brothers and what?
4      A    Brown Brothers Harriman --
5           MR. NELSON:  Brown Brothers Harriman.
6           THE WITNESS:  Harriman.
7           MR. ROSE:  Thank you.
8           BY MR. SALZMAN:
9      Q    That was a client that you were working with?
10     A    Mm-hmm, yes.
11     Q    And you had discussions with them about their
12  own partnership policy?
13     A    They brought it up.
14     Q    They brought it up?
15     A    Yes.
16     Q    Okay.  To your understanding, is there any
17  other justification for the mandatory retirement
18  provision at PwC?
19     A    No.
20     Q    You had said earlier that you did not believe
21  that your age gave you an advantage with respect to Mr.
22  Murphy, in terms of a candidacy for partnership.  Do