# In The Matter Of:

## C. WESTBROOK MURPHY, et al. v. PRICEWATERHOUSECOOPERS, LLP, et al.

### CHARLES WESTBROOK MURPHY
November 17, 2006

## LEGALINK MANHATTAN
420 Lexington Avenue - Suite 2108
New York, NY 10170
PH: 212-557-7400 / FAX: 212-692-9171

MURPHY, CHARLES WESTBROOK - Vol. 1



LEGALINK
A MERRILL COMPANY



PLAINTIFF'S EXHIBIT
8
Ps Opp. Prot. Order

1    CHARLES WESTBROOK MURPHY

2    Q    Yeah. My question is about this conference.
3    For how long did Dennis Nally speak at this
4    conference?
5    A    Including the questions and answers,
6    approximately an hour.
7    Q    Was that the second day of the conference?
8    A    It was the morning of the first full day.
9    Q    Did anyone, other than you, ask any
10   questions of Mr. Nally?
11   A    Yes.
12   Q    Approximately, how many managing directors
13   asked questions?
14   A    Eight to ten.
15   Q    What was the basis for your comment that at
16   least 100 managing directors in attendance were
17   qualified to be partner?
18   A    There are several bases. That one was the
19   videotape that is shown of the four managing
20   directors, and it appeared to me that any of those
21   four would be qualified to be partners. Second was
22   the recitation in a webcast in which I participated in
23   November of 2004 of how the managing directors had
24   been selected and what their qualifications were, and
25   I believe that many or most of the managing directors