UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br>    Plaintiffs,<br><br>v.<br>PricewaterhouseCoopers, LLP, *et ano.*,<br>    Defendants. | Civil Action No. 02-0982 (RJL/DAR) |
| C. Westbrook Murphy,<br>    Plaintiff,<br><br>v.<br>PricewaterhouseCoopers, LLP<br>    Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

## CONSENT MOTION TO MODIFY ORDER

Defendant PricewaterhouseCoopers LLP ("PwC"), by and through its attorneys, Winston & Strawn LLP, hereby moves on consent to extend to December 22, 2006 the December 20, 2006 deadline established by the Court's Minute Entry, filed December 4, 2006, for completion of the deposition of Dennis M. Nally.

The reason for the requested extension is that December 22, 2006 is the first date, excluding dates on which plaintiff's counsel is unavailable, for which Mr. Nally was able to rearrange and clear his schedule on short notice to be available for a full day. The December 22, 2006 date was set by agreement between counsel for plaintiff Murphy (Richard A. Salzman, Esq.) and counsel for PwC (Eric M. Nelson, Esq.), and this motion is made on consent. Mr. Salzman advised that counsel for plaintiff Schuler (David L. Rose, Esq.) is also in agreement.

WHEREFORE, it is respectfully requested that the Court grant this consent motion, and extend to December 22, 2006 the deadline for the completion of the deposition of Mr. Nally.

Dated: December 6, 2006

| | |
|---|---|
| /s/ | /s/ |
| Richard A. Salzman (#422497) | Eric M. Nelson (*pro hac vice*) |
| Douglas B. Huron (#89326) | Stephen L. Sheinfeld (*pro hac vice*) |
| Tammany M. Kramer (#483146) | WINSTON & STRAWN LLP |
| HELLER, HURON, CHERTKOF, | 200 Park Avenue |
| LERNER, SIMON & SALZMAN, PLLC | New York, NY 10166 |
| 1730 M Street, NW, Suite 412 | (212) 294-6700 |
| Washington, DC 20036 | Fax: (212) 294-4700 |
| (202) 293-8090 | |
| Fax: (202) 293-7110 | Thomas M. Buchanan (#337907) |
| | Julie A. Klusas Gasper (#D00244) |
| *Counsel for Plaintiff Murphy* | WINSTON & STRAWN, LLP |
| | 1700 K Street NW |
| | Washington, DC 20036 |
| | (202) 282-5000 |
| | Fax: (202) 282-5100 |
| | |
| | *Counsel for Defendant* |