UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br>　　　Plaintiffs,<br><br>　　　v.<br>PricewaterhouseCoopers, LLP, *et ano.*,<br>　　　Defendants. | Civil Action No. 02-0982 (RJL/DAR) |
| C. Westbrook Murphy,<br>　　　Plaintiff,<br><br>　　　v.<br>PricewaterhouseCoopers, LLP<br>　　　Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

### ORDER

Upon consideration of the consent motion of defendant PricewaterhouseCoopers LLP to extend to December 22, 2006 the December 20, 2006 deadline established by the Court's Minute Entry, filed December 4, 2006, for completion of the deposition of Dennis M. Nally; and upon plaintiffs' counsel having consented to such extension; it is hereby

**ORDERED**, that the motion is granted; and it is further

**ORDERED**, that the Minute Entry filed December 4, 2006 is modified to provide that the deposition of Mr. Nally be completed by December 22, 2006.

ENTERED this ___ day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　Deborah A. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge