UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br>Plaintiffs,<br><br>v.<br><br>PricewaterhouseCoopers, LLP, *et ano.*,<br>Defendants. | Civil Action No. 02-0982 (RJL/DAR) |
| C. Westbrook Murphy,<br>Plaintiff,<br><br>v.<br><br>PricewaterhouseCoopers, LLP<br>Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

**CONSENT MOTION TO STAY DEPOSITION**

Defendant PricewaterhouseCoopers LLP ("PwC"), by and through its attorneys, Winston & Strawn LLP, hereby moves on consent to stay the deposition of Dennis M. Nally, presently scheduled for December 22, 2006 pursuant to Minute Entries filed December 4, 2006, December 5, 2006 and December 7, 2006, pending resolution of PwC's contemplated motion for reconsideration, pursuant to Fed.R.Civ.P. 72(a) and LCvR 72.2(b), of the said Minute Entries, which denied PwC's motion for a protective order and directed that the deposition be completed by December 22, 2006.

Counsel for plaintiff Murphy (Richard A. Salzman, Esq.) has consented to this request to stay Mr. Nally's deposition. (See Banks v. Office of the Senate Sergeant-At-Arms and Doorkeeper, 226 F.R.D. 113, 118 (D.D.C. 2005) (motion to stay granted as a matter of course so as not to deprive party of right to move for reconsideration)). Counsel for the respective parties

have further agreed that PwC's motion to reconsider be filed no later than December 22, 2006; that plaintiff's opposition be filed by January 5, 2007; and, that PwC's reply be filed by January 17, 2007.

At the Status Hearing on December 8, 2006, counsel advised Judge Leon of PwC's intention to move for reconsideration and plaintiff's consent to the stay now sought by this motion.

WHEREFORE, it is respectfully requested that the Court grant this consent motion, and stay the deposition of Mr. Nally pending resolution of PwC's motion for reconsideration to be filed no later than December 22, 2006.

Dated:  December 12, 2006

___/s/_____
Richard A. Salzman (#422497)
Douglas B. Huron (#89326)
Tammany M. Kramer (#483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
(202) 293-8090
Fax:  (202) 293-7110

*Counsel for Plaintiff Murphy*

___/s/_____
Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Fax:  (212) 294-4700

Thomas M. Buchanan (#337907)
Julie A. Klusas Gasper  (#D00244)
WINSTON & STRAWN, LLP
1700 K Street NW
Washington, DC 20036
(202) 282-5000
Fax: (202) 282-5100

*Counsel for Defendant*