UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br>　　　Plaintiffs,<br><br>v.<br><br>PricewaterhouseCoopers, LLP, *et ano.*,<br>　　　Defendants. | Civil Action No. 02-0982 (RJL/DAR) |
| C. Westbrook Murphy,<br>　　　Plaintiff,<br><br>v.<br><br>PricewaterhouseCoopers, LLP<br>　　　Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

## ORDER

Upon consideration of the consent motion of defendant PricewaterhouseCoopers LLP ("PwC") to stay the deposition of Dennis M. Nally pending resolution of PwC's contemplated motion, pursuant to pursuant to Fed.R.Civ.P. 72(a) and LCvR 72.2(b), for reconsideration of this Court's Minute Entries, filed December 4, 2006 and December 5, 2006, denying PwC's motion for a protective order with respect to said deposition; plaintiff's counsel having consented to such stay; and the parties having further agreed that PwC's motion to reconsider be filed by December 22, 2006, that plaintiff's opposition be filed by January 5, 2007, and that PwC's reply be filed by January 17, 2007; it is hereby

**ORDERED**, that the motion for a stay is granted on consent; and it is further

**ORDERED**, that the deposition of Mr. Nally is hereby stayed pending resolution of PwC's motion, under Fed.R.Civ.P. 72(b) and LCvR 72.2(b), for reconsideration of this Court's

2

Minute Entries filed December 4, 2006 and December 5, 2006, said motion for reconsideration to be filed no later than December 22, 2006.

ENTERED this _____ day of December, 2006.

_____<br>
Deborah A. Robinson<br>
United States Magistrate Judge

2