UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
C. Westbrook Murphy, *et ano.*,                 )
                    Plaintiffs,                           )
                                                          )        Civil Action No. 02-0982 (RJL/DAR)
                    v.                                    )
                                                          )
PricewaterhouseCoopers LLP, *et ano.*,          )
                    Defendants.                          )
_____)
                                                          )
C. Westbrook Murphy,                            )
                    Plaintiff,                            )
                                                          )        Civil Action No. 05-1054 (RJL/DAR)
                    v.                                    )
                                                          )
PricewaterhouseCoopers LLP                      )
                    Defendant.                           )
_____)

## MOTION FOR RECONSIDERATION OF
## MAGISTRATE JUDGE'S ORDERS DENYING DEFENDANT'S
## MOTION FOR A PROTECTIVE ORDER BARRING
## THE DEPOSITION OF DENNIS M. NALLY

Defendant PricewaterhouseCoopers LLP hereby moves, pursuant to Fed.R.Civ.P. 72(a)

and LCvR 72.2(b), for reconsideration of Magistrate Judge Robinson's Order, filed December 4,

2006, denying PwC's motion for a protective order with respect to the noticed deposition of its

Senior Partner and Chairman, Dennis M. Nally; and the separate Minute Entry, filed December

5, 2006, finding that the parties never reached agreement to limit that deposition to a period of

fewer than seven hours, as set forth more fully in the accompanying memorandum of points and

authorities, the Declaration of Eric M. Nelson, Esq., the exhibits annexed thereto, and the

proposed Order filed herewith.

Respectfully submitted,


/s/ Eric M. Nelson
Eric M. Nelson, Esq. (admitted *pro hac vice*)
Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Facsimile (212) 294-4700

Thomas M. Buchanan, Esq. #337907
Julie A. Klusas Gasper, Esq. #D00244
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20036
(202) 282-5000
Facsimile:  (202) 282-5100

Counsel for Defendant
PricewaterhouseCoopers LLP