UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br>    Plaintiffs,<br>v.<br>PricewaterhouseCoopers LLP, *et ano.*,<br>    Defendants. | Civil Action No. 02-0982 (RJL/DAR) |
| C. Westbrook Murphy,<br>    Plaintiff,<br>v.<br>PricewaterhouseCoopers LLP<br>    Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

## **ORDER**

UPON CONSIDERATION of Defendant's Motion for Reconsideration of Magistrate Judge's Orders Denying Defendant's Motion For A Protective Order Barring The Deposition Of Dennis M. Nally (the "Motion"), the papers submitted in support of and in opposition to the Motion, and the entire record herein, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Magistrate Judge's Order, filed December 4, 2006, denying defendant's motion for a protective order with respect to the deposition of Dennis M. Nally, is set aside and modified to provide that said deposition is barred, without prejudice to plaintiff's requesting leave to take said deposition on the ground that it is warranted based on Mr. Nally's answers to written interrogatories and a showing that he has unique personal knowledge of

material facts relevant to plaintiff's claims that have not and cannot be elicited from other partners and principals of the defendant; and it is further

ORDERED, that in the event plaintiff is granted leave to take Mr. Nally's deposition, it shall be limited in duration to a period of no longer than three and one half hours.

ENTERED this _____ day of _____, 2007.

_____
Richard J. Leon, United States District Judge