# **EXHIBIT H**

## Nelson, Eric

| | |
|---|---|
| **From:** | Richard Salzman [ras@hellerhuron.com] |
| **Sent:** | Friday, August 25, 2006 11:49 AM |
| **To:** | Nelson, Eric |
| **Cc:** | Douglas Huron; Tammany Kramer; daver@roselayers.com |
| **Subject:** | RE: Scheduling depositions |

Eric, in light of the recent decision by Magistrate Judge Robinson on the motion for reconsideration, and her order that defendant will have until September 12, 2006 to produce the remaining discovery, we will need to modify the deposition schedule we have been trying to establish. We obviously have to have time (at least several days) to make our way through the additional documents before beginning the depositions. Thus, I propose the following:

We can leave Carter and Nebe as you have proposed; i.e., Carter on September 21, and Nebe on September 22. Dave Rose is not available on the 18th for Hindman, so I would propose coupling him with either Carter or Nebe (since it appears all of them will be in New York anyway). I don't believe that any one of those depositions will take a full day.

We also can leave Albright on for September 27 and I would propose doing Lavine on either the 28th or or 29th, as both will be taken in D.C. Wes has a good deal of flexibility in his schedule after September 18, so we could peg him in for either the 28th or 29th (whichever one is not taken by Lavine). I do not know about Hal, but I'm sure you are in contact with Dave about that.

If Jones is in Texas that will require a separate block of time, unless you are amenable to doing her via telephone (which I think would be fine) Either way, I would suggest either September 25 or 26. I think her deposition would be only a couple of hours.

That leaves Lewis (probably a full day), Shea (a half a day) Nally (i'm not yet sure how long, but probably less than a full day) and Bench (same) to fit in the rest of October 2-6. I know you have not yet agreed to Nally or Bench, but can you let me know your final position on them soon so we can take appropriate action if necessary.

Finally, I know we spoke about this once before; we will be seeking to revise the "for attorneys eyes only" restriction in light of Wes' retirement. If we can agree upon a narrower scope of documents that Wes cannot see, we are happy to do that. As you know, defendant designated <u>every</u> document produced regarding Messrs. Albright and Lavine as attorneys eyes only. I would propose modifying the order so as to preclude Wes from seeing any medical information, insurance information, information about a deponent's family, and social security numbers. If there are other documents you think are particularly sensitive, we can talk about those as well. Please let me know as soon as you can whether defendant will agree to that modification.

I know this has been complicated, but i think we are on the verge of putting together a workable schedule to get through discovery and move this case on to the next stage. Thanks.

>>> "Nelson, Eric" <ENelson@winston.com> 8/10/2006 2:18 PM >>>
Rick, some tentative changes to the tentative dates below: Lewis-9/15(DC) (change from 9/25); Albright-9/27 (DC). We should be in a position to fix a schedule by the end of next week. Please bear with us.


-----Original Message-----
**From:** Nelson, Eric

