# **<u>EXHIBIT K</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et al.*<br>    Plaintiffs,<br><br>v.<br><br>PricewaterhouseCoopers, LLP, *et al.*<br>    Defendants. | Civil Action No. 02- 982 (RJL/DAR) |
| C. Westbrook Murphy,<br>    Plaintiff,<br><br>v.<br><br>PricewaterhouseCoopers, LLP<br>    Defendant. | Civil Action No. 05-1054 (RJL/DAR) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that Plaintiff will depose the following persons. The depositions will take place at the law offices of defendant's counsel, located at Winston & Strawn, 200 Park Ave., New York, NY 10166 on the dates and times indicated, and will continue from day to day, Saturdays, Sundays and holidays excluded, or upon such other dates and times as mutually agreed upon, until completed. All depositions will be recorded stenographically and/or via video photography.

| Name | Date | Time |
|---|---|---|
| John Carter | September 21, 2006 | 10:00 am |
| Elizabeth Carol Nebe | September 22, 2006 | 10:00 am |
| Dennis Nally | October 3, 2006 | 10:00 am |

Douglas B. Huron (89326)

Richard A. Salzman (422497)
Tammany M. Kramer (483146)
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC 20036
(202) 293-8090
fax: (202) 293-7110

Counsel for plaintiff

# CERTIFICATE OF SERVICE

I certify that on September 15, 2006 the foregoing was served via electronic mail, facsimile and first-class mail, postage prepaid upon

Eric Nelson
Winston & Strawn
200 Park Ave.
New York, NY 10166
Counsel for defendants

With copies to

David Rose
Rose & Rose
1320 19th St., NW
Suite 601
Washington, DC 20036

*Tammany [signature]*
Tammany M. Kramer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et al.*<br>　　　Plaintiffs,<br><br>　　　v.<br><br>PricewaterhouseCoopers, LLP, *et al.*<br>　　　Defendants. | Civil Action No. 02- 982 (RJL/DAR) |
| C. Westbrook Murphy,<br>　　　Plaintiff,<br><br>　　　v.<br><br>PricewaterhouseCoopers, LLP<br>　　　Defendant. | Civil Action No. 05-1054 (RJL/DAR) |
| Harold Schuler,<br>　　　Plaintiff,<br><br>　　　v.<br><br>PricewaterhouseCoopers, L.L.C.<br>　　　Defendant. | Civil Action No. 05-2355 (RJL/DAR) |

### NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that Plaintiffs will depose the following persons. The depositions will take place at the address indicated below, on the dates and times indicated, and will continue from day to day, Saturdays, Sundays and holidays excluded, or upon such other dates and times as mutually agreed upon, until completed. All depositions will be recorded stenographically and/or via video photography.

The following depositions will be taken at the law offices of plaintiff Murphy's counsel, located at 1730 M St., NW, Suite 412, Washington, DC 20036:

| Name | Date | Time |
| --- | --- | --- |
| Jeffrey Lavine | Tues., September 26, 2006 | 10:00 am |
| David Albright | Thurs., September 28, 2006 | 10:00 am |
| Bill Lewis | Fri., October 6, 2006 | 10:00 am |

The following depositions will be taken at the law offices of defendants' counsel, located at 200 Park Ave., New York, NY, 10016:

| Name | Date | Time |
| --- | --- | --- |
| Darlene Shea | Tues., October 3, 2006 | 2:30 pm |
| Jane Jones | Wed., October 4, 2006 | 9:30 am |
| Roger Hindman | Tues., October 10, 2006 | 10:00 am |

The following deposition will be taken at the law offices of Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210; (617) 4820-7211:

| Name | Date | Time |
| --- | --- | --- |
| Robert Bench | Wed., October 11, 2006 | 10:00 am |

Douglas B. Huron (89326)
Richard A. Salzman (422497)
Tammany M. Kramer (483146)
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC 20036

2

(202) 293-8090
fax: (202) 293-7110

Counsel for Plaintiff Murphy

*David Rose /tk*
David Rose
Rose & Rose
1320 19th St., NW
Suite 601
Washington, DC 20036

Counsel for Plaintiff Schuler

## CERTIFICATE OF SERVICE

I certify that on September 18, 2006 the foregoing was served via electronic mail, facsimile and first-class mail, postage prepaid upon

Eric Nelson
Mark Konkel
Winston & Strawn
200 Park Ave.
New York, NY 10166
Counsel for defendants

*Tammany Kramer*
Tammany M. Kramer

3