# **EXHIBIT L**

## Nelson, Eric

| | |
|---|---|
| **From:** | Nelson, Eric |
| **Sent:** | Tuesday, October 03, 2006 8:11 PM |
| **To:** | 'Richard Salzman' |
| **Cc:** | wmurp@comcast.net; Tammany Kramer |
| **Subject:** | RE: Deposition schedule |

Rick, you have correctly set forth the agreed upon dates, times and places for the depositions of Lavine, Carter, Shea, Nebe, Hindman and Lewis. We understand and assume that both of the plaintiffs will complete their document productions and responses at least several days in advance of the first deposition on October 13. Please note that Mr. Nally's availability (subject to a ruling on the propriety of his deposition) is on the afternoon of November 6.

I understand that these deposition dates have been agreed to and reserved by the attorneys and the deponents, and do not believe that subpoenas are appropriate or necessary. But it is not correct to say that you need not serve subpoenas on these deponents because I "assured [you] that they will appear as scheduled." While we do not anticipate any need to change any of the dates, these are no different than any other scheduled depositions in that a personal, family or business emergency of a deponent or an attorney (including you) might unexpectedly necessitate a change. If, for whatever reason, you deem it appropriate to serve subpoenas on these party witnesses, you should not forbear from doing so based on anything I have said.

On the other hand, to the extent you are seeking to pursue another deposition of Mr Bench, the service of a subpoena would be required to initiate the process. As you know, we object to the the issuance of a subpoena for another deposition, as Mr. Bench has already been deposed in the case, and we are not authorized to accept service of a subpoena on his behalf. In the event a subpoena is served, we reserve all rights to formally object or to move to modify or quash. In response to your request, I am advised by PwC that there are two residence addresses listed for Mr. Bench: 33 Audubon Road, Wellesley MA 02481; and, 41 Miles Street, Harwichport MA 02646. I assume these addresses are current, but do not know Mr. Bench's present whereabouts.

I expect that we will speak again soon about scheduling the plaintiffs and the remaining witnesses. Thanks.


-----Original Message-----
From: Richard Salzman [mailto:ras@hellerhuron.com]
Sent: Tuesday, October 03, 2006 3:44 PM
To: Nelson, Eric
Cc: wmurp@comcast.net; Tammany Kramer
Subject: Re: Deposition schedule

Eric, I'm writing to follow up on our discussion earlier today about the deposition schedule. I've talked to Wes and Dave about the dates you've proposed, and they are fine. So, we are blocking off the following dates (all depositions we are taking will be starting at 10:00 a.m.):

Lavine October 13, 2006;
Carter October 20, 2006;
Shea and Nebe October 26, 2006 (Shea at 10:00 a.m., Nebe at 2:30 p.m.);
Hindman October 27, 2006
Lewis November 1, 2006



By agreement, we will defer Mr. Nally's deposition date (I know you may file a motion on the substantive issue of our right to take his deposition, but this is the agreed upon date) to November 6, 2006.

I have talked with Wes about Ms. Jones, and we still want to depose her. You offered to find out if she is available on October 19 for deposition in New York (with the parties splitting the expense of her travel). Please let me know as soon as you can if that will work.

You are still waiting to hear back from Mr. Albright, but we will find an open date before November 1. I propose any date the week of October 16. Please let me know as soon as you have heard back from him so that I can block off a date.

The depositions of Hindman, Carter, Nally, Shea, Nebe and Jones will be in New York, at your offices. The depositions of Albright, Lavine and Lewis will be in D.C., at our offices. You told me that we do not need to subpoena these witnesses, and assured me that they will appear as scheduled.
As for Mr. Bench, I told you that we still want to depose him, but that our process server was so far unable to locate him at either address we have in Massachusetts. Because of this, we are postponing the date of his deposition from October 11, 2006 to a date to be determined. I asked you to try to find out where he was, since you have said that you object to me or Mr. Murphy trying to communicate with him about available dates. If you find him, I would appreciate you speaking with him about convenient dates for him, so that we minimize any inconvenience. Please let me know whether you are willing to do this.
I also suggested that you file now any motion you intend to file objecting to our right to depose Mr. Bench, rather than waiting for us to find him and serve a subpoena. That way, we would have at least started the process of obtaining a decision about whether or not he will need to appear.

Finally, we propose that you take Mr. Murphy's deposition on October 30, however, we are also willing (as you suggested) to agree to defer his deposition until after November 1. We propose either November 7, 8 or 10. Let me know and I will lock in the date with him.

We agreed to talk again about the attorney eyes only issue in the next few days. Thanks.


>>> "Nelson, Eric" <ENelson@winston.com> 10/3/2006 10:27 AM >>>

I should be back in the office by 11:30 AM, and will try you then. Thanks.
--------------------------
Eric Nelson


-----Original Message-----
From: Richard Salzman <ras@hellerhuron.com>
To: Nelson, Eric
Sent: Tue Oct 03 09:40:28 2006
Subject: RE: Deposition schedule

Eric, i'm in and ready to talk whenever you have the chance. If i'm not in my actual office, i'm probably in the conference room so just ask our office manager to find me. Thanks.

>>> "Nelson, Eric" <ENelson@winston.com> 9/29/2006 1:52 PM >>>

Rick, I left word for you to call me to discuss the schedule. There a lot of moving pieces, and I need some feedback from you at this point (e,g, looks like Lewis could do the 18th, but needs to be in Tyson's corner by 4 pm).

