# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et al.* )<br>    Plaintiffs, )<br>)<br>v. )<br>PricewaterhouseCoopers, LLP, *et al.* )<br>    Defendants. )<br>) | Civil Action No. 02- 982 (RJL/DAR) |
| C. Westbrook Murphy, )<br>    Plaintiff, )<br>)<br>v. )<br>PricewaterhouseCoopers, LLP )<br>    Defendant. )<br>) | Civil Action No. 05-1054 (RJL/DAR) |
| Harold Schuler, )<br>    Plaintiff, )<br>)<br>v. )<br>PricewaterhouseCoopers, L.L.C. )<br>    Defendant. )<br>) | Civil Action No. 05-2355 (RJL/DAR) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that Plaintiffs will depose the following persons. The depositions will take place at the address indicated below, on the dates and times indicated, and will continue from day to day until completed. All depositions will be recorded stenographically.

The following depositions will be taken at the law offices of plaintiff Murphy's counsel, located at <u>1730 M St., NW, Suite 412, Washington, DC 20036</u>:

    <u>Name</u>                          <u>Date</u>                          <u>Time</u>

| Jeffrey Lavine | October 13, 2006 | 10:00 am |
| Bill Lewis | November 1, 2006 | 10:00 am |

The following depositions will be taken at the law offices of defendants' counsel, located at <u>200 Park Ave., New York, NY, 10016</u>:

| <u>Name</u> | <u>Date</u> | <u>Time</u> |
|---|---|---|
| Jane Jones | October 19, 2006 | 2:00 p.m. |
| John Carter | October 20, 2006 | 10:00 a.m. |
| Darlene Shea | October 26, 2006 | 10:00 a.m. |
| Carol Nebe | October 26, 2006 | 2:30 p.m. |
| Roger Hindman | October 27, 2006 | 10:00 am |
| Dennis Nally | November 6, 2006 | 1:00 p.m. |

/s/
Douglas B. Huron  (89326)
Richard A. Salzman  (422497)
Tammany M. Kramer  (483146)
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC  20036
(202) 293-8090
fax:  (202) 293-7110

Counsel for Plaintiff Murphy


/s
David Rose
Rose & Rose
1320 19th St., NW
Suite 601
Washington, DC 20036

Counsel for Plaintiff Schuler

## CERTIFICATE OF SERVICE

I certify that on October 5, 2006 the foregoing was served via electronic mail and first-class mail, postage prepaid upon

> Eric Nelson
> Mark Konkel
> Winston & Strawn
> 200 Park Ave.
> New York, NY 10166
> Counsel for defendants

_____
Tammany M. Kramer