# **EXHIBIT N**

## Nelson, Eric

**From:** Nelson, Eric
**Sent:** Wednesday, October 25, 2006 11:41 AM
**To:** 'Richard Salzman'
**Cc:** wmurp@comcast.net; Tammany Kramer; daver@roselawyers.com; Sheinfeld, Stephen
**Subject:** RE: Bench deposition

Rick, for scheduling purposes, we can confirm November 29 for Mr. Bench, and reconfirm December 5 for Mr. Nally (his availability is in the afternoon of that day). I will get back to you asap on your proposal to limit the Bench deposition, and on our efforts to reschedule Messrs. Lewis and Albright. Thanks.

-----Original Message-----
**From:** Richard Salzman [mailto:ras@hellerhuron.com]
**Sent:** Wednesday, October 25, 2006 9:32 AM
**To:** Nelson, Eric
**Cc:** wmurp@comcast.net; Tammany Kramer; daver@roselawyers.com
**Subject:** Bench deposition

Eric, I'm afraid moving the Bench deposition to November 21 does not work on our end. Mr. Murphy has pre-existing travel plans that week (the week of Thanksgiving). I could do it either November 28-30 (I cannot do the 27th), or perhaps December 4, and we could then all travel down to New York for the Nally deposition. If these dates do not work then I suppose we will need to stick with the current November 16 date.

We've also considered your proposal to defer deposing Mr. Nally and instead submit written questions to him, but are not willing to agree. We have agreed, however, to accommodate his travel schedule by moving his deposition from November 6 to December 5.

As we discussed yesterday, we are still trying to find a date for the Lewis deposition that will work for Dave Rose. Please let me know whether moving Mr. Lewis' deposition to November 10, and finding a new agreed upon date for Mr. Albright's deposition, is feasible.

I know you are still considering our proposal regarding the substance of Mr. Bench's deposition. Please get back to me when you have a final answer from your client. Thanks.

