UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
C. Westbrook Murphy, *et ano.*,           )
                                          )       Civil Action No. 02-00982 (RJL/DAR)
                    Plaintiffs,           )
                                          )
        v.                                )
                                          )
PricewaterhouseCoopers, LLP, *et al.*,    )
                                          )
                    Defendants.           )
_____ )
                                          )
C. Westbrook Murphy,                      )
                                          )
                    Plaintiff,            )       Civil Action No. 05-01054 (RJL/DAR)
                                          )
        v.                                )
                                          )
PricewaterhouseCoopers, LLP,              )
                                          )
                    Defendant.            )
_____ )

## JOINT SCHEDULING REPORT

Following the Status Conference held on July 20, 2007, and the conclusion of the expert depositions discussed at that conference, counsel for the respective parties conferred and reached agreement on a schedule for dispositive motions and mediation proceedings, as follows:

1.  Defendant shall file its dispositive motions no later than November 12, 2007; plaintiffs shall file their opposition papers, and any cross-motions for dispositive relief, no later than December 19, 2007; defendant shall file its reply papers, and its opposition to any cross-motions, no later than January 22, 2008; and, plaintiffs shall file reply papers on any cross motion no later than February 12, 2008.

2. Promptly following the complete submission of dispositive motion papers, the parties shall engage in mediation proceedings, and will jointly report to the Court on the outcome of those proceedings.

Accordingly, the parties respectfully submit the attached Joint Proposed Scheduling Order.

Dated: September 20, 2007


_____/s/_____

Richard A. Salzman (#422497)
Douglas B. Huron (#89326)
Tammany M. Kramer (#483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
(202) 293-8090
Fax: (202) 293-7110

*Counsel for Plaintiff Murphy*


_____/s/_____

David L. Rose (#376379)
Rose & Rose, P.C.
1320 19th St., NW, Suite 601
Washington, DC 20036
(202) 331-8555
Fax: (202) 331-0996

*Counsel for Plaintiff Schuler*


_____/s/_____

Eric M. Nelson (*pro hac vice*)
Stephen L. Sheinfeld (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Fax: (212) 294-4700


Julie A. Klusas Gasper (D00244)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20036
(202) 282-5000
Fax: (202) 282-5100


*Counsel for Defendant*
*PricewaterhouseCoopers LLP*