UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PricewaterhouseCoopers, LLP, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 02-00982 (RJL/DAR) |
| C. Westbrook Murphy, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PricewaterhouseCoopers, LLP, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-01054 (RJL/DAR) |

## JOINT PROPOSED SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Scheduling Report filed herewith, and the entire record herein, it is hereby

**ORDERED** that defendant's dispositive motions be filed no later than November 12, 2007, and it is further

**ORDERED** that plaintiffs' opposition to defendant's dispositive motions, and any cross motions for dispositive relief, be filed no later than December 19, 2007, and it is further

**ORDERED** that defendant's reply in support of its dispositive motions, and opposition to any cross motions, be filed no later than January 22, 2008, and it is further

**ORDERED** that plaintiffs' reply in support of any cross motions be filed no later than February 12, 2008, and it is further

**ORDERED** that the parties engage in mediation proceedings promptly following the complete submission of the foregoing dispositive motion papers, and it is further

**ORDERED** that the parties file with the Court a joint report on the outcome of mediation proceedings, and it is further

**ORDERED** that, in the event the cases are not fully resolved through mediation proceedings and/or dispositive motions, a pretrial conference will be held ___ days after the Court has ruled on the dispositive motions.

ENTERED this ____ day of September 2007

_____
Richard J. Leon
United States District Judge