UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.*, | ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 02-00982 (RJL/DAR) |
| v. | ) ) | |
| PricewaterhouseCoopers, LLP, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| C. Westbrook Murphy, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-01054 (RJL/DAR) |
| v. | ) ) ) | |
| PricewaterhouseCoopers, LLP, | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO DEFER BRIEFING SCHEDULE**

The parties hereby jointly move to defer, pending resolution of mediation proceedings to be concluded no later than December 14, 2007, the dispositive motion briefing schedule approved by Order entered October 9, 2007 (the "Scheduling Order").

The Scheduling Order approved the briefing schedule proposed in the parties' Joint Scheduling Report, filed September 21, 2007, which also set forth the parties' agreement to engage in mediation proceedings promptly <u>following</u> the complete submission of dispositive motion papers, and to report to the Court on the outcome of the mediation (Docket No. 183). The undersigned counsel for the respective parties have recently conferred further, and

concluded that it is potentially wasteful and inefficient to defer mediation until after the preparation and filing of dispositive motion papers in cases they believe no less likely to settle before, rather than after, dispositive motions practice. Accordingly, the parties have agreed, contingent upon and subject to deferral of the dispositive motions briefing schedule, to promptly engage in mediation proceedings to be concluded no later than December 14, 2007.

In the event the mediation results in settlement, deferral of the dispositive motions schedule would avoid substantial, and unnecessary, expense and time that would have otherwise been incurred in months of extensive briefing that would not have had any bearing on the outcome of the subsequent mediation contemplated by the existing schedule. Moreover, there would be no delay resulting from this proposed rearrangement of the schedule, even in the event the parties are unable to reach a settlement, since the dispositive motions briefing would then be completed at or about the same time mediation proceedings would have concluded under the existing schedule. The parties thus believe this revised schedule to be in furtherance of the "Settlement and Alternative Dispute Resolution" provision of this Court's Standing Order that "[i]n order to reduce litigation expenses and delay . . . it is desirable that settlement occur as early as possible in the litigation process."

Accordingly, to facilitate the parties' agreement to promptly engage in mediation proceedings, the parties jointly request that the existing dispositive motions schedule be revised as set forth in the annexed proposed Order.

Dated: November 5, 2007

                                            Respectfully submitted,

<div style="display: flex;">

<div>

_____/s/_____
Richard A. Salzman (#422497)
Douglas B. Huron (#89326)
Tammany M. Kramer (#483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
(202) 293-8090
Fax: (202) 293-7110
*Counsel for Plaintiff Murphy*

_____/s/_____
David L. Rose (#376379)
Rose & Rose, P.C.
1320 19th St., NW, Suite 601
Washington, DC 20036
(202) 331-8555
Fax: (202) 331-0996
*Counsel for Plaintiff Schuler*

</div>

<div>

_____/s/_____
Eric M. Nelson (*pro hac vice*)
Stephen L. Sheinfeld (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Fax: (212) 294-4700

Julie A. Klusas Gasper (D00244)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20036
(202) 282-5000
Fax:  (202) 282-5100
*Counsel for Defendant*
*PricewaterhouseCoopers LLP*

</div>

</div>