UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PricewaterhouseCoopers, LLP, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 02-00982 (RJL/DAR) |
| C. Westbrook Murphy, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PricewaterhouseCoopers, LLP, )<br>)<br>Defendant. ) | Civil Action No. 05-01054 (RJL/DAR) |

## REVISED SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Motion to Defer Briefing Schedule filed herewith, the parties' agreement to engage in and conclude mediation proceedings not later than December 14, 2007, and the entire record herein, it is hereby

**ORDERED** that the scheduling Order entered October 9, 2007 be revised as hereinafter provided, and it is further

**ORDERED** that defendant's dispositive motions be filed no later than January 15, 2008, and it is further

**ORDERED** that plaintiffs' opposition to defendant's dispositive motions, and any cross motions for dispositive relief, be filed no later than February 15, 2008, and it is further

**ORDERED** that defendant's reply in support of its dispositive motions, and opposition to any cross motions, be filed no later than March 17, 2008, and it is further

**ORDERED** that plaintiffs' reply in support of any cross motions be filed no later than April 8, 2008.

ENTERED this \_\_\_\_ day of November 2007

_____
Richard J. Leon
United States District Judge