UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.*, | ) | |
| | ) | Civil Action No. 02-00982 (RJL/DAR) |
| Plaintiffs, | ) | |
| v. | ) | |
| PricewaterhouseCoopers LLP, *et al.*, | ) | |
| Defendants. | ) | |
| C. Westbrook Murphy, | ) | |
| Plaintiff, | ) | Civil Action No. 05-01054 (RJL/DAR) |
| v. | ) | |
| PricewaterhouseCoopers LLP, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
DISMISSING PLAINTIFF MURPHY'S REMAINING CLAIMS**

Defendant moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Civil Rule 56.1 of the Rules of this Court, for summary judgment dismissing plaintiff Murphy's remaining claims in these related actions.

Support for this motion is set forth in the Declaration of Eric M. Nelson, Esq., dated January 15, 2008, the exhibits attached thereto; the Statement of Undisputed Material Facts Pursuant to Local Civil Rule 7(h), dated January 15, 2008; and, Defendant's Memorandum of

Points and Authorities in Support of Motion for Summary Judgment Dismissing Plaintiff Murphy's Remaining Claims, dated January 15, 2008.

A proposed Order granting this motion, and directing the entry of judgment in favor of the defendant, is also being filed herewith.

Dated: January 15, 2008

        Respectfully submitted,

        /s/ Eric M. Nelson
        Eric M. Nelson, Esq. (admitted *pro hac vice*)
        Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
        Minoti Patel, Esq. #484405
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, New York 10166
        (212) 294-6700
        Facsimile: (212) 294-4700

        Julie A. Klusas Gasper, Esq. #D00244
        WINSTON & STRAWN LLP
        1700 K Street, N.W.
        Washington, D.C. 20036
        (202) 282-5000
        Facsimile: (202) 282-5100

        Counsel for Defendant
        PricewaterhouseCoopers LLP