UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano*., | ) |
| Plaintiffs, | ) Civil Action No. 02-00982 (RJL/DAR) |
| v. | ) |
| PricewaterhouseCoopers LLP, *et al.*, | ) |
| Defendants. | ) |
| C. Westbrook Murphy, | ) |
| Plaintiff, | ) Civil Action No. 05-01054 (RJL/DAR) |
| v. | ) |
| PricewaterhouseCoopers LLP, | ) |
| Defendant. | ) |

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL
FACTS PURSUANT TO LOCAL CIVIL RULE 7(h)
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
<u>DISMISSING PLAINTIFF MURPHY'S REMAINING CLAIMS</u>**

Pursuant to Civil Rule 7(h) of this Court, defendant submits this statement of material facts as to which there is no genuine issue for trial.[1]

1.   Plaintiff C. Westbrook Murphy ("Murphy") had been an employee in the Regulatory Advisory Services ("RAS") practice unit at defendant PricewaterhouseCoopers LLP

---

[1] Copies of the cited deposition transcripts and documents from the discovery record are annexed to the accompanying Declaration of Eric M. Nelson, Esq., dated January 15, 2008, except that documents designated "For Attorneys of Record Only" are being filed under seal pursuant to the Order of the Magistrate Judge filed August 21, 2003 (Docket No. 61) and Local Civil Rule 5(j).

("PwC" or the "firm") and a predecessor firm from 1989 until his voluntary retirement in 2006 (Complaint, ¶¶ 13, 22; Murphy Dep. at 57-60; Murphy 11/15/06 Dep. at 18-19).

2. PwC is a partnership organized and existing pursuant to a written Partners and Principals Agreement (Exh. C). PwC was formed effective July 1, 1998 through a merger of Price Waterhouse LLP and Coopers & Lybrand L.L.P., each of which was a partnership governed by a written partnership agreement. PwC is principally an accounting and audit firm, with over 20,000 employees and more than 2,000 partners located among 86 offices in 36 states.

3. The RAS practice unit, in which Murphy worked throughout his employment with the firm, provides advice to banks and thrifts in areas of regulatory concern (Exh. D at 01842). It is a business advisory unit that is self-contained and unique within the firm (Ryan Dep. at 169, 172-73). The RAS unit, based in the firm's District of Columbia office, is a relatively small consulting group within PwC's Banking practice, which in turn is part of the Financial Services practice in the firm's Audit and Business Advisory Service (Docket No. 134 at 4). RAS is one of two specialized units within the Banking practice (Ryan Dep. at 163-64).

4. PwC has an annual partner admission cycle, culminating in the announcement of new partners effective July 1, the beginning of the firm's fiscal year (Exh. E, ¶ 1; see Murphy Dep. at 847, 892-93).

5. The annual partnership consideration process begins in the individual practice areas of the firm (Docket No. 134 at 16-17) early in the preceding fiscal year (see Docket No. 121 at 42-43). The potential candidacy of a particular employee in a practice unit is initiated by the recommendation of a partner in that unit (Docket No. 134 at 16-17).

6. Robert Bench was the managing partner of the RAS unit and Murphy's immediate supervisor throughout Murphy's employment with the firm (until Bench's retirement on June 30, 2003) (Murphy Dep. at 894). On July 1, 2003, William Lewis succeeded Bench as RAS

managing partner and Murphy's immediate supervisor (Lewis Dep. at 41-42; Murphy 11/15/06 Dep. at 96).

7. Bench and Lewis, in consultation with the other RAS partners, were responsible for initiating recommendations of potential partner candidates from the RAS unit (Bench 11/29/06 Dep. at 58-59, 61-62; Murphy Dep. at 894-95). Potential partner candidates from RAS would be discussed by an annual review committee ("ARC"), consisting of the RAS partners and the head of the Banking practice (id.).

8. As a threshold qualification, only those RAS employees who had sustained outstanding performance over time, reflected in "1" rated annual performance evaluations, were considered as potential partner candidates in the RAS unit (Bench 11/29/06 Dep. at 170-71).

9. Employee performance was rated on a scale of "1" to "4," with "1" being the highest. Ratings of employees were based on annual performance evaluations (Bench 11/29/06 Dep. at 63-65). The annual performance evaluation process involved both the evaluating partner and the subject employee, and a detailed written performance evaluation form signed by both the partner and the employee (Murphy Dep. at 124-31; Bench 11/29/06 Dep. at 65; Schuler Dep. at 173).

10. During the period 1998 through 2004, each of the three RAS employees sponsored as candidates for partner were sustained "1" rated performers, having received "1" annual performance ratings in each of at least the three years preceding their sponsorship (Exh. F at PwC 03242; Exh. G at PwC 04122; Exh. H at 5).

11. Murphy was never a sustained "1" rated performer. With the exception of one year during the period 1997 through 2004, Murphy received annual performance ratings of "2" or "3" (see Exh. J; Exh. K; Exh. L; Exh. M).

12. Murphy was never considered a potential partner candidate from RAS because he never met the threshold requirement of sustained "1" rated performance over time (Bench 11/29/06 Dep. at 170-171; Lewis Dep. at 175-76).

13. David Albright and Jeffrey Lavine, each of whom was a sustained "1" rated performer over time in the RAS unit, were sponsored and admitted as partners from RAS on July 1, 2000 and July 1, 2004, respectively (Exh. G; Exh. H). No RAS employees were admitted as partners in the July 1, 2001, July 1, 2002 or July 1, 2003 partner admission cycles.

14. The relative performance differences among Murphy, Albright and Lavine, as rated and evaluated by the RAS partners, were further articulated in the testimony of the RAS managing partners (Lewis Dep. at 90-109; Bench 11/29/06 Dep. at 118-20, 125-27, 160-66).

15. Murphy expressly admitted that Bench did not discriminate against him in not recommending him as a candidate for promotion to partner (Murphy Dep. at 414).

Dated: January 15, 2008

        Respectfully submitted,

        /s/ Eric M. Nelson
        Eric M. Nelson, Esq. (admitted *pro hac vice*)
        Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
        Minoti Patel, Esq. #484405
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, New York 10166
        (212) 294-6700
        Facsimile: (212) 294-4700

        Julie A. Klusas Gasper, Esq. #D00244
        WINSTON & STRAWN LLP
        1700 K Street, N.W.
        Washington, D.C. 20036
        (202) 282-5000
        Facsimile: (202) 282-5100

        Counsel for Defendant
        PricewaterhouseCoopers LLP