UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano*., | ) | |
| | ) | Civil Action No. 02-00982 (RJL/DAR) |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| PricewaterhouseCoopers LLP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| C. Westbrook Murphy, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-01054 (RJL/DAR) |
| v. | ) | |
| | ) | |
| PricewaterhouseCoopers LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**UPON CONSIDERATION** of Defendant's Motion for Summary Judgment Dismissing Plaintiff Murphy's Remaining Claims, dated January 15, 2008, the papers submitted in support of and in opposition to the motion, and the entire record herein, it is hereby

**ORDERED,** that defendant's motion is granted; and it is further

**ORDERED,** that plaintiff Murphy's remaining claims are dismissed, and judgment is entered in favor of the defendant and against plaintiff Murphy.

ENTERED this _____ day of _____, 2008.

_____
Richard J. Leon
United States District Judge