UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br><br>             Plaintiffs,<br><br>       v.<br><br>PricewaterhouseCoopers LLP, *et al.*,<br><br>             Defendants. | Civil Action No. 02-00982 (RJL/DAR) |
| C. Westbrook Murphy,<br><br>             Plaintiff,<br><br>       v.<br><br>PricewaterhouseCoopers LLP,<br><br>             Defendant. | Civil Action No. 05-01054 (RJL/DAR) |

## **DECLARATION OF ERIC M. NELSON, ESQ.**

I, Eric M. Nelson, declare as follows:

1.      I am a member of Winston & Strawn LLP, attorneys for defendant PricewaterhouseCoopers LLP ("PwC") herein, and have been admitted *pro hac vice*. The purpose of this declaration is to place before the Court certain materials from the discovery record cited in the accompanying memorandum of points and authorities in support of Defendant's Motion for Summary Judgment Dismissing Plaintiff Murphy's Remaining Claims, dated January 15, 2008, and Defendant's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 7(h), dated January 15, 2008. As indicated, certain materials are being filed

under seal pursuant to the Order of the Magistrate Judge filed August 21, 2003, and Local Civil Rule 5.1(j).

    2.    True copies of excerpts from the transcripts of certain depositions taken in this action are annexed hereto, as follows:

| | |
|---|---|
| Murphy | Excerpts from the transcript of the deposition of C. Westbrook Murphy ("Murphy"), dated April 23, 2003, May 1, 2003, May 15, 2003, November 18, 2004, and November 30, 2004 |
| Murphy 11/15/06 | Excerpts from the transcript of the deposition of Murphy dated November 15, 2006 |
| Schuler | Excerpts from the transcript of the deposition of Harold Schuler ("Schuler"), dated May 28, 2003, May 29, 2003, and November 29, 2004 |
| Bench | Excepts from the transcript of the deposition of Robert Bench ("Bench"), dated June 18, 2003 and June 25, 2003 |
| Bench 11/29/06 | Excerpts from the transcript of the deposition of Bench dated November 29, 2006 |
| Carter | Excerpts from the transcript of the deposition of John Carter ("Carter"), dated October 20, 2006 |
| Lewis | Excerpts from the transcript of the deposition of William Lewis ("Lewis"), dated November 17, 2006 |
| Ryan | Excerpts from the transcript of the deposition of Timothy F. Ryan ("Ryan"), dated April 30, 2003 |

    3.    Except for those documents filed under seal, true copies of the following documents produced in the action are annexed hereto, as follows:

| | |
|---|---|
| Exhibit A | Memo from Bench to Jim Walls through Chuck Loew re: Elevation of C. Westbrook Murphy, dated May 14, 1994 (Def. Exh. 16) |
| Exhibit B | Memo from Bench re: C. Westbrook Murphy, dated March 13, 1995 (Def. Exh. 79) |
| Exhibit C | PricewaterhouseCoopers LLP Partners and Principals Agreement, as in effect April 1, 2001 (Pl. Exh. 1) |

| | |
|---|---|
| Exhibit D | Excerpts from "A Guide to the FDIC Improvement Act," dated March 1992 (Pl. Exh. 58) |
| Exhibit E | Amended DCOHR complaint of Murphy, dated September 19, 2001 (Def. Exh. 18) |
| Exhibit F | Industry Partner Candidate Proposal for July 1, 1999 for Harold Schuler, dated June 19, 1998 (Pl. Exh. 102) |
| Exhibit G (Under Seal) | Global Internal Partner Admissions: Candidate Proposal FY 2000 for David Albright (Pl. Exh. 26) |
| Exhibit H (Under Seal) | Global Internal Partner Admissions: Candidate Proposal FY 2003 for Jeff Lavine (Lavine Exh. 10) |
| Exhibit I | E-mail from Bob Bench to Darlene Shea and Christopher Lucas re: Hal Schuler, dated September 15, 1999 (Pl. Exh. 25) |
| Exhibit J | Memo from Bench to Murphy, dated March 21, 1997, with marginalia dated April 2, 1997; ABS Summary Performance Assessment for Murphy dated April 2, 1997 (Def. Exh. 11) |
| Exhibit K | ABS Engagement Evaluation for FY 98 for Murphy (PwC001150-001152) |
| Exhibit L | ABS Engagement Evaluation for FY 99 for Murphy (PwC001620-001622) |
| Exhibit M (Under Seal) | FY 04 RAS ARC Composite Sheet Listing Ratings for FY 01 through FY 04 (PwC10413) |
| Exhibit N | Memo to file by C.W. Murphy re: Independence hearing, dated May 31, 2001 (Def. Exh. 85) |
| Exhibit O | E-mail string ending with e-mail from Murphy to Shea on March 8, 2001 (Def. Exh. 13) |
| Exhibit P | Memorandum from Murphy to Bench re: Human Rights Complaint, dated March 14, 2001 (Def. Exh. 14) |
| Exhibit Q | Memo to file by Murphy re: PwC partnership admissions, dated February 1, 2002 (Def. Exh. 75) |

    4.    For the reasons stated in the accompanying memorandum of points and authorities, it is respectfully submitted that defendant's motion for summary judgment should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2008

                                                      */s/* Eric M. Nelson