```
 1                           VOLUME II
 2           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
 3   _____
 4   C. WESTBROOK MURPHY and      x
     HAROLD SCHULER,              :
 5                                :
             Plaintiffs,          :
 6       vs.                      : CA No. 1:02CV00982
                                  : (RJC DAR)
 7   PRICEWATERHOUSECOOPERS, LLP,:
     et al.,                      :
 8                                :
             Defendants.          x
 9   _____
10                                Washington, D.C.
11                                Wednesday, June 25, 2003
12
13   CONTINUED DEPOSITION OF:
14              ROBERT R. BENCH,
15   a witness in the above-entitled action, was recalled for
16   further examination by counsel for the plaintiffs,
17   pursuant to continuance from Wednesday, June 18, 2003,
18   and by agreement of counsel as to date and time, and
19   having been duly sworn, at the law offices of Winston &
20   Strawn, Esquires, 1400 L Street, N.W., Conference Room
21   10D, Washington, D.C. 20005, commencing at approximately
22   1:57 o'clock, p.m., and the proceedings being taken down
```

165

1    by Stenomask by PAUL R. CUTLER, Certified Verbatim
2    Reporter with Certificate of Merit, and transcribed
3    under his direction, when were present on behalf of the
4    respective parties:
5
6    APPEARANCE OF COUNSEL:
7        On behalf of the Plaintiffs:
8            ROSE & ROSE, ESQUIRES
9            BY:  DAVID L. ROSE, ESQUIRE
10           1320 19th Street, N.W., Suite 601
11           Washington, D.C.  20036
12           202.331.8555
13       On behalf of the Defendants:
14           WINSTON & STRAWN, ESQUIRES
15           BY:  ERIC M. NELSON, ESQUIRE
16           200 Park Avenue
17           New York, New York  10166
18           212.294.6647
19
20                        - 0 -
21
22

```
                                                              166
```

1                              I-N-D-E-X

2       Witness:                                              Page:

3       Robert R. Bench

4           Examination by Mr. Rose   (resumed)       168

5                               - 0 -

6       Portion designated confidential:              209-212

7                               - 0 -

8       Exhibits:      (Included in transcript)       Page:

9       57 - RAS Billing Rates and
             Discount Schedule                        172
10      58 - A Guide to the FDIC Improvement Act      182
        59 - An Executive's Guide to FIRREA           183
11      60 - Risk-Based Capital Guidelines
             for U.S. Banks and Bank Holding
12           Companies                                185
        61 - An Executive's Guide to
13           U.S. Financial Modernization             186
        62 - A Regulatory Guide for Foreign
14           Banks in the United States               187
        63 - 3/13/96 Murphy Memo, with
15           attachments, Bates Nos. 01091-01101      222
        64 - 6/10/03 RAS Japan Seminar/Notes on
16           Japanese External Auditors               243
        65 - 6/2003 Introduction to J-RAS Group       243
17      66 - Washington Regulatory Advisory
             Services                                 245
18      67 - Prospectus on Directorship
             Candidates for July 1, 1999              248
19

20                              - 0 -

21

22

167

1   Whereupon,

2                   ROBERT R. BENCH,

3   a witness, after having been re-called by counsel for

4   plaintiffs, and after having been duly re-sworn by the

5   Notary Public, was further examined and testified as

6   follows:

7           EXAMINATION BY COUNSEL FOR PLAINTIFFS

8           BY MR. ROSE:   (resumed)

9       Q   Mr. Bench, are you familiar with something

10  that's called an up-or-out policy?

11      A   No.

12      Q   Are you aware that in the military, if you're

13  an officer, say you're a captain for, yea, many years,

14  if you don't get to be a major and you've got 20 years

15  of service, you're likely to be asked to leave?

16          MR. NELSON:  Just let me object to the

17  question.

18          MR. ROSE:  Okay, you object, fine.

19          THE WITNESS:  I'm generally familiar with

20  that --

21          BY MR. ROSE:  (Resuming)

22      Q   Concept?

BENCH, ROBERT

```
 1            BY MR. ROSE:  (Resuming)
 2       Q    Please answer the question.
 3       A    I don't recall the question now.
 4       Q    Let's start again, Mr. Bench.    What did
 5   Mr. Welsh tell you after he had a chance to think about
 6   the --
 7            MR. NELSON:  I think you need to back up, I
 8   mean you're going -- let's back up.  What he told him at
 9   the end of the day?
10            MR. ROSE:  Yes.
11            MR. NELSON:  Okay.  Can you answer that?
12            BY MR. ROSE:  (Resuming)
13       Q    Tell us what Mr. Welsh told you was his
14   position --
15       A    Yeah.
16       Q    -- after he had a chance to think about it.
17       A    Yeah, let me answer it this way.  I mean first
18   of all, as I said earlier, I'm not an attorney.
19   Intuitively, to have a personnel discussion with an
20   employee is, to me, kind of sacred, but based on the
21   advice of counsel and the fact that -- based on the
22   advice of counsel that Gary has discussed this matter
```

BENCH, ROBERT

1  with Wes, I'll answer your question.
2           I mean at the end of the day, Gary said that
3  he did not wish to be a partner candidate for a few
4  reasons.  One, he did not wish to be subject to a
5  revenue expectation, i.e., new business generation
6  expectation at the level of 2 to $3 million, which is
7  the general expectation on partners.
8           Second, he wishes to work until he's 62 to 63,
9  which is about the time that his youngest daughter would
10 likely be finished with her education.  Third, he didn't
11 wish to be subject to the requirements of the cash
12 balance plan contributions because they would be large
13 and he said that he already had put away amounts in
14 other retirement schemes when he was a partner at
15 Farmer, Prather & Doolittle.  He said he actually was
16 very happy with his job.  He did wish, if it was
17 possible, to receive the designation of managing
18 director.
19      Q    Could you give us a time frame for that
20 conversation?
21      A    Well, I think we've had it a couple of times.
22      Q    With Mr. Welsh?

211