UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
                                :
C. Westbrook Murphy and         :
Harold Schuler,                 :
           Plaintiffs,          :
      v.                        : Civil Action No.
                                : 02-982 (RL/DAR)
PricewaterhouseCoopers, LLP,    :
et al,                          :
           Defendants.          :
- - - - - - - - - - - - - - - - x
C. Westbrook Murphy and         :
Harold Schuler,                 :
           Plaintiffs,          :
      v.                        : Civil Action No.
                                : 05-1054 (RJL)
PricewaterhouseCoopers, LLP,    :
           Defendant.           :
- - - - - - - - - - - - - - - - x

Washington, D.C.

Friday, November 17, 2006

Deposition of

       WILLIAM J. LEWIS

a witness of lawful age, taken on behalf of the

Plaintiff Murphy in the above-entitled action, before

Edward J. Greenberg, Notary Public in and for the

District of Columbia, in the offices of Heller, Huron,
Chertkof, Lerner, Simon and Salzman, PLLC, 1730 M

Street, Northwest, Suite 412, Washington, D.C. 20036,

commencing at 10:04 a.m.

Page 2

APPEARANCES:

On Behalf of Plaintiff Murphy:

RICHARD A. SALZMAN, ESQ.
Heller, Huron, et al.
1730 M Street, Northwest, Suite 412
Washington, D.C.  20036
202/293-8090

On behalf of Plaintiff Schuler:

DAVID L. ROSE, ESQ.
Rose & Rose, PC
1320 19th Street, Northwest, Suite 601

Washington, D.C.  20036

202/331-8555


On Behalf of the Defendant:


STEPHEN L. SHEINFELD, ESQ.

Winston & Strawn, LLP

200 Park Avenue

New York, New York  10166-4193

212/294-2650


Also Present:


C. Westbrook Murphy, Plaintiff

Page 3

C O N T E N T S

EXAMINATION BY:                                    PAGE

    Counsel for Plaintiff Murphy          5, 111

    Counsel for Plaintiff Schuler         222

FURTHER EXAMINATION BY:

    Counsel for Plaintiff Murphy          270


PLAINTIFF DEPOSITION EXHIBITS:

63 - Excerpt from Road to Partnership                    33

64 - e-mail 11/2/92 from Eggleston                       60

65 - e-mail 4/2/93 from Bogan to Bench and
     Linnenbringer                                       60

66 - e-mail 9/27/93 from Richardson                      68

67 - Memo from Chittenden 6/11/93                        69

68 - Feedback report for Murphy, 2004                    73

69 - Memo 3/21/97 from Bench                             81

70 - Evaluation of D. Albright 3757-61                  112

71 - Evaluation of D. Albright 3753-56                  121

72 - E-mails 4/97 re: request for bonus                 123

73 - E-mails, 3351-3352                                 125

74 - Document                                           134
75 B One page document, PWC1028; e-mail from Mr. Schott,
     Paul Schott, to Darlene Shea.                      150

76 B Two page document, Bates stamped 8845 and 8846     166

Diversified Reporting Services
202-467-9200

Page 4

77 B Document Bates stamped PWC3044 through 3049.
   evaluation of Mr. Murphy's work on the Barclay's
project                                                    195

78 B Proposal for Westbrook to become a managing
   director.                                               209

79 B Document                                              222

80 B Document                                              223

81 B Document                                              224

82 B Document                                              225

83 B Document                                              230

84 B Document                                              232

85 B Document PWC82, 83 and 84                             234

86 B Document dated 9/15/99, PWC3238 through 3240          250

87 B Document                                              275

88 B Document                                              275

89 B Document Bates stamped MURPHY2254 B 2263              279

90 B Two page document, Bates stamped MURPHY88 and 89.
   E-mails 9/25/02 from Mr. Murphy to Elizabeth
   Englehart, and 9/26/02 from David Albright to
   Mr. Murphy                                              283

91 B 2004 PwC Upward Feedback Report for Mr. Lavine        300

92 B Performance appraisal, Bates stamped MURPHY79
   through 83                                              303

93 B Document                                              307

Page 5

```
 1                    P R O C E E D I N G S

 2    Whereupon,

 3                     WILLIAM J. LEWIS

 4    was called as a witness and, having been first duly

 5    sworn, was examined and testified as follows:

 6        DIRECT EXAMINATION BY COUNSEL FOR PLAINTIFF MURPHY

 7             BY MR. SALZMAN:

 8        Q     Good morning, Mr. Lewis.

 9        A     Good morning.

10        Q     My name is Rick Salzman.  I'm one of the

11    lawyers that represents Wes Murphy in connection with

12    his lawsuit against PricewaterhouseCoopers.  We also

13    have here today, in addition to Mr. Murphy, Dave Rose,

14    who you met a few minutes ago, who represents Hal

15    Schuler, who is a co-plaintiff in the case against

16    Pricewaterhouse.

17        A     Right.

18        Q     We're here today for your deposition.  Do you

19    understand that?

20        A     Yes.

21        Q     Have you ever had your deposition taken

22    before?
```

1        Q      Okay.  And what changed at that point?

2        A      We were rotated as auditors of the World Bank.

3    Mandatory rotation.

4        Q      What did you start spending your time on from

5    that point, say August of '97 forward?

6        A      I had a combination of assignments in both RAS

7    and as the audit partner on other financial services

8    clients in Washington.

9        Q      What percentage of your time in say late '97,

10   '98, were you spending on RAS matters?

11       A      I can't recall.

12       Q      Can you ballpark it?

13       A      It would be a guess.

14       Q      Do you think it was less than half of your

15   time?

16       A      It could have been more than half, it could

17   have been less than half; I can't recall.

18       Q      Okay.  Did there come a time when you became

19   the senior partner within RAS or the formal leader of

20   the RAS group?

21       A      Yes.

22       Q      When was that?

Page 42

1        A    When Bob Bench retired on July 1, or June 30,

2    I guess, 2003.

3        Q    Okay.  Can you just describe for me what your

4    duties were as -- what was the title first of all?  Was

5    it senior partner?

6        A    I believe it was managing partner.

7        Q    Managing partner.  What were your duties as

8    managing partner of RAS?

9        A    It was to manage the employees in the

10   regulatory practice, to assist them in pursuing work.  I

11   -- I also oversaw certain engagements.  I had

12   engagement-level responsibility as a partner for certain

13   engagements.

14       Q    Okay.  How did it happen that you were chosen

15   to be the managing partner of RAS?  Just describe the

16   process for me if you could.

17       A    I was approached by my fellow partners.

18       Q    Which partners?

19       A    I was approached by Rick Richardson, Bob

20   Moritz, Tim Ryan and I was asked whether I'd be willing

21   to, you know, serve the partnership by taking on that

22   role.

Page 90

1    A    '97, '98, '99?

2    Q    **Yeah.**

3    A    Capabilities as a professional?  I mean,

4    that's very general.  I'm not sure.

5    Q    **What were your general impressions of him.**

6    **I'm going to narrow it down a little bit, but what do**

7    **you remember your impressions being of Mr. Murphy at**

8    **that time?**

9    A    My remembrance was Westbrook was a team member

10    on a number of projects.  Some of those were projects

11    that I may have been involved in, others were projects

12    that, you know, I knew he was working on just because I

13    would know what people were doing in the group.

14        He played the role of, in some cases, a

15    subject matter expert in a particular area.  In other

16    cases, he would be asked to be a team member, you know,

17    in a more general capacity on the engagement.  If other

18    type of work was outside his subject matter expertise

19    needed to be done, there were times he would do that.

20    Q    **Focusing on that time frame, say the late**

21    **'90s, what areas that you consider him to be a subject**

22    **matter expert in?**

Page 91

1      A    I -- I would say -- again, I'm not -- it's

2   hard to limit my view of Westbrook as a subject matter

3   expert to two years.

4      Q    Okay.

5      A    I look at Westbrook during that period and

6   other periods as having a subject matter expertise in

7   matters regarding laws and regulation, compliance.  It's

8   a -- in my mind, a fairly specific or narrow expertise

9   that Westbrook had and I think he had through the time I

10  knew him.

11     Q    When you say specific or narrow, tell me what

12  you mean by that?

13     A    Well, he was -- he had deep knowledge of

14  federal banking laws and regulations.  He had knowledge

15  of examination and enforcement experience by the

16  agencies, the regulatory agencies in those matters.  And

17  particularly when we got assignments that related to

18  compliance, he was a valuable team member in delivering

19  quality service to our client.

20     Q    Okay.  And how frequently would that come up,

21  that a client would need services related to his areas

22  of expertise?

Page 92

1      A     Not that -- not as frequently as other types

2   of services that we provided.

3      **Q     Like what?**

4      A     Examination around broader -- sorry,

5   consulting services around broader safety and soundness

6   issues related to controls, processes, operating

7   controls, financial reporting controls, regulatory

8   expectations, guidelines that were outside of areas that

9   were more law and regulation areas.

10     **Q     Okay.**

11     A     And the fact of the matter is, most of the

12  work we got, have gotten in my experience, or

13  opportunities we got, were not -- were not -- were more

14  in the area of broader -- those broader categories than

15  in the narrow, more narrow compliance areas where

16  Westbrook was a specialist.  Market demand wasn't as

17  great in those areas.

18     **Q     Did you have the impression that other**

19  **professionals with RAS had expertise in subject matter**

20  **areas that were more broadly part of the RAS practice?**

21     A     I found that there were people who had broader

22  subject matter expertise, and I found that were other

Page 93

1   people who maybe initially didn't but were able to

2   expand their subject matter expertise into adjacent

3   areas more effectively than Westbrook did.

4       **Q    And who do you include in that category?**

5       A    I would include in that category people like

6   Jeff Lavine, David Sapin, Gary Welsh, David Albright,

7   Ken Albertazzi.  I mean, I can name a number of people.

8    Many of our employees who not only would take on a role

9   but would be able to expand their subject matter

10  expertise enough so that they could serve in more

11  functions in engagements than Westbrook was able to do.

12      **Q    And what is your impression about why Mr.**

13  **Murphy, in your view, did not expand his area of**

14  **expertise the way you describe these other employees as**

15  **having done.**

16          MR. SHEINFELD:  Object to the form of the

17  question, but you can answer if you understand.

18      .   THE WITNESS:  I don't know -- it's hard to

19  answer without guessing why.  But people did expand

20  themselves.  People did learn other areas where they

21  could, either through performing an engagement or

22  learning outside of an engagement, where they could

```
 1   widen their subject matter expertise such that they were

 2   more useful in the engagements that we received, and in

 3   some cases they were able to sell and expand existing

 4   engagements more effectively than Westbrook did.  How

 5   they did it, you know, it seemed to be through their

 6   initiative and abilities they did it.

 7            BY MR. SALZMAN:

 8       Q    Okay.  And you put David Albright into the

 9   category, I think, as someone who may have started off

10   with narrower subject matter expertise but then expanded

11   it over time; is that correct?

12       A    I think he has done that.

13       Q    Okay.  And to what areas had he expanded his

14   subject matter expertise as of the time that he was made

15   partner?

16       A    Well, he had -- he had become an expert in the

17   Section 20 business in the Treasury area.  In my mind,

18   to my view, he had.  He had expanded his expertise in

19   that area.  Like I said, I said earlier that I don't

20   recall a tremendous amount of personal interaction with

21   him on engagements in the period prior to him making

22   partner, so I don't have as much insight into what other
```

1  areas he did then.  But since then, I have several

2  others.

3      Q    Okay.  Why don't you just list for me the

4  other areas, since he's made partner.

5      A    I think he's -- and he may have done some of

6  this before he made partner.  It's just like I said, I

7  didn't have the opportunity to observe it.  He's become

8  a recognized expert in internal audit effectiveness.

9      Q    Anything else?

10     A    He also has a -- he has a subject matter

11  expertise that he's developed in governance.

12     Q    What does that mean?

13     A    Helping banks evaluate how their management

14  committees evaluate risk and manage risk, as well as how

15  boards interface with management on those matters.

16     Q    Okay.  Any others that you can --

17     A    I believe that he's become a leader in -- of

18  many of our employees in the area of delivering -- well,

19  identifying, selling and delivering opportunities in

20  consumer compliance space.  And he saw the opportunities

21  in these areas and he went after them and made himself

22  an expert in them and it's proven by the market; they

Page 96

1    buy our services.

2        Q    **Can you explain to me in layman's terms what**

3    **Section 20 Treasury area means?**

4        A    Section 20 was a provision that enabled -- of

5    the law that enabled companies to -- holding companies

6    to operate both banking and securities operations prior

7    to a loosening of the law several years ago.  So there

8    were a series of compliance requirements in order to

9    have the ability to do that and it was a fairly

10   significant amount of business that we were able to

11   capture in helping people understand how they could

12   comply with Section 20 and have both those powers in

13   their holding company.

14       Q    **And it's Section 20 of what?**

15       A    Glass-Steagall, I believe.  I believe it's

16   Glass-Steagall; I'm not sure.

17       Q    **Okay.  And did Wes Murphy have subject matter**

18   **expertise in that matter, as you understood it?**

19       A    I understand that Wes participated in these

20   activities that we had at that time, but I don't believe

21   that Wes demonstrated, either initially or through

22   performing on these engagements, a deep subject matter

Page 97

1    expertise of a type that we were able to sell in the

2    marketplace.

3        Q    And I know you qualified this before.  I'm

4    just going to ask it to you directly.  Is it your

5    testimony that by the time he made partner, David

6    Albright had developed the kind of deep subject matter

7    expertise in the Section 20 area that enabled him to

8    sell in the marketplace?  Or do you just not know.

9              MR. SHEINFELD:  Objection to the form of the

10   question.

11-             THE WITNESS:  Again, I think I indicated

12   before that when he, you know, acquired these different

13   subject matter expertise, what time period, I don't have

14   a clear recollection.

15             BY MR. SALZMAN:

16       Q    I think you also said that you felt he had

17   broadened his area of expertise to include internal

18   audit effectiveness?  Is that right?

19       A    Yes.

20       Q    Just tell me what you mean by that, kind of in

21   layman's terms again.

22       A    Regulators had been particular critical of

Page 99

1   audit function as needing improvement.  And Wes and I

2   helped them to improve it.

3         Q     Okay.  And what role did Wes play on that

4   project?

5         A     I can't -- I can't recall the division of

6   responsibility that Wes had versus me.

7         Q     Do you remember whether he supervised you or

8   you supervised him or anything like that?

9         A     I can't recall.  I think of us working as a

10  team, but I can't recall.

11        Q     Did you have an impression at that time about

12  how he performed on that project?

13        A     My recollection was we both did a good job.  I

14  can't recall much more.  I know the client was happy

15  when we were finished.

16        Q     Do you remember any other examples of projects

17  where you know that Mr. Murphy was working on an

18  internal audit --

19        A     Internal audit effectiveness?  I don't recall

20  others.  I'm not sure Westbrook leveraged, you know,

21  that.

22        Q     What do you mean when you say he didn't

1   **leverage it?**

2       A      In other words, the experience.  If he gained

3   the experience there to become a better advisor,

4   consultant with regard to internal audit effectiveness,

5   I didn't see it in future activities that Westbrook had

6   in the group.  He wasn't out selling internal audit

7   work.  He wasn't delivering it to the scale that a guy

8   like David was.  When David got his first taste of it,

9   he found a way to leverage it into something that added

10  profits to our business.

11          Westbrook did it.  He did a good job.  But he

12  didn't take it and make it part of his repertoire of

13  sales and, you know, execution activities the way other

14  people did.  And that's what I meant by expanding

15  subject matter expertise that some people do better than

16  others.

17      **Q      Prior to today, have you ever told Mr. Murphy**

18  **that that was your impression, that he did not**

19  **effectively leverage some of the skills that he had**

20  **acquired?**

21      A      I believe Westbrook and I talked about his --

22  the opportunities he had to do more than he was doing,

Page 102

1      Q    Okay, fine.  Is that your view that, when he

2   first started, he had a narrower range of expertise than

3   Mr. Murphy?  He started as a law clerk, right?

4      A    Yeah, he did.  But he also was a CPA before he

5   came.  So it's hard to compare and say one was narrower

6   than the other.

7      Q    Okay.  What areas did he effectively expand

8   his subject matter expertise into?

9      A    Well, I believe he has very effectively

10  expanded his subject matter expertise into areas like

11  anti-money laundering, foreign bank regulation, consumer

12  compliance.  And then there are, you know, more discrete

13  -- more graduated elements of those; those are broad

14  categories.  Internal audit services.

15     Q    It's the same area that you're talking about

16  with --

17     A    Slightly different.  It's more -- it's

18  supporting internal audit departments in carrying out

19  their work, rather than evaluating their effectiveness.

20     Q    Any other major areas?

21          MR. SHEINFELD:  Objection to the use of the

22  word "major"?

1          BY MR. SALZMAN:

2      **Q     Any other that you consider to be significant?**

3      A     Again, those are broad categories.  I'd say

4  they -- they're broad categories.  Below them are a

5  number of subcategories, so I guess I started at a

6  fairly high level in my explanation.

7      **Q     Okay, what are the subcategories that --**

8      A     Well, you know, under anti-money laundering,

9  there is, you know, Bank Secrecy Act and know-your-

10  customer requirements.  Under internal audit services,

11  there are both regulatory related services as well as

12  other firm services in the area of treasury, risk

13  management.  Like I was talking about with Albright.

14  Governance.  You know, the needs of financial

15  institutions for evaluation of their controls and risks

16  and compliance procedures in a whole variety of areas is

17  what we deliver under internal audit services.

18          So Lavine has led -- you know, helped win and

19  lead significant engagements in internal audit services.

20   They cover a multitude of those areas.  Some of those

21  he's executed himself and some he's helped sell and

22  deliver.  So it's a very long list of subcategories.

Page 104

1      Q      Okay.   Would you say that Mr. Murphy had

2   subject matter expertise to include government

3   regulation of the accounting profession?

4      A      Yes.   Yes.

5      Q      And would you say particularly with respect to

6   regulation by banking agencies?

7      A      Yes.   But that's an internal -- we don't sell

8   those services.   That's -- he helped our firm understand

9   the regulation by those entities of our business.

10      Q      And that doesn't contribute to the sale of --

11      A      No.

12      Q      Why not?

13      A      Because it's -- this has to do with, how do we

14   comply with regulatory expectations as a business, not

15   how do we sell services.   So it's -- he provided --

16   definitely provided subject matter expertise to our

17   firm.

18      Q      With regard to foreign banks, did the Federal

19   Reserve in the late '90s issue guidance about when a

20   bank would need to have special audit procedures?

21      A      Yes.

22      Q      And did Mr. Murphy prepare procedures -- those

1    Q    And how did he perform in that function?

2    A    He did a good job.

3    Q    With respect to any projects that you recall

4    working directly with Mr. Murphy on, how would you

5    describe his performance on the roles that he actually

6    fulfilled?

7    A    On tasks that, you know, Westbrook had to do,

8    he took them very seriously, he worked very hard on

9    them, and the product he delivered in the areas where I

10   was involved was a very good product.

11   Q    Okay.  Did you consider him to be a hard

12   worker?

13   A    I think Westbrook worked hard at any task that

14   he was given.  But I think Westbrook's track record over

15   the time that I've known him was that he didn't -- he

16   wasn't always working hard.  He was often not

17   productively, you know, engaged.

18   Q    What did you believe the reason for that was?

19   A    I believe part of it was the narrowness of the

20   subject matter expertise that he had.  I believe part of

21   it was that, as I said earlier, he didn't take the

22   opportunity to broaden his subject matter expertise into

Page 107

1    other areas.  I don't -- there were not significant

2    sales efforts on Westbrook's part where he sold work

3    that he could deliver.  So he generally needed someone

4    to provide him with the work that he would have to do --

5         Q    **What's the basis of your statement?**

6              MR. SHEINFELD:  You're stepping on the back of

7    his answer.

8              THE WITNESS:  I think I've --

9              BY MR. SALZMAN:

10        Q    **I'm sorry.**

11        A    No, that's okay.

12        Q    **I did interrupt you, Mr. Lewis.**

13        A    That's okay, I think I was finishing.

14        Q    **Okay.  So you've listed for me what you**

15   **believe to be the reasons for your impression that Mr.**

16   **Murphy was not always working hard; is that fair?**

17        A    I'm not -- I can't recall the question.  The

18   question you asked, I thought I answered.  But I'm not

19   sure --

20        Q    **If that was the question?**

21        A    If that was the question you asked me.

22        Q    **Were you trying to describe why you felt like**

Diversified Reporting Services
202-467-9200

Page 108

1  he was not always fully engaged?  Is that a fairer way -

2  -

3       A    I'm sorry, I can't remember the question.  Do

4  you want to read the question back and then we can make

5  sure I got it right?

6       Q    That's okay.

7       A    I'm sorry, I just can't remember your

8  question.

9       Q    It's all right.  You made the statement that

10 you did not believe -- I believe something like, and I'm

11 not trying to quote you, you did not believe that Mr.

12 Murphy was effective in terms of sales; is that right?

13      A    Yes.

14      Q    Is it your testimony that that was your

15 impression of him at the time?

16           MR. SHEINFELD:  At which time?

17           THE WITNESS:  What time, yeah.

18           BY MR. SALZMAN:

19      Q    Let's say in the mid- to late 1990s, was that

20 your impression of him at the time?

21      A    Again, it's hard for me to parse my

22 recollections into time periods.  It really is.  I can't

1    say in the '90 time period my relative impression of

2    Westbrook in that area versus later or before that.

3            I just -- my -- my impressions are based on

4    our records of people's productivity and chargeable

5    time.  And so when we're talking about selling work and

6    delivering work, I -- my recollections were that

7    Westbrook was not selling work.  Westbrook was not

8    selling work that he would execute and that would

9    provide him with the more productive type of time that I

10   would have expected.

11           Q    Okay.

12           A    And Westbrook was getting his work from larger

13   opportunities that someone else had sold and identified.

14           Q    **When you said you got that impression from**

15   **records that you had reviewed.  Is that right?**

16           A    Well, reports on people's utilization, as well

17   as the self-assessments that our employees do as part of

18   their annual review process.

19           MR. SALZMAN:  Does anyone have a working

20   watch?  Mine stopped.  Should we take a lunch break now

21   and reconvene at 1:30, something like that?  Does that

22   work?

Page 149

1    as a managing director, did not, what he did, what Bob

2    was referring to, so I can't give you a point of view.

3              BY MR. SALZMAN:

4        **Q    Okay.  Do you see the next sentence?  It says**

5    **"He generates sales," and then there's a number that**

6    **appears to be impossible to read.**

7              MR. ROSE:  It's $5 million.

8              BY MR. SALZMAN:

9        **Q    I believe it is $5 million.  I'll represent**

10   **that to you.  "He oversees large engagement revenues,**

11   **and he deals with the executive vice president level**

12   **continually at clients, and at the partner level**

13   **internally."**

14             **Do you see that?**

15       A    I do.  I see what's there.  I can't read it

16   either, but I see what's there.

17       **Q    If you just assume for the moment that the**

18   **number there is $5 million, do you have any reason to**

19   **believe what the e-mail says is not true?**

20             MR. SHEINFELD:  Objection to form of the

21   question.

22             THE WITNESS:  I can't take a point of view on

Page 150

1    it.  I know nothing about the facts.  Anything I said

2    would be speculation one way or the other.

3            BY MR. SALZMAN:

4        **Q    Do you remember finding out what happened with**

5    **respect to the proposal to promote Mr. Murphy to**

6    **managing director at that time?**

7        A    Like I said, I think I indicated earlier that

8    I can't recall whether I even knew about it.

9        **Q    Did you ever learn what happened in respect to**

10   **it?**

11       A    I learned when we were doing the latest

12   managing director proposals, that it did not happen.

13   That's all I know.

14       **Q    Okay.  This will be marked as Exhibit 75.**

15                           (Deposition Exhibit No. P-75

16                           was marked for

17                           identification.)

18           **BY MR. SALZMAN:**

19       **Q    I'm showing you Deposition Exhibit No. 75.  It**

20   **is an one page document, PWC1028.  It's an e-mail from**

21   **Mr. Schott, Paul Schott, to Darlene Shea.  It's dealing**

22   **with the same subject matter, the managing director**

Diversified Reporting Services
202-467-9200

Page 155

BY MR. SALZMAN:

2      Q    You have never heard from any source that Alan

3  Schott was informed that if he elected to stay at

4  PriceWaterhouseCoopers, that his compensation would be

5  reduced?

6      A    I don't recall ever hearing that about Alan

7  Schott.

8      Q    Were you involved in any way in the evaluation

9  of his performance?

10     A    Of Alan Schott?

11     Q    Yes.

12     A    No.

13     Q    How did you first learn that Dave Albright was

14  a candidate for partner in the 1999 time frame?

15     A    I don't recall how I first learned of that.

16     Q    Were you involved in any discussions in say

17  either in the 1998 or 1999 time frame about creating

18  another partner or making another partner within RAS?

19     A    We talked all the time about, you know, where

20  the practice was headed, what was the up side potential

21  of the practice, and then, you know, looked at the

22  employees to decide who might be the best candidates if

Page 156

1    there was room, and the practice had growth potential.

2        Q    Who looked at the employees within the

3    practice to decide who were the candidates?

4        A    As I mentioned earlier, the committee

5    structures varied year to year.  I think I indicated

6    earlier that I was on certain committees some years and

7    on other years, I wasn't.

8            People on those committees would evaluate

9    performance, the relative performance of our employees,

10   and then if there was an opportunity, the partners in

11   the group would talk about who are the strongest

12   candidates in terms of perpetuating the practice,

13   meeting the strategic goals we had in the practice, if

14   those goals seemed like they would make room for another

15   partner.

16       Q    How was that information recorded, if at all?

17   Was there anybody who would have the responsibility to

18   keep track of who the stronger candidates were?

19       A    Again, I think it varied over time.  I can't

20   recall exactly what process was in place when Dave was

21   being considered.  I can't recall whether there were

22   lists.  I just can't recall.

Page 157

1    Q    Try to focus on any conversations relating to

2    David Albright, prior to the time that you learned he

3    was a formal candidate for partnership.

4         Do you remember having any discussions with

5    Bob Bench?

6         MR. SHEINFELD:  Objection to the form of the

7    question, and use of the term "formal."

8         THE WITNESS:  Does "formal" mean --

9         BY MR. SALZMAN:

10   Q    He was sponsored.  Is there a step in the

11   process where a candidate is actually sponsored to

12   become a partner by another partner?

13        MR. SHEINFELD:  Objection to the form of the

14   question.  Sponsoring a partner by another partner?  I

15   don't think so.

16        BY MR. SALZMAN:

17   Q    I said "sponsored to become a partner by

18   another partner," I believe.  Is that clear to you?

19   A    Yeah.  Again, I can't state exactly what was

20   in process when Albright was put into the process,

21   because our process does change from time to time, or it

22   has changed over time.

Page 158

1          Most of the time, someone was designated as

2    the sponsor of the partner candidate.

3          **Q    I'm assuming what you were telling me before**

4    **was even before somebody is actually sponsored, that the**

5    **partners may talk about hey, if we have a vacancy, here**

6    **are the stronger candidates; is that true?**

7          MR. SHEINFELD:  Objection to form of the

8    question.  Mischaracterizes prior testimony,

9    particularly with use of the term "vacancy."

10          THE WITNESS:  I don't think I said we had

11   vacancies.  I don't think that's right.

12          BY MR. SALZMAN:

13          **Q    That's fine.  Let me take the word "vacancy"**

14   **out of that.  Is it accurate to say that prior to the**

15   **time that someone was actually sponsored to be a**

16   **candidate, that the partners would meet and talk about**

17   **who they wanted to sponsor?**

18          A    The partners would talk periodically about two

19   things, the business prospects, both internal need and

20   external need, revenue generating, internal need, if

21   that was there, and then the relative capacity we had of

22   the existing partner ranks, what we thought the need was

Page 159

1    going to be.

2              If we saw that the need would be sufficient to

3    believe that we had the basis to generate the revenue

4    and leverage a team to support another partner, we would

5    definitely talk about who would be the best candidates

6    to fill that position.

7              That's done in our practice and every

8    practice.

9         Q    **Great.  You're talking about now amongst the**

10   **partners in RAS?**

11        A    It would be partners within RAS.  Again, I

12   mentioned earlier, I'm not certain I was in RAS or not

13   RAS.  These distinctions are important in some regards

14   and other regards, they are not.

15              The partners who were really in RAS would have

16   that objective, and in some cases or in all cases, they

17   would talk to other partners who are close to them about

18   the viability of the business case that they saw, you

19   know, that there was going to be growth in the business,

20   and they would also maybe talk about the individuals who

21   they thought were the potential candidates.

22              So, yes.  There were discussions, but whether

Page 173

1    his career aspirations?

2        A     I don't recall Westbrook and I talking about -

3    - I remember talking about the managing director

4    opportunity recently with Westbrook, you know,

5    strategizing with him on that.

6             I recall talking about something that was

7    alluded to in one of the earlier documents, about trying

8    to rally the lawyer group, you know, to build up the

9    lawyer group, and to manage it, you know, in a way that

10   maybe allowed it to grow.

11       Q     For him to manage it?

12       A     For Gary, Westbrook, Alan, whoever was there,

13   to actively help us, you know, identify good candidates

14   in the marketplace, and then find ways to deploy them

15   into existing opportunities we had or even to coordinate

16   with the litigation support group or other groups where

17   we had attorneys, you know, to try and play across more

18   with other attorneys in our practice.  We had

19   discussions about that.

20       Q     Did Wes Murphy ever talk to you about his

21   interest in a partnership?

22       A     I don't recall -- I'd have to say there are

Page 174

1   very few employees in the firm that I haven't had a

2   conversation with about partnership.  It's a natural

3   conversation.

4           I don't recall having a conversation with Wes

5   about his interest in being a partner in a way was like

6   how do I make it happen.

7       Q    What do you remember about your conversations

8   with him about the issue of partnership?

9       A    I don't.

10      Q    You don't remember anything?

11      A    Not prior to what I was just describing, which

12  was when he had something, I believe, written in one of

13  his plans that he had an interest in the last few years

14  in being a partner, and at that time, I had a

15  conversation with him about it.

16          Prior to that, I don't recall any

17  conversations like the one I had with him at that time,

18  where he was interested in, where do I stand, what would

19  it take, you know, what should be my goals in trying to

20  become a partner.

21          I don't recall any conversations like that

22  prior to that.

Page 175

1     **Q      The one discussion you are referring to, when**

2   **did that take place?**

3      A      I don't recall exactly, but it was in the last

4   several years.

5     **Q      Can you ball park it for me?  2002?  2003?**

6      A      I would say it was in there, one of those

7   years, 2004.

8     **Q      And what did he say to you at that point?**

9      A      I seem to recall he had started to insert into

10  his plan a number of items related to his feelings, you

11  know, claims against the firm or feeling the firms

12  weren't treating him properly regarding -- I can't

13  remember exactly what it was, but he started to

14  introduce things that weren't about here's how I'm going

15  to go out and serve the clients into his plan, and one

16  of them was all right, I want to be a partner.

17           At that time, we had a discussion about what

18  the prospects were.

19    **Q      Tell me about that discussion, if you can**

20  **recall.**

21     A      I can't recall all the details.  You know, the

22  gist of it was that the process, the elements of what I

Page 176

1  think it would have taken would have been he would have

2  had to demonstrate sustained performance, sustained high

3  rate  performance overall evaluations, which to that

4  point, I don't believe he really had, so that would be a

5  development point.  He would have to do that.

6         He would also have to -- there was a year

7  recently before that where he had a very large amount of

8  time that was not just non-chargeable, it was not

9  accounted for.  It was like 1,100 hours.

10         I remember telling Westbrook at that time that

11  was a problem, that sort of thing couldn't happen again,

12  and wasn't directionally consistent with what we would

13  expect of a partner, to be idle for 1,100 hours without

14  any record of what they did.

15         I remember having that discussion with

16  Westbrook.

17     Q    **What else do you recall about that**

18  **conversation?**

19     A    I also said that I felt that he would have to

20  demonstrate something where he was developing client

21  relationships to get work, getting repeat calls.  You

22  know, helping us appreciate that he could sustain

Diversified Reporting Services
202-467-9200

Page 177

1    himself and a group of people as a partner, which is

2    what we need to do.

3           We have to keep ourselves productively

4    employed as well as a group of people below us.  He

5    would have to be able to demonstrate that.

6           I think as I stated earlier, I didn't think he

7    had shown that.  Those were among the comments I had.

8        Q    **What else do you remember about that**

9    **conversation?**

10       A    That's all.  I think that's about what I

11   remember.

12       Q    **What did he say?**

13       A    I don't recall exactly what Westbrook said, to

14   be honest.

15       Q    **Did you document that conversation in any**

16   **fashion, any kind of note, memo to the file, anything?**

17       A    I can't recall.  There were times when we had

18   a documentation process for coaching and things like

19   this, that was more formal than others, and I can't

20   recall what was in place at that time, and whether I

21   documented it.

22       Q    **You were supposed to document it; right?**

Page 178

1          MR. SHEINFELD:  Object to the form of the

2    question.

3          THE WITNESS:  I don't know at that time what

4    the documentation requirements were.

5          BY MR. SALZMAN:

6      Q      In the 2002/2003 time frame, you don't know

7    what the documentation requirements were?

8      A      I don't remember exactly what they were, and I

9    don't know whether or not -- I just don't have any

10   recollection.

11     Q      You don't have any memory one way or the other

12   whether you did document it?

13     A      I don't have a memory.

14     Q      You haven't seen a document that reflects that

15   conversation, have you?

16     A      I don't recall whether I saw one.

17     Q      You said there was an 1,100 hour block of time

18   that was not accounted for.  Tell me what you meant by

19   that.

20     A      Each employee, at this time, would create a

21   development plan and would lay out what their goals

22   were, and then they would say here's what they did

Page 179

1  against those goals.

2         My recollection was that we had a discussion

3  at the review committee about the fact that we didn't

4  have any support for Westbrook's -- 1,100 hours of

5  Westbrook's time.

6         I can't recall whether initially it was

7  because we didn't have the development plan completed

8  for Westbrook, by Westbrook rather, that he didn't

9  complete it, or that he did complete it and that it

10 couldn't explain what he was doing for 1,100 hours.

11        It was an issue, a significant issue, which

12 after the process, I told him he couldn't expect to be

13 evaluated as a high performer and have the kind of

14 objectives that he was starting to articulate about

15 making partner if he had over half of his year

16 unaccounted for.

17     **Q    What position was he occupying at that time?**

18 **What was his title?**

19     A    I don't recall.  Like I said, I don't recall

20 which year it was, so I don't really recall what title

21 he had.

22     **Q    Was it before or after he was promoted to**

Page 180

1   managing director?

2       A    I can't recall.

3       Q    Do you have any idea?

4       A    No.

5       Q    He was promoted to managing director in the

6   Fall of 2004.  With that as a benchmark, what's your

7   best memory?

8       A    I'm sorry.  I really can't recall, even what

9   year he was promoted to managing director.  I'm sorry.

10  I don't have a recall of those years specifically.

11      Q    Did you ask Mr. Murphy to provide you with

12  information about what he was doing during that 1,100

13  hour block of time?

14      A    I believe I did; yes.

15      Q    And what did he say?

16      A    I don't recall what I got back, but I do

17  believe I asked.  I mean, it was an incomplete record.

18  In addition to my concern about the fact that was a

19  hinderance to Westbrook and his objectives, we had an

20  incomplete record.

21           I told him that.  I don't recall what we got

22  back.

Page 181

1     Q     Did you document in any fashion this issue,

2     about the 1,100 missing hours?

3     A     I don't know how it was documented.  It was

4     discussed at our review committee.  How it was

5     documented, I can't remember who was his file reviewer.

6     Q     You haven't seen any documentation that

7     discusses that?

8     A     I can't recall if I saw any documentation.

9     Q     Did you believe that Mr. Murphy's interest in

10    being a partner was genuine?

11    A     Frankly, no; I don't.

12    Q     Why?

13    A     I thought that he was raising it, you know, in

14    concert with the action he was taking, frankly.

15    Q     You thought it was just part of his legal

16    claims?

17    Is that what you're saying?

18          MR. SHEINFELD:  Objection; asked and answered.

19          THE WITNESS:  I don't know what his legal

20    motives were.  I'm saying that I didn't think it was --

21    I responded to your first question the way I felt.

22          BY MR. SALZMAN:

Diversified Reporting Services
202-467-9200

Page 182

1      Q      In the years, say 1996, 1997, up through 2001,

2    did Wes Murphy ever talk about being a partner?

3      A      I don't have a recollection of a discussion

4    like the one we had.

5      Q      That wasn't what I asked you.

6      A      Okay.  I said earlier --

7             MR. SHEINFELD:  Objection --

8             THE WITNESS:  I've answered your question then

9    before.  I've already answered your question.

10            BY MR. SALZMAN:

11     Q      Did he ever --

12     A      I said I don't remember --

13     Q      Do you remember him ever talking about --

14     A      I think I said earlier that I don't recall

15   specific conversations with Westbrook.

16     Q      Did he ever tell you that he was not

17   interested in being a partner?

18     A      I don't recall that either.

19     Q      Did you form the impression in the 1997/1998

20   time frame that he was not interested in being a

21   partner?

22     A      I can't recall exactly what impression I had

Page 183

1    at that time.  In that time frame, I don't know if I had

2    an impression one way or another about Westbrook's

3    interest in the 1997/1998 time frame.

4        Q    In the period leading up to the proposal to

5    make David Albright a partner, did you talk with any

6    other partners about Wes Murphy as a partner candidate?

7        A    I don't recall having any conversations about

8    Westbrook.

9        Q    What was your sense of how old Mr. Murphy was

10   say in the 1999 time frame?

11       A    I don't really know that I knew what his age

12   was at the time.

13       Q    Can you ball park it at all?

14       A    No.  I really couldn't.

15       Q    Couldn't say, for example, whether he was in

16   his early 30s?

17            MR. SHEINFELD:  Objection to form; asked and

18   answered.

19            THE WITNESS:  I didn't know what his age was.

20            BY MR. SALZMAN:

21       Q    You knew he was in his mid to late 50s; is

22   that fair to say?

Page 189

1    three cases, that's why they were extended.  All three

2    were client situations.

3          BY MR. SALZMAN:

4      **Q    Who was the client with respect to Kevin**

5    **Gaynor?**

6      A    Prudential Insurance.

7      **Q    Who was the client with respect to Gary**

8    **Dormbush?**

9      A    MasterCard International.

10      **Q    How about Dean Secord?**

11      A    It was a big insurance company.  I'm sorry.

12   It escapes me.  Philadelphia based.  There are a couple

13   there, and I can't remember which one it was, but it was

14   one of the large insurance companies in Philadelphia.

15      **Q    Have you ever heard any partners talk about**

16   **age as a factor in considering applicants for**

17   **partnership?**

18      A .  No.

19      **Q    Have you ever heard any partners express an**

20   **interest in having younger employees generally as**

21   **partners?**

22      A    No.

Page 192

1      Q     Where was he working at the time,

2 organizationally?

3      A     He was in the regulatory group.

4      Q     Were you serving as the managing partner of

5 RAS?

6      A     I don't believe I was at the time.

7      Q     How about Keith Olson, when did you sponsor

8 him?

9      A     Currently.

10      Q     That's going on now?

11      A     Yes.

12      Q     Where does he work?  What organizational unit?

13      A     He's in the banking practice, mortgage banking

14 group.

15      Q     Roughly, how old would you say Ric Pace was

16 when you sponsored him for partnership?

17      A     I really don't know.

18      Q     Give me a ball park.

19      A     I think he's in his 30s or 40s, but I really

20 don't know.

21      Q     When you just see somebody on the street, do

22 you think you have the capacity to identify a general

Page 193

1    **age?**

2            MR. SHEINFELD:  Object to the form of the

3    question.  It's the same badgering being continued.

4            THE WITNESS:  I don't guess people's ages.  It

5    isn't a factor in the process we're talking about.  It's

6    not relevant to me how old they are, if they're

7    qualified candidates, then I'm interested in sponsoring

8    them.

9            BY MR. SALZMAN:

10       Q    **How about Keith Olson, how old would you say**

11   **he was at the time you sponsored him?**

12       A    I don't know.  Similar to what I said for

13   Pace.  Probably somewhere in his 40s, I think.

14       Q    **Any idea how long he has been at PwC?**

15       A    I can't say exactly because he's been in and

16   out of the firm.

17       Q    **How long were the retirement deferrals for**

18   **Messrs. Gaynor, Dormbush and Secord?**

19       A    Gaynor was for two one year deferrals.

20   Dormbush, I'm not sure how long Dormbush's has been.  I

21   don't know how long Secord's was for.

22       Q    **Did you ever see an e-mail from Dennis Nally**

Page 211

1    of Mr. Murphy; is that right?

2        A    Yes.

3        Q    Did you understand when you submitted this

4    document that it was submitted in connection with a

5    proposed personnel action for Mr. Murphy?

6        A    No, I didn't understand that.

7        Q    Did you understand that it was submitted for

8    the purpose of proposing to promote him to managing

9    director?

10       A    I came to Westbrook and asked him if he wanted

11   to become managing director, and he said yes.  We

12   proceeded in a proposal.

13       Q    A proposal to promote him to managing

14   director?

15       A    Exactly; right.

16       Q    It would be a promotion that would affect his

17   pay and his position within the firm; right?

18       A    Yes.

19       Q    You took that seriously; right?

20       A    Very seriously.

21       Q    Is the partners' sponsor section that you

22   signed and submitted to the firm accurate?