# Exhibit A

| | |
|---|---|
| To | Jim Walls through Chuck Loew |
| From/Location | Bob Bench |
| Date | May 4, 1994 |
| Re | Elevation of C. Westbrook Murphy |

This proposes that C. Westbrook Murphy be elevated to the position of Managing Director on July 1, 1994. I regret the delay in this request, but as you know, I have been in Europe accompanying the study team from the People's Bank of China.

The primary reasons for elevating Westbrook to Managing Director are:

- To recognize Westbrook for his performance;
- To clarify his supervisory responsibilities for the Compliance Unit in RAS;
- To enhance RAS marketing and image projection.
- To match the levels of people Westbrook deals with; and
- To permit a rational organization structure for RAS.

RAS continues to grow as a key national support unit to FSIP-US and FSIP-PWWF. In addition, RAS continues to be commercially successful with CP at about $6MM over the last six years and with association with some $40MM in engagements over that time. RAS now is relied on by the National Office for banking RAP and legal matters. RAS continues to be called on to sort-out troublesome situations internally as well as at clients. The China Project poses an additional extraordinary requirement.

To service this growing business, the RAS professional staff has grown from one to eighteen during this six years. While our staff members continue to be multi-disciplinary in their capabilities and flexible in their assignments, the growth of our business and staff has required an organizational structure built around our three senior people and broad specialties: Hal Schuler for treasury functions and international banking, Paul Kurgan for credit, and Westbrook for compliance.

Westbrook Murphy now serves essentially as a Managing Director, supervising our compliance work and dealing regularly with PW partners, partners of law firms, national trade and professional organizations, top regulators, and industry EVPs. His responsibilities correspond to those of Hal and Paul, who last year formally were recognized as Managing Directors. This proposal to elevate Westbrook's title to Managing Director accords him similar recognition

Thank you for your consideration in this matter.

Defendants'
EXHIBIT NO. 16
KY 4/23/03

00141