# Exhibit B

 

**Memorandum**

| | |
|---|---|
| To | |
| From/Location | Bob Bench |
| Date | March 13, 1995 |
| Re | C. Westbrook Murphy |

I request that, effective July 1, 1995, C. Westbrook Murphy be designated as Managing Director for Regulatory Advisory Services with a salary of $_____.

This designation appropriately would recognize both the quality of Westbrook's performance and the role he performs for RAS.

The quality of work produced by Wes and those he supervises uniformly is superb.

— At American Express Bank, Ltd., for example, Wes managed a worldwide survey of its compliance and wrote a report that — according to an officer of the parent corporation — provided American Express with significant, previously unrecognized information about its operations. The quality of his work product augmented our reputation from earlier work for American Express, and has led to discussions of another major project.

— At First Union, Wes's staff, under his active on-site and off-site supervision, conducted a compliance diagnostic as part of an MCS project. They produced a timely and well received report that both materially assisted the client, and saved the engagement for Price Waterhouse when the client became highly critical of our MCS colleagues for missing their deadlines. The client was impressed sufficiently to ask RAS staff to undertake other projects that also were well performed, and quadrupled our original engagement time.

— Other clients for whom Wes and his staff have completed or contributed to successful engagements include Barclays/BZWSI, NatWest Markets, Unibanco, and Fleet Mortgage. In each instance they have provided the client with perceptive, focused, and well appreciated advice.

These engagements reflect the growing importance of compliance to our clients and to our practice. Because of the compliance team that West has built and supervised, we are in an excellent position to take advantage of this ever-increasing demand. So far



DEFENDANT'S EXHIBIT 79

Page 2
March 13, 1995

in 1995, Wes and his team cranked out five proposals in one four week stretch: one accepted, one lost on price, and three still pending.

This practice is having a good year financially. Westbrook's own y-t-d billable time totalled about $130,000 as of December 31, 1994 -- his best since joining the firm. As of the same date, the billable time for Wes and those he regularly supervises totalled just over $500,000 -- putting them on track for a million dollar year.

Within both the RAS and FSIP practice, Wes is a consistent resource for handling knotty or complex problems. Most recently, for example, he resolved a serious dispute between our engagement teams and the New York Federal Reserve about financial statement disclosure of Federal Reserve orders. In another instance, Wes resolved a unique question arising when the FDIC assessment fees paid by one of our audit clients was being audited by FDIC. He also worked with WNTS in devising a tax timing strategy for the payment of FDIC assessments. His regulatory knowledge consistently adds value to our audit and other engagements.

Wes's professionalism and competence permits him to work with a high degree of independence. His reports, proposals, and other written materials seldom need editing. Instead, he serves as our resident reviewer of materials prepared by others. He recently edited all of the articles prepared for the Price Waterhouse supplement to the Bank Securities Journal. My own confidence in Wes's judgment and experience permits me to rely on him to manage the office in my absence and otherwise act when necessary as my deputy.

Wes also should be recognized for his invaluable contributions to staff development. He strikes an excellent balance between giving his staff the supervision needed to assure proper management and quality, and allowing them sufficient independence to grow both technically and in assuming client service responsibilities.

Finally, the RAS staff is organized into three components: Credit, headed by Paul Kurgan; International and Treasury, headed by Hal Schuler, and Compliance, headed by Wes. Each carries the responsibility of a managing director: supervising staff and engagements, marketing our services, and representing us both inside and outside of Price Waterhouse. Hal and Paul already are already recognized as managing directors. Wes's performance and responsibilities dictate that he too should be a managing director.

Murphy-00150