# Exhibit E

DISTRICT OF COLUMBIA
OFFICE OF HUMAN RIGHTS

IN THE MATTER OF

C. WESTBROOK MURPHY, )
)
    Complainant )
)
v. )  Docket No.: 01-060-P(CN)
)
PRICEWATERHOUSECOOPERS LLP, )
)
    Respondent. )
)

## AMENDED DISCRIMINATION COMPLAINT

I, C. Westbrook Murphy, amend my charge that Respondent has discriminated against me in my employment on the basis of my age.

THE PARTICULARS ARE:

1. Respondent again refused to consider me for promotion to partnership since Complainant filed his original charge in March 2001. In June of each year, Respondent announces its decisions to admit certain employees to the partnership, effective July 1. During the 2001 promotion cycle, as in prior years, Respondent refused, because of his age, to consider Complainant for promotion to partnership. As in prior years, many younger employees were promoted to partnership, effective July 1, 2001.



Defendants'
EXHIBIT NO. 6
KY  4/23/02

Complainant, being duly sworn, deposes and says, that he is the Complainant herein, that he has read the foregoing Complaint and knows the contents thereof; that the same is true of his own knowledge, except as the matters therein stated on information and belief, and that as to these matters he believes the same to be true.

*C. Westbrook Murphy*
C. Westbrook Murphy
Complainant

Subscribed and sworn to before me on this 19 day of September 2001, 2001.

*Shirley K. Davis*
Notary Public

SHIRLEY V DAVIS
Notary Public, District of Columbia
My Commission Expires March 14, 2003

My commission expires:

-2-