# Exhibit F

PK 102

# Industry Partner Candidate Proposal
## for July 1, 1999

Status:   Available for Canvass

INDUSTRY / GROUPING:    FSIP

Year of Candidacy:   ● Current Year
○ Next Year

## I. BACKGROUND

| | | |
|---|---|---|
| Last Name: | Schuler | Photo Image of Candidate: |
| First Name & MI: | Harold D. | |
| Age at 7/1/99: | 54 | |
| Work Office: | Washington D.C. - 770 | |
| Assigned Office: | FSIP - 539 | |

| | |
|---|---|
| Region: | East |
| Service Line: | ABS |
| Primary Market: | FSIP |
| Market Segment: | Banking & Thrifts |
| Yrs. at PW at 7/1/99: | 10 years, 9 months |

| Education: | College | Major | | Year |
|---|---|---|---|---|
| Undergraduate | North Dakota State University | Economics & Business | BS | 1966 |
| Graduate | Harvard University | Public Administration | MPA | 1983 |

CPA:   No    If Yes, indicate state(s) and expiration date(s) below:

## II. SUMMARY OF PRIOR BUSINESS EXPERIENCE

Farm Credit Administration - Deputy Director of Analysis     11/86 - 9/88
Institute of International Finance - Director, Latin America     1/85 - 8/86
Comptroller of the Currency - Director, International Division     12/74 - 1/85

## III. SUMMARY OF PW EXPERIENCE

Managing Director   July 1993
Director            July 1992
Senior Manger       October 1988

Industry Partner Candidate Proposal for Harold D. Schuler1                          06/19/98.

Indicate if candidate will have less than 3 yrs. of service with PW at July 1, 1999:   No
(If Yes and admitted, candidate will, pursuant to policies established by the Policy Board as set forth in PAR 015.01, be required to waive, for a three year period, the provisions of Section 7.03 of the Partnership Agreement concerning mandatory withdrawal.)

## IV. PW STATISTICAL HISTORY

| Year | Chargeable hours managed | Number of engagements managed | Candidate's chargeable hours | Major reason(s) for deviation from standard |
|---|---|---|---|---|
| 1998 | 7,350 | 3 | 771 | As of 3/98 |
| 1997 | 17,350 | 2 | 1,819 | |
| 1996 | 14,460 | 6 | 1,518 | |
| 1995 | 12,050 | 3 | 1,265 | |
| 1994 | 13,800 | 5 | 1,449 | |

Classification-Weight-Performance Rating (per salary schedule):

| Fiscal Year | Classification |
|---|---|
| 1999 | 23-2-1 |
| 1998 | 23-2-1 |
| 1997 | 23-2-1 |

## V. CLIENT/PROJECT SUMMARY

Chargeable hours at June 30,

| Client/Project | Engagement Partner | 1998 | 1997 | 1996 |
|---|---|---|---|---|
| ACDI | Bob Bench | | 306 | 216 |
| World Bank | Bob Bench | 442 | 49 | 178 |
| People's Bank of China | Bob Bench | | 76 | 636 |
| Asahi Bank | Bob Bench | 179 | 1,332 | |
| EX-IM Bank | Bob Bench | 94 | | |
| Central Bank of Nicaragua | Bob Bench | | | 95 |
| FHLB - Pittsburgh | Vicki Wilson-McElreath | | | 215 |
| NatWest | Bob Flaum | | | 111 |
| | | | | |
| | | | | |

## VI. INTERNAL ASSIGNMENTS

1998 Debt Management Project - MOF
1995 Presenter - Toronto Dominion Bank
1995 Miami Foreign Bank Seminar Instructor

Industry Partner Candidate Proposal for Harold D. Schuler2      CONFIDENTIAL      06/19/98

## VII. ADDITIONAL INFORMATION

1. Rationale for the candidate's admission:                          Help
   a.) short-term and long-term contributions expected from the candidate:

The Regulatory Advisory Services practice ("RAS") provides expert business advisory service to FSIP globally. "Globally" is defined two ways: (1) geographically; and, (2) the universe of financial institutions. Financial institutions in all countries are regulated. Increasingly, the US model for financial regulation of banks is being adopted around the world to banking insurance, securities, and investment management firms. Consequently, the growth in fees attributed to RAS is soaring for FY '98. direct RAS fees will approach $6MM. Indirect fees will be $19MM (Fleet $3MM, Wachovia $1MM, BNP $2MM, Resource Management $1MM, Dean Witter $500M, Norwest $1MM, Federal Healthcare $6MM, Government of Korea $1MM, Government of Indonesia $3.5MM+). In addition, RAS oversees World Bank fees $6MM (FY'97 direct revenue $8MM and indirect $8MM). None of this income would have occurred without RAS Directors underpinning, selling, and/or managing the engagements -- RAS is the *differentiating* rationale for the engagements, e.g., the BofA outsourcing.

Hal Schuler has been the fundamental driver to Korea $1MM and Indonesia $3.5MM+ this year. Hal was fundamental to the People's Bank of China wins $7MM. Hal has the multidimensional skills, thought process, and experiences to masterfully design engagements to terms of reference and then to manage them. Hal's proposals in China, Korea, and Indonesia were ranked #1 technically in the proposal process. The World Bank has budgeted $25MM during the next two years solely for financial sector development engagements in which Hal excels. In addition to raw fees, these engagements are critical to the strategic success of the global FSIP practice. Hal is a sustained exceptional performer at PW. He serves as a Managing Director. He performs at a partner level, the clients want a partner, the business growth exists, especially in World Bank-IMF engagements.

## VIII. SPONSORING PARTNER
   Notes User Name:    Bob Bench
   Assigned Office:    FSIP-East

CONFIDENTIAL

Industry Partner Candidate Proposal for Harold D. Schuler3                                    06/19/98