# Exhibit H

**EXHIBIT FILED UNDER SEAL
PURSUANT TO LOCAL CIVIL RULE 5(j)**