# Exhibit I

Bob Bench    09/15/99 04:47 PM

Sent by:  Bob Bench

To:      Darlene Shea/ABS/Price Waterhouse, Christopher G. Lucas
cc:
Subject:  Hal Schuler

I'm attaching a profile which asks that Hal be considered again for the partner sounding.  I know you are not enthusiastic about doing this based on the less than enthusiastic response last year, albeit we all don't know what that response was.

I do know that there was enthusiasm from Wilson, Butler, Moritz and our HR committee in Spring '98.. I do know Hal has sold close to $5mm in work since.  I further know Hal remains a sustained 1-rated performer.  Lastly, I know RAS is booming and I need productive full-time partners experienced in Regulatory issues.  John Campbell and Bill Lewis are not full-time and Allan Schott is transitioning.

Thanks for your consideration.



HD Schuler.d



PLAINTIFF'S EXHIBIT