# Exhibit J

Memorandum

*Neo! Noted Bob*

| | |
|---|---|
| To | Westbrook Murphy |
| From/Location | Bob Bench |
| Date | March 21, 1997 |
| Re | Performance Evaluations |

*Bob —*

Please find attached evaluation(s) of your performance this year for which I am responsible. Depending on your engagements this year, other partners may also be completing evaluations for you. All of your evaluations will be reviewed this year by a committee of FSIP partners. Bill Lewis and I are members of the committee.

Please review the attached, provide comments as you wish, sign and return a hard copy to me.

Thank you for your cooperation.

*4/2/97*

*I've kept in touch with Tim Arnold, Rhonda Halpern, and Bob Krause more than you know — but still less than I should. Hence I agree with your "improvement" comment, — as well as the rest of the evaluation. Thanks. West*

Defendants
EXHIBIT NO. 11

# ABS Summary Performance Assessment

| Staff Information | Summary Review Period 04/96 - 03/97 | Interim Summary ☐ | Year End Summary ☒ |
|---|---|---|---|
| Name C. Westbrook Murphy | Office 770 | Current Class and Rating at 7/1/96 | 23-1-2 |
| Staff Number 00631 | Industry Group 0100 | Proposed Class and Rating at 7/1/97 | 23-1-MS |
| Initial Engagement Date with PW | | CPA Exam Status ~~Incomplete~~ Not A CPA | |

Description of Work Performed (List below or attach schedule of clients, number of hours, difficulty level and industry)

Chargeable Hours:
Non-chargeable Hours:
Overtime:
Utilization Percentage:

See attached for work performed.

## Summary of Core Competencies

| | Overall Assessment | | | | Overall Assessment | | |
|---|---|---|---|---|---|---|---|
| | No Needs Improvement | Yes Meets Standards | Yes Distinguished | | No Needs Improvement | Yes Meets Standards | Yes Distinguished |
| Commitment to excellence | ☐ | ☒ | ☐ | Initiative | ☐ | ☒ | ☒ |
| Teamwork | ☐ | ☐ | ☒ | Accounting/Auditing/Technical Knowledge | ☐ | ☒ | ☒ |
| Communicative Skills - Oral | ☐ | ☐ | ☒ | Responsiveness and timeliness | ☐ | ☒ | ☒ |
| Communicative Skills - Written | ☐ | ☐ | ☒ | Efficiency | ☐ | ☒ | ☒ |
| Intellectual capability | ☐ | ☐ | ☒ | Productivity | ☐ | ☒ | ☒ |
| | | | | Administrative capability | ☐ | ☒ | ☒ |

## Summary of Strategic Competencies

| | Opportunity to demonstrate 1 = Some 2 = Significant | Progression Summary (Mark "X" in one box) | | | | | |
|---|---|---|---|---|---|---|---|
| | | None | | | | | Proficient |
| Client Advisory Skills | | | | | | | |
| • Provides business advice/displays awareness | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |
| • Displays self-confidence in developing and presenting ideas | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |
| • Applies technical knowledge | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |
| Industry Expertise | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |
| Relationships with Decision Makers | | | | | | |
| • Develops strong client relationships | 2 | ☐ | ☐ | ☐ | ☒ | ☐ |
| • Leverages client relationships | 2 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Marketing and Selling | | | | | | |
| • Promotes the expansion of services/displays awareness | 2 | ☐ | ☐ | ☐ | ☒ | ☐ |
| People Development Skills | | | | | | |
| • Coaching | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |
| • Leads by example | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |
| Engagement Management | | | | | | |
| • Manages risk | 2 | ☐ | ☐ | ☐ | ☒ | ☐ |
| • Promotes engagement economics | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |
| Challenges Conventional Thinking | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |
| Continuous Improvement | 2 | ☐ | ☐ | ☐ | ☐ | ☒ |

# ABS Summary Performance Assessment

REDACTED

Name C. Westbrook Murphy

---

**Distinguished Results/Accomplishments**
Seasoned regulatory advisor, valuable counselor
  successfully led multidimensional teams across _____ matrix and geography to carry out diagnostics assessing compliance with regulatory expectations
Was critically supported _____ new credit card bank and supported formations of the credit card banks at PW clients -

---

**Areas for Improvement**
  Ensure all views have been drawn out from parties at interest,
  steadier client contact, courtesy calls

---

**Practice Development Achievements/Community Activities (Non-engagement specific)**
  generated about $1MM in fees over 24 months.
Brought in the door a $2MM+ engagement for CFRD this past year

---

**CE Suggestions**

---

**Career Development Recommendations (Consider whether annual development plan was completed and goals were appropriate)**

---

**Reason for Overall Assessment Rating Change (from prior class/rating)**

2  Proposed Overall Rating
   for this review period

---

**Progression Toward Next Staff Level for This Review Period (i.e., Senior, Manager, Senior Manager, Partner)**

[ ] None    [X] Some    [ ] Significant    [ ] Recommend for Promotion to Next Level - July 1

---

Counselor's Signature _____ Date _____  Staff's Signature _____ Date _____

REDACTED

## ABS Engagement Evaluation     Ⓐ + Ⓑ = ③

Important: Refer to ABS Development and Advancement guidebook for guidelines, terms and information for completing this evaluation. An evaluation must be completed promptly after each engagement/assignment.

### Staff Information

**Name:** C. W. Murphy-Director          **Office:** Washington DC - 770
**Staff No:** 00631                       **Industry Group:** FSIP          **Current Level:**

### Assignment Data

**Client Name:**

**Times on this Assignment:** Several          **No. of staff supervised:** 0-10

**Industry:** FSIP                              **Complexity:** Difficult

**Start Date:** 04/01/96                         **End Date:** 03/31/97    **Hours:** 131

**Client Code:** C2046

Did this individual demonstrate a high level of ethics and integrity on this engagement/assignment?
          Yes                    * if no, contact Human Resources

### Mutually Understood Unique Roles and Responsibilities

Provide expert compliance services.

          Evaluator's Initials _____     Date _____
          Evaluatee's Initials _____     Date _____

### Core Competencies ☐   (Did the individual demonstrate the appropriate level of competency in the following?    Select "Needs Improvement", "Meets Standards", or "Distinguished" for each core competency.)

| | | | |
|---|---|---|---|
| Commitment to excellence | Distinguished | Initiative | Meets Standards |
| Teamwork | Meets Standards | Acct/Auditing/Technical Knowledge | Distinguished |
| Communication skills - Oral | Meets Standards | Responsiveness and timeliness | Meets Standards |
| Communication skills - Written | Distinguished | Efficiency | Meets Standards |
| Intellectual capability | Distinguished | Productivity | Distinguished |
| | | Administrative capability | Meets Standards |

**Note:** Any "Needs Improvement" or "Distinguished" response should be specifically documented below in the comments section.

**Comments**

AmEx is a highly dynamic company and heavily matrixed, requiring the distinguished competencies noted above from Wes to succeed. Succeed he has, generating about $1MM in fees over the past 24 months.

## Strategic Competencies

For each Strategic Competency select the appropriate opportunity to demonstrate ("Some" or "Significant"). In addition, determine the progress on this engagement/assignment toward achieving proficiency at the current level (i.e., Staff, Senior, Manager, Sr. Manager).

| | Opportunity to demonstrate | None (mark "X" in one box) | Proficient |
|---|---|---|---|
| **Client Advisory Skills** | | | |
| Provides business advise/displays awareness | Significant | | x |
| Displays self-confidence in developing and presenting ideas | Significant | | x |
| Applies technical knowledge | Significant | | x |
| **Industry Expertise** | Significant | | x |
| **Relationships with Decision Makers** | | | |
| Develops strong client relationships | Significant | | x |
| Leverages client relationships | Significant | | x |
| **Marketing and Selling** | | | |
| Promotes expansion of services/displays awareness | Significant | | x |
| **People Development Skills** | | | |
| Coaching | Significant | | x |
| Leads by example | Some | | x |
| **Engagement Management** | | | |
| Manages risk | Significant | | x |
| Promotes engagement economics | Significant | | x |
| **Challenges Conventional Thinking** | Significant | | x |
| **Continuous Improvement** | Significant | | x |

Comments

## Distinguished Results/Accomplishments

**REDACTED**

Wes successfully has led multidimensional teams across            matrix and geography to carry-out
diagnostics assessing compliance with regulatory expectations.  Fees are about $1MM in past two years.
Wes has led sales effort and product design.

**Unique Skills Gained on this Assignment**
Deeper knowledge of            legal and compliance structure.

**Areas for Improvement**
Steadier client contact, courtesy calls.

**Overall Assessment** (Overall Performance Rating Support)
2.  Higher than Expected

**Overall Rating on this Engagement**
2. Higher than Expected

** If unsatisfactory performance relates to an audit area  the team  leader must ascertain than the work performed supports the audit conclusion in these areas

**Progression Toward Next Staff Level** (ie: Senior,Manager,Senior Manager,Partner) - Check One Box
- None
● Some
- Significant
- Recommended for Promotion to Next Level - July 1

**Developmental Recommendations**

**Appraisee's Comments**

Appraisee's Signature _____ Date 4/2/97    Appraiser's Signature _____ Date 4/2/97

**Reviewer's Comments**

PwC01506

Team Leader's
Signature_____Date_____     Team Partner's
Signature _____ Date _____

PwC01507