# Exhibit K



## ABS Engagement Evaluation    

**Important:** Refer to ABS Development and Advancement guidebook for guidelines, terms and information for completing this evaluation. An evaluation must be completed promptly after each engagement/assignment.

### Staff Information

| | | |
|---|---|---|
| Name: C.W. Murphy | Office: FSIP Northeast - 539 | |
| Staff No: 00631 | Industry Group: FSIP | Current Level: 23 |

### Assignment Data

Client Name:

| | |
|---|---|
| Times on this Assignment: Various | No. of staff supervised: 1-8 |
| Industry: FSIP | Complexity: Normal – Difficult |
| Start Date: 03/01/97 | End Date: 02/28/98   Hours: 800 |

Client Code: Various

Did this individual demonstrate a high level of ethics and integrity on this engagement/assignment?
Yes       *If no, contact Human Resources

### Mutually Understood Unique Roles and Responsibilities

Provide national support on regulatory matters to PW, including proposal and PD support.

Evaluator's Initials _____   Date _____
Evaluatee's Initials _____   Date _____

### Core Competencies

(Did the individual demonstrate the appropriate level of competency in the following? Select "Needs Improvement", "Meets Standards", or "Distinguished" for each core competency.)

| | | | |
|---|---|---|---|
| Commitment to excellence | Distinguished | Initiative | Distinguished |
| Teamwork | Distinguished | Acct/Auditing/Technical Knowledge | Distinguished |
| Communication skills - Oral | Distinguished | Responsiveness and timeliness | Distinguished |
| Communication skills - Written | Distinguished | Efficiency | Distinguished |
| Intellectual capability | Distinguished | Productivity | Meets Standards |
| | | Administrative capability | Meets Standards |

**Note:** Any "Needs Improvement" or "Distinguished" response should be specifically documented below in the comments section.

**Comments**
Wes is nationally known as a distinguished bank regulatory attorney. He is known inside and outside of PW. He has been a sustained thought leader on banking law and regulation.

### Strategic Competencies

For each Strategic Competency select the appropriate opportunity to demonstrate ("Some" or "Significant"). In addition, determine the progress on this engagement/assignment toward achieving proficiency at the current level (i.e., Staff, Senior, Manager, Sr.

REDACTED

Manager).

| Client Advisory Skills | Opportunity to demonstrate | None (mark "X" in one box) | | | | Proficient |
|---|---|---|---|---|---|---|
| Provides business advice/displays awareness | Significant | | | | | X |
| Displays self-confidence in developing and presenting ideas | Significant | | | | | X |
| Applies technical knowledge | Significant | | | | | X |
| Industry Expertise | Significant | | | | X | |
| **Relationships with Decision Makers** | | | | | | |
| Develops strong client relationships | Significant | | | X | | |
| Leverages client relationships | Significant | | | X | | |
| **Marketing and Selling** | | | | | | |
| Promotes expansion of services/displays awareness | Significant | | | | | X |
| **People Development Skills** | | | | | | |
| Coaching | Significant | | | | X | |
| Leads by example | Significant | | | X | | |
| **Engagement Management** | | | | | | |
| Manages risk | Significant | | | | | X |
| Promotes engagement economics | Significant | | | X | | |
| Challenges Conventional Thinking | Significant | | | | X | |
| Continuous Improvement | Significant | | | | X | |

**Comments**
Sustained thought leader. Solid PD efforts. Active team-player.

---

**Distinguished Results/Accomplishments**
Brought $6MM health care engagement to OGS. Supervisor at ███████
███████ Positive team-player on ███████ outsourcing and ███████ outsourcing. Editor of RAS Publications.

---

**Unique Skills Gained on this Assignment**
Wes performing more project management.

**Areas for Improvement**
Chargeability low, notwithstanding outstanding performance in other dimensions. Must increase.

**Overall Assessment** (Overall Performance Rating Support)
Wes exceeds expectations in several dimensions.

**Overall Rating on this Engagement**
2. Higher than Expected

\*\* If unsatisfactory performance relates to an audit area, the team leader must ascertain that the work performed supports the audit conclusion in these areas.

**Progression Toward Next Staff Level** (ie: Senior, Manager, Senior Manager, Partner) - Check One Box
○ None
○ Some
● Significant
○ Recommended for Promotion to Next Level July 1

**Developmental Recommendations**
Increase chargeable hours. Strengthen management of client commitments to PW during engagements. Exercise more collective management of RAS' regulatory attorneys.

**Appraisee's Comments**

Appraisee's Signature_____ Date_____   Appraiser's Signature __[signed]__ Date 4/1/98
                                                  Robert Bench

**Reviewer's Comments**

Team Leader's Signature_____ Date_____   Team Partner's Signature __[signed]__ Date 4/1/98

PwC01152