# Exhibit L

DPS

Bob Bench
04/12/99 05:10 PM

Sent by: Bob Bench

To: Darlene Shea/ABS/Price Waterhouse@Price Waterhouse-US
cc:
Subject: C. Westbrook Murphy ABS EE

Here is 1 of 4 of Westbrooks PEs. We both signed off on today.

-------------------- Forwarded by Bob Bench/ABS/Price Waterhouse on 04/12/99 05:12 PM --------------------------

REMINDER: If you want to forward this form, select (Edit) Edit Document and use the forwarding feature located below.

Print    Save to Mailbox / Forward    Send

## ABS Engagement Evaluation

A + B = 3

Important: Refer to ABS Development and Advancement guidebook for guidelines, terms and information for completing this evaluation. An evaluation must be completed promptly after each engagement/assignment.

### Staff Information

Name: C. Westbrook Murphy
Staff No: 00631

Office: Washington DC - 770
Industry Group: FSIP
Current Level:

### Assignment Data

Client Name: Non-Chargeable

Times on this Assignment: FY '99

No. of staff supervised: 9

Industry: FS

Complexity: Difficult

Start Date: 02/01/98

End Date: 02/01/99

Hours: 1081

Client Code: Non-Chargeable

Did this individual demonstrate a high level of ethics and integrity on this engagement/assignment?
Yes
* If no, contact Human Resources

### Mutually Understood Unique Roles and Responsibilities

Provides expert regulatory support to Global banking practice.

Evaluator's Initials ______ Date ______
Evaluatee's Initials ______ Date ______

### Core Competencies

(Did the individual demonstrate the appropriate level of competency in the following? Select "Needs Improvement", "Meets Standards", or "Distinguished" for each core competency.)

| Competency | Rating | Competency | Rating |
|---|---|---|---|
| Commitment to excellence | Distinguished | Initiative | Distinguished |
| Teamwork | Distinguished | Acct/Auditing/Technical Knowledge | Distinguished |
| Communication skills - Oral | Distinguished | Responsiveness and timeliness | Distinguished |
| Communication skills - Written | Distinguished | Efficiency | Distinguished |
| Intellectual capability | Distinguished | Productivity | Distinguished |

DPS Administrative capability Meets Standards

**Note:** Any "Needs Improvement" or "Distinguished" response should be specifically documented below in the comments section.

Comments
Wes daily provides expert support to the global practice through advice, development of practices aids, publishing of Guides, proposals, and industry representation.

## Strategic Competencies

For each Strategic Competency select the appropriate opportunity to demonstrate ("Some" or "Significant"). In addition, determine the progress on this engagement/assignment toward achieving proficiency at the current level (i.e., Staff, Senior, Manager, Sr. Manager).

| | Opportunity to demonstrate | None (mark "X" in one box) | | | | Proficient |
|---|---|---|---|---|---|---|
| **Client Advisory Skills** | | | | | | |
| Provides business advice/displays awareness | Significant | | | | | X |
| Displays self-confidence in developing and presenting ideas | Significant | | | | | X |
| Applies technical knowledge | Significant | | | | | X |
| **Industry Expertise** | Significant | | | | | X |
| **Relationships with Decision Makers** | | | | | | |
| Develops strong client relationships | Significant | | | | X | |
| Leverages client relationships | Significant | | | | X | |
| **Marketing and Selling** | | | | | | |
| Promotes expansion of services/displays awareness | Significant | | | | | X |
| **People Development Skills** | | | | | | |
| Coaching | Significant | | | | | X |
| Leads by example | Significant | | | | X | |
| **Engagement Management** | | | | | | |
| Manages risk | Significant | | | | | X |
| Promotes engagement economics | Significant | | | | X | |
| **Challenges Conventional Thinking** | Significant | | | | | X |
| **Continuous Improvement** | Significant | | | | | X |

Comments
Wes is a thought leader across the regulatory practice and the banking practice. "Go to" person on FDICIA 112 compliance on complex legal situations.

**Distinguished Results/Accomplishments**

Oversight editor to seven successful PwC regulatory guides. Developer of compliance templates for mortgage banking practice. Solid coach to regulatory attorneys. Team player in PwC-FS. Sales $3mm (FAS $2mm, GS 1mm).

**Unique Skills Gained on this Assignment**

The development of compliance risk templates for mortgage banking practice catalytic to fees for mortgage banking practice at

**Areas for Improvement**

None. Continue oversight supervision and mentoring of regulatory attorneys.

**Overall Assessment** (Overall Performance Rating Support)

Exceptional. Wes provided valuable support across the banking practice in FY '99. Practice development produced sales $2mm for FAS and Government Services.

**Overall Rating on this Engagement**

1. Exceptional

** If unsatisfactory performance relates to an audit area, the team leader must ascertain that the work performed supports the audit conclusion in these areas.

**Progression Toward Next Staff Level** (ie: Senior,Manager,Senior Manager,Partner) - Check One Box

- ○ None
- ○ Some
- ○ Significant
- ● Recommended for Promotion to Next Level - July 1

**Developmental Recommendations**

Continue to follow developments with HR 10 Legislation.

**Appraisee's Comments**

Appraisee's Signature________________ Date______

Appraiser's Signature________________ Date____
Bob Bench/ABS/Price Waterhouse

**Reviewer's Comments**

Team Leader's Signature________________ Date______

Team Partner's Signature________________ Date______