# Exhibit M

**EXHIBIT FILED UNDER SEAL**
**PURSUANT TO LOCAL CIVIL RULE 5(j)**