# Exhibit O

Westbrook Murphy
03/08/2001 05 03 PM

To     Darlene Shea/US/ABAS/PwC
cc.
Subject.  Re. PwC medical plan

Thanks for discussing with me my wish to retire and to then be covered by the PwC medical insurance plan as a retiree

The notes below contain the language from the medical plan summary about exceptions to rule of 80 for retiring with continued insurance coverage.

I think this language should mean something   It appears to say that someone who is (a) over sixty and (b) covered by the frozen retirement plan can retire with continued medical insurance--without meeting the rule of sixty   Otherwise, the language of this exception appears meaningless.

But--as I said--I believe the answer I am looking for likely lies not a parsing of this obscure language, but in cutting an early retirement deal with whoever possesses the authority to do so. The my wish is to retire and to then be covered by the PwC medical insurance plan as a retiree. The outcome is of less consequence than how we get there

―――――― Forwarded by Westbrook Murphy/US/ABAS/PwC on 03/08/2001 05 37 PM ――――――

Elizabeth A Engelhart
12/08/2000 11 53 AM

To     Westbrook Murphy/US/ABAS/PwC
cc
Subject  Re. PwC medical plan


Defendants'
EXHIBIT NO. 13
KY 4/23/03

Finally a response. It probably isn't the one you want...

If you have further questions/concerns, I guess Patricia is the "go to" person!

Regards

Lisa

---------- Forwarded by Elizabeth A Engelhart/US/ABAS/PwC on 12/08/2000 11:32 AM ----------

Patricia Saylor
12/08/2000 04:35 PM

To: Elizabeth A Engelhart/US/ABAS/PwC
cc:
Subject: Re: PwC medical plan

According to the the grandfathering rules, in order to continue medical coverage after retirement, an employee must be 65 with ten years of service or at least age 60 with 20 years of service. It does not appear that Mr. Murphy meets either of these criteria.

To: Elizabeth A Engelhart/US/ABAS/PwC@Americas-US
cc: Patricia Saylor@C&L US
From: Nancy Heppner/US/HR/PwC @ AMERICAS-US@INTL
Date: 11/29/2000 11:52:35 AM
Subject: Re: PwC medical plan

I am not the appropriate contact.

Pat - Could you reply?

Elizabeth A Engelhart

Elizabeth A Engelhart
11/29/2000 11:27 AM

To: Nancy Heppner/US/HR/PwC
cc:
Subject: PwC medical plan

Nancy,

Please allow me to introduce myself. I am the NY Metro Industry Resource Manager for the Banking and RAS practices. Mary Kay Buckley suggested that I seek you out for assistance with the issue Westbrook Murphy, a director in our ABAS Banking - RAS group. Please see the correspondence below.

If you are not the correct contat, would you be able to tell me who is? This has been a long road for Westbrook and I'd like to provide him with closure.

Thank you!

Lisa

---------- Forwarded by Elizabeth A Engelhart/US/ABAS/PwC on 11/16/2000 02:32 AM ----------

> Westbrook Murphy
> 11/14/2000 06:45 PM

To: Elizabeth A Engelhart/US/ABAS/PwC
cc:
Subject: PwC medical plan

The attached Lotus notes contain the background for my question about my eligibility to retire at age 60 and continue my PwC medical insurance. The answer seems to turn on the meaning of the phrase "become eligible" in the medical plan.

Linda Burnham appears to me to reading the frozen retirement plan correctly. But I am less certain about her reading of the medical plan—or even if she is the appropriate person to respond to the question. The way Linda reads the medical plan, the crucial paragraph in that plan (about its relation to the frozen retirement plan) has little—if any—meaning.

Be glad for whatever help you can provide in finding the appropriate person to respond to my question about the medical plan. The language in question goes back at least to 1996.

Thanks for your willingness to help. You may reach me at 202-414-4301.

---------- Forwarded by Westbrook Murphy/US/ABAS/PwC on 11/14/2000 11:35 AM ----------

> Melinda Burnham
> 11/09/2000 09:34 AM

To: Westbrook Murphy/US/ABAS/PwC
cc:
Subject: Re: PW frozen retirement plan

You are not "eligible to retire under the PwC frozen retirement plan" until you turn age 65. So if you left now, you would not meet all the criteria for retiree medical.

---------- Forwarded by Melinda Burnham/US/INF/PwC on 11/09/2000 09:33 AM ----------

> Westbrook Murphy
> 11/08/2000 06:41 PM

To: Melinda Burnham/US/INF/PwC
cc:
Subject: Re: PW frozen retirement plan

Thanks for the advice--but it doesn't squarely hit my issue.

While I appreciate your offer of a comparative calculation of benefits (and later will take you up on it), I am not now really asking about the amount available to me either under the frozen plan or RBAP.

Instead, I am trying to discover how the frozen plan interacts with PwC's medical insurance plan, and whether I can retire at age 60 and continue my medical insurance under the PwC Staff Indemnity Plus Plan. (Benefits Express seems unable to understand the question, much less provide an answer).

The text below is the pertinent text from the PwC medical plan description. This language seems to say that I should be able to retire and retain my eligibility for PwC medical insurance because I am. (a) 60 years old, (b) have more than 10 years of service,

and (c) can receive benefits under the PwC frozen retirement plan. I can't discern any other reasonable meaning for this language

Do you know how to read the medical plan language in conjunction with the frozen benefit plan? If not, who does?

Thanks

### Medical Coverage During Retirement

To be eligible to continue coverage under the Staff Indemnity Plus Plan or a Point of Service Plan, the "retiring" staff member:
- must be at least 60 years of age at the time of termination of employment; and
- must meet the "Rule of 80", that is, age plus years of service equal at least 80

If you were employed with PW or C&L prior to July 1, 1998, your eligibility for medical coverage may be subject to special grandfathering provisions. Please see the Special Grandfathered Groups section of this Summary Plan Description.

### Special "Grandfathered" Groups

Legacy groups will be eligible for grandfathering as follows

Legacy PW staff hired prior to July 1, 1996 who become eligible to retire under the "grandfather" provisions of the "frozen" Retirement Plan for Employees of Price Waterhouse LLP plan and immediately begin receiving monthly retirement benefits under the "early," "normal" or "postponed" provisions of the "frozen" plan are eligible to continue medical coverage as a retiree provided the staff member has at least 10 years of service at the time of retirement.

Eligible staff members may continue medical plan participation irrespective of the form of benefit payment selected from any of the firm's retirement plans.

Melinda Burnham

---

    Melinda Burnham
    11/08/2000 04:43 PM

To: Westbrook Murphy/US/ABAS/PwC
cc:
Subject: Re PW frozen retirement plan

If you left today - you would receive a 'termination benefit' from the plan. However, since benefit accruals 'froze' in June 1994

when the RBAP was introduced, you would receive the benefit based only on service through 6/30/1994. If you stay on till your normal retirement date (age 65), you will get to choose between the sum of your 'frozen' benefit in the pension plan PLUS your RBAP benefit OR the benefit calculated under the pension plan calculated using all service and pay data. Whichever is the largest benefit would be yours. This 'grandfather' option is only available to those that stay until they are eligible for retirement. The earliest you could retire and receive benefit of the 'grandfather' option is age 65 as you do not have 20 years of service

Does this answer your question?

We can do a retirement estimate for you to show you what you would receive now vs staying till age 65. Let me know if you are interested in an estimate.

Westbrook Murphy


Westbrook Murphy
11/08/2000 04:32 PM

To      Melinda Burnham/US/INF/PwC
cc
Subject   Re: PW frozen retirement plan

How is your advice affected by the frozen plan's provisions on "Termination Benefits?"

As you know, the frozen plan provides that "plan [termination] benefits will be calculated under the under the normal retirement formula," with certain assumptions and reductions. These assumptions and reductions are similar enough to those for optional early retirement that calculating the distinction between benefits available under optional early retirement and under termination benefits exceeds my powers of arithmetic.

Melinda Burnham


Melinda Burnham
11/08/2000 03:04 PM

To.     Westbrook Murphy/US/ABAS/PwC
cc
Subject   Re: PW frozen retirement plan

You have to be at least age 60 with 20 years of service to retire early under the terms of the Retirement Plan for Employees of PricewaterhouseCoopers LLP. Based on a hire date in May, 1989, the earliest you could retire is at your "normal" retirement date - end of the month you turn age 65

---------- Forwarded by Donna L Miller/US/HR/PwC on 11/08/2000 08:51 AM ----------


Westbrook Murphy
11/07/2000 02:44 PM

To      Donna L Miller/US/HR/PwC
cc
Subject   Re: PW frozen retirement plan

Sorry to bother you again, but I phrased my question poorly

I should have asked: Am I eligible to retire under the "frozen" plan and immediately begin receiving benefits under the "early," "normal" or "postponded" provisions of the "frozen" plan?

This language comes from the PwC health plan. Under that plan my ability to retire at age 60 with 11 years of PW/PwC employment and continue my medical insurance depends in turn on my being able to retire and immediately begin receiving benefits under the frozen retirement plan.

If you have any questions, you may reach me at 202-414-4301

Thanks again for your help

Donna L Miller

> Donna L. Miller
> 11/07/2000 11 58 AM
>
> To      Westbrook Murphy/US/ABAS/PwC
> cc
> Subject    Re PW frozen retirement plan
>
> Yes you are vested in the Legacy PW Retirement Plan that was frozen in June of 1994. If you send me a couple of dates and your spouse DOB I can do some estimates for you

Westbrook Murphy

> Westbrook Murphy
> 11/07/2000 11 22 AM
>
> To      Donna L. Miller/US/HR/PwC
> cc
> Subject    PW frozen retirement plan
>
> Would you be kind enough to confirm by return Lotus note that I am covered by the Price Waterhouse retirement plan that was frozen on June 30, 1994
>
> Personal information--
>
> Name:      C Westbrook Murphy
>
> Date of Birth.
>
> Age.       60
>
> SSN.
>
> Employed by Price Waterhouse/ PricewaterhouseCoopers:  May 1989 to date
>
> Thanks

PwC009f