# Exhibit P

# PRICEWATERHOUSECOOPERS

---

## Memo

To:        Bob Bench

From       C. Westbrook Murphy

Date:      March 14, 2001

Subject:   Human Rights Complaint

### CONFIDENTIAL

You have been good enough to inquire on my behalf of PwC's management whether—at my present age (62) and years with PW/ PwC (almost 12)—I may retire from PwC with the benefits (including continued health insurance) available to PwC retirees. Your inquiries to date have not produced a positive answer.

Since retirement appears not to be an option, I wish to be afforded the same opportunities for promotion—including promotion to partnership—available to other PwC professional managerial employees. Such equal consideration, however, appears to be impossible because I now am 62 years old.

The PwC partnership agreement (based on what others have told me) requires a PwC partner or principal to retire at age 60. One consequence of this policy is that no professional employee of 60 or older can be promoted to partnership. Indeed, as a practical matter, no professional employee above a certain age (perhaps 45) is seriously considered for partnership.

Consideration for partnership is a term or condition of employment within the meaning of the equal employment opportunity statutes. Denial of partnership consideration based on age violates these statutes.

In an attempt to correct this illegal practice, I have filed a charge of illegal discrimination with the District of Columbia Office of Human Rights. A copy of this filing is attached. Filing this charge with the Office of Human Rights is a predicate to filing a lawsuit in D.C. or in Federal Court.

I am informed that the proceedings at the Office of Human Rights are confidential, and that the Office will encourage the parties to resolve their differences without litigation.

CC: Jim Walls



Defendant's
EXHIBIT NO. 14
KY 4/23/03

00260