UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.*, | ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 02-00982 (RJL/DAR) |
| v. | ) ) | |
| PricewaterhouseCoopers LLP, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| C. Westbrook Murphy, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-01054 (RJL/DAR) |
| v. | ) ) ) | |
| PricewaterhouseCoopers LLP, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING EXHIBITS UNDER SEAL

Defendant PricewaterhouseCoopers LLP hereby files this Notice of the filing of certain exhibits to the Declaration of Eric M. Nelson, Esq., dated January 15, 2008, in support of Defendant's Motion for Summary Judgment Dismissing Plaintiff Murphy's Remaining Claims (Civil Action No. 02-00982, Docket #185; Civil Action No. 05-01054, Docket #63) under seal.

Pursuant to the Order filed August 21, 2003 (Civil Action No. 02-00982, Docket #61), the following exhibits designated "For Attorneys of Record Only" were filed with the Clerk of Court under seal:

Exhibit G    Global Internal Partner Admissions:  Candidate Proposal FY 2000 for
(Under Seal) David Albright (Pl. Exh. 26)

Exhibit H        Global Internal Partner Admissions:  Candidate Proposal FY 2003 for Jeff
(Under Seal)     Lavine (Lavine Exh. 10)

Exhibit M        FY 04 RAS ARC Composite Sheet Listing Ratings for FY 01 through
(Under Seal)     FY 04 (PwC10413)

Dated:  January 15, 2008

                            Respectfully submitted,

                            /s/ Eric M. Nelson
                            Eric M. Nelson, Esq. (admitted *pro hac vice*)
                            Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
                            Minoti Patel, Esq. #484405
                            WINSTON & STRAWN LLP
                            200 Park Avenue
                            New York, New York 10166
                            (212) 294-6700
                            Facsimile:  (212) 294-4700

                            Julie A. Klusas Gasper, Esq. #D00244
                            WINSTON & STRAWN LLP
                            1700 K Street, N.W.
                            Washington, D.C. 20036
                            (202) 282-5000
                            Facsimile:  (202) 282-5100

                            Counsel for Defendant
                            PricewaterhouseCoopers LLP