UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>    Plaintiff<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 05-1054 (RJL/DAR)<br>)<br>)<br>) |
| C. WESTBROOK MURPHY, *et al.*,<br>    Plaintiff<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 02-982 (RJL/DAR)<br>)<br>)<br>) |

**PLAINTIFF MURPHY'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION**

Plaintiff C. Westbrook Murphy respectfully requests leave of the Court for a one-week extension of time to file an opposition to Defendant PricewaterhouseCooper's Motion for Summary Judgment.

Plaintiff's Opposition brief was originally due on February 15, 2008, by agreement among the parties and per the Order entered by the Court.  [Nov. 9, 2007 Minute Order.] However, Plaintiff Harold Schuler has filed a consent motion for a six-day extension of the filing deadline for his opposition, requesting a new due date of February 21, 2008.  Plaintiff Schuler's motion includes a request for a concomitant one-week extension of time – until March 24, 2008 – for Defendant PricewaterhouseCoopers to file its reply (originally due March 17, 2008). [Docket No. 193, filed Feb. 15, 2008]

PwC has consented to Plaintiff Schuler's request for a one-week extension of time but has not yet responded to Plaintiff Murphy's request for an identical extension of time. Nonetheless, given that both Plaintiff Schuler and Defendant PwC have agreed to an extension of their respective filing deadlines, no harm will accrue to any party by the granting of Plaintiff Murphy's motion for the same extension of time. Throughout this case, the plaintiffs have been operating under the same discovery and briefing schedule, and that parallelism should continue.

## CONCLUSION

For the reasons set forth above, Plaintiff Murphy requests that the Court extend the deadline for his opposition brief until February 21, 2008 and the deadline for Defendant PwC's reply brief until March 24, 2008.

/s/ Tammany M. Kramer
Douglas B. Huron  (89326)
Richard A. Salzman  (422497)
Tammany M. Kramer  (483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, P.L.L.C.
1730 M Street, N.W., Suite 412
Washington, DC 20036
(202) 293-8090
fax: (202) 293-7110

Counsel for Plaintiff Murphy

Date:  February 15, 2008