UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. WESTBROOK MURPHY,<br>   Plaintiff | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 05-1054 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP,<br>   Defendant. | )<br>)<br>)<br>) | |
| C. WESTBROOK MURPHY, *et al.*,<br>   Plaintiff | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 02-982 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP,<br>   Defendant. | )<br>)<br>)<br>) | |

**ORDER**

For the reasons set forth in Plaintiff Murphy's Motion for an Extension of Time to File an Opposition to Defendant's Summary Judgment Motion, Plaintiff's motion is hereby GRANTED. The new deadline for Plaintiff to file his opposition brief is February 21, 2008, and the new deadline for Defendant PwC to file its reply brief is March 24, 2008.

SO ORDERED this _____ day of February 2008.

                 _____
                 Richard J. Leon
                 United States District Judge

Copies to:

Douglas B. Huron
Richard A. Salzman
Tammany M. Kramer
HELLER, HURON, CHERTKOF,

LERNER, SIMON & SALZMAN PLLC
1730 M Street, N.W.
Suite 412
Washington DC 20036
*Counsel for Plaintiff Murphy*

David Rose
Dotie Joseph
Rose & Rose, P.C.
1320 19th St., N.W.
Suite 601
Washington, DC 20036
*Counsel for Plaintiff Schuler*

Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld  (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
*Counsel for Defendant*

Thomas M. Buchanan
Julie A. Klusas Gasper
WINSTON & STRAWN LLP
1700 K St., N.W.
Washington, DC 20036
*Counsel for Defendant*