UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.*, ) | | |
| ) | Civil Action No. 02-00982 (RJL/DAR) | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| PricewaterhouseCoopers LLP, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |
| C. Westbrook Murphy, ) | | |
| ) | | |
| Plaintiff, ) | Civil Action No. 05-01054 (RJL/DAR) | |
| ) | | |
| v. ) | | |
| ) | | |
| PricewaterhouseCoopers LLP, ) | | |
| ) | | |
| Defendant. ) | | |

**DEFENDANT'S RESPONSE TO PLAINTIFF MURPHY'S MOTION
FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION
<u>TO DEFENDANT'S SUMMARY JUDGMENT MOTION</u>**

Defendant PricewaterhouseCoopers LLP ("PwC") hereby responds to Plaintiff Murphy's Motion for an Extension of Time to File an Opposition to Defendant's Summary Judgment Motion (the "Murphy Extension Motion").

The Murphy Extension Motion, filed at 5:46 p.m. on the February 15, 2008 due date for his opposition to summary judgment, notes that "PwC has consented to Plaintiff Schuler's request for a one-week extension of time but has not yet responded to Plaintiff Murphy's request for an identical extension of time" (Docket No. 66). As Plaintiff Schuler's counsel had requested the extension on the morning of the due date, PwC's counsel was able to reach and promptly

obtain authorization from PwC to consent to the Schuler extension request on condition that PwC's time to file its reply is extended by a like period, to March 24, 2008. As Plaintiff Murphy's counsel's request was not communicated to PwC's counsel until sometime after 2:30 p.m. on the afternoon of the February 15, 2008 due date, PwC's counsel was unable to reach PwC for a response before the Murphy Extension Motion was filed at 5:46 p.m. PwC's counsel has since had an opportunity to confer with PwC.

PwC's filed motions for summary judgment dismissing the remaining claims of each of the two plaintiffs are based on the particular circumstances under which each plaintiff, respectively, was not advanced to partnership at PwC. Since each of the two separate motions is made on independent grounds, the motions need not be briefed on the same schedule. However, PwC does not disagree with Plaintiff Murphy's counsel's assertion that "no harm will accrue to any party by the granting of Plaintiff Murphy's motion for the same extension of time" (Docket No. 66), provided PwC's time to reply is also extended as set forth in the motion. Accordingly, PwC does not oppose or object to the Murphy Extension Motion.

Dated: February 21, 2008

                                          Respectfully submitted,

                                          /s/ Eric M. Nelson
                                          Eric M. Nelson, Esq. (admitted *pro hac vice*)
                                          Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
                                          WINSTON & STRAWN LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          (212) 294-6700
                                          Facsimile: (212) 294-4700

                                          Counsel for Defendant
                                          PricewaterhouseCoopers LLP