UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>    Plaintiff<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>    Defendant. | Case No. 05-cv-1054 (RJL/DAR) |
| C. WESTBROOK MURPHY, *et al.*,<br>    Plaintiffs<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>    Defendant. | Case No. 02-cv-982 (RJL/DAR) |

## NOTICE OF FILING UNDER SEAL

Pursuant to Local Rule 5.4(e)(1), Plaintiff C. Westbrook Murphy hereby files this Notice of Filing his Opposition to Defendant's Motion for Summary Judgment, as well as attached materials and exhibits, under seal. This filing under seal is being done in accordance with the Court's August 21, 2003 order (Docket No. 61, Civil Action No. 02-00982).

The following exhibits are being filed under seal with the Clerk of Court:

Exhibit #   Description

1. Sept. 15, 1999 E-mail from Robert Bench re: RAS need for partners

2. Declaration of Plaintiff C. Westbrook Murphy

2A. Appendix A – Plaintiff Murphy's resume

2B. Appendix B – Description of Sample Client Engagements

3. April 9, 1999 E-mail from Bench with Prospectus on Murphy Directorship Candidate

4. PricewaterhouseCoopers Partners and Principals Agreement

5. Harold Schuler Partner Candidate Proposal for July 1, 1999

6. April 20, 1989 memo from Bench recommending Murphy's hire

7. Murphy memo re: April 7, 2003 staff meeting

8. Murphy memo re: Nov. 11, 2001 meeting with P. Sullivan re: partner admissions process

9. Data on partners/principals admitted July 1, 1998 – December 1, 2005

10. Deposition of Timothy Ryan (transcript excerpts)

11. David Albright Partner Candidate Proposal for July 1, 2000

12. April 25, 1991 letter from Bench to Murphy announcing promotion to Director

13. Directorship Program Guidelines

14. Murphy 1992 performance evaluation

15. Murphy 1993 performance evaluation

16. May 4, 1994 memo from Bench re: promoting Murphy to Managing Director

17. April 2, 1999 memo from Walter Bogan commending Murphy, et al. on FDICIA project

18. Murphy Managing Director Proposal for Oct. 1, 2004 promotion

19. PwC Global Internal Admissions Guidelines FY2000

20. April 9, 1996 memo from Bench recommending bonus for Murphy for bringing in to RAS revenues of $3.8 million

21. April 30, 1997 e-mail from Bench recommending bonus for Murphy for bringing in an engagement worth over $2 million

22. March 1998 e-mails identifying Murphy as a "key contributor to this win" of a $6 million engagement

23. PwC listing of RAS members – Murphy listed as "Managing Director" well before his 2004 formal promotion

24. Murphy 2004 Feedback Report

25. February 14, 1996 memo to Bench

26. Albright personnel and background information – prior work experience, etc.

27. Jan. 19, 1999 memo from David Albright about fee realization on his engagement

28. Soundings for David Albright Partner candidacy FY2000

29. Deposition of David Albright (transcript excerpts)

30. Jeffrey Lavine resume

31. Oct. 21, 1994 memo from Lavine re: RAS engagement

32. June-Oct. 1994 engagement evaluation for Jeffrey Lavine

33. Sept. 1999 Partner Appraisal "Balanced Scorecard" Evaluation for Robert Bench

34. Oct. 2003 Jeffrey Lavine Partner Proposal file

35. Deposition of Jeffrey Lavine (transcript excerpts)

36. Jeffrey Lavine 2004 Upward Feedback report

37. David Albright 1997 Summary Performance evaluation

38. David Albright April-Dec. 1997 accomplishment self-report

39. ABAS Assurance Annual Review Committee Process guide FY2001

40. Excerpts from partner candidate proposals

41. Murphy FY2001 engagement Performance Appraisals

42. Murphy FY2001 Annual Performance Appraisal

43. Murphy FY2002 Project Performance Evaluation – FDICIA guidance

44. PwC's Second Supplemental Responses to Plaintiff Murphy's Discovery Requests (dated 9/12/2006)

45. Deposition of Dennis Nally (transcript excerpts)

46. Murphy FY1999 performance evaluations

47. Deposition of Robert Bench (transcript excerpts)

48. PwC Time Recording policies

49. Partner Vacation policy

50. Deposition of John Carter (transcript excerpts)

51. Deposition of William Lewis (transcript excerpts)

52. Expense Reporting General Guidelines

53. Appendix E: PwC Partner Income System

54. April 2, 2004 E-mail from M. Deniszczuk listing sales of PwC practices to other entities

55. Aug. 29, 2005 memo from Murphy re: limits on partner authority

56. Partner Planning, Evaluation & Reward Handbook

57. E-mails re: policy for review and approval process for authorization for services

58. 2005 Guidance for Advisory Reporting

59. FY06 Scale Rates memo for client engagements

60. Advisory Engagement Acceptance Form (excerpt re: requirement of second partner)

61. Policy re: Second Partner requirement

62. Paper Documentation policy

63. Dunning and write-off policies

64. Report of Yale Law School Deputy Dean Jonathan R. Macey

65. U.S. Finance Services Glossary – "partner"

66. PwC Retirement Benefit Accumulation Plan

67. PwC Savings Plan

68. Transcript of Motion Hearing (excerpt), Apr. 12, 2004

69. Deposition of C. Westbrook Murphy (transcript excerpts)

70. Deposition of Robert Moritz (transcript excerpts)

71.    The Road to Partnership

                                         /s/ Tammany M. Kramer
                                         Douglas B. Huron  (89326)
                                         Richard A. Salzman  (422497)
                                         Tammany M. Kramer  (483146)
                                         HELLER, HURON, CHERTKOF,
                                         LERNER, SIMON & SALZMAN, P.L.L.C.
                                         1730 M Street, N.W., Suite 412
                                         Washington, DC 20036
                                         (202) 293-8090
                                         fax: (202) 293-7110

                                         Counsel for Plaintiff Murphy

Date:  February 21, 2008

5