UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>        Plaintiff<br><br>        v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>        Defendant. | )<br>)<br>)<br>) Case No. 05-cv-1054 (RJL/DAR)<br>)<br>)<br>)<br>) |
| C. WESTBROOK MURPHY, *et al.*,<br>        Plaintiffs<br><br>        v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>        Defendant. | )<br>)<br>)<br>) Case No. 02-cv-982 (RJL/DAR)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

Pursuant to Local Rule 5.1(j), Plaintiff C. Westbrook Murphy requests leave of the Court to file an opposition to Defendant PricewaterhouseCooper's Motion for Summary Judgment, along with attachments and supporting exhibits, under seal. A copy of the opposition brief and accompanying materials is being filed this day under seal with the clerk's office, pursuant to the amendment to the protective order entered by Magistrate Judge Robinson over plaintiffs' objection (Docket No. 61).

The stipulated protective order in this case (Docket No. 49, as amended by Judge Robinson's order at Docket No. 61) requires that the parties file certain highly sensitive and confidential materials under seal. The confidential material, and particularly that designated "For Attorneys of Record Only," is so closely intertwined with the factual discussion and argument section of plaintiff's brief that plaintiff believes that at this juncture the best approach

is to file the Opposition in its entirety under seal.  (Plaintiff understands his obligations under the Judge Robinson's order and is filing this motion to seal, but plaintiff does not believe that the material designated by defendant as confidential actually warrants sealing and plans to file a motion to unseal at an appropriate time.)

      Counsel for Defendant consents to the relief requested in this motion, and so no harm will accrue to any party by the granting of this motion.

 

_____
Douglas B. Huron  (89326)
Richard A. Salzman  (422497)
Tammany M. Kramer  (483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, P.L.L.C.
1730 M Street, N.W., Suite 412
Washington, DC 20036
(202) 293-8090
fax: (202) 293-7110

Counsel for Plaintiff Murphy

Date:  February 21, 2008