UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>  Plaintiff<br><br> v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>  Defendant. | Case No. 05-cv-1054 (RJL/DAR) |
| C. WESTBROOK MURPHY, *et al.*,<br>  Plaintiffs<br><br> v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>  Defendant. | Case No. 02-cv-982 (RJL/DAR) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Leave of the Court to File an Opposition to Defendant's Motion for Summary Judgment Under Seal, it is ORDERED that Plaintiff's Motion is hereby GRANTED.

Entered this _____ day of February 2008.

                _____
                Richard J. Leon
                United States District Judge

Copies to:

Douglas B. Huron
Richard A. Salzman
Tammany M. Kramer
HELLER, HURON, CHERTKOF,

LERNER, SIMON & SALZMAN PLLC
1730 M Street, N.W., Suite 412
Washington DC 20036
*Counsel for Plaintiff Murphy*

David Rose
Dotie Joseph
Rose & Rose, P.C.
1320 19th St., N.W., Suite 601
Washington, DC 20036
*Counsel for Plaintiff Schuler*

Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld  (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
*Counsel for Defendant*

Thomas M. Buchanan
Julie A. Klusas Gasper
WINSTON & STRAWN LLP
1700 K St., N.W.
Washington, DC 20036
*Counsel for Defendant*