UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>        Plaintiff | )<br>)<br>) |
| v. | ) Case No. 05-cv-1054 (RJL/DAR)<br>) |
| PRICEWATERHOUSECOOPERS, LLP,<br>        Defendant. | )<br>)<br>) |
| C. WESTBROOK MURPHY, *et al.*,<br>        Plaintiffs | )<br>)<br>)<br>) |
| v. | ) Case No. 02-cv-982 (RJL/DAR)<br>) |
| PRICEWATERHOUSECOOPERS, LLP,<br>        Defendant. | )<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE AN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
IN EXCESS OF THE PRESUMPTIVE 45-PAGE LIMIT**

Plaintiff C. Westbrook Murphy requests leave of the Court to file an opposition to Defendant PricewaterhouseCoooper's Motion for Summary Judgment in excess of the 45-page limit. A copy of the intended opposition brief is being filed under seal with the clerk's office, pursuant to the protective order in this case. Plaintiff seeks leave to file a 56-page brief.

Plaintiff's Opposition to Defendant's Motion for Summary Judgment addresses three non-promotions in two cases that have been effectively consolidated. In addition, plaintiff's Opposition fully addresses the issue of whether PwC partners are more akin to employees, rather than owners of the firm – the "owner/employee" issue to be analyzed under *Clackamas Gastroenterology Assocs., P.C. v. Wells*, 538 U.S. 440 (2003).

Defendant has previously indicated that the "*Clackamas*" issue would be the main focus of its current summary judgment brief; however, defendant's initial brief merely alluded to this

issue.  PwC is likely planning to brief the *Clackamas* issue fully in its reply brief.  Regardless, plaintiff addresses the *Clackamas* issue in his current Opposition not only to respond to particular arguments about standing the defendant raised in its motion, but also in the hope of avoiding the necessity to file a surreply.

    Counsel for Defendant consents to the relief requested in this motion, and so no harm will accrue to any party by the granting of this motion.

/s/ Douglas B. Huron
Douglas B. Huron  (89326)
Richard A. Salzman  (422497)
Tammany M. Kramer  (483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, P.L.L.C.
1730 M Street, N.W., Suite 412
Washington, DC 20036
(202) 293-8090
fax: (202) 293-7110

Counsel for Plaintiff Murphy

Date:  February 21, 2008