UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY,<br>　　　Plaintiff<br><br>　v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>　　　Defendant. | )<br>)<br>)<br>) Case No. 05-cv-1054 (RJL/DAR)<br>)<br>)<br>) |
| C. WESTBROOK MURPHY, *et al.*,<br>　　　Plaintiffs<br><br>　v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>　　　Defendant. | )<br>)<br>)<br>) Case No. 02-cv-982 (RJL/DAR)<br>)<br>)<br>) |

**ORDER**

　　Upon consideration of Plaintiff's Consent Motion for Leave of the Court to File an Opposition to Defendant's Motion for Summary Judgment in Excess of the Presumptive 45-Page Limit, it is ORDERED that Plaintiff's Motion is hereby GRANTED.

　　Entered this _____ day of February 2008.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge


Copies to:

Douglas B. Huron
Richard A. Salzman
Tammany M. Kramer
HELLER, HURON, CHERTKOF,

LERNER, SIMON & SALZMAN PLLC
1730 M Street, N.W., Suite 412
Washington DC 20036
*Counsel for Plaintiff Murphy*

David Rose
Dotie Joseph
Rose & Rose, P.C.
1320 19th St., N.W., Suite 601
Washington, DC 20036
*Counsel for Plaintiff Schuler*

Eric M. Nelson  (*pro hac vice*)
Stephen L. Sheinfeld  (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
*Counsel for Defendant*

Thomas M. Buchanan
Julie A. Klusas Gasper
WINSTON & STRAWN LLP
1700 K St., N.W.
Washington, DC 20036
*Counsel for Defendant*