UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PRICEWATERHOUSECOOPERS, LLP ) <br> ) <br> Defendant. ) <br> ) | Civil Action Nos. 02-982 (RJL/DAR) <br> & 05-1054 (RJL/DAR) |

**NOTICE OF FILING**

Plaintiff C. Westbrook Murphy has today filed his Opposition to Summary Judgment under seal, for the reasons set forth in the accompanying motion for leave to file under seal. There is no reason, however, to seal the Table of Contents to that Opposition, and it is attached. [Exh. 1]

/s/ Tammany Kramer
Douglas B. Huron  (89326)
Richard A. Salzman  (422497)
Tammany M. Kramer  (483146)
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293-8090

Attorneys for Plaintiff Murphy

Date:  February 21, 2008