# Attachment 1

Table of Contents for Plaintiff Murphy's Opposition
to Defendant's Motion for Summary Judgment

Civil Action Nos. 02-982 (RJL/DAR)
and 05-1054 (RJL/DAR)

TABLE OF CONTENTS

INTRODUCTION……………………………………………………………………… 1

STATEMENT OF FACTS……………………………………………………….....… 6

    A.  AGE DISCRIMINATION INFECTS THE SELECTION OF PARTNERS
        AT PwC……………………………………………………………………... 7

    B.  MURPHY'S EXCEPTIONAL QUALIFICATIONS FOR PARTNER…….… 9

        *1.  Murphy's Work Experience Was Ideally Suited to PwC's Banking and
            Financial Services Practices*…………………………………………….... 11

        *2.  Murphy Demonstrated Extraordinary Service to Clients and to the Firm
            in Helping to Build a "Booming" RAS Practice*……………………………. 12

        *3.  In Addition to Helping Manage RAS, Murphy Demonstrated His Leadership
            by Successfully Managing Large and Complex Client Engagements*………. 13

        *4.  Murphy Was One of the Highest Revenue Producers in RAS*………………. 16

        *5.  Thought Leadership and External Activities*………………………………... 17

        *6.  Bench and Others at PwC Recognized Murphy's Outstanding Management
            Skills*…………………………………………………………………………… 18

    C.  MURPHY WAS BETTER QUALIFIED THAN ALBRIGHT IN 2000 AND
        LAVINE IN 2004…………………………………………………………… 20

        *1.  Albright*……………………………………………………………………… 20

        *2.  Lavine*……………………………………………………………………….. 23

        *3.  PwC's Argument about Ratings is Pretextual*……………………………… 25

        *4.  PwC's Other New Argument is Similarly Pretextual*…………………....... 31

ARGUMENT……………………………………………………………………………33

    I.  MURPHY PREVAILS UNDER BOTH *McDONNELL DOUGLAS* AND
       *PRICE WATERHOUSE*……………………………………………………..33

    II.  THE LAW OF THE CASE DOCTRINE BARS PwC'S EFFORT TO
       RECYCLE ARGUMENTS PREVIOUSLY DECIDED BY THE COURT…. 37

III. NEWLY ADMITTED PARTNERS ARE EMPLOYEES OF THE FIRM, AND PwC CANNOT LAWFULLY ENFORCE ITS MANDATORY RETIREMENT POLICY AGAINST THEM……………………………………41

   A. The *Clackamas* Framework for Distinguishing Owner from Employee…… 41

   B. The EEOC Factors Deemed Most Significant by the Supreme Court Show that Most of PwC's Partners are Employees……………………………….. 43

      1. *Hiring and Firing*……………………………………………………. 43

      2. *Assigning Tasks and Supervising Performance*…………………………45

      3. *Decisions on Finances*……………………………………………..46

   C. The Remaining EEOC Factors Confirm that Most of PwC's Partners are Employees……………………………………………………………………….49

      1. *The Ordinary Partner Has Virtually No Ability to Influence the Organization*……………………………………………………………. 49

      2. *Written Documents Refer to Partners as Employees*……………………52

      3. *PwC's Reporting Relationships Are Rigid, as Is the Firm's Regimentation*…………………………………………………………… 52

   D. Most of PwC's Partners, and Certainly Those in the First Years of Partnership, Are Employees of the Firm…………………………………… 54

CONCLUSION……………………………………………………………………..56