UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.*, | ) | |
| | ) | Civil Action No. 02-00982 (RJL/DAR) |
| Plaintiffs, | ) | |
| v. | ) | |
| PricewaterhouseCoopers LLP, *et al.*, | ) | |
| Defendants. | ) | |
| C. Westbrook Murphy, | ) | |
| Plaintiff, | ) | Civil Action No. 05-01054 (RJL/DAR) |
| v. | ) | |
| PricewaterhouseCoopers LLP, | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO RESET AND EXTEND DEFENDANT'S TIME
TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT DISMISSING PLAINTIFF MURPHY'S REMAINING CLAIMS**

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully moves, on consent, to reset and extend to April 10, 2008 its time to file its reply papers in support of its motion for summary judgment dismissing plaintiff Murphy's remaining claims in these related actions.

On January 15, 2008, PwC filed separate motions for summary judgment on the remaining claims of each of the two plaintiffs, respectively. Both plaintiffs' time to file their opposition was extended to February 21, 2008, with PwC's reply due March 24, 2008. By Minute Order entered March 12, 2008, plaintiff Schuler was granted leave to file "corrected and amended" opposition papers, and PwC's time to reply was extended to April 10, 2008.

This motion, with the consent of plaintiff Murphy's counsel, is to extend PwC's time to file its reply in support of its motion on plaintiff Murphy's claims to the same date, April 10, 2008. Accordingly, PwC requests that this consent motion be granted as set forth in the annexed proposed Order.

Dated: March 12, 2008

                                Respectfully submitted,

                                /s/ Eric M. Nelson
                                Eric M. Nelson, Esq. (admitted *pro hac vice*)
                                Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
                                WINSTON & STRAWN LLP
                                200 Park Avenue
                                New York, New York 10166
                                (212) 294-6700
                                Facsimile: (212) 294-4700

                                Gene C. Schaerr, Esq. #416368
                                WINSTON & STRAWN LLP
                                1700 K Street, N.W.
                                Washington, D.C. 20036
                                (202) 282-5000
                                Facsimile: (202) 282-5100

                                Counsel for Defendant
                                PricewaterhouseCoopers LLP