UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.*, ) | | |
| ) | Civil Action No. 02-00982 (RJL/DAR) | |
| Plaintiffs, ) | | |
| v. ) | | |
| PricewaterhouseCoopers LLP, *et al.*, ) | | |
| Defendants. ) | | |
| C. Westbrook Murphy, ) | | |
| Plaintiff, ) | Civil Action No. 05-01054 (RJL/DAR) | |
| v. ) | | |
| PricewaterhouseCoopers LLP, ) | | |
| Defendant. ) | | |

## ORDER

**UPON CONSIDERATION** of defendant's motion on consent to extend to April 10, 2008 its time to file reply papers in support of its motion for summary judgment dismissing plaintiff Murphy's remaining claims, and the entire record herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that defendant's time to file its reply in support of its motion for summary judgment dismissing plaintiff Murphy's remaining claims is extended to and including April 10, 2008.

ENTERED this ___ day of March, 2008.

_____
Richard J. Leon
United States District Judge