UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>PricewaterhouseCoopers LLP, *et al.*,  )<br>)<br>Defendants.  )<br>_____)<br>)<br>C. Westbrook Murphy,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PricewaterhouseCoopers LLP,  )<br>)<br>Defendant.  )<br>_____) | Civil Action No. 02-00982 (RJL/DAR)<br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 05-01054 (RJL/DAR) |

### DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF MURPHY'S OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THE PRESUMPTIVE 25-PAGE LIMIT

Pursuant to LCvR 7(e), defendant PricewaterhouseCoopers LLP ("PwC") moves on consent for leave to file a reply memorandum, in excess of the 25-page limit, in response to plaintiff Murphy's Opposition to Summary Judgment filed under seal on February 21, 2008 (Docket No. 196).

PwC's motion (Docket No. 185) seeks summary judgment dismissing plaintiff Murphy's remaining claims in each of two related cases. Plaintiff Murphy's opposition papers include a 56-page memorandum filed pursuant to Minute Order, entered February 25, 2008,

granting plaintiff Murphy's request for leave to file a memorandum of that length (Docket No. 185). Pursuant to Minute Order entered March 14, 2008, PwC's reply will be filed on April 10, 2008.

PwC requests leave to file a reply memorandum not to exceed 42 pages in length. The excess pages are required to respond to new issues raised in plaintiff Murphy's opposition memorandum, including issues relating to Clackamas v. Gastroenterology Assocs., P.C. v. Wells, 538 U.S. 440 (2003), to which plaintiff's opposition devotes 14 pages.

Counsel for plaintiff Murphy consents to the relief requested by this motion.

WHEREFORE, PwC respectfully requests leave to file a reply memorandum of not more than 42 pages, as set forth in the annexed proposed Order.

Dated: April 9, 2008

                                                  Respectfully submitted,

/s/ Eric M. Nelson
Eric M. Nelson, Esq. (admitted *pro hac vice*)
Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Facsimile: (212) 294-4700

Gene C. Schaerr, Esq. #416368
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20036
(202) 282-5000
Facsimile: (202) 282-5100

Counsel for Defendant
PricewaterhouseCoopers LLP