UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.*,<br><br>          Plaintiffs,<br><br>v.<br><br>PricewaterhouseCoopers LLP, *et al.*,<br><br>          Defendants. | Civil Action No. 02-00982 (RJL/DAR) |
| C. Westbrook Murphy,<br><br>          Plaintiff,<br><br>v.<br><br>PricewaterhouseCoopers LLP,<br><br>          Defendant. | Civil Action No. 05-01054 (RJL/DAR) |

## ORDER

**UPON CONSIDERATION** of defendant's consent motion for leave to file a reply to plaintiff Murphy's opposition (Docket No. 196) to defendant's motion for summary judgment (Docket No. 185) in excess of the 25-page limit, and the entire record herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that defendant may file a reply memorandum of up to 42 pages in length in support of its motion for summary judgment on plaintiff Murphy's remaining claims.

ENTERED this _____ day of April 2008

                                                            _____
                                                            Richard J. Leon
                                                            United States District Judge