UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano.*, | ) ) ) | Civil Action No. 02-00982 (RJL/DAR) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PricewaterhouseCoopers LLP, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| C. Westbrook Murphy, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-01054 (RJL/DAR) |
| v. | ) ) ) | |
| PricewaterhouseCoopers LLP, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING EXHIBITS UNDER SEAL

Defendant PricewaterhouseCoopers LLP hereby files this Notice of the filing of certain exhibits to the Reply Declaration of Eric M. Nelson, Esq., dated April 10, 2008, in support of Defendant's Motion for Summary Judgment Dismissing Plaintiff Murphy's Remaining Claims (Civil Action No. 02-00982, Docket #185; Civil Action No. 05-01054, Docket #63), under seal.

Pursuant to the Order filed August 21, 2003 (Civil Action No. 02-00982, Docket #61), the following exhibits designated "For Attorneys of Record Only" were filed with the Clerk of Court under seal:

    Exhibit R    Global Internal Partner Admissions:  Candidate Proposal FY 2003 for
    (Under Seal)   Daniel Weiss (PwC08794-08806)

Exhibit S        ABS Summary Performance Assessment Form (PwC03708-03709)
(Under Seal)

Exhibit T        Performance Evaluation for David Albright, dated March 23, 1997
(Under Seal)    (PwC03796-03799)

Exhibit U        Employment Agreement of Harold Schuler, dated November 29, 2004
(Under Seal)    (PwC08669-08675)

Dated:  April 10, 2008

                                            Respectfully submitted,

                                            /s/ Eric M. Nelson
                                            Eric M. Nelson, Esq. (admitted *pro hac vice*)
                                            Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
                                            WINSTON & STRAWN LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 294-6700
                                            Facsimile:  (212) 294-4700

                                            Gene C. Schaerr, Esq. #416368
                                            WINSTON & STRAWN LLP
                                            1700 K Street, N.W.
                                            Washington, D.C. 20036
                                            (202) 282-5000
                                            Facsimile:  (202) 282-5100

                                            Counsel for Defendant
                                            PricewaterhouseCoopers LLP

NY:1166919.7