UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| C. Westbrook Murphy, *et ano*., | ) ) ) | Civil Action No. 02-00982 (RJL/DAR) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PricewaterhouseCoopers LLP, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| C. Westbrook Murphy, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-01054 (RJL/DAR) |
| v. | ) ) ) | |
| PricewaterhouseCoopers LLP, | ) ) | |
| Defendant. | ) ) | |

## REPLY DECLARATION OF ERIC M. NELSON, ESQ.

I, Eric M. Nelson, declare as follows:

1. I am a member of Winston & Strawn LLP, attorneys for defendant PricewaterhouseCoopers LLP ("PwC") herein, and have been admitted *pro hac vice*. The purpose of this declaration is to place before the Court certain materials from the discovery record cited in the accompanying Reply Memorandum of Points and Authorities In Support of Defendant's Motion for Summary Judgment Dismissing Plaintiff Murphy's Remaining Claims, dated April 10, 2008, but not included among the Exhibits to my initial Declaration in support of this motion (Civil Action No. 02-00982, Docket No. 186; Civil Action No. 05-01054, Docket No. 64).

2. True copies of excerpts from the transcripts of certain depositions taken in this action are annexed hereto, as follows:

| | |
|---|---|
| Murphy | Excerpts from the transcript of the deposition of C. Westbrook Murphy ("Murphy"), dated April 23, 2003, May 1, 2003, May 15, 2003, November 18, 2004, and November 30, 2004 |
| Murphy 11/15/06 | Excerpts from the transcript of the deposition of Murphy dated November 15, 2006 |
| Schuler | Excerpts from the transcript of the deposition of Harold Schuler ("Schuler"), dated May 28, 2003, May 29, 2003, and November 29, 2004 |
| Bench | Excepts from the transcript of the deposition of Robert Bench ("Bench"), dated June 18, 2003 and June 25, 2003 |
| Bench 11/29/06 | Excerpts from the transcript of the deposition of Bench dated November 29, 2006 |
| Carter | Excerpts from the transcript of the deposition of John Carter ("Carter"), dated October 20, 2006 |
| Lewis | Excerpts from the transcript of the deposition of William Lewis ("Lewis"), dated November 17, 2006 |
| Ryan | Excerpts from the transcript of the deposition of Timothy F. Ryan ("Ryan"), dated April 30, 2003 |
| Nally | Excerpts from the transcript of the deposition of Dennis Nally ("Nally"), dated February 5, 2007 |
| Sullivan | Excerpts from the transcript of the deposition of Paul Sullivan ("Sullivan"), dated June 6, 2003 |
| Albright | Excerpts from the transcript of the deposition of David Albright ("Albright"), dated November 10, 2006 |
| Moritz | Excerpts from the transcript of the deposition of Robert Moritz ("Moritz"), dated June 24, 2003 |

3. True copies of transcripts of prior proceedings in this action are annexed hereto as follows:

    4/12/2004 Tr.  Excerpts from the transcript of the Motion Hearing before the Honorable Richard J. Leon, held April 12, 2004

4. Under separate cover, true copies of the following documents produced in the action are being filed under seal pursuant to the Order of the Magistrate Judge filed August 21, 2003, and Local Civil Rule 5.1(j):

| | |
|---|---|
| Exhibit R (Under Seal) | Global Internal Partner Admissions: Candidate Proposal FY 2003 for Daniel Weiss (PwC08794-08806) |
| Exhibit S (Under Seal) | ABS Summary Performance Assessment Form (PwC03708-03709) |
| Exhibit T (Under Seal) | Performance Evaluation for David Albright, dated March 23, 1997 (PwC03796-03799) |
| Exhibit U (Under Seal) | Employment Agreement of Harold Schuler, dated November 29, 2004 (PwC08669-08675) |

5. For the reasons stated in the accompanying reply memorandum, it is respectfully submitted that defendant's motion for summary judgment should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2008

                                                              */s/* Eric M. Nelson