1

```
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - - - - -x
 4   C. WESTBROOK MURPHY,                :
 5        and                            :
 6   HAROLD SCHULER,                     :
 7              Plaintiffs,              :
 8        vs.                            :   CASE NUMBER
 9   PRICEWATERHOUSECOOPERS, LLP, et al.,:   1:02CV00982
10              Defendants.              :
11   - - - - - - - - - - - - - - - - - -x
12                              Washington, D.C.
13                              Wednesday, May 28, 2003
14        Deposition of HAROLD DOUGLAS SCHULER, a
15   witness herein, called for examination by counsel
16   for Defendants in the above-entitled matter,
17   pursuant to notice, the witness being duly sworn by
18   KAREN YOUNG, a Notary Public in and for the District
19   of Columbia, taken at the offices of Winston &
20   Strawn, 1400 L Street, N.W., Washington, D.C., at
21   10:30 a.m. on Wednesday, May 28, 2003, and the
22   proceedings being taken down by Stenotype by KAREN
23   YOUNG, and transcribed under her direction.
24
25
```

```
 1    APPEARANCES:
 2        On Behalf of the Plaintiffs:
 3            DAVID L. ROSE, ESQ.
 4            Rose & Rose, P.C.
 5            1320 19th Street, N.W., Suite 601
 6            Washington, D.C. 20036
 7            (202) 331-8555
 8
 9        On Behalf of the Defendants:
10            ERIC M. NELSON, ESQ.
11            STEPHEN L. SHEINFELD, ESQ.
12            Winston & Strawn
13            200 Park Avenue
14            New York, NY 10166-4193
15            (212) 294-2646
16
17
18
19
20
21
22
23
24
25
```

74

1    the ABAS practice, which is audit or attest and bank
2    advisory services, so we work very closely with the
3    audit staff.
4        Q.    How long have you been in your present
5    position at PwC?
6        A.    You mean with my present title?
7        Q.    Your present position, whatever the title
8    is.
9        A.    I've been there since October 1 of '88.
10       Q.    What is your present title?
11       A.    Managing director.
12       Q.    And how long have you had that title?
13       A.    Since '94.
14       Q.    And at what point if you don't get
15   promoted do you understand that you're going to be
16   asked to leave the firm?
17       A.    I think where I am now, I don't think it's
18   so much that I wouldn't be promoted, because the
19   title that I am at and the title that I would next
20   have were I to be promoted to anything other than
21   partner have been abolished, so I guess it doesn't
22   apply to me anymore I'm hoping.  There's no place to
23   promote me to other than partner.
24       Q.    So in your position as managing director,
25   you're not affected by -- directly by an up-or-out