1

1         IN THE UNITED STATES DISTRICT COURT OF
               THE DISTRICT OF COLUMBIA

2 ——————————————————

3 C. WESTBROOK MURPHY and,      x
  HAROLD SCHULER,            :

4                        :
           Plaintiffs,      :

5     vs.                 : 1:02CV00982(RJC DAR)
                       :

6 PRICEWATERHOUSECOOPERS, LLP, :
  et al.,               :

7           Defendants.     x

8 ——————————————————

9                           Washington, D.C.

10                          Wednesday, June 18, 2003

11

12 DEPOSITION OF:

13        ROBERT RICHARD BENCH,

14 a witness, called for examination by counsel on

15 behalf of the plaintiffs, pursuant to Notice and

16 agreement of the parties as to time and date, taken

17 at the law offices of Winston & Strawn, Esquires,

18 1400 L Street, Northwest, 10th floor, Washington,

19 D.C., beginning at approximately 10:15 o'clock,

20 a.m., before Kim A. Wolford, a Notary Public and

21 court reporter in and for the District of Columbia,

22 when were present on behalf of the respective



NATIONAL COURT REPORTERS
NCRA
ASSOCIATION

**CAROL J. THOMAS STENOTYPE
REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

2

 1  parties:

 2

 3  APPEARANCE BY COUNSEL:

 4       FOR THE PLAINTIFF:

 5           ROSE & ROSE, ESQUIRES

 6           BY:  DAVID ROSE, ESQUIRE

 7           1320 19th Street, N.W., Suite 601

 8           Washington, D.C.  20036

 9           202.331.8555

10       FOR THE DEFENDANTS:

11           WINSTON & STRAWN, ESQUIRES

12           BY:  ERIC NELSON, ESQUIRE

13           200 Park Avenue

14           New York, New York  10166

15           212.294.6647

16                   -  0  -

17                 I-N-D-E-X

18  Witness:                              Page:

19  Robert R. Bench

20           Examination by Mr. Rose           4

21                   -  0  -

22

1    admission, then I want to know that, too.

2                MR. NELSON:  I didn't say he thinks

3    anything.  Your question is a little unclear.

4                BY MR. ROSE:

5        Q.    Well, I'll accept Mr. Nelson's

6    suggestion and say by partnership matter, I mean any

7    which you are voting because you are a principle or

8    partner of PriceWaterhouse?

9        A.    I don't recall how many times.

10       Q.    Well, it's been four -- it's almost

11   exactly five years.  Do you recall anything that you

12   voted on in the last -- anything that you voted on

13   prior to this time in fiscal year 2003?

14               MR. NELSON:  You mean from July 1, 2002

15   until now?

16               MR. ROSE:  Yes.

17               THE WITNESS:  Well, as a general matter,

18   I suppose I have had the opportunity to vote.  I had

19   the opportunity to participate in the annual

20   admission possess for new partners.

21               BY MR. ROSE:

22       Q.    Is it your understanding that that calls

69

1    for a vote of the partners?

2        A.    It didn't -- it permits the partners to

3    participate in the -- yes.  I mean, the partners

4    have a sort of open participation vote in that

5    process.

6        Q.    Is that specified in the agreement?

7        A.    I don't know.

8        Q.    What do you think the open process is?

9        A.    The admissions process -- the process for

10   admission of a new partner or principle include a

11   component for allowing the partners to support or

12   not support the candidacy of the candidates that

13   have been up for admission.

14       Q.    I direct your attention to page 10 of the

15   agreement.  Would you look at the subparagraph C at

16   the top of page 10.

17       A.    Ten-C?

18       Q.    That's if you look earlier in Section 5

19   you will see that that has to do with the powers of

20   the board.

21       A.    Section 5 --

22       Q.    Article 5 has to do with partners and

70

```
 1   principles.  If you look on page 9, you can see what
 2   is part of the authority of the board and partners
 3   and principles that's called Section 5.6 starts near
 4   the bottom of page and then it's AB.  This has the
 5   third one of those, and that says that the board has
 6   authority to approve the admission as partners --
 7             MR. NELSON:  You are misstating that.
 8             MR. ROSE:  Approve.
 9             MR. NELSON:  That's a little different.
10             MR. ROSE:  I recognize it says approved.
11             MR. NELSON:  Is there a question?
12             BY MR. ROSE:
13        Q.    Yeah, the question is:  Whether you
14   believe that the partners -- that there's a
15   partner-wide vote of admission of persons to
16   partnership?
17             MR. NELSON:  I'll object to the form.
18   You misstated his testimony.
19             MR. ROSE:  I haven't stated anything
20   about his testimony.
21             MR. NELSON:  Well, you followed it up --
22             BY MR. ROSE:
```

1            Q.   Can you just answer it, please?

2            MR. NELSON:   You're sort of mistating it,

3    I think.

4            MR. ROSE:   Can you read back that back?

5                     (Thereupon, the court reporter

6                      read back from the record.)

7            BY MR. ROSE:

8       Q.    Is it your understanding that there is a

9    requirement that partners vote, that is the U.S

10   partners, vote on the admission of candidates to

11   partnership?

12           MR. NELSON:   He has already testified.

13           MR. ROSE:   Let him answer, please.

14           MR. NELSON:   You used the word

15   requirement in that question?

16           MR. ROSE:   Yes.

17           MR. NELSON:   Do you understand the

18   question?

19           THE WITNESS:   I have the sense that there

20   is a requirement that the partners vote on the

21   admission of new partners.

22           BY MR. ROSE:

1    Q.    And you have a sense that that question

2  was asked of you sometime last summer about the

3  admission of partners who were admitted in July,

4  2002?

5    A.    The reason I'm confused on the issue is

6  because I have participated in the admission of new

7  partners.  I can participate in supporting a

8  candidate --

9    Q.    Sure.

10    A.    -- which the list is circulated.  I can

11  support it, I can comment on it in terms of

12  supporting it, denying it, any other comments I wish

13  to make in terms of a decision like to put people on

14  hold.

15    Q.    Sure.  Is that --

16    A.    So I consider that to be participation in

17  the admission of new partners.

18    Q.    Now, are those -- is it your recollection

19  that you vote on partners within financial services

20  or with the firm at large or within RAS?

21        MR. NELSON:  I just want to object to the

22  form.  Now you're using the term vote, and I think

73

 1  Mr. Bench was talking about his participation and

 2  either supporting comments.

 3           MR. ROSE:  I think that's a sound point.

 4           BY MR. ROSE:

 5      Q.    The kind of participation that you just

 6  described, is that for partners within a part of the

 7  partnership rather than the partnership as a whole?

 8      A.    The participation that I described dealt

 9  with the partnership as a whole.

10      Q.    As a whole?  And so you get a list of 100

11  or 150 names and you're asked to -- what size list

12  do you get?

13      A.    It's large.  I don't believe it's that

14  large.  I don't think it's 150.

15           You receive a list of a good number of

16  people who have been determined to be candidates for

17  admission to the partnership.  The list includes

18  essentially the silo of a business unit they are in

19  in the firm and their geographic location

20  in the firm.  And you are asked to comment on those

21  people on the list that you know in one way or the

22  other through working with them at

74

1   PriceWaterhouseCoopers.

2       Q.    Okay.  I'm going to show you a document I

3   have shared it with counsel.  It's not got a Bates

4   stamp number.  I sent you this by letter.  This is

5   the people admitted in 2000.  I sent you a letter

6   (handing to counsel).

7            MR. ROSE:  I don't have it marked.  Let's

8   mark this.

9                      (Thereupon, Exhibit No. 54

10                      was marked for identification.)

11           BY MR. ROSE:

12      Q.    Mr. Bench, I'm going to come over your

13   shoulder so I can -- would you turn t0 page 45,

14   please.

15           MR. NELSON:  I'll look over his -- I

16   don't know that I got one.

17           BY MR. ROSE:

18      Q.    What is this message?  Who are Mr. Schiro

19   and Mr. Moore; do you know?

20      A.    The message appears to be the

21   announcement by the firm that 249 new partners have

22   been admitted to the firm.  Jim Schiro was the chief

75

```
 1   executive and senior partner of the U.S. firm --

 2   Jim Schiro was the chief executive officer of the

 3   U.S. I believe at that time.

 4       Q.   Right.

 5       A.   And Nick Moore I believe at that time was

 6   the senior partner of the U.S. firm.

 7       Q.   Okay.

 8            MR. NELSON:  Can the record just reflect

 9   what time you're talking about here?

10            BY MR. ROSE:

11       Q.   Tell us what date appears in the middle

12   of the page over on the right-hand side?

13       A.   There's a date of June 2, 2000 in the

14   lower right-hand part of the exhibit.

15       Q.   Thank you.  And David Albright is one of

16   the people who is being promoted; is that

17   effective --

18            MR. NELSON:  Object to the form.  You're

19   using the word promoted.

20            BY MR. ROSE:

21       Q.   Do you see David Albright's name on the

22   first page as the second name?
```

76

1      A.      Yes, Mr. Albright's on the first page.

2   It is the second name.

3      Q.      Do you have any reason to doubt that

4   there were at least 249 new partners admitted in

5   2000?

6              MR. NELSON:  I'm going to object to the

7   form of that question.  Are you asking him to count

8   the names to see if there is 249?

9              MR. ROSE:  No.  I'm asking him -- he said

10  that he'd seen lists but they were smaller in

11  number, and he thought the number was probably less

12  than a hundred and I'm asking him --

13             MR. NELSON:  This is actually a different

14  list.

15             MR. ROSE:  Well, that's what I was

16  trying to get at, Mr. Nelson, if you'll let me ask

17  the questions.  The witness will be able to say

18  something about it.

19             THE WITNESS:  Well --

20             BY MR. ROSE:

21     Q.      Do you think -- I don't think I've got a

22  pending question.

77

1       A.      Would you please ask me the question

2    again?

3       Q.      Was there a similar list -- was there a

4    same announcement this year, that is in May or June

5    of this year, of new partners?

6       A.      Yes.  It occurred very recently, perhaps

7    within the last two weeks.

8       Q.      There was a smaller number, I think, than

9    this 249; do you recall?

10      A.      I believe so.

11      Q.      That's a list of people who were already

12   admitted to partnership; is that right?  Both this

13   one and the one you got two weeks ago.

14              MR. NELSON:  I'm sorry.  Object to that

15   question.

16              BY MR. ROSE:

17      Q.      Do you think the one two weeks ago were

18   people not admitted to partnership?

19      A.      They had not been admitted to the --

20              MR. NELSON:  You've established Mr.

21   Albright, for example, was admitted to partnership

22   on July 1 of 2000.  And Exhibit 54 is dated June 2

78

1    of 2000, so this is an announcement of who's going

2    to happen before it was happening approximately a

3    month later.

4            BY MR. ROSE.

5        Q.    That is an announcement that he was

6    going to become a partner?

7        A.    This is an announcement that he was

8    going to become a principle of the firm

9    PriceWaterhouseCoopers.

10       Q.    Right.  And it doesn't give the date that

11   the practice is to make them principles on July 1;

12   is that correct?

13       A.    Correct.  Now I'd like to say this is an

14   extraordinary list.  In other words, in my

15   recollection over 16 years is that perhaps this

16   year's is more representative --

17       Q.    In terms of numbers?

18       A.    -- of the process.

19       Q.    Now, the one that you saw within the last

20   two weeks, that list was going to be of the people

21   who were going to be admitted effective July 1 of

22   this year; is that correct, of this calendar year?

79

1    A.    I believe it's July 1 of 2003.

2    Q.    Thank you.  Have you seen a list this

3 calendar -- this fiscal year, that is fiscal year,

4 2004, have you seen a list of prospective partners

5 that you were asked to comment on before the list

6 that you got two weeks ago or so?

7    A.    I'm sorry.  You mentioned fiscal year

8 2004.

9          MR. NELSON:  Are you talking about the

10 possible admission a year from now?

11          BY MR. ROSE:

12    Q.    For the people -- have you received for

13 it's fiscal 2003 that I'm talking about -- have you

14 received a list of -- you have received a list of

15 people who have become partners or principles July

16 1, 2003.

17          My question is:  Before the thing that

18 came in the last couple of weeks, did you receive

19 any list of prospective principles and partners

20 that you were asked to vote upon or comment on?

21    A.    I believe -- my recollection is I had an

22 opportunity to participate twice on various -- on a

1   list of individuals that were being considered for

2   admission for July 1, 2003.

3        Q.    Well, want to tell who the first one was,

4   and the second one, and then tell --

5              MR. NELSON:   I'm sorry.  What's your

6   question?

7              BY MR. ROSE:

8        Q.    He said had two opportunities to

9   participate.  So what was the more recent

10  opportunity to participate?

11       A.    The more recent one would have been the

12  final list of candidates.

13       Q.    That's --

14       A.    I'm sorry.  No.  The candidates, these

15  are no longer candidates.

16       Q.    Right.  Is there anything in this

17  directive that suggests -- I mean 54-- that suggests

18  that you're supposed to comment on these?

19             MR. NELSON:   Objection.  He's testified

20  this is an announcement of people -- that

21  individuals who were admitted or going to be

22  admitted.  His testimony was relating, commenting on

 1  candidates earlier than this.

 2          BY MR. ROSE:

 3      Q.    I'm not trying ask him a question about

 4  that.  Sometime prior to two weeks ago but in fiscal

 5  year that began last July, did you have an

 6  opportunity to comment on a U.S. wide list of

 7  candidates for partnership?

 8          MR. NELSON:  It's asked and answered.  He

 9  testified he had two opportunities, I believe.

10          MR. ROSE:  The second opportunity he said

11  was like this, which was not was a --

12          MR. NELSON:  He testified that the more

13  recent opportunity was a final list of candidates

14  and you didn't ask him about the --

15          MR. ROSE:  I just asked him in this very

16  question.  I was trying to ask him was there a

17  time -- I think you -- that in fiscal year 2003, in

18  which you were asked to comment on a list of

19  candidates.

20          MR. NELSON:  Asked and answered; he said

21  twice.  I think, Mr. Rose, your confusion is coming

22  from this issue of a candidate and what has already

82

1    been --

2            MR. ROSE:  Why don't you let him answer

3    the question because I don't think you've got the

4    answer.  Please let him answer the question.

5            THE WITNESS:  I'll try to be helpful.

6            BY MR. ROSE:

7    Q.    Tell us what you think you did.

8    A.    First of all, I want to say that I am not

9    an expert in all of the components and elements of

10   the percolation process that leads to a final

11   announcement of people being admitted.

12   Q.    Right.  The question is the

13   participants --

14   A.    But there are two occasions when as a

15   partner I'm requested to participate and comment:

16   One is a list of people that are being considered

17   for candidacy.

18           The second time is a list of people who

19   are candidates.

20   Q.    And that happened -- that has happened so

21   far in -- is it correct that that has happened so

22   far in fiscal year 2003?

1   situation of the individual; depends on the

2   individual's wish as to how they wish to use the

3   money.   I've not heard Mr. Mule complain, okay.

4              BY MR. ROSE:

5        Q.    Probably.  Does the firm prefer to make

6   partners or people of persons who can -- when it

7   talks about making partner -- admitting people who

8   are professional employees, does the firm prefer who

9   can serve for a significant length of time as

10  partners?

11       A.    I've never heard anyone say that in 16

12  years with the firm.

13       Q.    If that is true, why do you think you

14  haven't heard of anyone over the age of 50 being

15  admitted to partner?

16             MR. NELSON:  Object to the form of the

17  question.

18             THE WITNESS:  I don't understand the two

19  questions together is my problem.

20             BY MR. ROSE:

21       Q.    You just don't know why -- do you know of

22  anybody over the age of 50 being admitted to

📋 **COPY**

1                                              VOLUME II

2                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

3          _____

4     C. WESTBROOK MURPHY and          x
      HAROLD SCHULER,                  :
5                                      :
                    Plaintiffs,        :
6          vs.                         : CA No. 1:02CV00982
                                       : (RJC DAR)
7     PRICEWATERHOUSECOOPERS, LLP, :
      et al.,                          :
8                                      :
                    Defendants.        x
9          _____

10                                        Washington, D.C.

11                                        Wednesday, June 25, 2003

12

13    CONTINUED DEPOSITION OF:

14                       ROBERT R. BENCH,

15    a witness in the above-entitled action, was recalled for

16    further examination by counsel for the plaintiffs,

17    pursuant to continuance from Wednesday, June 18, 2003,

18    and by agreement of counsel as to date and time, and

19    having been duly sworn, at the law offices of Winston &

20    Strawn, Esquires, 1400 L Street, N.W., Conference Room

21    10D, Washington, D.C. 20005, commencing at approximately

22    1:57 o'clock, p.m., and the proceedings being taken down



**CAROL J. THOMAS STENOTYPE**
**REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

1    by Stenomask by PAUL R. CUTLER, Certified Verbatim

2    Reporter with Certificate of Merit, and transcribed

3    under his direction, when were present on behalf of the

4    respective parties:

5

6    APPEARANCE OF COUNSEL:

7        On behalf of the Plaintiffs:

8            ROSE & ROSE, ESQUIRES

9            BY:  DAVID L. ROSE, ESQUIRE

10           1320 19th Street, N.W., Suite 601

11           Washington, D.C.  20036

12           202.331.8555

13       On behalf of the Defendants:

14           WINSTON & STRAWN, ESQUIRES

15           BY:  ERIC M. NELSON, ESQUIRE

16           200 Park Avenue

17           New York, New York  10166

18           212.294.6647

19

20                          - 0 -

21

22

1    *Guide for Foreign Banks in the United States.*  It

2    appears to have the Number 01401.

3        Q    Okay, do you have any indication, did you find

4    any indication in the document of the date?

5        A    There's no indication of the date in the

6    document, but I estimate that this was produced some

7    time in the early '90s.

8        Q    Okay, that's fine, thank you.  And is it your

9    understanding that Mr. Murphy was the principal author

10    or a lead author?

11        A    My recollection is the principal author of

12    this document was Paul Nelson.

13        Q    And Mr. Nelson, is he still employed with --

14        A    No, he is not.

15        Q    Did he ever become a partner?

16        A    Paul Nelson?

17        Q    Yes.

18        A    No.

19        Q    And do you know where Mr. Nelson is now?

20        A    It was mentioned in previous testimony that

21    Mr. Nelson is unemployed, as far as I know.

22        Q    I think you have, I think that's right.  Mr.

189

1    Bench, I'm going to ask you to look at Defendants'

2    Exhibit Number 16, which has previously been identified

3    in this case as Defendants Exhibit 16.  It starts with

4    Bates 141, 00141.  Would you look at that for me,

5    please?  Have you seen that document before, to your

6    recollection?

7       A    I don't recall the document, but I have no

8    doubt it's a document I wrote.

9       Q    Okay, and that was a recommendation that Mr.

10   Murphy be promoted from director to managing director,

11   is that correct?

12      A    It was a request that he be elevated to the

13   title of managing director.

14      Q    And was that request ever granted, to the best

15   of your recollection?

16      A    To the best of my recollection, it was not

17   granted.

18      Q    Do you know why it was not granted?

19      A    My recollection is I was told they had

20   abolished the title of managing director.

21      Q    Was it --

22      A    Let me answer that question again, please.

1        Q    Please.

2        A    The best of my recollection is that HR advised

3    me that the title of managing director would no longer

4    be used.

5        Q    Do you recall, were you present at any

6    meetings of any review committee or any group of

7    officials of Price Waterhouse at which that

8    recommendation was discussed?

9            MR. NELSON:  Which recommendation?

10           MR. ROSE:  The one that he has in front of

11   him, Defendants' 16, that he be elevated to the position

12   of managing director.

13           THE WITNESS:  No, I don't recall.

14           BY MR. ROSE:  (Resuming)

15       Q    I'm sorry, you don't recall any discussions

16   that you had with your superiors, essentially, about

17   this document, is that correct, except that you were

18   told by

19   -- I mean you told me just a minute ago that HR told

20   you.            MR. NELSON:  He testified that's to the

21   best of his recollection.

22           MR. ROSE:  Sure.