Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

C. WESTBROOK MURPHY,         )
et al.,                      )
        Plaintiffs,           )
                             )
    vs.                      )  Civil Action No.
                             )  02-982 (RJL/DAR)
PRICEWATERHOUSECOOPERS,      )
LLP, et al.,                 )
        Defendants.          )
_____ )
                             )
C. WESTBROOK MURPHY,         )
        Plaintiff,           )
                             )
    vs.                      )  Civil Action No.
                             )  05-1054 (RJL/DAR)
PRICEWATERHOUSECOOPERS,      )
LLP,                         )
        Defendant.           )
_____ )
                             )
HAROLD SCHULER,              )
        Plaintiff,           )
                             )
    vs.                      )  Civil Action No.
                             )  05-2355 (RJL/DAR)
PRICEWATERHOUSECOOPERS,      )
LLP,                         )
        Defendant.           )
_____ )

****CONFIDENTIAL****
DEPOSITION OF DENNIS M. NALLY
New York, New York
Monday, February 5, 2007

Reported By:
CATHI IRISH, RPR, CLVS

1
2
3
4           February 5, 2007
5             10:20 a.m.
6
7       Confidential deposition of DENNIS M.
8  NALLY, held at the offices of Winston & Strawn
9  LLP, 200 Park Avenue, New York, New York,
10 pursuant to Notice, before Cathi Irish, a
11 Registered Professional Reporter and Notary
12 Public of the State of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                        Page 57
 1                    Nally - CONFIDENTIAL
 2        A.    Jeb, J-E-B, B-A-C-H-M-A-N.
 3        Q.    What does Mr. Bachman do?
 4        A.    He's in charge of strategy.  I think
 5   that's it.  Did I miss any?  Laura Cox Kaplan.
 6        Q.    Laura Cox --
 7        A.    Kaplan.
 8        Q.    What does she do?
 9        A.    She's in charge of regulatory affairs.
10              THE WITNESS:  How many you got there?
11              MR. SHEINFELD:  Nine.
12   BY MR. SALZMAN:
13        Q.    Are any of those folks also currently
14   members of the board?
15        A.    No.
16        Q.    Do you evaluate, in terms of doing
17   performance appraisals, performance of any of the
18   members of the board?
19        A.    I do not.
20        Q.    To your knowledge, do members of the
21   board receive performance appraisals?
22        A.    Every partner in the firm receives
23   input on their performance.
24        Q.    Do you receive input on your
25   performance?
```

Page 58

Nally - CONFIDENTIAL

1
2  A.  Absolutely.
3  Q.  Do you get a written performance
4  appraisal?
5  A.  Absolutely.
6  Q.  Who does your written performance
7  appraisal?
8  A.  The management evaluation committee of
9  the board.
10  Q.  How many people are on the management
11  evaluation committee?
12  A.  Seven, eight.
13  Q.  If you could just describe for me
14  generally your understanding of how board members,
15  who do they receive their performance appraisals
16  from?
17  A.  Every partner is assigned to a business
18  unit and if a board partner would be in that
19  business unit, he or she would be getting
20  performance feedback from wherever that business
21  organization is.
22  Q.  To your understanding, do the members
23  of the board currently, do they also perform
24  direct client service work?
25  A.  Yes.

```
                         COPY
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**

| | |
|---|---|
| C. WESTBROOK MURPHY, et al., Plaintiffs, | ) ) ) ) |
| vs. | ) Civil Action No. ) 02-982 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP, et al., Defendants. | ) ) ) ) |
| C. WESTBROOK MURPHY, Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. ) 05-1054 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP, Defendant. | ) ) ) ) |
| HAROLD SCHULER, Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. ) 05-2355 (RJL/DAR) |
| PRICEWATERHOUSECOOPERS, LLP, Defendant. | ) ) ) ) |

```
         ****CONFIDENTIAL - ATTORNEYS' EYES ONLY****
              DEPOSITION OF DENNIS M. NALLY
                    New York, New York
                 Monday, February 5, 2007

Reported By:
CATHI IRISH, RPR, CLVS
```

```
                                                    121
          Nally - CONFIDENTIAL - ATTORNEYS' EYES ONLY
```

        THE WITNESS:  10, 20 percent.

BY MR. SALZMAN:

    Q.    10 or 20 percent of the clients?

    A.    Yeah, that I would have had a conversation with.

    Q.    Did that have anything to do with your conversation with Mr. Weiser about potentially changing the mandatory retirement age?

    A.    No, it was all in the context of, as I said earlier, constantly revisiting some of our provisions in the agreement and seeing whether or not it makes sense, whether or not that was something we wanted to do as partners.

    Q.    Do you believe that the mandatory retirement age of 60 at PwC has any impact on employees who want to become partners?

        MR. SHEINFELD:  Can I hear the question again, please?

        (Record read.)

        MR. SHEINFELD:  Objection to the form of the question.  The mandatory retirement within the P&PA?

        MR. SALZMAN:  I think he understands the question.

                                                                122
1        Nally - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2              THE WITNESS:  I'm not sure I do.  I
3        mean, the mandatory retirement age that's
4        included in the partners and principal
5        agreement applies to partners.
6    BY MR. SALZMAN:
7        Q.    Do you think it has any impact on
8    employees?
9        A.    I don't know.
10       Q.    You don't know?  Have you ever thought
11   about that?
12       A.    No.
13       Q.    You have never prior to this moment
14   thought about whether the mandatory retirement
15   age --
16       A.    Because the mandatory retirement age is
17   applicable to partners, and that's consistent with
18   our partnership agreement.
19       Q.    Have you ever been present at a meeting
20   with other board members or any other partners or
21   principals of the firm in which the topic of the
22   impact of the mandatory retirement age on
23   employees has been discussed?
24       A.    Not that I'm aware.
25       Q.    Are you aware of any kind of study or

```
                                                      Page 127
 1        Nally - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2   as their retirement date?
 3        A.    It would appear that we do.
 4        Q.    Is that still the approach the firm
 5   takes?
 6        A.    I have no clue.
 7        Q.    Do you have any reason to think that
 8   it's not?
 9             MR. SHEINFELD:  Objection to the form
10        of the question.  He's testified he has no
11        idea.
12             THE WITNESS:  I don't know.
13   BY MR. SALZMAN:
14        Q.    Have you ever been asked to permit a
15   partner to continue working past the age of 60?
16        A.    Yes.
17        Q.    Is that one of your roles as the senior
18   partner to consider those requests?
19        A.    It's not my role; it's the board's.
20        Q.    Can you just describe for me in
21   practice how that works, if a partner wants to
22   continue working?
23        A.    The partner, the firm, the client
24   situation, there could be a whole varied number of
25   reasons why that would happen.  And there's a
```

1   Nally - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2   process we have in place where the business case
3   for that type of an arrangement would go in front
4   of the partner affairs committee of the board.
5   They would consider it and they would make a
6   recommendation to the full board for one-year
7   extensions.
8       Q.   And then the full board, do they vote
9   on that?
10      A.   They do.
11      Q.   What's your understanding of how the
12  vote works; does it need to be unanimous, is it a
13  majority?  How does that work?
14      A.   I guess it all depends on how the board
15  feels.
16      Q.   What needs to happen in order for it to
17  move along?
18      A.   It's in the PP&A.  I can't remember
19  whether it's majority vote, two-thirds vote of the
20  board.  You'd have to look at the specifics.
21      Q.   What happens if the board approves of
22  the request?
23      A.   Then it would be effective.
24      Q.   Does the senior partner have a role in
25  that?

```
                                                      129
 1       Nally - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2       A.    Other than just as a member of the
 3  board, and I have a vote as chairman of the board.
 4       Q.    You don't have any more say in it than
 5  the other members of the board?
 6       A.    It's a pretty democratic process.
 7       Q.    Has that ever happened, to your
 8  recollection, since the merger --
 9       A.    Yes.
10       Q.    -- where partners have requested --
11             MR. SHEINFELD: Wait for the question.
12  BY MR. SALZMAN:
13       Q.    My question is where partners have
14  requested to be allowed to work past the
15  retirement age of 60.
16       A.    I don't know that I would call it
17  partners have requested. The firm has asked the
18  partner to extend past age 60.
19       Q.    How do you know that the partner didn't
20  initiate the request?
21       A.    I just don't know that. The cases I'm
22  familiar with, the firm has actually asked an
23  individual to.
24       Q.    Can you just list for me the names that
25  you can recall of partners who have -- where the
```

138

Nally - CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2           MR. SHEINFELD:  Objection, asked and
3      answered.
4           THE WITNESS:  I responded to that
5      already.
6  BY MR. SALZMAN:
7      Q.    I think I asked you before during your
8  tenure as senior partner.
9      A.    I thought we went back to July 1, '98.
10     Q.    Just so I'm clear, is it your testimony
11 that there have been situations in which partners
12 have gone through the mandatory withdrawal process
13 through the partnership agreement since July 1,
14 1998?
15          MR. SHEINFELD:  Objection to the form
16     of the question, asked and answered.
17          THE WITNESS:  But just to be clear, I'm
18     not aware of anyone who's been through that
19     process since July 1, 1998.
20 BY MR. SALZMAN:
21     Q.    Okay, thanks.
22          Let me ask you to take a look at what's
23 been previously marked as Plaintiff's Exhibit 24.
24 That's the April 1, 2001 partners and principals
25 agreement.