UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
                            :
C. Westbrook Murphy, et al. :
                            :
        Plaintiffs,         : Civil Action No. 02-982
                            :   (RJL/DAR)
    v.                      :
                            :
PricewaterhouseCoopers,     :
LLP, et al.                 :
                            :
        Defendants.         :
_____:

C. Westbrook Murphy,        :
                            :
        Plaintiff,          : Civil Action No. 05-1054
                            :   (RJL/DAR)
    v.                      :
                            :
PricewaterhouseCoopers, LLP :
                            :
        Defendant.          :
_____:

Harold Schuler,             :
                            :
        Plaintiff,          : Civil Action No. 05-355
                            :   (RJL/DAR)
    v.                      :
                            :
PricewaterhouseCoopers, LLC :
                            :
        Defendant.          :
_____: Friday, November 10, 2006

Deposition of:

              DAVID REICH ALBRIGHT

a witness of lawful age, taken on behalf of the

Plaintiffs in the above-entitled action before

Jon G. Hundley, a Notary Public in and for the

District of Columbia, at 1730 M Street, NW,

Suite 412, Washington, D.C. 20036, commencing at

9:53 a.m.

Page 2

APPEARANCES:

On Behalf of the Plaintiff, C. Westbrook Murphy:

RICHARD A. SALZMAN, ESQ.
Heller Huron Chertkof Lerner Simon & Salzman
1730 M Street, NW
Suite 412
Washington, D.C.  20036

On Behalf of the Plaintiff, Harold Schuler:

DAVID L. ROSE, ESQ.

Rose & Rose, P.C.

1320 19th Street, NW

Suite 601

Washington, D.C.  20036

(202) 331-8555


On Behalf of the Defendant:

STEPHEN L. SHEINFELD, ESQ.

Winston & Strawn, LLP

200 Park Avenue

New York, NY  10166-4193

(212) 294-2650

Page 281

1  Q   Okay.

2  A   I mean my own understanding of the process
3  is that we're not considering age when we look at
4  making partners. It's not a criteria. We're looking
5  at their performance and their ability to meet the
6  global core criteria and the score card.

7  **Q   Can you think of any circumstance in which**
8  **the partners would bother to actually consider**
9  **somebody who is already age 60 or older for**
10 **partnership? Why go through that work of evaluating**
11 **anybody who is already 60 for partnership if they're**
12 **going to have to retire immediately?**

13     MR. SHEINFELD: Object to the form of the
14 question. It's argumentative and it's a string of
15 hypotheticals. And it's also asked and answered.

16     BY MR. SALZMAN:

17 Q   Go ahead.

18 A   It seems like that would be a lot of work
19 to undergo to recommend somebody for partner if the
20 next day they would retire.

21     MR. SALZMAN: Dave, it's all yours.

22     Thanks. Mr. Albright, thank you for your