1

```
 1   UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
 2   ─────────────────────────────
     C. WESTBROOK MURPHY and           x
 3   HAROLD SCHULER,                   :
                                       :
 4                      Plaintiffs,    :
            vs.                        : Case Number:
 5                                     : 1:02CV00982
     PRICEWATERHOUSECOOPERS, LLP,      :
 6   et. al,                           :
                                       :
 7                      Defendants.    x
 8   ─────────────────────────────
 9                              New York, New York
10                              Tuesday, June 24, 2003
11
12
13
14
15   EXAMINATION BEFORE TRIAL OF:
16                      ROBERT E. MORITZ,
17   a witness, was called for examination by the counsel
18   for the plaintiffs, pursuant to Notice and agreement
19   of the parties as to time and date, held at the Law
20   offices of Winston & Strawn, Esquires, 200 Park
21   Avenue, New York, New York 10166, at approximately
22   10:50 o'clock, a.m., before Lauren Geraldi, a court
23   reporter and Notary Public for and within the State
24   of New York, when were present on behalf of the
25   respective parties:
```



**CAROL J. THOMAS STENOTYPE
REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

```
 1    APPEARANCE OF COUNSEL:

 2        Attorney for Plaintiffs:

 3            ROSE & ROSE, ESQUIRES
              BY:  DAVID L. ROSE, ESQUIRE
 4            1320 19th Street, N.W., Suite 601
              Washington, D.C.  20036
 5            202-331-8555

 6        Attorney for Defendants:

 7            WINSTON & STRAWN, ESQUIRES
              BY:  ERIC M. NELSON, ESQUIRE
 8                 STEPHEN L. SHEINFELD, ESQUIRE
              200 Park Avenue
 9            New York, New York  10166
              212-294-6647
10

11                        - 0 -

12                      I-N-D-E-X

13   Witness:                                    Page:

14   ROBERT E. MORITZ

15        Examination by Mr. Rose               4

16                        - 0 -

17   Exhibits:      (Included in transcript)    Page:

18   Plaintiff's exhibit number 53 marked for

19   identification to the Moritz deposition    49

20   (Emerson's 2003 Big Four Annual Report)

21                        - 0 -

22

23

24

25
```

34

|    |    |
|---|---|
| 1  | MORITZ |
| 2  | in discussions with him, and then there are two or three |
| 3  | other partners that I'm in discussion with as to whether they |
| 4  | would be interested in serving beyond the age of 60 for |
| 5  | purposes of client need and other issues we are dealing with |
| 6  | in observing our client base. |
| 7  |     Q.   Those are all the people that you know about that |
| 8  | have served for longer, past the fiscal year in which they |
| 9  | became 60? |
| 10 |     A.   I know there are others that have, I just don't |
| 11 | know the name of the specific individuals. |
| 12 |     Q.   Can you tell us what "FDICIA" is? It might be |
| 13 | useful because I've heard it before and I heard it with the |
| 14 | acronym before too, but I'm not sure I know what it is. |
| 15 |     A.   It is, I believe, the Federal Depository Insurance |
| 16 | Corporation Improvement Act. "FDICIA" is the acronym. |
| 17 |     Q.   While you were a partner at Pricewaterhouse and |
| 18 | before you assumed partnership, leadership roles, if I could |
| 19 | use that term, I'm focusing primarily, I guess, on '95 to |
| 20 | '98 -- I'm sorry, I think you mentioned you voted on |
| 21 | admission to partnership on people. Was that part of a |
| 22 | firm-wide vote, do you recall, or was that within your own |
| 23 | practice? |
| 24 |     A.   The partnership process includes a soundings |
| 25 | process where each of the partners have the ability to |

|    |      |                                                              |
|----|------|--------------------------------------------------------------|
| 1  |      | MORITZ                                                       |

 1                        MORITZ
 2   provide input, feedback on the candidates, once, twice, I'm
 3   not sure exactly how many times.  Once the process has been
 4   completed, then the partnership will vote on the admission of
 5   those partners into the partnership.
 6        Q.   It is your view that that's still a practice at
 7   PricewaterhouseCoopers, that's the practice now?
 8        A.   The practice now, yeah, I believe that's correct.
 9        Q.   Do you think you voted on admission to partners in
10   the last two or three years?  I direct your attention to page
11   10 of the document that suggests that the board is the
12   institution --
13        A.   I think you are right.  I think from '98 or so,
14   forward, we provided soundings on partner candidates going
15   through the process and then I had seen the list of people
16   who have been finalized, but I don't think there has been a
17   review of the partners to formally vote them in.  I think
18   that has been delegated to the board.
19        Q.   Are you aware of situations in which partners have
20   been asked to leave the firm?  I think the phrase in the
21   agreement is "withdrawal requesting," partners have been
22   asked to withdraw from the firm?
23        A.   We have had conversations with people about
24   withdrawing from the firm, from what I know, at least in the
25   last two years.  I'm not sure what has been done prior to